UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRY FARBEROV,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>IOVANCE BIOTHERAPEUTICS, INC., et al.,<br><br>　　　　　Defendants. | Case No.  25-cv-04199-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

　　　The Court respectfully requests that the Honorable Eumi K. Lee determine whether this case is related to *Sundaram v. Iovance Biotherapeutics, Inc.*, No. 25-cv-04177.  Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: May 21, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge