# EXHIBIT A

1  MARK C. MOLUMPHY (SBN 168009)
   mmolumphy@cpmlegal.com
2  TYSON C. REDENBARGER (SBN 294424)
   tredenbarger@cpmlegal.com
3  GIA JUNG (SBN 340160)
4  gjung@cpmlegal.com
   **COTCHETT, PITRE & MCCARTHY, LLP**
5  840 Malcolm Road
   Burlingame, California 94010
6  Telephone:   (650) 697-6000
7  Facsimile:   (650) 697-0577

8  *Attorneys for Proposed Lead Plaintiff*
   *Peter Jay Guthy*

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13

| KARTHIK TRICHUR SUNDARAM, Individually and on Behalf of All Others Similarly Situated, | CASE NO: 5:25-cv-04177-EKL |
|---|---|
| Plaintiff, | **DECLARATION OF PETER JAY GUTHY IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |
| v. | |
| IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, IGOR P. BILINSKY, and DANIEL G. KIRBY, | Date:<br>Time:<br>Courtroom: 7, 4th Floor<br>Judge: Hon. Eumi K. Lee |
| Defendants. | |

28 **DECLARATION OF PETER JAY GUTHY IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**
   **CASE NO.: 5:25-cv-04177-EKL**

I, Peter Jay Guthy, declare as follows:

1. I submit this Declaration in support of my application for appointment as lead plaintiff under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and for approval of my selection of Cotchett, Pitre & McCarthy, LLP ("CPM") as lead counsel for the class. I have personal knowledge of the information in this Declaration relating to my own actions and beliefs.

2. I am informed and understand the requirements of serving as lead plaintiff. I am aware that the Court has the discretion to appoint as lead plaintiff the "person or group of persons" with the largest financial interest in the outcome of the litigation. I decided to seek appointment as lead plaintiff to represent the interests of the class.

3. I have a substantial financial interest in the litigation in connection with my losses from investing in the common stock and call options in my personal HSA and IRA accounts of Iovance Biotherapeutics, Inc. ("Iovance"), which are material to me.

4. I am a seasoned business professional with decades of experience managing business operations and investing in the stock market. I have a bachelor's degree in business economics and possesses extensive expertise in sales, marketing, and advertising.

5. I have discussed serving as lead plaintiff with our counsel. I understand that a lead plaintiff acts as a fiduciary on behalf of all potential class members and oversees counsel throughout the litigation.

6. I am aware and understand that it is my responsibility to keep informed regarding the status and progress of this action, the strengths and weaknesses of the case, and any prospects for resolution of this matter.

7. I am aware and understand that as lead plaintiff, I will have the responsibility for making litigation decisions and for directing counsel with respect to this litigation, after receiving the benefit of counsel's advice.

8. I am willing to perform all of these duties on behalf of the class members.

9. I am aware that a lead plaintiff has a fiduciary duty to the entire class, which I intend to represent fully and faithfully in order to protect its interest. I will take an active role in the

DECLARATION OF PETER JAY GUTHY IN SUPPORT OF MOTION FOR APPOINTMENT  1
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL;
CASE NO.: 5:25-cv-04177-EKL

1  prosecution of the case, including supervising counsel and ensuring that the case is handled in an efficient
2  manner.
3        10.    To that end, I have established protocols to communicate with counsel and with
4  each other by email and telephone.
5        11.    I will continue to communicate regularly with counsel regarding major litigation
6  events, such as important motions, settlement discussions, trial preparation, and trial.
7        12.    I am aware that I have the right to select counsel as part of the lead plaintiff process.
8  Based on CPM's substantial experience and expertise in prosecuting securities cases, I have selected CPM
9  to represent the class in this case on a contingency-fee basis.
10       I declare under penalty of perjury under the laws of the United States of America that the
11 foregoing is true and correct. Executed on 7/13/2025, 2025.



Peter Jay Guthy

DECLARATION OF PETER JAY GUTHY IN SUPPORT OF MOTION FOR APPOINTMENT    2
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL;
CASE NO.: 5:25-cv-04177-EKL