# EXHIBIT B

## **CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Peter Jay Guthy, declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. I have reviewed the complaint on file with my counsel.

2. I did not purchase the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action or any other litigation under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the class, including testifying at deposition or trial, if necessary.

4. A list of my transactions during the Class Period in the securities of Iovance Biotherapeutics, Inc. is attached hereto as Exhibit 1.

5. I will not accept any payment for serving as a representative party beyond my pro-rata share of any recovery and any award of my reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to law.

6. I have not sought to serve nor served as a representative party for a class in an action under the federal securities laws within the past three years.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 7/13/2025 .

Signed by:
*Peter Jay Guthy*
21B4A1C9F51A420...

PETER JAY GUTHY

**EXHIBIT 1**

| Purchases | HSA Account | | |
|---|---|---|---|
| | Date | Shares | Price |
| | March 24, 2025 | 100 | $3.60 |
| | IRA Account | | |
| | Date | Shares | Price |
| | March 10, 2025 | 5,000 | $3.62 |

| Purchases | Personal Account | | |
|---|---|---|---|
| | Date | Call Options | Price |
| | May 5, 2025 | 200 | $1.76 |
| | March 17, 2025 | 200 | $0.56 |
| | March 3, 2025 | 5 | $0.61 |
| | January 17, 2025 | 188 | $1.26 |
| | January 17, 2025 | 12 | $1.20 |
| | December 30, 2024 | 100 | $1.96 |
| | November 18, 2024 | 100 | $2.70 |
| | July 9, 2024 | 50 | $2.69 |
| | July 5, 2024 | 1 | $2.61 |
| | July 5, 2024 | 49 | $2.50 |
| | June 24, 2024 | 50 | $3.06 |
| | June 24, 2024 | 45 | $3.10 |
| | June 24, 2024 | 5 | $3.11 |