**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARTHIK TRICHUR SUNDARAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, IGOR P. BLINSKY, and DANIEL G. KIRBY,<br><br>Defendants. | Case No. 5:25-cv-04177-EKL<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF LINDY MERRILL AND TONY DJIE TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS CO-LEAD PLAINTIFF, AND FOR APPROVAL OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>Judge: Eumi K. Lee<br>Hearing: October 1, 2025<br>Time: 10:00 a.m.<br>Courtroom: 7 – 4th Floor |

[Additional caption on next page]

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF LINDY MERRILL AND TONY DJIE TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS CO-LEAD PLAINTIFF, AND FOR APPROVAL OF COUNSEL - Case No. 5:25-cv-04177-EKL

| DIMITRY FARBEROV, Individually and on Behalf of All Others Similarly Situated, | ) | Case No. 5:25-cv-04199-EKL |
|---|---|---|
| Plaintiff, | ) | CLASS ACTION |
| v. | ) | Judge: Eumi K. Lee |
| IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, and IGOR P. BLINSKY, | ) | |
| Defendants. | ) | |

I, Laurence M. Rosen, declare:

1.      I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., attorneys for movants Lindy Merrill and Tony Djie ("Movants"). I make this declaration in support of Movants' motion to consolidate, for appointment as Lead Plaintiff, and for approval of Movants' choice of counsel pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:      PSLRA Early Notice;

Exhibit 2:      Lindy Merrill's PSLRA certification;

Exhibit 3:      Tony Djie's PSLRA certification;

Exhibit 4:      Movants' loss chart;

Exhibit 5:      The firm resume of The Rosen Law Firm, P.A.;

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF LINDY MERRILL AND TONY DJIE TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS CO-LEAD PLAINTIFF, AND FOR APPROVAL OF COUNSEL - Case No. 5:25-cv-04177-EKL

Executed this 14th of July 2025.

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN #219683)

3

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On    July 14, 2025, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF LINDY MERRILL AND TONY DJIE TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS CO-LEAD PLAINTIFF, AND FOR APPROVAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 14, 2025.

/s/ Laurence M. Rosen
Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF LINDY MERRILL AND TONY DJIE TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS CO-LEAD PLAINTIFF, AND FOR APPROVAL OF COUNSEL - Case No. 5:25-cv-04177-EKL