# Exhibit 1

**May 16, 2025 12:10 AM Eastern Daylight Time**

# IOVA CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf Of Iovance Biotherapeutics, Inc. Investors

Share                  · · ·

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Northern District of California, captioned *Farberov v. Iovance Biotherapeutics, Inc., et al.,* Case No. 25-cv-4199, on behalf of persons and entities that purchased or otherwise acquired Iovance Biotherapeutics, Inc. ("Iovance" or the "Company") (NASDAQ: IOVA) securities between **May 9, 2024 and May 8, 2025,** inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

**IF YOU SUFFERED A LOSS ON YOUR IOVANCE INVESTMENTS, CLICK HERE TO INQUIRE ABOUT PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.**

**What Happened?**

On May 8, 2025, after the market closed, Iovance released its first quarter 2025 financial results, revealing a quarterly total product revenue of $49.3 million, a significant decline from the prior quarter's $73.7 million. The Company also announced its full fiscal year 2025 total product revenue guidance had been slashed from $450 million - $475 million to $250 million - $300 million, a reduction of over 40% at the midpoint. The Company revealed it was "revising full-year 2025

5/16/25, 8:07 AM IOVA CLASS ACTION NOTICE: Glancy Prongay &Murray LLP Files Securities Fraud Lawsuit on Behalf of Iovance Biotherapeutic…

Case 5:25-cv-04177-EKL Document 25-1 Filed 07/14/25 Page 3 of 7

revenue guidance to reflect recent launch dynamics" of Amtagvi. The Company further revealed "[t]he updated forecast considers experience with ATC [authorized treatment center] growth trajectories and treatment timelines for new ATCs."

On this news, the price of Iovance shares declined $1.42 per share, or 44.8%, to close at $1.75 per share on May 9, 2025, on unusually heavy trading volume.

**What Is The Lawsuit About?**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (1) new Authorized Treatment Centers were experiencing longer timelines to begin treating patients with Amtagvi; (2) the Company's sales team and new ATCs were ineffective in patient identification and patient selection for Amtagvi, leading to higher patient drop-offs; (3) the foregoing dynamics led to higher costs and lower revenue because ATCs could not keep pace with manufactured product; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or otherwise acquired Iovance securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff.

**Contact Us To Participate or Learn More:**

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:

Charles Linehan, Esq.,
Glancy Prongay & Murray LLP,
1925 Century Park East, Suite 2100,
Los Angeles California 90067
Email: shareholders@glancylaw.com
Telephone: 310-201-9150,
Toll-Free: 888-773-9224

Case 5:25-cv-04177-EKL   Document 25-1   Filed 07/14/25   Page 4 of 7

Visit our website at www.glancylaw.com.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

**Contact Us:**

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

**Industry:**       Class Action Lawsuit    Professional Services    Legal



**Glancy Prongay & Murray LLP**

⁓ NASDAQ:IOVA

**RELEASE VERSIONS**

English

**CONTACTS**

**Contact Us:**
Glancy Prongay & Murray LLP,
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
**Charles Linehan**
Email: shareholders@glancylaw.com
Telephone: 310-201-9150
Toll-Free: 888-773-9224
Visit our website at: www.glancylaw.com.

# More News From Glancy Prongay & Murray LLP

🔊 Get RSS Feed

## Deadline Alert: Compass Diversified (CODI) Investors Who Lost Money Urged To Contact Glancy Prongay & Murray LLP About Securities Fraud Lawsuit

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP reminds investors of the upcoming July 8, 2025 deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Compass Diversified ("Compass" or the…

## Securities Fraud Investigation Into Cleveland-Cliffs Inc. (CLF) Announced – Investors Who Lost Money Urged To Contact Glancy Prongay & Murray

LLP, a Leading Securities Fraud Law Firm

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP, a leading national shareholder rights law firm, today announced that it has commenced an investigation on behalf of Cleveland-Cliffs Inc. ("Cleveland-Cliffs" or the "Company") (NYSE: CLF) investors concernin…

## Securities Fraud Investigation Into Elevance Health, Inc. (ELV) Announced – Investors Who Lost Money Urged To Contact Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP, a leading national shareholder rights law firm, today announced that it has commenced an investigation on behalf of Elevance Health, Inc. ("Elevance" or the "Company") (NYSE: ELV) investors concerning the…

Back to Newsroom    →

# Wish your news had this kind of reach?

Sign Up    →

Learn About Business Wire    →



**Company**

About Business Wire

Careers

Media Center

5/16/25, 8:07 AM IOVA CLASS ACTION NOTICE: Glancy Prongay & Murray, LLP Files Securities Fraud Lawsuit on Behalf of Iovance Biotherapeutic…

Case 5:25-cv-04177-EKL Document 25-1 Filed 07/14/25 Page 7 of 7

## Services

News Release Distribution

News Release Optimization

Investor Communications

Reporting & Analytics

## Solutions

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

## Newsroom

Industries

Subjects

Languages

## Resources

## Blog

## For Journalists

## Sign Up



© 2025 Business Wire, Inc.

Privacy Policy     Cookie Policy     Copyright     Accessibility Statement     Terms of Use

