# Exhibit 3

### CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.      I, Tony Dije, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Iovance Biotherapeutics, Inc. ("Iovance") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.      I did not purchase or acquire Iovance securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Iovance securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet (Schedule "A") lists all of my transactions in Iovance securities during the Class Period, as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct this day of ___6/12/2025___ .

Signed by:

Tony Dije

A3F1C0EFCBBA4FD...

Tony Dije

## SCHEDULE A

### TONY DJIE TRANSACTIONS
### BETWEEN MAY 09, 2024 THROUGH MAY 08, 2025

### COMERICA ACCOUNT

### PURCHASES

| Date Purchased | Shares | Price per share |
|---|---|---|
| 4/16/2024 | 14,070 | ($12.04) |
| 4/16/2024 | 9,860 | ($12.01) |
| 4/16/2024 | 6,861 | ($12.02) |
| 4/16/2024 | 5,600 | ($12.01) |
| 4/16/2024 | 4,461 | ($12.01) |
| 4/16/2024 | 808 | ($12.03) |
| 12/18/2024 | 19,440 | ($7.73) |
| 12/18/2024 | 16,800 | ($7.71) |
| 12/18/2024 | 9,934 | ($7.71) |
| 12/18/2024 | 9,800 | ($7.71) |
| 12/18/2024 | 800 | ($7.71) |
| 12/18/2024 | 760 | ($7.73) |
| 12/18/2024 | 466 | ($7.70) |

### ETRADE ACCOUNT

### PURCHASES

| Date Purchased | Shares | Price per share |
|---|---|---|
| 12/19/2024 | 20,000 | ($7.29) |
| 1/23/2025 | 341 | ($5.76) |
| 1/23/2025 | 3,166 | ($5.76) |
| 1/23/2025 | 20,901 | ($5.77) |
| 1/23/2025 | 14,929 | ($5.76) |
| 1/23/2025 | 663 | ($5.77) |
| 1/24/2025 | 20,000 | ($6.19) |
| 1/24/2025 | 800 | ($6.07) |
| 1/24/2025 | 18,900 | ($6.09) |
| 1/24/2025 | 300 | ($6.07) |
| 1/31/2025 | 8,000 | ($5.89) |
| 1/31/2025 | 7,020 | ($5.95) |

| Date Purchased | Shares | Price per share |
|---|---|---|
| 1/31/2025 | 2,980 | ($5.95) |
| 3/20/2025 | 28,000 | ($3.59) |
| 3/21/2025 | 28,000 | ($3.50) |
| 4/4/2025 | 200 | ($3.11) |
| 4/4/2025 | 23,754 | ($3.12) |
| 4/4/2025 | 7,046 | ($3.11) |
| 4/4/2025 | 3,600 | ($3.11) |
| 4/4/2025 | 400 | ($3.12) |

## FIDELITY ACCOUNT

## PURCHASES

| Date Purchased | Shares | Price per share |
|---|---|---|
| 05/10/2024 | 13100 | ($12.33) |
| 05/10/2024 | 3245 | ($12.30) |
| 05/10/2024 | 1869 | ($12.27) |
| 05/10/2024 | 1300 | ($12.24) |
| 05/10/2024 | 1206 | ($12.28) |
| 05/10/2024 | 1156 | ($12.31) |
| 05/10/2024 | 954 | ($12.26) |
| 05/10/2024 | 672 | ($12.29) |
| 05/10/2024 | 586 | ($12.30) |
| 05/10/2024 | 500 | ($12.25) |
| 05/10/2024 | 312 | ($12.29) |
| 05/10/2024 | 100 | ($12.26) |
| 5/13/2024 | Bought to open 200 IOVA250117C10 | ($3.60) |
| 5/29/2024 | Bought to open 6 IOVA250117C10 | ($2.45) |
| 5/29/2024 | Bought to open 94 IOVA250117C10 | ($2.45) |
| 6/3/2024 | Bought to open 83 IOVA250117C10 | ($1.95) |
| 6/3/2024 | Bought to open 107 IOVA250117C10 | ($1.95) |
| 06/04/2024 | Bought to open 1 IOVA250117C10 | ($1.84) |
| 06/04/2024 | Bought to open 1 IOVA250117C10 | ($1.85) |

| Date Purchased | Shares | Price per share |
|---|---|---|
| 06/04/2024 | Bought to open 1 IOVA250117C10 | ($1.85) |
| 06/04/2024 | Bought to open 1 IOVA250117C10 | ($1.85) |
| 06/04/2024 | Bought to open 1 IOVA250117C10 | ($1.85) |
| 06/04/2024 | Bought to open 1 IOVA250117C10 | ($1.85) |
| 06/04/2024 | Bought to open 1 IOVA250117C10 | ($1.85) |
| 06/04/2024 | Bought to open 1 IOVA250117C10 | ($1.85) |
| 6/4/2024 | Bought to open 2 IOVA250117C10 | ($1.86) |
| 6/4/2024 | Bought to open 81 IOVA250117C10 | ($1.85) |
| 6/4/2024 | Bought to open 109 IOVA250117C10 | ($1.85) |
| 6/4/2024 | Bought to open 3 IOVA250117C7.5 | ($2.75) |
| 6/4/2024 | Bought to open 47 IOVA250117C7.5 | ($2.75) |
| 6/4/2024 | Bought to open 50 IOVA250117C7.5 | ($2.75) |
| 6/4/2024 | Bought to open 50 IOVA250117C7.5 | ($2.75) |
| 6/4/2024 | Bought to open 50 IOVA250117C7.5 | ($2.75) |
| 06/06/2024 | 20000 | ($8.19) |
| 06/06/2024 | 10000 | ($8.23) |
| 06/11/2024 | 16555 | ($8.03) |
| 06/11/2024 | 14620 | ($8.83) |
| 06/11/2024 | 13566 | ($8.84) |
| 06/11/2024 | 7000 | ($8.84) |
| 06/11/2024 | 3255 | ($8.82) |
| 06/11/2024 | 2953 | ($8.83) |
| 06/11/2024 | 2818 | ($8.82) |
| 06/11/2024 | 2125 | ($8.81) |
| 06/11/2024 | 1923 | ($8.03) |
| 06/11/2024 | 1422 | ($8.02) |
| 06/11/2024 | 663 | ($8.84) |
| 06/11/2024 | 100 | ($8.02) |

| Date Purchased | Shares | Price per share |
| --- | --- | --- |
| 08/09/2024 | 5800 | ($9.95) |
| 08/09/2024 | 2789 | ($9.95) |
| 08/09/2024 | 1363 | ($9.93) |
| 08/09/2024 | 1048 | ($9.94) |
| 01/23/2025 | 20000 | ($5.75) |
| 01/21/2025 | 38934 | ($5.64) |
| 01/21/2025 | 8960 | ($5.63) |
| 01/21/2025 | 906 | ($5.63) |
| 01/21/2025 | 900 | ($5.63) |
| 01/21/2025 | 300 | ($5.63) |
| 03/20/2025 | 26989 | ($3.59) |
| 03/20/2025 | 3011 | ($3.59) |
| 04/04/2025 | 9075 | ($3.14) |
| 04/04/2025 | 7048 | ($3.13) |
| 04/04/2025 | 3457 | ($3.12) |
| 04/04/2025 | 400 | ($3.13) |
| 04/04/2025 | 20 | ($3.13) |

SALES

| Date Sold | Shares | Price per Share |
| --- | --- | --- |
| 06/03/2024 | 10 | $8.49 |
| 06/03/2024 | 300 | $8.46 |
| 06/03/2024 | 400 | $8.44 |
| 06/03/2024 | 400 | $8.48 |
| 06/03/2024 | 460 | $8.48 |
| 06/03/2024 | 500 | $8.41 |
| 06/03/2024 | 926 | $8.45 |
| 06/03/2024 | 1834 | $8.47 |
| 06/03/2024 | 1851 | $8.44 |
| 06/03/2024 | 1972 | $8.41 |
| 06/03/2024 | 2505 | $8.43 |
| 06/03/2024 | 2678 | $8.46 |
| 06/03/2024 | 3720 | $8.48 |
| 06/03/2024 | 3752 | $8.42 |
| 06/03/2024 | 3692 | $8.47 |
| 12/18/2024 | 58000 | $7.74 |
| 12/31/2024 | Sold to close 688 IOVA250117C10 | $0.00 |
| 12/31/2024 | Sold to close 2 IOVA250117C10 | $0.05 |

| Date Sold | Shares | Price per Share |
| --- | --- | --- |
| 12/31/2024 | Sold to close 200 IOVA250117C7.5 | $0.30 |