# Exhibit 4

**Iovance Biotherapeutics, Inc. Loss Chart**
**Class Period: May 09, 2024 through May 08, 2025**

**Lookback Price**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Equities Loss/Gain | $1.87 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lindy Merrill | 2/28/2025 | 340,000 | ($4.39) | ($1,492,600.00) | 4/7/2025 | 50,000 | $2.97 | $148,500.00 | | | | |
| | 3/27/2025 | 2,000 | ($3.63) | ($7,260.00) | 4/7/2025 | 50,000 | $2.95 | $147,500.00 | | | | |
| | 3/27/2025 | 800 | ($3.63) | ($2,904.00) | 4/7/2025 | 50,000 | $2.94 | $147,000.00 | | | | |
| | 3/27/2025 | 221,364 | ($3.58) | ($792,483.12) | 4/8/2025 | 162,302 | $2.91 | $472,298.82 | | | | |
| | 3/27/2025 | 31,678 | ($3.56) | ($112,773.68) | 4/8/2025 | 28,180 | $2.92 | $82,285.60 | | | | |
| | 3/28/2025 | 904,158 | ($3.56) | ($3,218,802.48) | 4/8/2025 | 9,518 | $2.93 | $27,887.74 | | | | |
| | 3/28/2025 | 500,000 | ($3.53) | ($1,765,000.00) | 4/8/2025 | 100,000 | $2.92 | $292,000.00 | | | | |
| | 4/1/2025 | 50,000 | ($3.29) | ($164,500.00) | 4/8/2025 | 84,474 | $2.96 | $250,043.04 | | | | |
| | 4/1/2025 | 35,333 | ($3.32) | ($117,305.56) | 4/8/2025 | 15,526 | $3.00 | $46,578.00 | | | | |
| | 4/1/2025 | 64,667 | ($3.31) | ($214,047.77) | 4/21/2025 | 10,000 | $3.10 | $31,000.00 | | | | |
| | 4/8/2025 | 100,000 | ($2.89) | ($289,000.00) | 4/21/2025 | 10,000 | $3.10 | $31,000.00 | | | | |
| | 4/9/2025 | 100,000 | ($2.85) | ($285,000.00) | 4/21/2025 | 10,000 | $3.10 | $31,000.00 | | | | |
| | | | | | 4/21/2025 | 10,000 | $3.12 | $31,200.00 | | | | |
| | | | | | 4/23/2025 | 10,000 | $3.21 | $32,100.00 | | | | |
| | | | | | 4/23/2025 | 10,000 | $3.21 | $32,100.00 | | | | |
| | | | | | 4/23/2025 | 10,000 | $3.21 | $32,100.00 | | | | |
| | | | | | 4/23/2025 | 10,000 | $3.21 | $32,100.00 | | | | |
| | | | | | 4/23/2025 | 10,000 | $3.21 | $32,100.00 | | | | |
| | | | | | 4/23/2025 | 10,000 | $3.22 | $32,200.00 | | | | |
| | | | | | 4/23/2025 | 10,000 | $3.22 | $32,200.00 | | | | |
| | | | | | 4/24/2025 | 10,000 | $3.25 | $32,500.00 | | | | |
| | | | | | 4/24/2025 | 10,000 | $3.25 | $32,500.00 | | | | |
| | | | | | 4/24/2025 | 10,000 | $3.26 | $32,600.00 | | | | |
| | | | | | 4/24/2025 | 10,000 | $3.27 | $32,700.00 | | | | |
| | | | | | 4/24/2025 | 10,000 | $3.27 | $32,700.00 | | | | |
| | | | | | 4/24/2025 | 10,000 | $3.27 | $32,700.00 | | | | |
| | | | | | 4/24/2025 | 10,000 | $3.27 | $32,700.00 | | | | |
| | | | | | 4/25/2025 | 7,000 | $3.49 | $24,430.00 | | | | |
| | | | | | 4/25/2025 | 10,000 | $3.51 | $35,100.00 | | | | |
| | | | | | 5/1/2025 | 10,000 | $3.50 | $35,000.00 | | | | |
| | | | | | 5/1/2025 | 10,000 | $3.50 | $35,000.00 | | | | |
| | | | | | 5/1/2025 | 20 | $3.62 | $72.40 | | | | |
| | | | | | 5/2/2025 | 10,000 | $3.55 | $35,500.00 | | | | |
| | | | | | 5/2/2025 | 1,580 | $3.55 | $5,609.00 | | | | |
| | | | | | 5/2/2025 | 24,650 | $3.53 | $87,014.50 | | | | |
| | | | | | 5/9/2025 | 106,000 | $1.76 | $186,560.00 | | | | |
| | | | | | 5/9/2025 | 10,000 | $1.67 | $16,700.00 | | | | |
| | | | | | 5/9/2025 | 949 | $1.70 | $1,613.30 | | | | |
| | | | | | 5/9/2025 | 83,051 | $1.72 | $142,847.72 | | | | |
| | | | | | 5/9/2025 | 98,700 | $1.73 | $170,751.00 | | | | |
| | | | | | 5/9/2025 | 100 | $1.74 | $174.00 | | | | |
| | | | | | 5/9/2025 | 1,200 | $1.74 | $2,088.00 | | | | |
| | | | | | 5/9/2025 | 79,845 | $1.73 | $138,131.85 | | | | |
| | | | | | 5/9/2025 | 20,155 | $1.74 | $35,069.70 | | | | |
| | | | | | 5/9/2025 | 100,000 | $1.73 | $173,000.00 | | | | |
| | | | | | 5/9/2025 | 26,750 | $1.74 | $46,545.00 | | | | |
| | | | | | 5/9/2025 | 19,939 | $1.66 | $33,098.74 | | | | |

| Name | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Shares | $ | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 5/9/2025 | 61 | $1.70 | $103.70 | | | |
| | | | | | 5/12/2025 | 100,000 | $1.82 | $182,000.00 | | | |
| | | | | | 5/12/2025 | 300,000 | $1.84 | $552,000.00 | | | |
| | | | | | 5/12/2025 | 400,000 | $1.92 | $768,000.00 | | | |
| | | | | | 5/12/2025 | 100,000 | $1.95 | $195,000.00 | | | |
| | | | | | 5/12/2025 | 100,000 | $2.01 | $201,000.00 | | | |
| | | 2,350,000 | | ($8,461,676.61) | | 2,350,000 | | $5,294,002.11 | 0 | $0.00 | ($3,167,674.50) |
| Tony Djie | 4/16/2024 | 14,070 | ($12.04) | ($169,402.80) | | | | | | | |
| **Comerica** | 4/16/2024 | 9,860 | ($12.01) | ($118,369.30) | | | | | | | |
| | 4/16/2024 | 6,861 | ($12.02) | ($82,469.22) | | | | | | | |
| | 4/16/2024 | 5,600 | ($12.01) | ($67,238.08) | | | | | | | |
| | 4/16/2024 | 4,461 | ($12.01) | ($53,576.61) | | | | | | | |
| | 4/16/2024 | 808 | ($12.03) | ($9,720.24) | | | | | | | |
| | 12/18/2024 | 19,440 | ($7.73) | ($150,271.20) | | | | | | | |
| | 12/18/2024 | 16,800 | ($7.71) | ($129,528.00) | | | | | | | |
| | 12/18/2024 | 9,934 | ($7.71) | ($76,581.21) | | | | | | | |
| | 12/18/2024 | 9,800 | ($7.71) | ($75,520.76) | | | | | | | |
| | 12/18/2024 | 800 | ($7.71) | ($6,167.92) | | | | | | | |
| | 12/18/2024 | 760 | ($7.73) | ($5,874.04) | | | | | | | |
| | 12/18/2024 | 466 | ($7.70) | ($3,590.06) | | | | | | | |
| | | 99,660 | | ($948,309.44) | | | | | 99,660 | $186,364.20 | ($761,945.24) |
| **Etrade** | 12/19/2024 | 20,000 | ($7.29) | ($145,800.00) | | | | | | | |
| | 1/23/2025 | 341 | ($5.76) | ($1,963.82) | | | | | | | |
| | 1/23/2025 | 3,166 | ($5.76) | ($18,220.33) | | | | | | | |
| | 1/23/2025 | 20,901 | ($5.77) | ($120,598.77) | | | | | | | |
| | 1/23/2025 | 14,929 | ($5.76) | ($85,991.04) | | | | | | | |
| | 1/23/2025 | 663 | ($5.77) | ($3,822.20) | | | | | | | |
| | 1/24/2025 | 20,000 | ($6.19) | ($123,800.00) | | | | | | | |
| | 1/24/2025 | 800 | ($6.07) | ($4,856.00) | | | | | | | |
| | 1/24/2025 | 18,900 | ($6.09) | ($115,101.00) | | | | | | | |
| | 1/24/2025 | 300 | ($6.07) | ($1,819.50) | | | | | | | |
| | 1/31/2025 | 8,000 | ($5.89) | ($47,080.00) | | | | | | | |
| | 1/31/2025 | 7,020 | ($5.95) | ($41,769.00) | | | | | | | |
| | 1/31/2025 | 2,980 | ($5.95) | ($17,716.10) | | | | | | | |
| | 3/20/2025 | 28,000 | ($3.59) | ($100,520.00) | | | | | | | |
| | 3/21/2025 | 28,000 | ($3.50) | ($98,000.00) | | | | | | | |
| | 4/4/2025 | 200 | ($3.11) | ($621.00) | | | | | | | |
| | 4/4/2025 | 23,754 | ($3.12) | ($74,112.48) | | | | | | | |
| | 4/4/2025 | 7,046 | ($3.11) | ($21,913.06) | | | | | | | |
| | 4/4/2025 | 3,600 | ($3.11) | ($11,192.40) | | | | | | | |
| | 4/4/2025 | 400 | ($3.12) | ($1,246.00) | | | | | | | |
| | | 209,000 | | ($1,036,142.69) | | | | | 209,000 | $390,830.00 | ($645,312.69) |
| **Fidelity** | 05/10/2024 | 13100 | ($12.33) | ($161,523.00) | | | | | | | |
| | 05/10/2024 | 3245 | ($12.30) | ($39,913.50) | | | | | | | |
| | 05/10/2024 | 1869 | ($12.27) | ($22,932.63) | | | | | | | |
| | 05/10/2024 | 1300 | ($12.24) | ($15,912.00) | | | | | | | |
| | 05/10/2024 | 1206 | ($12.28) | ($14,809.68) | | | | | | | |
| | 05/10/2024 | 1156 | ($12.31) | ($14,230.36) | | | | | | | |
| | 05/10/2024 | 954 | ($12.26) | ($11,696.04) | | | | | | | |

| Date | Quantity | Price | Amount | Date | Quantity | Price | Amount | Note |
|---|---|---|---|---|---|---|---|---|
| 05/10/2024 | 672 | ($12.29) | ($8,258.88) | | | | | |
| 05/10/2024 | 586 | ($12.30) | ($7,207.80) | | | | | |
| 05/10/2024 | 500 | ($12.25) | ($6,125.00) | | | | | |
| 05/10/2024 | 312 | ($12.29) | ($3,834.48) | | | | | |
| 05/10/2024 | 100 | ($12.26) | ($1,226.00) | | | | | |
| 5/13/2024 IOVA250117C10 | | ($3.60) | ($72,000.00) | | | | | |
| 5/29/2024 IOVA250117C10 | | ($2.45) | ($1,470.00) | | | | | |
| 5/29/2024 IOVA250117C10 | | ($2.45) | ($23,030.00) | | | | | |
| 6/3/2024 IOVA250117C10 | | ($1.95) | ($16,185.00) | | | | | |
| 6/3/2024 IOVA250117C10 | | ($1.95) | ($20,865.00) | | | | | |
| 06/04/2024 IOVA250117C10 | | ($1.84) | ($184.00) | | | | | |
| 06/04/2024 IOVA250117C10 | | ($1.85) | ($185.00) | | | | | |
| 06/04/2024 IOVA250117C10 | | ($1.85) | ($185.00) | | | | | |
| 06/04/2024 IOVA250117C10 | | ($1.85) | ($185.00) | 06/03/2024 | 10 | $8.49 | $84.90 | |
| 06/04/2024 IOVA250117C10 | | ($1.85) | ($185.00) | 06/03/2024 | 300 | $8.46 | $2,538.00 | |
| 06/04/2024 IOVA250117C10 | | ($1.85) | ($185.00) | 06/03/2024 | 400 | $8.44 | $3,376.00 | |
| 06/04/2024 IOVA250117C10 | | ($1.85) | ($185.00) | 06/03/2024 | 400 | $8.48 | $3,392.00 | |
| 06/04/2024 IOVA250117C10 | | ($1.85) | ($185.00) | 06/03/2024 | 460 | $8.48 | $3,900.80 | |
| 6/4/2024 IOVA250117C10 | | ($1.86) | ($371.00) | 06/03/2024 | 500 | $8.41 | $4,205.00 | |
| 6/4/2024 IOVA250117C10 | | ($1.85) | ($14,985.00) | 06/03/2024 | 926 | $8.45 | $7,824.70 | |
| 6/4/2024 IOVA250117C10 | | ($1.85) | ($20,165.00) | 06/03/2024 | 1834 | $8.47 | $15,533.98 | |
| 6/4/2024 OVA250117C7.5 | | ($2.75) | ($825.00) | 06/03/2024 | 1851 | $8.44 | $15,622.44 | |
| 6/4/2024 OVA250117C7.5 | | ($2.75) | ($12,925.00) | 06/03/2024 | 1972 | $8.41 | $16,584.52 | |
| 6/4/2024 OVA250117C7.5 | | ($2.75) | ($13,750.00) | 06/03/2024 | 2505 | $8.43 | $21,117.15 | |
| 6/4/2024 OVA250117C7.5 | | ($2.75) | ($13,750.00) | 06/03/2024 | 2678 | $8.46 | $22,655.88 | |
| 6/4/2024 OVA250117C7.5 | | ($2.75) | ($13,750.00) | 06/03/2024 | 3720 | $8.48 | $31,545.60 | |
| 06/06/2024 | 20000 | ($8.19) | ($163,800.00) | 06/03/2024 | 3752 | $8.42 | $31,591.84 | |
| 06/06/2024 | 10000 | ($8.23) | ($82,300.00) | 06/03/2024 | 3692 | $8.47 | $31,271.24 | |
| 06/11/2024 | 16555 | ($8.03) | ($132,936.65) | 06/03/2024 | 414 | 8.47 | | Related to opening position |
| 06/11/2024 | 14620 | ($8.83) | ($129,094.60) | 06/03/2024 | 4780 | 8.47 | | |
| 06/11/2024 | 13566 | ($8.84) | ($119,923.44) | 06/03/2024 | 4864 | 8.45 | | |
| 06/11/2024 | 7000 | ($8.84) | ($61,880.00) | 06/03/2024 | 8987 | 8.43 | | |
| 06/11/2024 | 3255 | ($8.82) | ($28,709.10) | 06/03/2024 | 15480 | 8.46 | | |
| 06/11/2024 | 2953 | ($8.83) | ($26,074.99) | 06/03/2024 | 33087 | 8.44 | | |
| 06/11/2024 | 2818 | ($8.82) | ($24,854.76) | 06/03/2024 | 33388 | 8.41 | | |
| 06/11/2024 | 2125 | ($8.81) | ($18,721.25) | 12/18/2024 | 58000 | $7.74 | $448,920.00 | |
| 06/11/2024 | 1923 | ($8.03) | ($15,441.69) | 12/31/2024 /A250117C10 | | $0.00 | $0.00 | |
| 06/11/2024 | 1422 | ($8.02) | ($11,404.44) | 12/31/2024 /A250117C10 | | $0.05 | $10.00 | |
| 06/11/2024 | 663 | ($8.84) | ($5,860.92) | 12/31/2024 A250117C7.5 | | $0.30 | $6,000.00 | |
| 06/11/2024 | 100 | ($8.02) | ($802.00) | | | | | |
| 08/09/2024 | 5800 | ($9.95) | ($57,710.00) | | | | | |
| 08/09/2024 | 2789 | ($9.95) | ($27,750.55) | | | | | |
| 08/09/2024 | 1363 | ($9.93) | ($13,534.59) | | | | | |
| 08/09/2024 | 1048 | ($9.94) | ($10,417.12) | | | | | |
| 01/23/2025 | 20000 | ($5.75) | ($115,000.00) | | | | | |
| 01/21/2025 | 38934 | ($5.64) | ($219,587.76) | | | | | |
| 01/21/2025 | 8960 | ($5.63) | ($50,444.80) | | | | | |
| 01/21/2025 | 906 | ($5.63) | ($5,100.78) | | | | | |
| 01/21/2025 | 900 | ($5.63) | ($5,067.00) | | | | | |
| 01/21/2025 | 300 | ($5.63) | ($1,689.00) | | | | | |
| 03/20/2025 | 26989 | ($3.59) | ($96,890.51) | | | | | |
| 03/20/2025 | 3011 | ($3.59) | ($10,809.49) | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/04/2025 | 9075 | ($3.14) | ($28,495.50) | | | | | |
| 04/04/2025 | 7048 | ($3.13) | ($22,060.24) | | | | | |
| 04/04/2025 | 3457 | ($3.12) | ($10,785.84) | | | | | |
| 04/04/2025 | 400 | ($3.13) | ($1,252.00) | | | | | |
| 04/04/2025 | 20 | ($3.13) | ($62.60) | | | | | |
| | 253000 | | ($2,031,680.99) | 83000 | $666,174.05 | 170000 | $317,900.00 | ($1,047,606.94) |

**Total - Djie**     ($2,454,864.87)

**Total - combined**     ($5,622,539.37)