**FORD & DIULIO PC**
Brendan M. Ford (Bar No. 224333)
BFord@FordDiulio.com
Kristopher P. Diulio (Bar No. 229399)
KDiulio@FordDiulio.com
3200 Park Center Drive, Suite 210
Costa Mesa, California 92626
Telephone: (714) 450-6830

**SQUITIERI & FEARON, LLP**
Lee Squitieri (*pro hac vice* forthcoming)
lee@sfclasslaw.com
205 Hudson, 7th Floor
New York, New York 10007
Telephone: (212) 421-6492

**MOORE LAW, PLLC**
Fletcher Moore (*pro hac vice* forthcoming)
fletcher@fmoorelaw.com
30 Wall Street, 8th Floor
New York, New York 10005
Telephone: (212) 709-8244

Attorney for Lead Plaintiff Movant
Investor Group
THOR BREVIK and
ELLIOT RESNICK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARTHIK TRICHUR SUNDARAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, IGOR P. BILINSKY, AND DANIEL G. KIRBY,<br><br>Defendants. | Case No. 5:25-cv-04177-EKL<br><br>**DECLARATION OF LEE SQUITIERI IN SUPPORT OF THOR BREVIK AND ELLIOT RESNICK'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

**DECLARATION OF LEE SQUITIERI**

I, Lee Squitieri, hereby declare as follows:

1.    I am a partner with the law firm of Squitieri & Fearon, LLP, counsel for Thor Brevik and Elliot Resnick (collectively "Movant"), and a member in good standing for the bar of the State of New York and will move for pro hac vice admission in this Court forthwith.

2.    I respectfully submit this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel in the above-captioned action (the "Action"). This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.    Attached hereto as Exhibit A is a true and correct copy of the sworn PSLRA certifications signed by Movant.

4.    Attached hereto as Exhibit B is a true and correct copy of the loss chart detailing Movant's losses as a result of their investment in Iovance Biotherapeutics, Inc.

5.    Attached hereto as Exhibit C is a true and correct copy of the Declaration signed by Movants in support of their lead plaintiff motion.

6.    Attached hereto as Exhibit D is a true and correct copy of the firm résumés of Squitieri & Fearon, LLP and Moore Law PLLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 14th day of July, 2025.

_/s/ Lee Squitieri_
Lee Squitieri

---

**DECLARATION OF LEE SQUITIERI**