**KIRBY McINERNEY LLP**
Robert J. Gralewski, Jr. (CSB # 196410)
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: (858) 534-2044
Email: bgralewski@kmllp.com

*Counsel for Lead Plaintiff Movant the IOVA*
*Investor Group and Proposed Lead Counsel*
*for the Class*

*- Additional Counsel on Signature Block -*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRHIK TRICHUR SUNDARAM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, IGOR P. BILINSKY, and DANIEL G. KIRBY, <br><br> Defendants. | Case No.: 5:25-cv-04177-EKL <br><br> **DECLARATION OF ROBERT J. GRALEWSKI, JR. IN SUPPORT OF THE IOVA INVESTOR GROUP'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** <br><br> Date: October 1, 2025 <br> Time: 10:00 a.m. <br> Courtroom: San Jose, Courtroom 7—4th Floor <br> Judge: Eumi K. Lee |
| DIMITRY FARBEROV, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, and IGOR P. BILINSKY, <br><br> Defendants. | Case No.: 5:25-cv-04199-JD |

I, Robert J. Gralewski, Jr., Esq, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of California, the U.S. District Courts for the Northern, Southern, Eastern, and Central Districts of California, the U.S. District Court for the District of Colorado. I am a partner of the law firm of Kirby McInerney LLP, proposed Lead Counsel for Lee Schweizer, Michael A. Macchione, Ann Marie Macchione, Bradford J. Tierney, and Christopher J. Amoruso ("the IOVA Investor Group"), and the class.  I submit this declaration in support of the IOVA Investor Group's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of class action published on Globe Newswire, a national business-oriented wire service, on May 15, 2025;

Exhibit B:      Certifications of the members of the IOVA Investor Group

Exhibit C:      Joint Declaration of the IOVA Investor Group;

Exhibit D:      Table of the calculated losses incurred by the IOVA Investor Group as a result of transactions in Iovance Biotherapeutics, Inc. securities; and

Exhibit E:      Kirby McInerney LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of July 2025, at San Diego, California.

*/s/ Robert J. Gralewski, Jr.*
Robert J. Gralewski, Jr.

- 1 -

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On July 14, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 14, 2025, at San Diego, California.

/s/  Robert J. Gralewski, Jr.
Robert J. Gralewski, Jr.