**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096
dkaplan@saxenawhite.com

*Counsel for Proposed Lead Plaintiff*
*Mehdi Hasan, and Proposed Lead Counsel*
*for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| KARTHIK TRICHUR SUNDARAM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, IGOR P. BILINSKY, and DANIEL G. KIRBY, <br><br> Defendants. | No. 5:25-cv-04177-EKL <br><br> **CLASS ACTION** <br><br> **DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF THE MOTION OF MEHDI HASAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL** <br><br> DATE: August 20, 2025 <br> TIME: 10:00 am <br> COURTROOM: 7, 4th Floor <br> JUDGE: Hon. Eumi K. Lee |

DIMITRY FARBEROV, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, and IGOR P. BILINSKY,

Defendants.

No. 5:25-cv-04199-EKL

I, David R. Kaplan, declare on this 14th day of July 2025:

1.     I am a Director with the law firm of Saxena White P.A. ("Saxena White"), proposed Lead Counsel for the Class, a member in good standing of the Bar of the State of California, and admitted to practice before this Court.  I submit this Declaration in support of the motion of Mehdi Hasan for an order: (1) consolidating the Related Actions; (2) appointing Mehdi Hasan as Lead Plaintiff; (3) approving Mr. Hasan's selection of Saxena White as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

2.     Attached as Exhibit A is a true and correct copy of Mehdi Hasan's sworn certification pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2).

3.     Attached as Exhibit B is a true and correct copy of a chart reflecting the calculation of Mehdi Hasan's estimated loss.

4.     Attached as Exhibit C is a true and correct copy of the notice of pendency of *Sundaram v. Iovance Biotherapeutics, Inc.*, No. 5:24-cv-04177-EKL (N.D. Cal.), published on *GlobeNewswire* on May 15, 2025.

5.     Attached as Exhibit D is a true and correct copy of the declaration of Mehdi Hasan.

6.     Attached as Exhibit E is a true and correct copy of the firm resume of proposed Lead Counsel, Saxena White.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: July 14, 2025                               Respectfully submitted,

                                                  By: */s/ David R. Kaplan*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on July 14, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel or parties of record.

*/s/ David R. Kaplan*
David R. Kaplan

DECL. OF DAVID. R. KAPLAN ISO M. HASAN'S
MOT. FOR APP'T AS LEAD PLAINTIFF
CASE NO. 5:25-CV-04177-EKL