**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
lweaver@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Proposed Lead Plaintiff*
*Brian Paplaski and Proposed*
*Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| KARTHIK TRICHUR SUNDARAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, IGOR P. BILINSKY, and DANIEL G. KIRBY,<br><br>Defendants. | Case No. 5:25-cv-04177-EKL-NMC<br><br>CLASS ACTION<br><br>**DECLARATION OF LESLEY E. WEAVER IN SUPPORT OF THE MOTION OF BRIAN PAPLASKI FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS**<br><br>Date: October 1, 2025<br>Time: 10:00 a.m.<br>Courtroom: 7—4th Floor<br>Judge: Hon. Eumi K. Lee |
| DIMITRY FARBEROV, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, and IGOR P. BILINSKY,<br><br>Defendants. | Case No. 3:25-cv-04199-EKL-NMC<br><br>CLASS ACTION |

DECLARATION OF LESLEY E. WEAVER
CASE NO. 5:25-CV-04177-EKL-NMC

I, Lesley E. Weaver, declare as follows:

1.      I am a member in good standing of the bar of the State of California and of this Court.  I am a Partner of the law firm Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in support of the Motion filed by Brian Paplaski for: (1) appointment as Lead Plaintiff; (2) approval of his selection of BFA to serve as Lead Counsel for the Class; (3) consolidation of the related actions; and (4) any such further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A:   Declaration of Mr. Paplaski;

EXHIBIT B:   Notice of Pendency of *Sundaram v. Iovance Biotherapeutics, Inc.*, No. 5:25-cv-04177 (N.D. Cal.) published on May 15, 2025;

EXHIBIT C:   Notice of Pendency of *Farberov v. Iovance Biotherapeutics, Inc.*, No. 3:25-cv-04199 published on May 16, 2025;

EXHIBIT D:   Certification of Mr. Paplaski;

EXHIBIT E:   Chart reflecting the financial interest of Mr. Paplaski; and

EXHIBIT F:   Firm Resume of BFA.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of July 2025 at Oakland, California.

*/s/ Lesley E. Weaver*
Lesley E. Weaver

DECLARATION OF LESLEY E. WEAVER
CASE NO. 5:25-CV-04177-EKL-NMC