POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant Anthony Westfall and Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| KARTHIK TRICHUR SUNDARAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, IGOR P. BILINSKY, and DANIEL G. KIRBY,<br><br>Defendants. | Case No.: 5:25-cv-04177-EKL<br><br>CERTIFICATE OF JENNIFER PAFITI PURSUANT TO LOCAL RULE 3-7(d)<br><br><u>CLASS ACTION</u><br><br>Date:  September 3, 2025<br>Time:  10:00 a.m.<br>Judge:  Hon. Eumi K. Lee<br>Courtroom:  7 – 4th Floor |
| DIMITRY FARBEROV, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, and IGOR P. BILINSKY,<br><br>Defendants. | Case No.: 5:25-cv-04199-EKL<br><br><u>CLASS ACTION</u> |

CERTIFICATE OF JENNIFER PAFITI PURSUANT TO LOCAL RULE 3-7(d) - 5:25-cv-04177-EKL; 5:25-cv-04199-EKL

Pursuant to Civil L.R. 3-7(d), I, Jennifer Pafiti, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of the above-captioned actions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 14, 2025.

                                    */s/ Jennifer Pafiti*
                                    Jennifer Pafiti

**PROOF OF SERVICE**

I hereby certify that on July 14, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti