**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*
*Additional counsel on signature page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARTHIK TRICHUR SUNDARAM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, IGOR P. BLINSKY, and DANIEL G. KIRBY, <br><br> Defendants. | Case No. 5:25-cv-04177-EKL <br><br> **NOTICE OF ERRATA** <br><br> <u>CLASS ACTION</u> <br><br> Judge: Eumi K. Lee <br> Hearing: October 1, 2025 <br> Time: 10:00 a.m. <br> Courtroom: 7 – 4th Floor |

[Additional caption on next page]

1

| | |
|---|---|
| DIMITRY FARBEROV, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, and IGOR P. BLINSKY, <br><br> Defendants. | Case No. 5:25-cv-04199-EKL <br><br> <u>CLASS ACTION</u> <br><br> Judge: Eumi K. Lee |

**PLEASE TAKE NOTICE** that movants Lindy Merrill and Tony Djie ("Movants") hereby submit this notice of errata to their motion for lead plaintiff (ECF Nos. 24, 25) to correct inadvertent errors by undersigned counsel's staff in preparing the loss chart (ECF No. 25-4) and the accompanying Schedule A to Mr. Djie's certification (ECF No.25-3). Mr. Djie's corrected loss is $2,031,992. Movants' corrected total losses are $5,199,667. A corrected loss chart is attached hereto as Exhibit A.  Mr. Djie's amended certification is attached hereto as Exhibit B.

Consequently, the *Lax-Olsten* factors set forth on page 7, lines 11-16 of the Motion & Memorandum of Points and Authorities (ECF. No. 24), are corrected as follows: during the class period, Movants: (i) purchased 2,870,000 shares of Iovance; (ii) retained 1,983,750 shares of Iovance; (iii) expended a net sum of $8,861,540 on those purchases; and (iv) as a result, incurred losses of approximately $5,199,667.

Dated: July 21, 2025                    Respectfully submitted,

                                       **THE ROSEN LAW FIRM, P.A.**

                                       /s/Laurence M. Rosen
                                       Laurence M. Rosen, Esq. (SBN 219683)

355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

**THE SCHALL LAW FIRM**

Brian Schall (290685)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
brian@schallfirm.com

*Additional Counsel*

3

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On July 21, 2025, I electronically filed the following **NOTICE OF ERRATA** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing in true and correct.


Executed on July 21, 2025.


/s/Laurence M. Rosen

Laurence M. Rosen

NOTICE OF ERRATA  – Case No. 5:25-cv-04177-EKL