**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
lweaver@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Proposed Lead Plaintiff Brian Paplaski*
*and Proposed Lead Counsel for the Class*

[*Additional Counsel on Signature Page*]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| KARTHIK TRICHUR SUNDARAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, IGOR P. BILINSKY, and DANIEL G. KIRBY,<br><br>Defendants. | Case No. 5:25-cv-04177-EKL-NMC<br><br>CLASS ACTION<br><br>**RESPONSE IN SUPPORT OF THE MOTION OF BRIAN PAPLASKI FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS**<br><br>Date: October 1, 2025<br>Time: 10:00 a.m.<br>Courtroom: 7—4th Floor<br>Judge: Hon. Eumi K. Lee |
| DIMITRY FARBEROV, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, and IGOR P. BILINSKY,<br><br>Defendants. | Case No. 3:25-cv-04199-EKL-NMC<br><br>CLASS ACTION |

Brian Paplaski respectfully submits this response in support of his motion for appointment as Lead Plaintiff and approval of his selection of counsel.  ECF No. 45 (the "Motion").

On July 14, 2025, Mr. Paplaski timely filed his Motion pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), seeking appointment as Lead Plaintiff and approval of his selection of Bleichmar Fonti & Auld LLP as Lead Counsel for the Class. Nine other movants also filed motions seeking Lead Plaintiff appointment.  *See* ECF Nos. 15, 18, 21, 24, 28, 30, 35, 39, 46.  Mr. Paplaski has reviewed the competing Lead Plaintiff motions and has determined he does not claim the largest financial interest in this case.

The PSLRA provides that, in selecting a Lead Plaintiff, courts "shall adopt a presumption" that the movant asserting the "largest financial interest in the relief sought by the class," that otherwise satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"), is the "most adequate plaintiff" to represent the class. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Here, as set forth in his Motion and supporting documents, Mr. Paplaski suffered substantial losses of roughly $715,000. ECF No. 45 at 5. Mr. Paplaski also satisfies the typicality and adequacy requirements of Rule 23 because his claims are typical of the members of the class, and Mr. Paplaski will fairly and adequately protect the interests of the class.  *Id.* at 6-7.

Given his substantial financial interest and ability to represent the class, should the Court find that any of the competing movants with a larger claimed financial interest fail to meet the PSLRA's criteria for appointment, Mr. Paplaski respectfully requests that the Court grant his Motion, appoint him as Lead Plaintiff, and approve his selection of counsel.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii).

DATED: July 28, 2025                                   Respectfully Submitted,

**BLEICHMAR FONTI & AULD LLP**

   */s/ Lesley E. Weaver*
Lesley E. Weaver (Bar No. 191305)
lweaver@bfalaw.com
Adam C. McCall (Bar No. 302130)
amccall@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003

RESPONSE IN SUPPORT OF THE MOTION OF BRIAN PAPLASKI FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS
CASE NO. 5:25-CV-04177-EKL-NMC

Facsimile: (415) 445-4020

-and-

Javier Bleichmar
jbleichmar@bfalaw.com
300 Park Avenue, Suite 1301
New York, New York 10022
Telephone: (212) 789-1340
Facsimile: (212) 205-3960

-and-

Ross Shikowitz
rshikowitz@bfalaw.com
75 Virginia Road
White Plains, New York 10603
Telephone: (914) 265-2991
Facsimile: (212) 205-3960

*Counsel for Proposed Lead Plaintiff Brian Paplaski, and Proposed Lead Counsel for the Class*

RESPONSE IN SUPPORT OF THE MOTION OF BRIAN PAPLASKI FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS
CASE NO. 5:25-CV-04177-EKL-NMC

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

_/s/ Lesley E. Weaver_
Lesley E. Weaver

RESPONSE IN SUPPORT OF THE MOTION OF BRIAN PAPLASKI FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF THE RELATED ACTIONS
CASE NO. 5:25-CV-04177-EKL-NMC

3