**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096
dkaplan@saxenawhite.com

*Counsel for Mehdi Hasan*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| KARTHIK TRICHUR SUNDARAM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, IGOR P. BILINSKY, and DANIEL G. KIRBY, <br><br> Defendants. | No. 5:25-cv-04177-EKL <br><br> **CLASS ACTION** <br><br> **DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF THE NOTICE OF NON-OPPOSITION OF MEHDI HASAN** <br><br> DATE: August 20, 2025 <br> TIME: 10:00 am <br> COURTROOM: 7, 4th Floor <br> JUDGE: Hon. Eumi K. Lee |

DECL. OF DAVID. R. KAPLAN ISO M. HASAN'S
NOTICE OF NON-OPP'N
CASE NO. 5:25-CV-04177-EKL

DIMITRY FARBEROV, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, and IGOR P. BILINSKY,

Defendants.

No. 5:25-cv-04199-EKL

I, David R. Kaplan, declare on this 28th day of July 2025:

1.     I am a Director with the law firm of Saxena White P.A. ("Saxena White"), a member in good standing of the Bar of the State of California, and admitted to practice before this Court.  I submit this Declaration in support of the notice of non-opposition of Mehdi Hasan.

2.     Attached as Exhibit A is a true and correct copy of annotated versions of the sworn certifications pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2), and the loss chart, of movants Lindy Merrill and Tony Djie.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: July 28, 2025                               Respectfully submitted,

By: */s/ David R. Kaplan*

DECL. OF DAVID. R. KAPLAN ISO M. HASAN'S
NOTICE OF NON-OPP'N
CASE NO. 5:25-CV-04177-EKL

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on July 28, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel or parties of record.

*/s/ David R. Kaplan*
David R. Kaplan

DECL. OF DAVID. R. KAPLAN ISO M. HASAN'S
NOTICE OF NON-OPP'N
CASE NO. 5:25-CV-04177-EKL