Adam M. Apton (SBN 316506)
  *aapton@zlk.com*
LEVI & KORSINSKY LLP
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone: (415) 373-1671

*Counsel for Plaintiff Karthik Sundaram*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARTHIK TRICHUR SUNDARAM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, IGOR P. BILINSKY, and DANIEL G. KIRBY, <br><br> Defendants. | Case No.  5:25-cv-04177-EKL <br><br> **STIPULATION AND [PROPOSED] DEFERRING DEFENDANTS' RESPONSE DEADLINE AND VACATING INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Judge Eumi K. Lee <br><br> **FIRST REQUEST FOR EXTENSION** |

STIPULATION AND [PROPOSED] ORDER DEFERRING DEFENDANTS' RESPONSE DEADLINE AND
VACATING INITIAL CASE MANAGEMENT CONFERENCE
Case No. 5:25-cv-04177-EKL

WHEREAS, on May 15, 2025, Plaintiff Karthik Sundaram ("Plaintiff") commenced the above-captioned action against Defendants Iovance Biotherapeutics, Inc., Frederick G. Vogt, Jean-Marc Bellemin, Igor P. Bilinsky, and Daniel Kirby (collectively, "Defendants"), alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") (ECF No. 1);

WHEREAS, on May 16, 2025, the Court issued an Order scheduling a Case Management Statement to be due August 6, 2025, and setting an Initial Case Management Conference for August 20, 2025 at 1:30 p.m. (*see* ECF No. 6);

WHEREAS, the PSLRA provides a procedure for the appointment of lead plaintiff and lead counsel, 15 U.S.C. § 78u-4(a)(3), and motions for appointment as lead plaintiff and approval of lead counsel must be filed no later than July 14, 2025;

WHEREAS, the Parties anticipate that the Court-appointed lead plaintiff will file an amended complaint and that Defendants will file motion(s) to dismiss;

WHEREAS, an amended complaint would render any response to the currently pending complaint moot; and

WHEREAS, the PSLRA provides that discovery shall be stayed during the pendency of any motion to dismiss, 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, the undersigned parties respectfully submit that, because the pleadings are not yet set and in light of the PSLRA's discovery stay, good cause exists to find that Defendants should not be required to respond to a complaint in this case until after lead plaintiff and lead counsel have been appointed and have filed an amended complaint and to vacate Initial Case Management Conference and related deadlines, including for the Case Management Statement, to be reset after the Court has an opportunity to rule on Defendants' anticipated motion to dismiss; and

WHEREAS, there have been no prior requests for adjournment or extension;

WHEREAS, no party will be prejudiced by the stipulated-to extension;

//

STIPULATION AND [PROPOSED] ORDER DEFERRING DEFENDANTS' RESPONSE DEADLINE AND VACATING INITIAL CASE MANAGEMENT CONFERENCE
Case No. 5:25-cv-04177-EKL

1

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned, subject to Court approval, as follows:

1.      The Parties agree that Defendants need not respond to the complaint (ECF No. 1).

2.      Within thirty (30) days of entry of the Order appointing lead plaintiff and lead counsel, the Court-appointed lead plaintiff and Defendants shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response(s) thereto.

3.      The Initial Case Management Conference set for August 20, 2025 at 1:30 p.m., and all associated deadlines, are vacated and shall be reset after the Court has an opportunity to rule on Defendants' anticipated motion to dismiss.

4.      Nothing in this Stipulation shall be construed as a waiver of any Party's rights or positions in law or equity, or as a waiver of any defenses.

STIPULATION AND [PROPOSED] ORDER DEFERRING DEFENDANTS' RESPONSE DEADLINE AND VACATING INITIAL CASE MANAGEMENT CONFERENCE
Case No. 5:25-cv-04177-EKL

2

DATED:  July 25, 2025

**LEVI & KORSINSKY LLP**

By:    _s/ Adam M. Apton_

Adam M. Apton
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Telephone: (415) 373-1671
Email: aapton@zlk.com

_Counsel for Plaintiff Karthik Sundaram_

DATED:  July 25, 2025

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:    _s/ Tommy Huynh_

Tommy Huynh  (SBN 306222)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3147
Email: tommy.huynh@arnoldporter.com

Veronica Callahan, _pro hac vice forthcoming_
Aaron Miner, _pro hac vice forthcoming_
250 West 55th Street
New York, Ny 10019-9710
Telephone: (212) 836-8000
Email: veronica.callahan@arnoldporter.com
Email: aaron.miner@arnoldporter.com

Stephanna F. Szotkowski, _pro hac vice forthcoming_
Nikolas Bindi _pro hac vice forthcoming_
70 West Madison Street, Suite 4200
Chicago, IL 60602-3241
Telephone: (312) 583-2354
Email: stephanna.szotkowski@arnoldporter.com
Email: nikolas.bindi@arnoldporter.com

_Counsel for Defendants_

STIPULATION AND [PROPOSED] ORDER DEFERRING DEFENDANTS' RESPONSE DEADLINE AND VACATING INITIAL CASE MANAGEMENT CONFERENCE
Case No. 5:25-cv-04177-EKL

3

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: July 25, 2025

s/ Adam M. Apton
Adam M. Apton

*                    *                    *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____July 31, 2025_____

_____
HON. EUMI K. LEE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER DEFERRING DEFENDANTS' RESPONSE DEADLINE AND
VACATING INITIAL CASE MANAGEMENT CONFERENCE
Case No. 5:25-cv-04177-EKL                                                                    4