UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Karthik Trichur Sundaram,  et al.,

Plaintiff(s),

v.

Iovance Biotherapeutics,
Inc., et al.,

Defendant(s).

Case No. 5:25-cv-04177-EKL

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, J. Alexander Hood II , an active member in good standing of the bar of

the State of New York , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Movant, Anthony Westfall in the

above-entitled action. My local co-counsel in this case is Jennifer Pafiti , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 282790 .

600 Third Avenue, 20th Floor
New York, NY 10016

MY ADDRESS OF RECORD

(212) 661-1100

MY TELEPHONE # OF RECORD

ahood@pomlaw.com

MY EMAIL ADDRESS OF RECORD

1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310) 405-7190

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jpafiti@pomlaw.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 5030838 .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 6 times in the 12 months

preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/04/2025

J. Alexander Hood II
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of J. Alexander Hood II    is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 4, 2025

EUMI K. LEE
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2