**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARTHIK TRICHUR SUNDARAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, IGOR P. BLINSKY, and DANIEL G. KIRBY,<br><br>Defendants. | Case No. 5:25-cv-04177-EKL<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REPLY IN FURTHER SUPPORT OF MOTION TO APPOINT CO-LEAD PLAINTIFFS AND APPROVE CHOICE OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>Judge: Eumi K. Lee<br>Hearing: October 1, 2025<br>Time: 10:00 a.m.<br>Courtroom: 7 – 4th Floor |

[Additional caption on next page]

1

| | |
|---|---|
| DIMITRY FARBEROV, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, and IGOR P. BLINSKY, <br><br> Defendants. | Case No. 5:25-cv-04199-EKL <br><br> <u>CLASS ACTION</u> <br><br> Judge: Eumi K. Lee |

I, Laurence M. Rosen, declare:

1.    I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., attorneys for movants Lindy Merrill and Tony Djie ("Movants"). I make this declaration in further support Co- Lead Plaintiffs, and for approval of Movants' choice of counsel pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, and in opposition to competing motions for same. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit A:    Joint Declaration of Lindy Merrill and Tony Djie in Further Support of Their Motion for Appointment as Co-Lead Plaintiffs and Approval of Counsel

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REPLY IN FURTHER SUPPORT OF MOTION TO APPOINT CO-LEAD PLAINTIFFS AND APPROVE CHOICE OF COUNSEL - Case No. 5:25-cv-04177-EKL

Executed this 4th day of August 2025.

THE ROSEN LAW FIRM, P.A.

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN #219683)

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REPLY IN FURTHER SUPPORT OF MOTION TO APPOINT CO-LEAD PLAINTIFFS AND APPROVE CHOICE OF COUNSEL - Case No. 5:25-cv-04177-EKL

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On August 4, 2025, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REPLY IN FURTHER SUPPORT OF MOTION TO APPOINT CO-LEAD PLAINTIFFS AND APPROVE CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on August 4, 2025.


/s/ Laurence M. Rosen
Laurence M. Rosen

4

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REPLY IN FURTHER SUPPORT OF MOTION TO APPOINT CO-LEAD PLAINTIFFS AND APPROVE CHOICE OF COUNSEL - Case No. 5:25-cv-04177-EKL