**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email:  lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiffs and the Class*
*Additional counsel on signature page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARTHIK TRICHUR SUNDARAM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, IGOR P. BLINSKY, and DANIEL G. KIRBY, <br><br> Defendants. | Case No. 5:25-cv-04177-EKL <br><br> **RESPONSE TO ANTHONY WESTFALL'S MOTION FOR LEAVE TO FILE SUR-REPLY** <br><br> <u>CLASS ACTION</u> <br><br> Judge: Eumi K. Lee <br> Hearing: October 1, 2025 <br> Time: 10:00 a.m. <br> Courtroom: 7 – 4th Floor |

[Additional caption on next page]

RESPONSE TO ANTHONY WESTFALL'S MOTION FOR LEAVE TO FILE SUR-REPLY – Case No. 5:25-cv-04177-EKL

| DIMITRY FARBEROV, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, and IGOR P. BLINSKY,<br><br>Defendants. | Case No. 5:25-cv-04199-EKL<br><br>CLASS ACTION<br><br>Judge: Eumi K. Lee |
|---|---|

Lead Plaintiff Movants Lindy Merrill and Tony Djie ("Movants") respectfully submit this response to competing movant Anthony Westfall's ("Mr. Westfall") motion for leave to file a sur-reply ("Sur-reply Motion").

While Movants indicated they took no position on Mr. Westfall's Sur-reply Motion, Movants submit this response to notify this Court of certain facts.

As a preliminary matter, sur-replies are generally disfavored in this jurisdiction. *See*, *In re Cathode Ray Tube (CRT) Antitrust Litigation*, 2014 WL 2581525, at *1, fn.2 (N.D. Cal. June 9, 2014) ("The Court disfavors surreplies, but they will, as always, be addressed on a case-by-case basis."); *see also*, *Barsuli v. GoodRx Holdings, Inc.*, 2024 WL 4406786, at *1 (C.D. Cal. July 22, 2024) ("Motions for leave to file a sur-reply are generally viewed with disfavor.") (citing *Garcia v. Biter*, 195 F. Supp. 3d 1131, 1134 (E.D. Cal. 2016)).

Additionally, there were no new arguments raised in Movants' reply papers that Mr. Westfall did not already have an opportunity to address. Competing movant Iovance Investor Group raised the same *Dura* loss calculation arguments in its opposition papers. Dkt. No. 70, at 2-3. Indeed, Mr. Westfall addressed these arguments in his reply brief. Dkt. No. 80, at 4-5.

Therefore, there were no new arguments raised in Movants' reply that merits a sur-reply. *Great American Insurance Co. v. Berl*, 2017 WL 8180627, at \*1 (C.D. Cal. Oct. 23, 2017) ("[C]ourts should allow a sur-reply only when a valid reason for additional briefing exists, such as when the reply brief raises "new" arguments that require some additional response[.]") Therefore, this Court should not grant Mr. Westfall's request for leave to file a sur-reply.

## CONCLUSION

For the foregoing reasons, Movants respectfully request that the Court issue an Order denying Mr. Westfall's motion for leave to file a sur-reply.

Dated: August 11, 2025          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiffs and the Class*

**THE SCHALL LAW FIRM**
Brian Schall (290685)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
brian@schallfirm.com

*Additional Counsel*

RESPONSE TO ANTHONY WESTFALL'S MOTION FOR LEAVE TO FILE SUR-REPLY – Case No. 5:25-cv-04177-EKL

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On August 11, 2025, I electronically filed the following **RESPONSE TO ANTHONY WESTFALL'S MOTION FOR LEAVE TO FILE SUR-REPLY** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing in true and correct.

Executed on August 11, 2025.


/s/Laurence M. Rosen

Laurence M. Rosen