UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUNDARAM, et al.              ,

Plaintiff(s),

v.

IOVANCE BIOTHERAPEUT    ,

Defendant(s).

Case No. 5:25-cv-04177-EKL

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Stephanna Szotkowski____, an active member in good standing of the bar of

the State of New York_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Defendants_____ in the

above-entitled action. My local co-counsel in this case is Tommy Huynh_____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 306222_____.

70 West Madison Street, Suite 4200, Chicago, Illinois, 60602
MY ADDRESS OF RECORD

(312) 583-2354
MY TELEPHONE # OF RECORD

stephanna.szotkowski@arnoldporter.com
MY EMAIL ADDRESS OF RECORD

3 Embarcadero Ctr Ste 10, San Francisco, CA 94111-4024
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 471-3147
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

tommy.huynh@arnoldporter.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 5349246_____.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero____ times in the 12 months

preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 11, 2025 _____    /s/ Stephanna Szotkowski _____
                                         APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Stephanna Szotkowski is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 11, 2025 _____

_____
EUMI K. LEE
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2