UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARTHIK TRICHUR SUNDARAM,
Individually and on Behalf of All Others
Similarly Situated,                              ,

            Plaintiff(s),

      v.

IOVANCE BIOTHERAPEUTICS,
INC., et al.                                          ,

           Defendant(s).

Case No. ___5:25-cv-04177-EKL_____

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

     I, __Phillip Kim_____, an active member in good standing of the bar of __State of New York_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Lindy Merrill and Tony Djie__ in the above-entitled action. My local co-counsel in this case is __Laurence M. Rosen_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: __SBN 219683_____.

THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
MY ADDRESS OF RECORD

THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

212-686-1060
MY TELEPHONE # OF RECORD

213-785-2610
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

philkim@rosenlegal.com
MY EMAIL ADDRESS OF RECORD

lrosen@rosenlegal.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __4145397_____.

     A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

     I have been granted pro hac vice admission by the Court __3_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __August 11, 2025__          ___/s/ Phillip Kim_____
                                            APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Phillip Kim_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ____August 11, 2025_____

_____
                    EUMI K. LEE
                    UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021                                    2