**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lindy Merrill & Tony Djie and [Proposed]*
*Lead Counsel for Plaintiffs and the Class*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARTHIK TRICHUR SUNDARAM, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, IGOR P. BLINSKY, and DANIEL G. KIRBY,<br><br>        Defendants. | Case No. 5:25-cv-04177-EKL<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING CO-LEAD PLAINTIFFS, AND APPROVING SELECTION OF CO-LEAD COUNSEL**<br><br><u>CLASS ACTION</u><br><br>Judge: Eumi K. Lee<br>Hearing: October 1, 2025<br>Time: 10:00 a.m.<br>Courtroom: 7 – 4th Floor |

[Additional caption on next page]

1

| | |
|---|---|
| DIMITRY FARBEROV, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G. VOGT, JEAN-MARC BELLEMIN, and IGOR P. BLINSKY,<br><br>Defendants. | Case No. 5:25-cv-04199-EKL<br><br>CLASS ACTION<br><br>Judge: Eumi K. Lee |

Lead Plaintiff Movants Lindy Merrill and Tony Djie (collectively, the "Merrill & Djie Group") and Anthony Westfall ("Westfall"), by and through their undersigned counsel, hereby stipulate as follows in support of their request for consolidation of the above-captioned actions (the "Related Actions"), appointment as Co-Lead Plaintiffs, and approval of their selection of Co-Lead Counsel:

WHEREAS, the Related Actions have been filed against Iovance Biotherapeutics, Inc. and certain of its current and former executives and directors, alleging fraud claims under the Securities Exchange Act of 1934;

WHEREAS, Federal Rule of Civil Procedure 42(a) provides that a court may order all actions consolidated if they involve "common issues of law or fact.";

WHEREAS, the Related Actions involve common legal and factual issues, such that efficiency and consistency will result from their consolidation;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on May 16, 2025, after the filing of *Sundaram v. Iovance Biotherapeutics, Inc.*, 5:25-cv-04177-EKL – the first of the Related Actions to be filed – a notice

2

was published over a national wire service, duly advising putative class members of the action informing them of their right to seek appointment as lead plaintiff within 60 days;

WHEREAS, on July 14, 2025, ten movants or movant groups filed timely, separate motions seeking consolidation of the Related Actions, appointment as Lead Plaintiff, and approval of their respective selections of Lead Counsel pursuant to the PSLRA: (i) Gary LoPiccolo ("LoPiccolo") (Dkt. No. 18); (ii) Thor Brevik and Elliot Resnick (collectively, "Brevik and Resnick") (Dkt. No. 28); (iii) Lee Schweizer, Michael A. Macchione, Ann Marie Macchione, Bradford J. Tierney, and Christopher J. Amoruso (collectively, the "Iova Investor Group") (Dkt. No. 30); (iv) Mark van den Broek ("van den Broek") (Dkt. No. 15); (v) Brian Paplaski ("Paplaski") (Dkt. No. 45); and (vi) Peter Jay Guthy ("Guthy") (Dkt. No. 21); (vii) the Merrill and Djie Group (Dkt. No. 24); (viii) Dimitry Farberov, JianJun Wei, and Hassan Pourhossein (collectively, "the Iovance Investor Group") (Dkt. No. 35); (ix) Anthony Westfall (Dkt. No. 46); and (x) Mehdi Hasan ("Hasan") (Dkt. No. 39);

WHEREAS, after filing their motions, movants LoPiccolo, Brevik and Resnick, the Iova Investor Group, van den Broek, Paplaski, Guthy, and Hasan subsequently filed either statements of non-opposition or notices of withdrawal of their respective motions (*see* Dkt. Nos. 55, 57, 63, 64-66, 71);

WHEREAS, after the foregoing withdrawals and statements of non-opposition, only the Merrill and Djie Group, Westfall, and the Iovance Investor Group continued to pursue their respective lead plaintiff motions;

WHEREAS, the PSLRA provides, inter alia, that the most adequate plaintiff to serve as Lead Plaintiff is, in the determination of the Court, the "person or group of persons" that has the largest financial interest in the relief sought by the class and otherwise satisfies the relevant

1
2
requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23") (15 U.S.C. § 78u-4(a)(3)(B)(iii));

3
4
5
WHEREAS, the PSLRA provides that, subject to the approval of the Court, the most adequate plaintiff will select and retain counsel to represent the class (15 U.S.C. § 78u-4(a)(3)(B)(v));

6
7
8
9
10
WHEREAS, the Merrill & Djie Group and Westfall have each provided sworn Certifications pursuant to the PSLRA in support of their respective applications for Lead Plaintiff appointment, setting forth, inter alia, their transactions in Iovance securities (see Dkt. No. 24 at 9; Dkt. Nos. 25-2, 25-3);

11
12
13
14
WHEREAS, the Merrill & Djie Group and Westfall each having alleged significant losses in connection with the fraud alleged in the Related Actions, both have significant financial interests in the outcome of this litigation;

15
16
17
18
19
20
21
WHEREAS, the Merrill & Djie Group and Westfall are also each qualified to serve as co-lead plaintiffs in this case given, among other things, their interest in aggressively pursuing the claims in the Related Actions and their willingness to discharge the obligations of class representatives in the Related Actions as described in the memoranda of points and authorities submitted in support of the Merrill & Djie Group and Westfall's respective motions (see Dkt. No. 24 at 9; Dkt. Nos. 46 at 9-10);

22
23
24
25
WHEREAS, having reviewed one another's submissions to the Court, the Merrill & Djie Group and Westfall believe that they each satisfy the typicality and adequacy requirements of Rule 23;

26
27
28

4

WHEREAS, the Merrill & Djie Group and Westfall believe that, rather than continue to litigate their competing motions, it is in the best interest of the Class to amicably resolve the motions and pool their resources to effectively and efficiently prosecute the Related Actions;

WHEREAS, having reviewed one another's submissions to the Court, the Merrill & Djie Group and Westfall believe that it is in the best interests of the Class for the Merrill & Djie Group and Westfall to serve as Co-Lead Plaintiffs and for their respective selections of The Rosen Law Firm, P.A. ("Rosen Law") and Pomerantz LLP ("Pomerantz") to serve as Co-Lead Counsel;

WHEREAS, the Merrill & Djie Group and Westfall are committed to supervising the conduct of this litigation by their counsel and to ensuring that counsel coordinate appropriately, prosecute the Related Actions efficiently, and avoid any duplication of effort in the conduct of the litigation;

WHEREAS, courts have endorsed stipulations among competing Lead Plaintiff movants, like here, as promoting the statutory purposes of the PSLRA, and have permitted "independent lead plaintiff movants [to] join together to help ensure that adequate resources and experience are available to the prospective class in the prosecution of th[e] action and because [e]mploying a co-lead plaintiff structure . . . will also provide the proposed class with the substantial benefits of joint decision-making." *In re Rockwell Med., Inc. Sec. Litig.*, No. 1:16-cv-01691-RJS, Dkt. No. 18 at 2-3 (S.D.N.Y. May 20, 2016) (internal quotation marks omitted) (citing *Pirelli Armstrong Tire Corp. Retiree Med. Benefits Tr. v. LaBranche & Co.*, 229 F.R.D. 395, 420 (S.D.N.Y. 2004)); *see also Ortiz v. Canopy Growth Corporation et al,* No. 2:19-cv-20543 (D.N.J.) ("Ortiz"), Dkt. No. 27 (approving stipulation of competing lead plaintiff movants to serve as co-lead plaintiffs and approving their selection of co-lead counsel); *Deputy v. Akebia Therapeutics, Inc. et al.*, No. 1:22-cv-01411-AMD-VMS (E.D.N.Y.), ECF Order on June 28, 2022 (same); *In re Grab*

*Holdings Ltd. Sec. Litig.*, No. 1:22-cv-02189-VM (S.D.N.Y.), Dkt. No. 39 (same); *In re Altimmune, Inc. Sec. Litig.*, No. 8:24-cv-01315-ABA (D. Md.), Dkt. No. 22 (same); *Pizzuto v. Homology Meds., Inc.*, No. 2:22-cv-01968-FLA-JPR (C.D. Cal.), Dkt. No. 38 (same); *Maurer v. Argos Therapeutics Inc., et al.*, No. 1:17-cv-00216-TDS-LPA (M.D.N.C.), Dkt. No. 26 (same); *In re Facebook, Inc. Sec. Litig.*, No. 5:18-cv-01725-EJD, Dkt. No. 56 at 2-3 (N.D. Cal. Aug. 3, 2018) (approving stipulation of lead plaintiff movants where movants "concluded that a protracted dispute concerning lead plaintiff appointment . . . [was] not in the best interests of the class and that jointly prosecuting [the] litigation would be appropriate and assist with the speedy commencement of [the] litigation"); *see also In re Millennial Media, Inc. Sec. Litig.*, 87 F. Supp. 3d 563, 570 (S.D.N.Y. 2015) ("A co-lead plaintiff structure best protects the interests of the class . . . and gives the class the advantages of the combined knowledge, experience, and judgment of both lead plaintiffs." (collecting cases));

WHEREAS, Rosen Law and Pomerantz have successfully prosecuted similar securities class actions under the PSLRA as Co-Lead Counsel, including in this District. See, e.g., *Chan, et al., v. New Oriental Education & Technology Group Inc., et al.*, No. 2:16-cv-09279-KSH-CLW (D.N.J.); *Ortiz; Vataj v. Johnson, et al.*, No. 4:19-cv-06996-HSG (N.D. Cal.); *In re Blue Apron Holdings, Inc. Securities Litigation*, No. 17-cv-04846-NGG-PK (E.D.N.Y.); *Pirnik v. Fiat Chrysler Automobiles N.V. et al.*, No. 1:15-cv-07199-JMF (S.D.N.Y.); *Whiteley, et al. v. Zynerba Pharmaceuticals, Inc., et al.*, No. 2:19-cv-04959-NIQA (E.D. Pa.); *Thomas, et al., v. MagnaChip Semiconductor Corp., et al.*, No. 3:14-CV-01160-JST (N.D. Cal.); *Thorpe, et al., v. Walter Investment Management Corp.*, No. 1:14-cv-20880-UU (S.D. Fla.); and

WHEREAS, the Iovance Investor Group has agreed to not oppose the collective appointment of the Merrill & Djie Group and Westfall and has agreed that it, or certain of its members, will serve as additional plaintiffs if the co-lead plaintiffs deem it appropriate;

IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval, as follows:

1.      The Related Actions are hereby consolidated for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure;

2.      These actions shall be referred to herein as the "Consolidated Action." This Order shall apply to the Consolidated Action and to each case that is subsequently filed in this Court that relates to the same subject matter as in the Consolidated Action;

3.      Every pleading in this Consolidated Action shall bear the following Caption:

| | |
|---|---|
| IN RE IOVANCE SECURITIES LITIGATION | Case No.  5:25-cv-04177-EKL |
| THIS DOCUMENT RELATES TO: | |
| | CLASS ACTION |
| | |
| | [TITLE OF DOCUMENT] |

4.      When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When the document applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the name of the first-listed plaintiff in said action;

5.      The Merrill & Djie Group's and (Dkt. No. 24) and Westfall's (Dkt. No. 46) motions are granted and are hereby appointed Co-Lead Plaintiffs in the Consolidated Action and

7

1    any subsequently filed or transferred actions that are consolidated with the Consolidated Action,

2    pursuant to 15 U.S.C. § 78u-4(a)(3)(B);

3         6.    Co-Lead Plaintiffs' selections of Rosen Law and Pomerantz as Co-Lead Counsel

4    are hereby approved.

5

6

7    Dated: September 19, 2025              Respectfully submitted,

8                                          **THE ROSEN LAW FIRM, P.A.**

9                                          /s/ *Laurence M. Rosen*
                                           Laurence M. Rosen, Esq. (SBN 219683)
10                                         355 South Grand Avenue, Suite 2450
                                           Los Angeles, CA 90071
11                                         Telephone: (213) 785-2610
                                           Facsimile: (213) 226-4684
12                                         Email: lrosen@rosenlegal.com

13

14                                         *Counsel for Lindy Merrill and Tony Djie and [Proposed]*
                                           *Co-Lead Counsel for Plaintiffs and the Class*
15
                                           **THE SCHALL LAW FIRM**
16                                         Brian Schall (290685)
                                           2049 Century Park East, Suite 2460
17                                         Los Angeles, CA 90067
                                           Telephone: (310) 301-3335
18                                         brian@schallfirm.com

19
                                           *Additional Counsel for Lindy Merrill and Tony Djie*
20

21                                         **POMERANTZ LLP**

22                                         /s/ *Jennifer Pafiti*
                                           Jennifer Pafiti (SBN 282790)
23                                         1100 Glendon Avenue, 15th Floor
                                           Los Angeles, California 90024
24                                         Telephone: (310) 405-7190
                                           jpafiti@pomlaw.com
25

26                                         **POMERANTZ LLP**
                                           Jeremy A. Lieberman
27                                         (pro hac vice application forthcoming)

28

J. Alexander Hood II
(pro hac vice application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com
*Counsel for Anthony Westfall and Proposed Co-Lead Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Charles H. Linehan*
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

*Counsel for Lead Plaintiff Movants Dimitry Farberov, JianJun Wei, and Hassan Pourhossein (the Iovance Investor Group)*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel for the Iovance Investor Group*

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING CO-LEAD PLAINTIFFS, AND APPROVING SELECTION OF CO-LEAD COUNSEL – Case No. 5:25-cv-04177-EKL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2025

_____
THE HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING
CO-LEAD PLAINTIFFS, AND APPROVING SELECTION OF CO-LEAD COUNSEL – Case No. 5:25-cv-
04177-EKL