UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. 5:25-cv-04177-EKL

IN RE IOVANCE BIOTHERAPEUTICS, INC. SECURITIES LITIGATION

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _____Sara Fuks_____, an active member in good standing of the bar of _____New York State_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _____Plaintiffs Lindy Merrill and Tony Djie_____ in the above-entitled action. My local co-counsel in this case is _____Laurence M. Rosen_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: _____SBN 219683_____.

275 Madison Ave, 40th Fl, New York, NY 10016

MY ADDRESS OF RECORD

(212) 686-1060

MY TELEPHONE # OF RECORD

sfuks@rosenlegal.com

MY EMAIL ADDRESS OF RECORD

355 South Grand Ave, Suite 2450, Los Angeles, CA 90071

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(213) 785-2610

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

lrosen@rosenlegal.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____4353249_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __zero__ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____1/12/2026_____               _____Sara Fuks_____
                                                            APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____Sara Fuks_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _January 12, 2026_

_____
EUMI K. LEE
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California