1  **THE ROSEN LAW FIRM, P.A.**
   Laurence M. Rosen (SBN 219683)
2  355 South Grand Avenue, Suite 2450
   Los Angeles, CA 90071
3  Telephone: (213) 785-2610
   Facsimile: (213) 226-4684
4  Email: lrosen@rosenlegal.com

5  *[Additional Counsel on Signature Page]*

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE

11

12
    | *In re Iovance Biotherapeutics, Inc. Securities Litigation* | Case No.: 5:25-cv-04177-EKL <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** <br><br> **Judge:** Hon. Eumi K. Lee <br> **Courtroom:** 7 – 4th Floor |
    |---|---|

Court appointed Lead Plaintiff Lindy Merrill and Tony Djie ("Plaintiff") and Defendants Iovance Biotherapeutics, Inc., Frederick G. Vogt, Jean-Marc Bellemin, Igor Bilinksy, and Daniel G. Kirby (collectively, "Defendants"), by and through their respective counsel, respectfully submit this Stipulation and [Proposed] Order setting forth a schedule for the filing of an amended complaint, a motion to dismiss, an opposition to the motion to dismiss, and a reply to the opposition to the motion to dismiss.

**WHEREAS,** on December 15, 2025, the Court entered an Order Appointing Lead Plaintiff and Lead Counsel which requires the parties to submit a proposed schedule for the filing of a consolidated or amended complaint and Defendants' responsive pleading within thirty days [Docket No. 92];

**WHEREAS,** Plaintiff presently intends to file an amended complaint;

**WHEREAS,** the Defendants presently intend to move to dismiss any complaint in this action;

**WHEREAS,** pursuant to the PSLRA, all discovery and other proceedings in this action are stayed pending the determination of the Defendants' planned motion to dismiss;

**NOW, THEREFORE,** Plaintiff and the Defendants stipulate and agree, subject to approval of the Court, as follows:

1. Plaintiff shall file an amended complaint (the "CAC") by March 16, 2026;
2. The Defendants shall answer or otherwise respond to the CAC by May 15, 2026;
3. If a motion to dismiss is filed, Plaintiff shall file any opposition by July 14, 2026;
4. The Defendants shall file any reply by August 13, 2026.

Dated:    January 14, 2026

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 225-4684
Email: lrosen@rosenlegal.com

|   |   |   |
|---|---|---|
| 1 | | **THE ROSEN LAW FIRM, P.A.** |
| 2 | | Phillip C. Kim (admitted *pro hac vice*) |
|   | | Sara Fuks (admitted *pro hac vice*) |
| 3 | | 275 Madison Avenue- 40th Floor |
|   | | New York, NY 10016 |
| 4 | | Telephone: (212) 686-1060 |
|   | | Email: sfuks@rosenlegal.com |
| 5 | | By:   */s/ Sara Fuks* |
|   | |         Sara Fuks |
| 6 | | |
| 7 | | |
| 8 | | *Lead Counsel for Lead Plaintiff and the Class* |
| 9 | | **THE SCHALL LAW FIRM** |
|   | | Brian Schall (290685) |
| 10 | | 2049 Century Park East, Suite 2460 |
|   | | Los Angeles, CA 90067 |
| 11 | | Telephone: (310) 301-3335 |
|   | | brian@schallfirm.com |
| 13 | | |
| 14 | | *Additional Counsel for Lead Plaintiff and the Class* |
| 15 | Dated:    January 14, 2026 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 16 | | Tommy Huynh |
| 17 | | Three Embarcadero Center, 10th Floor |
|   | | San Francisco, CA 94111 |
| 18 | | Telephone: +1 415 471 3147 |
|   | | Facsimile: +1 415 471 3400 |
| 19 | | tommy.huynh@arnoldporter.com |
| 20 | | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 21 | | Aaron Frank Miner- admitted pro hac vice |
|   | | Veronica E. Callahan- admitted pro hac vice |
| 22 | | 250 West 55th Street |
|   | | New York, NY 10019 |
| 23 | | Telephone: + 212-836-8000 |
|   | | Aaron.Miner@arnoldporter.com |
| 24 | | veronica.callahan@arnoldporter.com |
| 25 | | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 26 | | Stephanna F. Szotkowski-admitted pro hac vice |
|   | | 70 West Madison Street |
| 27 | | Suite 4200 |
|   | | Chicago, IL 60602 |
| 28 | | Telephone: 312-583-2354 |
|   | | Stephanna.Szotkowski@arnoldporter.com |

By: /s/ Tommy Huynh

*Counsel for Defendants Iovance Biotherapeutics, Inc., Frederick Vogt, Jean-Marc Bellemin, Igor P. Bilinsky, and Daniel G. Kirby*

**SIGNATURE ATTESTATION**

Pursuant to Local Civil Rule 5-1(h)(3), I attest under penalty of perjury that each of the other signatories have concurred in the filing of this document.

January 14, 2026                    By: */s/ Sara Fuks*
                                         Sara Fuks

**IT IS SO ORDERED**

Dated: _____, 2026              _____
                                         Hon. Eumi K. Lee
                                         United States District Court Judge