**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE

| | |
|---|---|
| *In re Iovance Biotherapeutics, Inc. Securities Litigation* | Case No.: 5:25-cv-04177-EKL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**<br><br>**Judge:** Hon. Eumi K. Lee<br>**Courtroom:** 7 – 4th Floor |

Court appointed Lead Plaintiff Lindy Merrill and Tony Djie ("Plaintiff") and Defendants Iovance Biotherapeutics, Inc., Frederick G. Vogt, Jean-Marc Bellemin, Igor Bilinksy, and Daniel G. Kirby (collectively, "Defendants"), by and through their respective counsel, respectfully submit this Stipulation and [Proposed] Order setting forth a schedule for the filing of an amended complaint, a motion to dismiss, an opposition to the motion to dismiss, and a reply to the opposition to the motion to dismiss.

**WHEREAS,** on December 15, 2025, the Court entered an Order Appointing Lead Plaintiff and Lead Counsel which requires the parties to submit a proposed schedule for the filing of a consolidated or amended complaint and Defendants' responsive pleading within thirty days [Docket No. 92];

**WHEREAS,** Plaintiff presently intends to file an amended complaint;

**WHEREAS,** the Defendants presently intend to move to dismiss any complaint in this action;

**WHEREAS,** pursuant to the PSLRA, all discovery and other proceedings in this action are stayed pending the determination of the Defendants' planned motion to dismiss;

**NOW, THEREFORE,** Plaintiff and the Defendants stipulate and agree, subject to approval of the Court, as follows:

1. Plaintiff shall file an amended complaint (the "CAC") by March 16, 2026;
2. The Defendants shall answer or otherwise respond to the CAC by May 15, 2026;
3. If a motion to dismiss is filed, Plaintiff shall file any opposition by July 14, 2026;
4. The Defendants shall file any reply by August 13, 2026.

Dated:   January 14, 2026

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 225-4684
Email: lrosen@rosenlegal.com

---

STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE         1         CASE NO. 5:25-cv-04177-EKL

|   |   |   |
|---|---|---|
| 1 |   | **THE ROSEN LAW FIRM, P.A.** |
| 2 |   | Phillip C. Kim (admitted *pro hac vice*) |
|   |   | Sara Fuks (admitted *pro hac vice*) |
| 3 |   | 275 Madison Avenue- 40th Floor |
|   |   | New York, NY 10016 |
| 4 |   | Telephone: (212) 686-1060 |
|   |   | Email: sfuks@rosenlegal.com |
| 5 |   | By:   */s/ Sara Fuks* |
| 6 |   |        Sara Fuks |

Lead Counsel for Lead Plaintiff and the Class

**THE SCHALL LAW FIRM**
Brian Schall (290685)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff and the Class*

Dated:     January 14, 2026

**ARNOLD & PORTER KAYE SCHOLER LLP**
Tommy Huynh
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: +1 415 471 3147
Facsimile: +1 415 471 3400
tommy.huynh@arnoldporter.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
Aaron Frank Miner- admitted pro hac vice
Veronica E. Callahan- admitted pro hac vice
250 West 55th Street
New York, NY 10019
Telephone: + 212-836-8000
Aaron.Miner@arnoldporter.com
veronica.callahan@arnoldporter.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
Stephanna F. Szotkowski-admitted pro hac vice
70 West Madison Street
Suite 4200
Chicago, IL 60602
Telephone: 312-583-2354
Stephanna.Szotkowski@arnoldporter.com

---

STIPULATION AND [~~PROPOSED~~]   CASE NO. 5:25-cv-04177-EKL
ORDER RE CASE SCHEDULE          2

By: /s/ Tommy Huynh

*Counsel for Defendants Iovance Biotherapeutics, Inc., Frederick Vogt, Jean-Marc Bellemin, Igor P. Bilinsky, and Daniel G. Kirby*

**SIGNATURE ATTESTATION**

Pursuant to Local Civil Rule 5-1(h)(3), I attest under penalty of perjury that each of the other signatories have concurred in the filing of this document.

January 14, 2026                     By: /s/ Sara Fuks
                                          Sara Fuks

**IT IS SO ORDERED**

Dated:  January 20    , 2026              _____
                                          Hon. Eumi K. Lee
                                          United States District Court Judge