**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re IOVANCE BIOTHERAPEUTICS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>    ALL ACTIONS | Case No. 5:25-cv-04177-EKL-NMC<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] **ORDER GRANTING REQUEST FOR WITHDRAWAL OF COUNSEL** |

Upon consideration of the Notice of Request for Withdrawal of Counsel, and for good cause shown, it is HEREBY ORDERED that Javier Bleichmar, Lesley E. Weaver, Ross Shikowitz, and Adam C. McCall of Bleichmar Fonti & Auld LLP are hereby withdrawn as counsel of record.  The clerk is directed to remove the above-named attorneys and law firm from the docket as well as the ECF Service List.

**IT IS SO ORDERED.**

Dated: _____January 28_____, 2026

_____
HON. EUMI K. LEE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
CASE NO. 5:25-CV-04177-EKL-NMC