**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE

| | |
|---|---|
| *In re Iovance Biotherapeutics, Inc. Securities Litigation* | Case No.: 5:25-cv-04177-EKL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR PLEADING AND BRIEFING SCHEDULE – FIRST REQUEST FOR EXTENSION**<br><br>**Judge:** Hon. Eumi K. Lee<br>**Courtroom:** 7 – 4th Floor |

JOINT STIPULATION AND [PROPOSED]            CASE NO. 5:25-cv-04177-EKL
ORDER RE CASE SCHEDULE

Court appointed Lead Plaintiff Lindy Merrill and Tony Djie ("Plaintiff") and Defendants Iovance Biotherapeutics, Inc., Frederick G. Vogt, Jean-Marc Bellemin, Igor Bilinksy, and Daniel G. Kirby (collectively, "Defendants") (and together with Plaintiff, the "Parties"), by and through their respective counsel, respectfully submit this Stipulation and [Proposed] Order extending the deadline for Plaintiff to file an amended complaint by 30 days and correspondingly extending the deadlines for the filing of a motion to dismiss, an opposition to the motion to dismiss, and a reply to the opposition to the motion to dismiss.

**WHEREAS,** on January 20, 2026, the Court granted the Parties' Joint Stipulation Regarding Case Schedule [Docket No. 97] ("Scheduling Order");

**WHEREAS,** Plaintiff is continuing the factual investigation and requires additional time within which to file an amended complaint;

**WHEREAS,** this is the first request for an extension of Plaintiff's deadline to file an amended complaint;

**NOW, THEREFORE,** Plaintiff and the Defendants stipulate and agree, subject to approval of the Court, as follows:

1. Plaintiff shall file an amended complaint (the "CAC") by April 15, 2026;

2. The Defendants shall answer or otherwise respond to the CAC by June 15, 2026;

3. If a motion to dismiss is filed, Plaintiff shall file any opposition by August 14, 2026;

4. The Defendants shall file any reply by September 14, 2026.

Dated:     March 2, 2026

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 225-4684
Email: lrosen@rosenlegal.com

**THE ROSEN LAW FIRM, P.A.**
Phillip C. Kim (admitted *pro hac vice*)
Sara Fuks (admitted *pro hac vice*)
275 Madison Avenue- 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: sfuks@rosenlegal.com

By:   */s/ Sara Fuks*
      Sara Fuks


*Lead Counsel for Lead Plaintiff and the Class*

**THE SCHALL LAW FIRM**
Brian Schall (290685)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff and the Class*

Dated:      March 2, 2026

**ARNOLD & PORTER KAYE SCHOLER LLP**
Tommy Huynh
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: +1 415 471 3147
Facsimile: +1 415 471 3400
tommy.huynh@arnoldporter.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
Aaron Frank Miner- admitted pro hac vice
Veronica E. Callahan- admitted pro hac vice
250 West 55th Street
New York, NY 10019
Telephone: + 212-836-8000
Aaron.Miner@arnoldporter.com
veronica.callahan@arnoldporter.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
Stephanna F. Szotkowski-admitted pro hac vice
70 West Madison Street
Suite 4200
Chicago, IL 60602
Telephone: 312-583-2354
Stephanna.Szotkowski@arnoldporter.com

By:   /s/ Tommy Huynh

*Counsel for Defendants Iovance Biotherapeutics, Inc., Frederick Vogt, Jean-Marc Bellemin, Igor P. Bilinsky, and Daniel G. Kirby*

## SIGNATURE ATTESTATION

Pursuant to Local Civil Rule 5-1(h)(3), I attest under penalty of perjury that each of the other signatories have concurred in the filing of this document.

March 2, 2026                    By: /s/ Sara Fuks
                                        Sara Fuks

**IT IS SO ORDERED**

Dated: __March 2__, 2026

Hon. Eumi K. Lee
United States District Court Judge

---

STIPULATION AND [PROPOSED]                    CASE NO. 5:25-cv-04177-EKL
ORDER RE CASE SCHEDULE              3