**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE**

| | |
|---|---|
| *In re Iovance Biotherapeutics, Inc. Securities Litigation* | **Case No.: 5:25-cv-04177-EKL**<br><br>**CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>JURY TRIAL DEMANDED |

## TABLE OF CONTENTS


I. NATURE OF THE ACTION AND OVERVIEW ........ 1

II. JURISDICTION AND VENUE ........ 11

III. PARTIES ........ 11

IV. SUBSTANTIVE ALLEGATIONS ........ 15

A. Background ........ 15

1. The Company and FDA Approval of Amtagvi ........ 15

2. The Manufacture of Amtagvi and the Role of ATCs ........ 17

3. In Anticipation of FDA Approval of Amtagvi Defendants Tell Investors 30 ATCs Have Onboarded and Iovance Has Ample Manufacturing Capacity to Support Commercial Production ........ 19

4. The FDA Approves Amtagvi; Defendants Tout Amtagvi's Commercial Launch as Largest Cell Therapy Launch Ever With 30 ATCs Onboard "Ramping Right Away," and Ample Manufacturing Capacity ........ 19

5. Three Months into Amtagvi's Launch Defendants Announce More ATCs Onboarded, Reaffirm Manufacturing Capacity, and Tell Investors Patient Selection and Out-of-Specification Manufacturing Have Improved ........ 20

6. Six Months into Amtagvi's Commercial Launch Defendants Issue 2025 Financial Guidance Based on Success Onboarding ATCs and Iovance's Proven Manufacturing Capabilities ........ 21

7. One Year Into Iovance's Launch of Amtagvi Defendants Reaffirm 2025 Guidance, Report 70 ATCs Onboarded that can "Really Fly Right Now," and Assure Investors the iCTC "Successfully Completed Annual Maintenance" with "No Issues" ........ 23

8. Defendant Suddenly Revoke 2025 Guidance, Slashing it

by 40%, Admit that Revised Guidance is "More in line with What We Actually See at the ATCs" and Reveal that iCTC Maintenance Materially Affected Production and Revenues. ....24

9. Defendants Intentionally Overstated the Number and Misrepresented the Status of ATCs "Onboard"....24

10. Iovance's Undisclosed Manufacturing Problems ....30

a. Unbeknownst to Investors, the FDA Limited Iovance to Manufacturing Only 30-32 Amtagvi Treatments Per Month....30

b. Iovance's Antiquated Manufacturing Technology Was Insufficient to Support the Large Scale Commercial Launch Defendants Represented....33

c. Iovance's OOS Manufacturing Rate Was 50% at Launch, Leading to Lower Revenues and Undermining Defendants' Guidance....34

11. Unbeknownst to Investors, Patient Drop-Offs and the Volume of Low Quality Patients Skyrocketed When Iovance Launched Amtagvi and Continued Throughout the Class Period....35

12. Contrary to Defendants' Representations Iovance Lacked Adequate Manufacturing Personnel and the iCTC "Maintenance" Caused Major Disruptions....37

B. Materially False and Misleading Statements ....39

C. The Truth Emerges....70

D. Post Class Period Events ....72

E. Additional Scienter Allegations ....73

1. The Specificity of the Misstatements of Defendants Vogt, Bellemin, Bilinsky and Zeigler Supports the Inference that They Made Them With Scienter ....73

2. The Company Sold Over $400 Million in Iovance Stock

At Artificially Inflated Prices During the Class Period, Which Supports the Inference of Scienter ....73

3. Defendants' Desire to Sell the Company Supports the Inference of Scienter ....74

4. Zeigler's and Bellemin's Suspiciously Timed Departures Support the Inference of Scienter ....75

5. Iovance Has Operated at A Loss Since Inception and Accumulated a $2.0 Billion Deficit, Which Supports the Inference of Scienter ....75

6. Commercializing Amtagvi is Iovance's Core Operation, Which Supports the Inference of Scienter ....76

7. There is a Strong Inference Iovance Acted With Scienter ....76

V. CLASS ACTION ALLEGATIONS ....77

VI. APPLICABILITY OF PRESUMPTION OF RELIANCE (FRAUD-ON-THE-MARKET DOCTRINE) ....78

VII. NO SAFE HARBOR ....80

FIRST CLAIM ....81

SECOND CLAIM ....84

VIII. PRAYER FOR RELIEF ....85

IX. JURY TRIAL DEMANDED ....85

Court-appointed Lead Plaintiffs Lindy Merrill and Tony Djie and named plaintiffs John Fleming and Sohrab Khan ("Plaintiffs"), individually and on behalf of all others similarly situated, by Plaintiffs' undersigned attorneys, allege in this amended complaint the following upon knowledge with respect to their own acts, and upon facts obtained through an investigation conducted by their counsel, which included *inter alia*, review and analysis of: (i) Defendant Iovance Biotherapeutics, Inc.'s ("Iovance," or the "Company") filings with the Securities and Exchange Commission ("SEC"); (ii) information concerning Iovance from the U.S. Food and Drug Administration ("FDA"); (iii) in-depth research reports by securities and financial analysts concerning Iovance; (iv) transcripts of Iovance's conference calls with analysts and investors; (v) presentations, press releases, and media reports regarding Iovance; (vi) data concerning Iovance's stock price; (vii) interviews of former employees of Iovance; and (viii) other information readily obtainable on the Internet. Plaintiffs believe that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery. Most of the facts supporting these allegations are known only by Defendants (defined below) or are exclusively within their control.[1]

## I. NATURE OF THE ACTION AND OVERVIEW

1. This is a federal securities class action on behalf of all persons and entities who purchased Iovance common stock between November 7, 2023 and May 8, 2025, both dates inclusive and were damaged thereby ("Class," and the period from November 7, 2023 through May 8, 2025 is the "Class Period").[2] Plaintiffs pursue

---

[1] Pursuant to the Court's Standing Order for Civil Cases, Section VII, A., attached hereto as Exhibit A is a redline to the previously filed complaint (Dkt. No. 1).

[2] Excluded from the Class are: (a) persons who suffered no compensable losses; and (b) Defendants; the present and former officers and directors of the Company at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which any of the Defendants, or any

claims against the Defendants under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

2. Iovance is a commercial stage biopharmaceutical company that develops and commercializes therapies using autologous (derived from a patient's own body) tumor infiltrating lymphocyte ("TIL") cells for patients with solid tumors. The Company's top priority is the commercialization of Amtagvi® (lifileucel), a tumor-derived autologous T cell immunotherapy used to treat adult patients with unresectable or metastatic melanoma.

3. Prior to receiving FDA approval of Amtagvi Defendants represented the Company's readiness for commercial launch and rapid uptake of Amtagvi. Iovance would be the first company to obtain FDA approval for a TIL cell therapy product. In 2023 there were 7,650 deaths in the U.S. from melanoma. With a price tag of over $500,000 for the one-time treatment, Amtagvi represented a tremendous revenue opportunity and fulfilled an unmet medical need.

4. From a manufacturing perspective, Iovance had built its own commercial-scale manufacturing facility, the Iovance Cell Therapy Center or "iCTC" at the Philadelphia Navy Yard. Iovance represented, as of no later than November 2023, that the iCTC had capacity to supply Amtagvi for over 2,000 patients annually in the U.S. and had the "majority of the personnel [ ]in place" to do so.

5. Unlike traditional cancer drugs, Amtagvi is a "personalized" cellular therapy manufactured using a proprietary process to collect and multiply a patient's unique T-cells from a portion of the patient's tumor. The manufacturing and treatment process thus involves both Iovance and "Authorized Treatment Centers" ("ATCs"). At an ATC, an oncologic surgeon removes a tumor tissue sample from the patient and sends it to Iovance. Iovance then manufactures the patient-specific TIL using its proprietary process. After Iovance completes manufacturing the treatment, it sends it

---

person excluded under this subsection (b), has or had a majority ownership interest at any time.

back to the ATC for administration to the patient. Accordingly, "onboarding" ATCs who are willing and able to identify eligible patients, have the infrastructure and operational capabilities to safely store and handle human cellular products, and have the surgical and auxiliary staff and expertise to complete the tumor resection and infusion is critical to Iovance's ability to generate revenue from Amtagvi.

6. From a demand perspective, by November 2023 Defendants represented that Iovance had 30 ATCs successfully "onboarded" and ready to dose patients with Amtagvi once the FDA approved it. Defendants stated that ATCs were signing up at a rapid pace and, "ramping right away."

7. On February 16, 2024, the FDA approved Amtagvi for the treatment of patients with post-anti-PD-1 advanced melanoma. Iovance commercially launched Amtagvi on February 20, 2024.

8. On February 22, 2024, Iovance closed an underwritten public offering of 23,014,000 shares of Iovance common stock at an offering price of $9.15 per share for total proceeds of over $210 million.

9. Prior to Amtagvi's commercial launch, Iovance had no revenues, operated at a loss since inception, and had accumulated a $2.0 billion deficit.

10. Two months after the FDA approved Amatgvi, on May 9, 2024, Iovance announced that it had now onboarded 40+ ATCs and was on track to onboard a total of 70 by year end. This would be the "largest ever number of ATCs for a cell therapy launch." The manufacturing rate was also on track according to Defendants, with Iovance having successfully manufactured and delivered Amtagvi within the target turnaround time of 34 days. While there were some patient deaths during the 34-day waiting period because of disease progression for more advanced stage patients, Iovance represented that "the actual drop-off because of progression is rather low…it's definitely no more, maybe even less than what we were expecting." This was all due to Iovance's "education to these authorized treatment centers [which] has paid off."

11. Six months into Iovance's commercial launch of Amtagvi, on August 8,

2024, Defendants confidently issued revenue guidance for the third quarter and full year 2024 and for the full year 2025 ("2025 Guidance"). Defendants' 2025 Guidance projected between $450 million and $475 million in total product revenue.

12. As to the progress of the ATCs, Defendant represented the now 50 ATC's onboard "*are proving they have the training infrastructure and capabilities to treat patients with Amtagvi*."

13. As to manufacturing, Iovance's "commercial manufacturing capabilities were successfully delivering Amtagvi at an increasing pace" and "scaling up manufacturing according to our growth projections. We have an increased capacity and headcount each month since launch and continue ramping up to match ongoing growth demand."

14. When an analyst queried CEO Vogt: "what is driving your confidence for full year 2025 guidance, given where you are now," Vogt responded:

> **We can see the launch.[3] We see how we're doing. *We know all the dynamics.* We know how many ATCs are coming on board. We know what we think they're going to do. *We know our manufacturing capacity and all the details around that stuff that would be very difficult, I think, for the Street to model in some cases. So we're going to provide it for you*. So you have clarity on what we're seeing. And *we're very, very confident in that guidance* based on what we're seeing so far in the initial part of the launch because *we've got such a good picture of launch dynamics right now.***

Vogt assured:

> ***This guidance is based upon our ongoing experience*** and confidence in the strong uptake and significant quarter-over-quarter growth in the Amtagvi demand and corresponding Proleukin sales for the foreseeable future. ***We used our visibility to the growth rate of infusions, adoption across our ATC network, manufacturing capacity and additional launch dynamics to prepare this guidance.***

[3] All emphasis is added unless stated otherwise.

15. Iovance's Chief Operating Officer, Defendant Igor Bilinsky and Defendant James Ziegler, Iovance's Executive Vice President of Commercial, gave additional factual support for Iovance's 2025 Guidance. Ziegler cited Iovance's excellent progress onboarding ATC's, stating: "[t]he centers who were active at approval are scaling up and many have treated multiple patients. Newer ATCs that have recently completed onboarding, including major U.S. cancer centers are beginning or preparing to treat patients." Ziegler emphasized, Iovance "*work[s] with the ATC's [ ] almost on a daily basis,* especially the top ATCs." And, "In terms of patients dying before infusions" "*patient selection is getting much better*, [ ] we're not seeing those same trends."

16. Ziegler affirmed Vogt's confidence in Defendants' 2025 Guidance stating, "*the demand we're seeing at the ATCs, the operational readiness looks really, really good*, and it reinforces confidence behind our guidance."

17. Bilinsky cited the iCTC's ample capacity to manufacture treatment for over 2,000 patients per year, representing that: "***right now***, the network is built to a couple of thousand patients per year capacity. ***And within the existing iCTC facility***. As you recall, we have shelf space that we're now building out and that build-out will bring iCTC to over 5,000 patients per year capacity."

18. Each course of treatment with Amtagvi would bring in approximately $500,000 in revenue. Accordingly, to reach the top of Iovance's guidance for 2025 of $475 million Iovance would have to produce enough Amtagvi and have enough interest from ATCs to treat 975 patients.

19. The following quarter, during Iovance's November 7, 2024, investor conference call, Defendants reiterated Iovance's 2025 Guidance. Vogt touted that Iovance had successfully onboarded 56 ATCs. According to Vogt, Iovance was deeply familiar with each ATC, because "the medical team ***understand[s] the unique needs of each ATC and proactively provide[s] support, training and peer-to-peer conversations around patient selection and surgical resection to maximize successful***

***outcomes with the Amtagvi treatment regimen*.”**

20. In response to an analyst’s question about month-to-month growth and whether it was from “demand growth and ATC center number increase” or “improved manufacturing and logistics that makes you comfortable about forecasting” Vogt stated that both growth in demand at individual ATCs and new ATCs coming onboard were “a big factor in driving that” which “links up with the manufacturing capacity.” Additionally, Iovance was “*getting better and better with the out-of-spec rate*.” As to the “out-of-spec rate,” which was partially a function the ATC’s ability to resect a tumor appropriately, Vogt cited Iovance’s close relationship with each ATC stating: “We’re teaching ATCs how to get patients ***through better. We're teaching them how to do better quality surgical resections… <u>We plan out actual run charge for each ATC to see what they did. Look patient-by-patient for each ATC</u>, give them a scorecard as to how they're performing, and help them with our peer-to-peer team… It's been a big rush and is stepping up and up and going faster and faster.***”

21. Defendant Bilinsky assured that “our manufacturing capacity continues its steady ramp-up month-over-month to support the growing Amtagvi commercial demand… *Our manufacturing network is currently running at high capacity utilization while ensuring slot availability for our ATCs*.”

22. Additionally, Defendants assured investors that the manufacturing out-of-specification rates were improving, as were the patient drop-out rates.

23. One year into the commercial launch of Amtagvi, Defendants again reiterated the 2025 Guidance on Iovance’s February 27, 2025, investor conference call. Defendants announced that Iovance had reached its target of 70 ATCs at the end of 2024. Bilinsky assured that to support growing commercial demand Iovance “was steadily ramping up our manufacturing capacity month-over-month, while actively hiring manufacturing, quality control and support staff.”

24. Bilinsky also noted that “Each of our facilities is currently required to schedule a brief annual maintenance, which entails a short pause in production. ***I'm***

***pleased to report that <u>iCTC successfully completed annual maintenance and resumed production promptly at full volume with no issues.</u>***

25. When an analyst asked Vogt to provide the number of patients infused with Iovance and "*help us understand what gives you the confidence that the range for full year '25, which was set when you're only 1 quarter into the launch is still intact*," Vogt refused to provide the number of infusions but assured "***we still have confidence in those numbers because the growth curve for this type of product can accelerate quite a bit, <u>and we see that happening across our ATC network right now</u>.***"

26. Vogt further confirmed that the interruption in manufacturing at the iCTC had no effect and did not cause a slowdown in manufacturing: "As Igor mentioned, ***we did have a manufacturing maintenance period there. So we have those kind of things in cell therapy***. If you look at the launch curves for ABECMA, YESCARTA and CARVYKTI, you'll see there's little peaks and dips and valleys in those as things like that happen so -- ***but nothing in terms of a holiday seasonality. [If] [t]hat's what you're asking.***"

27. Vogt also stated that were no "bottlenecks" in terms of the launch uptake. Nor were there any barriers to the ATCs being able to rapidly accelerate: "in each ATC, there's a difference -- each individual ATC has its own little bottlenecks or whatever it might be. Some of them have staffing issues, some of them have financial clearance challenges that we're helping out with. ***But all these things are pretty easily resolvable, and we've been able to show that <u>a good portion of our ATCs can really fly right now</u>,*** and we think we can get a lot more there pretty soon."

28. Then, on May 8, 2025, Iovance suddenly announced that it was slashing its 2025 Guidance by 40%, from $450-$475 to $250-$300 million. Iovance announced lower revenue in the first quarter, "driven by three key contributors." First, in direct contradiction to their statements just three months prior concerning the impact of annual maintenance at the iCTC, Iovance admitted that "our internal manufacturing facility, the iCTC completed annual scheduled maintenance in December of last year,

as we previously discussed on last quarter's call. ***As a result of limited production starts for multi-week Amtagvi manufacturing across our network, capacity was reduced by more than half for about 1 month*".** Defendants also admitted that the iCTC had not previously had the capacity to treat 2,000 patients annually. Bilinksy stated, "Annual maintenance. **So *we are now* *completing build-out of the shelf space at iCTC*.** ***Once that shelf space is operational, which will not be this year***, *but should be later on.* Once that shelf space is operational, then we don't need to -- *the maintenance will only affect part of the iCTC facility, not all*.

29. Also in direct contradiction to their prior statements about ATC's "really being able to fly" and Defendants' close monitoring and familiarity with the dynamics of each ATC onboarded, Defendants admitted that many of the ATCs did not have the necessary infrastructure to treat patients with Amtagvi: "***the larger centers that got off to a quicker start, those are the ones with the infrastructure from various cell therapy launches that were ready for Amtagvi to enter in.*** The other ones are ramping up to speed. They're doing this with other cell therapies as well, but infrastructure such as billing mechanisms, cell therapy lab, et cetera, are coming online with that. So we are seeing them increase their ramp a lot quicker ***once they get that infrastructure in place*.**"

30. Vogt essentially admitted that Defendants lacked a reasonable factual basis for the 2025 Guidance. When an analyst asked Vogt, "I'm kind of curious as to –I get being conservative now, ***why provide guidance for 2025 way back in 2024 to begin with,***?" Vogt stated, … Back in August, we were trying to give investors our best line of sight to what we thought was going to happen. At that point, we were very well aware of the high demand for the product, and we were ramping up our manufacturing as fast as we could. So we built our model on the back of how many manufacturing slots we would make available, maximum ramp…. We've looked at the time lines it takes for new ATCs to come on board and begin treating their first patients and how they work through their processes…. we'll continue to succeed on the launch. ***But we***

***think we'll do it on terms that are, I think, a little bit more in line with what we actually see at the ATCs.***

31. Defendants also admitted that the rate of patient drop-off and out of specification (OOS) manufacturing rate had increased.

32. When the truth was revealed, the price of Iovance shares declined $1.42 per share, or 44.8%, to close at $1.75 per share on May 9, 2025, on unusually heavy trading volume.

33. Then, in August, 2025 Iovance announced a "strategic restructuring" in which it would layoff approximately 20% of its workforce.

34. In truth, Defendant knew all along the 2025 Guidance lacked a factual basis and that their statements concerning Iovance's: (1) production capacity, (2) ATC onboarding, (3) out-of-spec manufacturing rate, and (4) patient-drop off rates were false and misleading. Indeed, Defendants were acutely aware of facts contradicting their statements in each of these areas. Defendants omitted to disclose these facts, which were necessary to make their existing statements not misleading.

35. First, Iovance lacked the FDA authorization and manufacturing capacity to support its carefully calculated financial projections. According to Iovance's former Senior Vice President of Technical Operations who reported directly to Iovance's CFO, Defendant Bellemin and attended all FDA meetings concerning Amtagvi's approval and launch (FE1), Iovance only had FDA approval for 30-32 manufacturing slots per month at the time of the launch. This meant that under perfect conditions Iovance was capped at manufacturing Amtagvi for 360 patients annually (32 patients x 12 months). At a rate of $500,000 in revenue per patient, Iovance's maximum revenue for 2025 (360 patients x $500,000 revenue per patient) was $180 million, a far cry from the $450-$475 million Defendants told investors they anticipated for 2025.

36. Second, Defendants' claims about the number of ATC's onboard and "ready to go," did not reflect operational reality. According to FE1, while the centers were "'lined up' on paper" the number of centers that were fully trained, qualified, and

capable of treating patients was far smaller. Onboarding was a slow resource-intensive process, where each ATC required four months of training, qualification, and validation before it could safely process tumor material without contamination. Internally, Defendants well understood that the training timeline was long, contamination risk was high, and the operational burden on each ATC was substantial.

37. Many ATCs were not in a position to treat patients any time soon. FE1 described this as a gap between "counting" ATCs for Wall Street and the far smaller number of centers that were actually treatment ready. This was crystal clear to Defendants based on Iovance's internal data tracking site performance, readiness, and patient flow. Indeed, according to Iovance's former Executive Director of Field Medical Affairs (FE2), Iovance's C-suite executives participated in weekly meetings focused on site numbers, activation status, and barriers to onboarding.

38. Third, while Defendants represented to investors that the out-of-specification rate for Amtagvi ("OOS rate") was improving the opposite was true. The OOS rate worsened after FDA approval of Amtagvi and was a whopping 50%. This was caused by manufacturing problems, and selecting patients were too sick to be appropriate candidates for Amtagvi treatment, in addition to the FDA's increase for the threshold number of cells it mandated for Amtagvi to be considered compliant.

39. Fourth, patient drop-off levels also increased and were not consistent with experience in Iovance's clinical trial. According to FE2, Defendant Ziegler and Iovance's commercial team wanted to bring in "any and all" eligible patients to drive volume. Weekly patient drop-off levels consistently approached 40-50% during the Class Period. The Individual Defendants focused on OOS and patient drop-off rates in meetings FE2 attended. They viewed OOS and patient drop-off rates as central problems in Amtagvi's commercial launch. Defendants were aware that the OOS rate, manufacturing instability, and poor patient selection undermined Iovance's ability to meet the 2025 Guidance.

40. As a result of Defendants' knowing and/or reckless false and misleading

statements and omissions, the value and price of Iovance's stock was artificially inflated during the Class Period. When the truth was revealed, Iovance's share price declined, and Plaintiffs and other Class members have suffered significant losses and damages.

## II. JURISDICTION AND VENUE

41. Counts One and Two arise under §§ 10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder by the SEC, 17 C.F.R. §240.10b-5 ("Rule 10b-5").

42. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and § 27 of the Exchange Act because this is a civil action arising under U.S. laws.

43. Venue is proper in this Judicial District pursuant to § 27 of the Exchange Act and 28 U.S.C. § 1391(b)-(d). Specifically, Iovance is headquartered in this Judicial District, Defendants conduct business in this Judicial District, and a significant portion of Defendants' activities took place within this Judicial District.

44. In connection with the acts, transactions, and conduct alleged herein, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the U.S. mail, interstate telephone and other electronic communications, and the facilities of the NASDAQ, a national securities exchange.

## III. PARTIES

45. Lead Plaintiff Tony Djie purchased Iovance securities during the Class Period as evidenced by his certification (Dkt. No. 25-3) and was economically damaged thereby. By order dated December 15, 2025, the Court appointed Tony Djie as Lead Plaintiff for the putative class.

46. Lead Plaintiff Lindy Merrill purchased Iovance securities during the Class

Period as evidenced by his certification (Dkt. No. 25-2) and was economically damaged thereby. By order dated December 15, 2025, the Court appointed Lindy Merrill as Lead Plaintiff for the putative class.

47. Named Plaintiff John Fleming purchased Iovance securities during the Class Period and was economically damaged thereby. A copy of Mr. Flemings PSLRA certification is attached hereto as Exhibit B.

48. Named Plaintiff Sohrab Khan purchased Iovance securities during the Class Period and was economically damaged thereby. A copy of Mr. Khan's PSLRA certification is attached hereto as Exhibit C.

49. Defendant Iovance is incorporated under the laws of Delaware with its principal executive offices located in San Carlos, California. Iovance's common stock trades on the NASDAQ exchange under the symbol "IOVA."

50. Defendant Frederick G. Vogt ("Vogt") joined Iovance in 2016 and has served it Interim Chief Executive Officer ("CEO") and President since May 2021. According to Iovance's SEC filings the CEO is also "Chief Operating Decision Maker ('CODM') who uses net loss as a measurement of segment loss and monitors results against the budget to evaluate and assess performance of the Company and resource allocation within the Company." Given Vogt's role as CODM he was both in charge of and closely monitored the Company's revenues.

51. Defendant Jean-Marc Bellemin ("Bellemin") served as Iovance's Chief Financial Officer ("CFO") beginning in November 2020 and submitted his resignation approximately one month after the Class Period, on June 10, 2025.

52. Defendant Igor P. Bilinsky ("Bilinsky") joined Iovance in March 2021 and served as Iovance's Chief Operating Officer during the Class Period.

53. Defendant James Ziegler ("Ziegler") served as Iovance's Executive Vice President of Commercial from 2020 until September 2024, when he resigned unexpectedly.

54. Defendants Vogt, Bellemin, Bilinsky, and Ziegler are collectively referred

to herein as the "Individual Defendants" and, with Iovance, are collectively referred to herein as "Defendants."

55. Each of the Individual Defendants:

a. directly participated in the management of the Company;

b. was directly involved in the day-to-day operations of the Company at the highest levels;

c. was privy to confidential proprietary information concerning the Company and its business and operations;

d. was directly or indirectly involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein;

e. was directly or indirectly involved in the oversight or implementation of the Company's internal controls;

f. was aware of or recklessly disregarded the fact that the false and misleading statements were being issued concerning the Company; and/or

g. approved or ratified these statements in violation of the federal securities laws.

56. During the Class Period, pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, 18 U.S.C. §1350, for each periodic report the Company filed with the SEC, Defendants Vogt and Bellemin certified that "to his knowledge: (1)The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and (2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company."

57. During the Class Period pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, 18 U.S.C. §1350, for each periodic report the Company filed with the

SEC, Defendants Vogt and Bellemin certified that "to his knowledge: (1)The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and (2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company."

58. In addition, during the Class Period, pursuant to Exchange Act Rules 13a-14(a) or 15d-14a, Defendants Vogt and Bellemin certified that:

> 1. I have reviewed this annual report on Form 10-K of Iovance Biopharmaceuticals, Inc.;
>
> 2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;
>
> 3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;
>
> 4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:
>
> (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;
>
> (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;
>
> (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and
>
> (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most

recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

59. Iovance is liable for the acts of the Individual Defendants and its employees under the doctrine of *respondeat superior* and common law principles of agency because all of the wrongful acts complained of herein were carried out within the scope of their employment.

60. The scienter of the Individual Defendants and other employees and agents of the Company is similarly imputed to the Company under *respondeat superior* and agency principles.

## IV. <u>SUBSTANTIVE ALLEGATIONS</u>

### A. Background

#### 1. The Company and FDA Approval of Amtagvi

61. Iovance is a commercial-stage biopharmaceutical company that focuses on developing and commercializing cancer therapies using its autologous tumor-infiltrating lymphocyte ("TIL") cell therapies for patients with solid tumor cancers. TILs are white blood cells that have left the bloodstream and migrated into the tumor to fight cancer. TIL therapy is an immunotherapy that extracts the TILs from the patient, multiplies them in the lab, and then infuses them back in to the patient to attack

solid tumors.

62. Amtagvi (lifleucel) is Iovance's the first product within its autologous TIL cell therapy platform. Amtagvi is a tumor-derived autologous (derived from the patient's own body) T-cell immunotherapy.

63. In March 2023 Iovance submitted its Biologics License Application ("BLA") to the FDA seeking approval for Amtagvi to treat a certain type of advanced melanoma. The FDA accepted the BLA in May 2023. The FDA granted priority review to the BLA for Amtagvi based on the unmet need for treatment of post-anti-PD-1 melanoma.

64. Also in May 2023, Iovance completed the acquisition of Proleukin (aldesleukin), an interleukin-2 or IL-2 product used in the Amtagvi treatment regimen and in other applications. Proleukin sales from other applications (not Amtagvi) provided Iovance with only modest revenues. Iovance's revenues from Proleukin were only $0.5 million for the third quarter of 2023 after its acquisition.

65. Before that, Iovance had no revenues, and had operated at a loss since its inception. As of December 31, 2023, Iovance had accumulated a deficit of $2.0 billion.

66. Prior to and throughout the Class Period, the Company's top priority has been the commercialization of Amtagvi in the U.S. for the treatment of patients with post-anti-PD-1 advanced melanoma.

67. On February 16, 2024, the FDA approved Iovance's BLA for Amtagvi to treat advanced melanoma. Amtagvi is the first and only one-time "individualized" T cell therapy to receive FDA approval for a solid tumor cancer.

68. The FDA approved Iovance's BLA for Amtagvi under the accelerated approval pathway based on the overall response rate (ORR) Iovance was able to show in the clinical trial supporting the BLA for Amtagvi. However, under the FDA's accelerated approval pathway, continued approval may be contingent on the company's verification and description of the treatment's clinical benefit in future confirmatory trials.

69. 8,000 patients in the United States die each year from melanoma and there are 15,000 new cases of advanced melanoma in the United States every year.[4] Given the $515,000 per patient wholesale acquisition cost for one treatment of Amtagvi, commercialization of Amtagvi provided Iovance with a multibillion-dollar revenue potential.

### 2. The Manufacture of Amtagvi and the Role of ATCs

70. Iovance manufactures Amtagvi using a proprietary process to collect and multiply a patient's unique T cells from a portion of their tumor. Amtagvi then returns billions of the patient's T cells back into the patient's body to fight cancer.

71. Iovance manufactures Amtagvi for commercial use and clinical trials at its own manufacturing facility, the Iovance Cell Therapy Center or "iCTC." According to Iovance's SEC filings, the iCTC is the first centralized and scalable facility dedicated to producing TIL. The iCTC is located in Philadelphia, Pennsylvania, at the Philadelphia Navy Yard, and is 136,000 square feet in size.

72. According to Iovance's SEC filings, owning its own manufacturing facility allows the Company to control manufacturing capacity and product quality, among other advantages.

73. However, unlike the manufacturing process for traditional drugs, the manufacturing of personalized cellular therapies like Amtagvi involves a close collaborative process between the manufacturer and the clinical team that collects the patient's own cells.

74. There are three key steps in the Amtagvi treatment process. First, at an Authorized Treatment Center ("ATC") a surgeon removes a tumor tissue sample from the patient's tumor during a surgical resection and ships it to Iovance's centralized manufacturing facility. The surgeon must remove a large enough portion of the tumor- at least 1.5 cm in diameter- to ensure that enough tumor material exists to allow for

[4] Ex. 99.1 to Iovance's January 8, 2024, Form 8-K filed with the SEC.

sufficient cell multiplication which is necessary to adequately manufacture Amtagvi according to its FDA approved specifications.

75. Second, Iovance manufactures the patient specific TIL using its commercial "Gen 2" manufacturing process. Iovance's proprietary manufacturing process takes at least 22 days and entails multiplying the patient's cells into the billions so that they can be returned to the patient to fight cancer. When Iovance completes this process it must quality test the specific product to ensure it meets the required manufacturing criteria. Iovance then cryopreserves the final product and sends it back to the ATC for administration to the patient.

76. The third and final step is the actual treatment regimen, which takes place at the ATC. At the ATC the patient undergoes a preparation process called lymphodepletion. Then, the patient is treated at the ATC with Amtagvi, immediately followed by a short course of up to six doses of Proleukin to promote T cell activity in the patient.

77. ATCs play a critical role in the commercial success of Amtagvi. ATCs are the sole means for patients to receive treatment with Amtagvi. The ATC first obtains and identifies the patient from the broader community. The ATC then registers the patient and schedules them for a manufacturing "slot." The ATC then performs the tumor resection and ships the tumor tissue to Iovance's manufacturing facility. It is critical that the surgeon remove enough tumor tissue to enable the cells to multiply to the required number. After the manufacturing process, Iovance ships Amtagvi back to the ATC where the ATC infuses it in the patient followed by a course of Proleukin. However, the ATC must have sufficient cryopreservation facilities, verify patient specific labeling, and manage the chain of custody. It is critical that the ATC have a specialized oncology infrastructure and trained staff for cell therapy.

78. "Onboarding" an ATC is an extensive process. FE1- Iovance's former Senior Vice President of Technical Operations- described the process as involving significant training, technical preparation, and coordinated process reviews between

the ATC and Iovance. FE1 stated that an ATC must have the appropriate technical equipment and a specialized infrastructure to manage TIL therapy and maintain cryopreservation facilities. Each ATC requires validated cryogenic storage, liquid nitrogen handling capability, staff trained to manage thawing and reinfusion procedures, as well as validated procedures for product release and proper chain-of-custody controls. These significant operational and quality requirements were prerequisites for a center to safely treat a patient with Amtagvi.

### 3. In Anticipation of FDA Approval of Amtagvi Defendants Tell Investors 30 ATCs Have Onboarded and Iovance Has Ample Manufacturing Capacity to Support Commercial Production

79. On November 7, 2023, Iovance filed an 8-K with the SEC and held an investor conference call providing an update on Iovance's anticipated commercial launch of Amtagvi, which, assuming approval, would take place in February. In the press release and during the investor call Defendants stated that onboarding steps "***have been completed at approximately 30 ATCs***" and that "***the ICTC is currently built to supply products for more than 2,000 patients annually***." In response to an analyst's question, about "what else needs to be done" at those ATCs, Defendant Vogt stated, "***basically these guys are ready to go***." Zeigler described the detailed work Iovance did with each ATC in terms of SOPs, coordination, and logistics, to make the point that "***when we say that these centers are ready to go, they're ready to go***." About manufacturing Vogt stated that the iCTC "***right now* is actually constructed to go even beyond 2,000 patients a year" with "the majority of [necessary manufacturing] personnel [ ] in place."**

80. The full language of these statements and explanations why each one was false and misleading are below in Paragraphs 170-76.

### 4. The FDA Approves Amtagvi; Defendants Tout Amtagvi's Commercial Launch as Largest Cell Therapy Launch Ever

**With 30 ATCs Onboard "Ramping Right Away," and Ample Manufacturing Capacity**

81. On February 16, 2024, Defendants announced that the FDA granted approval for Amtagvi to treat advanced melanoma and convened an investor conference call to discuss Amtagvi's commercial launch.

82. Defendant Vogt stated that each of the 30 ATCs onboarded have the "staffing, training and processes in place" to immediately start treating patients with Amtagvi and that there would be a large number of patients "at each center."

83. On February 28, 2024, Iovance filed an 8-K with the SEC highlighting Iovance's full year 2023 and fourth quarter financial results and providing an update on FDA approval. Defendants also convened an investor conference call the same day. On the call, Vogt stated that the 30 onboarded ATCs were "ramping right away." Zeigler stated that by May 50 ATCs would be onboarded and that they would consist of the "top centers," who would "pick up a significant portion of the treated patients in the country." As to the manufacturing success rate, Zeigler offered "we think it's going to be quite high, and we will be successful in manufacturing in the vast majority of cases." Defendant Bilinksy stated, about manufacturing capacity, that Iovance had "ample capacity" which Iovance designed "understanding the preferences of each and every ATC."

84. The full language of these statements and explanations why each one was false and misleading are below in Paragraphs 177-94.

**5. Three Months into Amtagvi's Launch Defendants Announce More ATCs Onboarded, Reaffirm Manufacturing Capacity, and Tell Investors Patient Selection and Out-of-Specification Manufacturing Have Improved**

85. On May 9, 2024, Defendants issued a press release disclosing financial results for the first quarter ended March 31, 2024, provided an update on Amtagvi, and also participated in an investor conference call. Defendants stated that "***Onboarding is***

***complete at more than 40 U.S. ATCs, up from 30 initial ATCs at approval."*** 50 ATCs would be onboarded by the end of the month with 70 expected by the end of 2024.

86. Defendant Bilinsky affirmed Iovance's manufacturing capacity and stated that "***ICTC, as built today****, has the capacity to provide TIL therapies for* ***more than 2,000 patients per year****. A competent manufacturing team is important in biotech and cell therapy in particular.* ***Right now, we are staffed appropriately for launch.*** In response to an analyst's question about the "profile of the average patient in [the treatment] process right now" and whether they were "getting a lot later line patients" Iovance's Vice President of Medical Affairs stated "***the patient selection overall has been pretty good,***" with patient drop-off because of progression "rather low" and "definitely no more, ***maybe even less than we were expecting***."

87. The full language of these statements and explanations why each one was false and misleading are below in Paragraphs 195-203.

### 6. Six Months into Amtagvi's Commercial Launch Defendants Issue 2025 Financial Guidance Based on Success Onboarding ATCs and Iovance's Proven Manufacturing Capabilities

88. On August 8, 2024, Defendants issued a press release filed with the SEC on Form 8-K, filed Iovance's second quarter 10-Q announcing Iovance's financial results for the second quarter and first half of 2024, and issued revenue guidance for the full year 2025. Defendants also participated in an investor conference call the same day. Defendants stated that "***onboarding is complete at more than 50 U.S. ATCs…More than 70 ATCs remain on track to be onboarded by the end of 2024***." As to manufacturing, Defendants stated "***the commercial manufacturing experience is consistent with clinical experience.***

89. Due to "robust growth" and "ATC demand increases and new ATCs [ ] onboarded Defendants stated that "***total product revenue for 2025 is anticipated to be within the range of $450 to $475 million, the first full calendar year of Amtagvi sales."*** On the investor call, Defendant Vogt stated that Defendants based the 2025

Guidance on their "visibility to the growth rate of infusions, adoption across our ATC network, manufacturing capacity and additional launch dynamics." When an analyst pressed Vogt, "what is driving our confidence [in the 2025 Guidance] given where you are now?" Vogt responded: "***We can see the launch. We see how we're doing. We know all the dynamics. We know how many ATCs are coming on board****. We know what we think they're going to do.* ***We know our manufacturing capacity and all the details around that stuff that would be very difficult, I think, for the Street to model in some cases. So we're going to provide it for you****. So you have clarity on what we're seeing.* ***And we're very, very confident in that guidance based on what we're seeing so far*** *in the initial part of the launch because* ***we've got such a good picture of launch dynamics right now…"***

90. About the ATCs Defendant Vogt stated, "more than 50 current ATCs" "are proving that they have the training, infrastructure and capabilities to treat patients with Amtagvi."

91. About manufacturing Defendant Vogt stated, "our commercial manufacturing capabilities ***are successfully delivering Amtagvi at an increasing speed***" and "are staffed to provide manufacturing slots to meet current and expected demand." Bilinsky added that commercial manufacturing has been "consistent with our expectations and with ***prior clinical experience***" and reaffirmed that the iCTC "***is built today has the capacity to provide TIL therapies for more than 2,000 patients per year***."

92. In response to an analyst's question concerning patient drop-out rates and OOS rates Defendant Zeigler stated, "patient selection is much better." Defendants were not seeing "those same trends" of patients dying before treatment now that "we are well into the launch, now into our fifth and sixth months."

93. Then, on September 11, 2024, Iovance announced that Defendant Zeigler, Iovance's most senior commercial officer who was responsible for leading the commercial launch of Amtagvi, resigned. During a Baird Equity Research "fireside

chat" with Defendants Bellemin, Bilinsky, and EVP of Medical Affairs Brian Gastman, Baird asked for "more color" on Ziegler's departure. In response, Defendants "highlighted that they wish Mr. Ziegler the best" and "maintained [Iovance's] revenue guidance despite the management transition."

94. The following quarter, Defendants again reaffirmed the 2025 Guidance in an 8-K filed with the SEC on November 7, 2024, and in an investor conference call Defendants participated in the same day. In the 8-K and on the investor call Defendants announced that 56 ATCs had now been successfully onboarded and reiterated the iCTC's manufacturing capacity.

95. The full language of these statements and explanations why each one was false and misleading are below in Paragraphs 227-33.

#### 7. One Year Into Iovance's Launch of Amtagvi Defendants Reaffirm 2025 Guidance, Report 70 ATCs Onboarded that can "Really Fly Right Now," and Assure Investors the iCTC "Successfully Completed Annual Maintenance" with "No Issues"

96. On February 27, 2025, Iovance filed its annual report for the fiscal year ended December 31, 2024, on Form 10-K, issued a press release on Form 8-K, and Defendants participated in an investor conference call reaffirming 2025 Guidance and discussing Amtagvi's status, among other things. In addition to reaffirming the 2025 Guidance Defendants reported that "***approximately 70 U.S. ATCs are active***." Defendant Bilinsky also reported that "***the iCTC successfully completed annual maintenance and resumed production promptly at full volume with no issues***." In response to an analyst's question about the iCTC maintenance and whether the Company experienced any "slowdown" or "seasonality in 4Q" Vogt stated "***no, we don't see any seasonality***."

97. Responding to an analyst's attempt to drill down on any barriers Iovance faced in achieving its 2025 Guidance, any "gating factors" or "bottlenecks," Defendant

Vogt stated, "each individual ATC has its own little bottlenecks or whatever it might be…***But all these things are pretty easily resolvable, and <u>we've been able to show that a good portion of our ATCs can really fly right now</u>***."

98. The full language of these statements and explanations why each one was false and misleading are below in Paragraphs 234-245.

### 8. Defendant Suddenly Revoke 2025 Guidance, Slashing it by 40%, Admit that Revised Guidance is "More in line with What We Actually See at the ATCs" and Reveal that iCTC Maintenance Materially Affected Production and Revenues.

99. On May 8, 2025, Iovance released its first quarter 2025 financial results reporting quarterly revenue down significantly, from $73.7 million the prior quarter to $49.3 million. Defendants also retracted their 2025 Guidance, revising it downwards by a whopping 40%, from $450-$475 million down to $250-$300 million. On a conference call that day Defendants admitted that the revised guidance was "***a little bit more in line with what we actually see at the ATCs***." Defendants also revealed Iovance had incurred $15 million in costs associated with an "***increase in patient drop-off and manufacturing success rates***." As to the maintenance at the iCTC, which had supposedly caused "no issue," Defendants admitted that it had reduced production capacity by more than 50% in December thus causing a material decrease in revenues. And, in contradiction to previous statements that the iCTC "currently" had capacity to manufacture treatment for 2,000 patients annually, Defendants revealed that "***we are <u>now</u> completing build-out*** of the shelf space at the iCTC…Once that shelf space is operational, then [ ]the maintenance will only affect part of the iCTC facility, not all."

100. The full language of Defendants' admissions are below in Paragraphs 246-251.

### 9. Defendants Intentionally Overstated the Number and Misrepresented the Status of ATCs "Onboard"

101. FE 2 served as the Executive Director-Field Medical Affairs at Iovance

from January 2023 to August 2025 and previously served at the Director-Medical Affairs from December 2019 to March 2023. FE2 reported Susan Brousseau, VP Medical Affairs from 2019 through 2023, then to Peter Prieto, SVP Medical Affairs and Brian Gastman, Executive VP Medical Affairs. FE2 oversaw scientific communications and publications, interacted with medical professionals, and maintained compliance and operations across all medical activities, all as part of Iovance's medical strategy to form and maintain key relationships with clinicians and physicians. FE2 had numerous meetings with Iovance's Chief Medical Officer (CMO) Friedrich Graf Finckenstein, who in turn reported directly to Vogt.

102. FE2 stated that Defendant Vogt and other senior executives knew that new ATCs faced delays in starting Amtagvi treatment and knew that when Iovance launched Amtagvi it did not have the number of fully functional ATCs "onboard" that Defendants represented to investors. FE2 confirmed that Defendant Zeigler led Iovance's commercial launch of Amtagvi.

103. FE2 further stated that Iovance's senior executives had weekly discussions focused on site[5] numbers, activation status, and barriers to onboarding. FE2 confirmed that while not in attendance at meetings directly with C-Suite members, FE2 knew that Defendant Vogt and other senior executives were well aware of this information because ATC readiness was a key priority for Iovance which FE2's own management circle frequently discussed.

104. FE2 stated that an ATC being "Iovance ready" did not mean that it was truly operational, and that management's statements about ATC readiness did not reflect the ATC's true operational status.

105. FE2 stated that when Iovance launched Amtagvi it did not have the number of fully functional ATCs Defendants represented. FE2 explained that management focused on sheer numbers, prioritizing increasing the number of ATCs rather than optimizing existing ATCs in order to cosmetically meet numerical targets, despite that

[5] "Site" or "center" as used herein is synonymous with ATC.

Iovance's terminology contradicted operational reality.

106. FE2 explained that this created significant tension between Iovance's Commercial team, which Ziegler led, and the Medical Affairs and Quality teams. A specialized Quality team under Medical Affairs was responsible for qualifying sites. Defendant Ziegler and the Commercial team pushed to accelerate onboarding while the Quality team adhered to strict criteria. This tension between Commercial's push deeming sites as "authorized" and Quality's desire to adhere to the criteria for whether a site should be authorized based on its operational reality and ability to accept and treat patients prompted Iovance to reorganize the Quality function.

107. Evidencing that Defendants misrepresented the number and status of ATCs "onboard", FE2 stated that some patients sought treatment at ATC locations Iovance listed on its website, only to find that these sites were not prepared to see them. This required the patients to restart the process at another ATC, causing the patients significant delays. FE2 recalled a patient who was referred by the Stanford ATC to the UC San Diego ATC- which Iovance listed as active on its website- only to find that the UC San Diego ATC was not open. FE2 described this as a major problem, noting that Iovance should not have identified certain ATCs as operational.

108. FE2 noted that these were significant issues which management was well aware of and which prompted frequent meetings concerning site status. FE2 stated that Iovance consistently maintained these meeting minutes which VP Cell Account Therapy Steven Camiolo circulated, along with "action items." FE2 added that Defendant Ziegler often led these meetings.

109. FE2 received emails recommending that Iovance remove ATCs that were not truly active. However, FE2 stated that despite these recommendations, Iovance continued to "balance investor expectations" on the one hand with the operational realities of patient access and site readiness on the other.

110. FE2 stated that while Defendant Vogt claimed that there was strong demand for Amtagvi based on the increasing number of ATCs and Iovance's patient outreach,

in truth robust demand was limited to just five or six high volume ATCs, *i.e.,* MD Anderson, Stanford, Moffit Cancer Center, Memorial Sloan Kettering and Massachusetts General Hospital. Most other ATCs in the U.S. that Iovance claimed to have onboarded, experienced extremely low patient demand. FE2 added that Iovance's top leadership placed significant pressure on Regional Account Directors to increase volume and identify at least one new patient a week, and that top management tracked these metrics "every day."

111. FE2 stated that Iovance's approach was broad rather than selective and management emphasized adding sites without regard to whether they could treat a meaningful volume of patients.

112. According to FE2, the C-Suite became aware of ATC-readiness issues early and consistently. FE2 recalled that there were weekly executive-level discussions focused on site numbers, activation status, and barriers to onboarding. FE2 participated in large commercial calls where management shared topline ATC updates, followed by more targeted updates to Brian Gastman and Peter Pietro.

113. FE2 stated that based on conversations FE2 had and first-hand knowledge of the developments at the ATCs, Defendant Vogt had "over-promised" from the outset and that maintaining Vogt's inflated expectations created ongoing pressure to update projections. Further, FE2 noted that internally employees understood that Iovance had "over-promised" from the outset and that Defendants' projections defied operational reality.

114. Additionally, contrary to Defendants' representations that the ATCs "could really fly," FE2 stated that many of the active ATCs were slow to become operational, cautious in adopting the therapy, or unable to move patients through the process efficiently. FE2 explained that because a large portion of referred patients were late-stage "last chance" cases who often deteriorated before treatment, this caused drop-offs and poor outcomes.

115. Further, and in contrast to Defendants' claims that Iovance dedicated

substantial attention and resources to each individual ATC, FE2 stated that Iovance's Quality team was responsible for evaluating and conducting follow-up visits after ATCs were launched, but the ATCs did not receive significant resources from the field medical team after the centers signed up.

116. FE1 likewise stated that Iovance's true state of affairs when it launched Amtagvi was inconsistent with Defendants' claims concerning the number of ATCs.

117. FE1 served as Iovance's Senior Vice President of Technical Operations from May 2019 through February 2024. FE1 reported directly to Defendant Bilinsky when Bilinsky joined Iovance in March 2021. FE1 actively participated in and attended C-Suite and leadership meetings, discussions, and decisions concerning facility readiness, supply chain management, and logistics, including cryopreservation. FE1 also participated in meetings with the FDA concerning Amtagvi and Iovance's U.S. launch of Amtagvi along with the other C-Suite executives, including the Individual Defendants.[6] FE1 and several members of Iovance's regulatory group worked together as a "tag-team" to align with the FDA and move the BLA for Amtagvi forward.

118. FE1 stated that the Individual Defendants regularly discussed ATC onboarding timelines, patient throughput, and manufacturing capacity in meetings FE1 attended. FE1 added that while FE1 was not present for every conversation, FE1's position as a senior leader allowed FE1 access to operational data, participation in critical conversations, and continuous exposure to the reports that reveal the true facts.

119. FE1 explained that the true number of ATCs that were fully trained, qualified, and capable of treating patients was much smaller than the number of ATCs

---

[6] Iovance's FDA file for its BLA for Amtagvi, published by FDA on open.fda.gov in redacted form, confirms that Defendants Vogt and Bilinsky (among others, including FE1) attended Iovance's meetings with the FDA. For example, the December 20, 2023 late cycle meeting memorandum summarizing Iovance's November 20, 2023 Late Cycle Meeting concerning its BLA for Amtagvi with the FDA's Center for Biologics Evaluation and Research ("CBER") lists all individuals from Iovance attending the meeting, including Vogt and Bilinksy.

that were "lined up" on paper.

120. FE1 described onboarding an ATC as a slow, resource-intensive process. Each site required four months of training, qualification, and validation before it could safely process tumor material without contamination. FE1 emphasized that many of the sites purportedly "onboard" never reached this level or readiness.

121. The onboarding pathway, far from being a simple process, FE1 explained, is an entire "food chain" from initial enrollment to insurance approval, to scheduling, to ensuring that a site could handle the 22-day manufacturing cycle and complex inpatient regimen.

122. FE1 explained that each treatment center must have specialized infrastructure to manage TIL therapy and maintain cryopreservation facilities. Centers required validated cryogenic storage, liquid-nitrogen handling capability, and staff trained to manage thawing and reinfusion procedures. FE1 noted that if a center lacks proper cryo-storage capability, "it doesn't matter"—they cannot treat patients regardless of whether they are listed as onboarded.

123. That certain sites lacked proper cryo-storage capability was well-known among executive leadership, including to Defendant Bilinsky who was deeply involved and had daily meetings with the clinical operations team concerning site status.

124. FE1 stated that top management well understood these realities, *i.e.,* that the training timeline was long, contamination risk was high, and the operational burden on each site was substantial. Accordingly, FE1 stated, the ATC numbers Defendants publicly represented to investors overstated the true commercial readiness of the ATCs Iovance purportedly onboarded and did not reflect the constraints FE1 witnessed daily in meetings, reports, and operational reviews.

125. FE1 stated that many ATCs experienced readiness issues such as quality-related requirements, regulatory components and site-specific operational hurdles. FE1 stated that although contracts or onboarding agreements might have been executed, numerous centers were not in a position to treat patients anytime soon. FE1 bluntly

described this as a gap between "counting" ATCs for Wall Street and the far smaller number of centers that were actually treatment ready.

126. FE1 stated that Iovance's internal data tracking site performance, readiness, and patient flow made this crystal clear. FE1 confirmed that the Company's public ATC counts overstated the number of sites truly capable of treating patients, and that there was a disconnect between Iovance's claims to investors and Iovance's operational reality, stating that Iovance "did a lot of fluff to make Wall Street happy."

### 10. Iovance's Undisclosed Manufacturing Problems

#### *a. Unbeknownst to Investors The FDA Limited Iovance to Manufacturing Only 30-32 Amtagvi Treatments Per Month*

127. As stated above, FE1 was responsible for overseeing Amtagvi's complete manufacturing and delivery system. FE1 defined this as the complete end-to-end infrastructure required to reliably produce, test, release, and deliver autologous cell therapy at a commercial scale. FE1 elaborated that this encompasses: 1) process and analytical development including the scientific work needed to modernize the 40-year old manufacturing process, 2) quality control and quality assurance, 3) internal manufacturing, including the iCTC, and 4) the logistics chain including scheduling, product movement, and coordination with clinical sites.

128. While Defendants represented that the iCTC had the capacity to support manufacturing enough Amtagvi for over 2,000 patients per year, FE1 stated that the initial build-out was only an empty shell, with just one quarter of the existing space completed. FE1 stated that when Iovance received FDA approval of Amtagvi the iCTC could not accommodate the stated 2,000 patient volume.

129. More importantly, FE1 explained that the FDA would not approve commercial operations of that scale without evidence of consistent, reproducible performance, which Iovance lacked. Instead, In order to obtain the FDA's approval to manufacture Amtagvi for 2,000 patients per year, Iovance needed to successfully

demonstrate full-scale manufacturing runs, show end-to-end process control, and provide proof of no cross-contamination, defined procedures, and batch-to-batch salability.

130. FE1 participated in Iovance's meetings with the FDA concerning Amtagvi and addressed issues like supply shortages and assay failures. FE1 stated that in the month leading up to the February 2024 FDA approval and launch of Amtagvi, Iovance held multiple strategy meetings per week focused on defining how the iCTC would operate logistically at a commercial scale. FE1 stated that Defendant Vogt nominally managed the preparation for Iovance's commercial launch of Amtagvi but that Iovance gave Defendant Ziegler most of the responsibility.

131. FE1 explained that Iovance had "validated" 32 manufacturing slots per month. This meant, FE1 stated, that Iovance had demonstrated to the FDA during clinical trials of Amtagvi that Iovance could, *at maximum*, manufacture enough Amtagvi for 30 to 32 patients per month. And even achieving this number required tight control and constant oversight.

132. According to FE1, the FDA expected Iovance to operate at the manufacturing pace it had already demonstrated in clinical trials, *not* at the hypothetical future capacity Defendants disclosed to investors.

133. In other words, FE1 explained, the FDA required proof that Iovance could run reliably at that pace, under control, before granting Iovance approval for a higher throughput. FE1 stated that Iovance's executive leadership fully understood that Iovance's demonstrated capacity throughput of 30-32 slots per month was the ceiling on what it would be allowed to manufacture. According to FE1, while Defendants publicly represented that Iovance had capacity to support large-scale commercial operations of 2,000 slots per year, those claims were "disingenuous" because Iovance lacked the practical ability to do so. FE1 stated that while Defendants spoke in terms of theoretical capacity, the ***actual regulatory-controlled capacity was far lower and firmly dictated by what the FDA had approved based on Iovance's demonstrated***

***performance.***

134. The FDA would not grant Iovance permission to manufacture more than 32 slots per month "out of the gate," FE1 explained, simply because Iovance claimed it could scale. FE1 emphasized that regulators required evidence, not projections, and Iovance's ability to reliably demonstrate only 30-32 manufacturing slots per month set a cap on what the FDA would authorize Iovance to manufacture.

135. FE1 explained that Iovance's manufacturing throughput was in turn dictated by the number of processing rooms and the fixed 22-day manufacturing process. Once tumor material entered the facility on "Day 0," the entire schedule was locked and each "batch" occupied a full slot for the 22-day duration.

136. FE1 emphasized that the number of FDA-licensed slots was firm and that Iovance's leadership understood that the only way to increase capacity was to present additional evidence to the FDA demonstrating proof of validated manufacturing runs and reproducible performance and data demonstrating the facility could reliably operate at a higher pace. Iovance's commercial manufacturing capacity was capped by the number of slots the FDA had approved, not aspirational planning models, according to FE1.

137. Additionally, FE1 explained that because of the slot limitations and treatment timelines, planning manufacturing capacity was extremely delicate, "like running a hotel" because only a fixed number of patients could be processed at once. Additionally, certain of these manufacturing slots were dedicated to patients in Iovance's confirmatory clinical trials, and Iovance had to constantly rebalance clinical and commercial manufacturing slots.

138. FE1 stated that Defendant Vogt was fully aware of these performance constraints and capacity limitations and participated in the above-referenced strategic meetings and received regular updates. FE1 personally attended numerous meetings with Defendants Vogt and Ziegler to determine how fast the commercial launch could realistically ramp.

139. FE1 stated Defendants Bilinsky and Ziegler also received weekly briefings as Iovance prepared to commercially launch Amtagvi. Further, FE1 explained that if members of the leadership team did not attend the physical meetings they received meeting minutes and capacity reports. FE1 confirmed that all VP-level leaders-including those in charge of regulatory and quality, were aware of the FDA's expectations regarding capacity and reliability.

140. Further, FE1 reported that the 135,000 foot iCTC was never fully utilized and that Iovance lacked the time, resources, and cash flow to develop the systems necessary to run a facility of that size. FE1 explained that Iovance never invested enough to fully prepare the plant for operation. The initial build out of the iCTC was just an empty shell, with only one-quarter of the space completed. FE1 described this as "awkward" because Iovance's top leadership knew they would never launch at maximum capacity yet continued to speak as though that level of throughput was achievable.

141. FE1's own knowledge and insights, FE1 explained, are based on FE1's position as a senior leader at Iovance which provided FE1 with access to operational data, participation in key conversations with management, responsibility for Amtagvi's commercial launch, and continuous exposure to the personnel, reports, and performance metrics reflecting Iovance's true underlying operational reality.

142. FE1 stated that Iovance maintained several sophisticated databases tracking performance, financial assumptions, manufacturing success rates, and technical challenges.

143. FE1 stated that when FE1 reviewed Iovance's 2025 Guidance, FE1 "shook his head" because achieving the 2025 Guidance would have required a dramatic and unprecedented step-change in both manufacturing capacity and ATC and patient enrollment.

***b. Iovance's Antiquated Manufacturing Technology Was Insufficient to Support the Large Scale Commercial Launch Defendants Represented***

144. FE1 stated that prior to and at the time of Amtagvi's launch, Defendants had ongoing concerns about Iovance's ability to manufacture Amtagvi. FE1 stated that the Company's manufacturing process was fundamentally manual, highly scheduled, and not designed to propagate cells at a true commercial scale. Iovance's labor-intensive process could not be scaled up to meet the expectations of a major pharmaceutical manufacturer, or the manufacturing capacity Defendants represented to investors. Iovance built the cost structure associated with manufacturing Amtagvi on a 40-year-old antiquated process from 1985 research and development lab methods which Iovance did not modernize, FE1 explained. FE1 stated that Iovance refused to invest in updated technology.

145. One of Iovance's most persistent operational challenges, according to FE1, was the constant battle to keep Iovance's manufacturing operation running without major shutdowns, contamination events, or clean-room failures. FE1 stated the facility required "extreme measures" to maintain sterility, and even minor deviations could trigger inspections, shutdowns, or batch loss. The clean rooms were difficult to keep in control and the risk of contamination was ever-present. FE1 elaborated that the largest vulnerability came from tumor tissue, which can naturally carry bacteria and other contaminants, entering the manufacturing plant. The team routinely discussed this risk, particularly given the 30-40 year-old technology underlying the manufacturing process. FE1 described maintaining sterility as requiring constant close vigilance.

### *c. Iovance's OOS Manufacturing Rate Was 50% at Launch, Leading to Lower Revenues and Undermining Defendants' Guidance*

146. During the commercial manufacturing process Amtagvi can become out-of-specification (OOS), meaning the product falls outside commercial specifications and cannot be used for treatment. Iovance treats OOS product as a research and development expense.

147. While Defendants represented to investors that OOS rates were improving,

the opposite was true. Higher OOS rates of course meant lower revenues. When product is out-of-specification it is unusable and not billable.

148. FE1 explained that the OOS rate worsened after the FDA approved Amtagvi, because the FDA required the Company to redefine potency expectations. FE1 stated that after reviewing the data in the clinical trial, the FDA raised the threshold for the acceptable cell range from 1-billion cells for a positive clinical outcome to 7-billion cells, a significantly higher hurdle. Accordingly, FE1 explained, the FDA's requirement of a higher potency threshold increased the number of batches that failed to meet clinical manufacturing specifications.

149. FE2 corroborates FE1. FE2 stated that Iovance experienced numerous OOS problems with Amtagvi in the commercial manufacturing setting which affected revenue. FE2 stated that when Iovance launched Amtagvi in February 2024 the OOS rate was a whopping 50%. FE2 explained that the high OOS rate reduced both patient volume and revenue. The high OOS rate was driven by manufacturing and patient-selection issues, including disease progression. Indeed, FE1 confirmed that Iovance's older manufacturing system simply expanded a patient's T-cells to whatever the patient's own biology allowed and was not designed to reliably hit a specific number.

150. FE2 recalled that Iovance formed a committee to address OOS failures and that the combination of manufacturing instability and late-stage patients meant many individuals never received Amtagvi. FE2 stated that these factors undermined demand, revenue, and Iovance's ability to meet Defendants' publicly stated projections. FE2 noted that a 40-50% OOS rate is not financially sustainable for Iovance. Further, FE2 noted that many ATCs grew frustrated, as OOS failures prevented patients from receiving treatment, which reduced enthusiasm and slowed momentum.

### 11. Unbeknownst to Investors, Patient Drop-Offs and the Volume of Low Quality Patients Skyrocketed When Iovance Launched Amtagvi and Continued Throughout the Class Period

151. According to FE2, many of the patients that were signed up to receive Amtagvi treatment were poor therapeutic candidates, often the "worst of the worst" cases in terms of having advanced melanoma. If patients are too sick they are unable to safely tolerate treatment and may not remain stable long enough to complete the treatment process. This inappropriate pipeline of patients contributed to higher patient drop-off rates.

152. FE2 explained that the patient selection process became a major point of contention. The Commercial team, (which Ziegler ran) wanted to bring in "any and all" eligible patients to drive volume, whereas the Medical Affairs team pushed for more disciplined patient selection to avoid poor outcomes in late-stage, high risk patients.

153. FE2 stated that weekly patient drop-off levels approached 40-50%. FE2 explained that a combination of the clinical condition of the patients and manufacturing constraints (OOS product) drove this high rate.

154. FE2 confirmed that the high rate of patient drop-offs was a significant concern which Defendants openly recognized internally as one of the central problems facing Iovance's commercial launch of Amtagvi. Fixing the problems of high patient drop-off rates and OOS product was a constant, daily focus, FE2 added. Iovance's leadership held frequent meetings dedicated to identifying solutions, which contribution to high turnover at the Company, FE2 stated. FE2's direct supervisors, who were surgeons, were heavily involved in efforts to address these problems and held meetings with Iovance's executive leadership, including Defendant Vogt, providing them with details of these issues as they developed.

155. Based on FE2's position and knowledge as well as conversations FE2 had with leadership, FE2 stated that it was apparent that demand trends were not reaching the level Defendants expected. Growth in demand fell below internal targets and the volume of Amtagvi orders consistently fell short of expectations. FE2 stated that as more ATCs came online, demand improved only modestly. FE2 recalled that top management continued to apply pressure to "find patients" despite knowing that

underlying demand did not match their projections.

156. FE2 stated that the OOS rate, manufacturing instability, and poor patient selection collectively undermined Iovance's ability to meet the financial guidance Defendants issued. FE2 characterized these as "major, major problems" which Defendants were aware of at all times.

### 12. Contrary to Defendants Representations, Iovance Lacked Adequate Manufacturing Personnel and the iCTC "Maintenance" Caused Major Disruptions

157. FE3 served as a Quality Operations specialist for Iovance from January 2025 until August 2025. FE3 worked at the iCTC. As a Quality Operations Specialist, FE3 reviewed batch records, conducted soft inspections on the manufacturing floor to ensure clean rooms, and monitored project completion.

158. FE3 expressed concerns regarding the integrity of Iovance's operations at the iCTC and stated that colleagues had similar reservations. For example, despite the controlled and precise nature of the work at issue, FE3 stated that Iovance had no employee onboarding process. According to FE3, quality control staff lacked experience, and manufacturing employees were unqualified. FE3 noted that several manufacturing employees at the iCTC struggled with basic math.

159. Further, FE3 reviewed batch records and found issues with rounding and procedural steps for product approval. FE3 reported that records were often poor, requiring FE3 to enter manufacturing areas to review them later and conduct thorough desk reviews once the batch work had finished.

160. FE3 stated that production batches often did not align with quality expectations. Timing issues arose regarding the receipt and delivery of tumors, and training new personnel took considerable time due to staff shortages and turnover.

161. FE3 stated that the quality of batches produced suffered because many staff members were inexperienced, having joined straight from school and then immediately encountering work under strict aseptic conditions.

162. Further, FE3 noted that employees often lacked sufficient industry experience causing tension with seasoned staff and frustration from qualified personnel who did adhere to FDA, ISO (*e.g.*, quality management and cleanroom standards) and ICH (harmonized global rules for drug approval and manufacturing) standards. FE3 stated that the iCTC had few staff from medical affairs.

163. FE3 attended a town hall meeting during the first two weeks of working at Iovance, which took place during the first quarter of 2025. Discussion at the meeting focused on expanding the business at the iCTC and potentially hiring up to 150 additional employees. FE3 recalled that during talks regarding expanding the iCTC the team considered projections for the number of clean rooms on site and evaluated how many could be operational within a short timeframe.

164. FE3 stated that there were too few functional clean rooms for Iovance to meet its targets, and that while the office space and executive suites were completed, the wing with clean rooms remained under construction. FE3 added that to build on the other side of the iCTC building, which would enable completion of the clean rooms and increase production, Iovance needed to schedule a maintenance shutdown.

165. FE3 also noted numerous problems at the iCTC including poor documentation, inadequate patient privacy, compromised storage security due to pests, substandard sterile environment layout, labeling deficiencies, and unresolved infrastructure issues such as leaks and power outages.

166. FE1 confirmed that Iovance lacked a fully built-out quality control team, further hindering its ability to execute the large-scale commercial launch it represented to investors.

167. These on-the-ground quality and staffing problems at the facility responsible for manufacturing Amtagvi only exacerbated and served to further contribute to the OOS levels FE1 and FE2 described above.

168. Relatedly, FE2 stated that the reduction in capacity at the iCTC which Defendants characterized as "annual scheduled maintenance" was a major issue that

the Individual Defendants were aware of. FE2 stated that annual scheduled maintenance does not typically occur in the first quarter, and typically only takes one week. FE1 likewise stated that maintenance typically occurs at year-end and should not take two weeks because it involves simple tasks like cleaning rooms. FE1 further stated that annual maintenance does not require the facility to be shut down entirely.

169. FE2 stated that patients were sitting in queue waiting for treatment and unexpectedly had to be rescheduled due to iCTC maintenance. FE2 added that patients are usually "surged" before maintenance to ensure production, with another surge occurring when maintenance concluded. FE2 stated that Iovance held All Hands meetings to discuss the Company's lack of preparation and the disruption that the maintenance was causing.

**B. Materially False and Misleading Statements**

170. On November 7, 2023, Iovance filed an 8-K with the SEC with a press release on Exhibit 99.1 highlighting Iovance's third quarter 2023 financial results and providing an update on the upcoming anticipated FDA approval of Amtagvi and Iovance's commercial launch of the product ("November 2023 8-K"). The 8-K noted Iovance's anticipated FDA approval of Amtagvi in February 2024. As to onboarding ATC's the 8-K represented: "Pre-approval onboarding steps to treat melanoma patients with lifileucel upon approval ***have been completed at approximately 30 ATCs.*** Approximately 50 ATCs are expected to be onboard within 90 days of the PDUFA date…" As to Iovance's ability to manufacture Amtagvi the 8-K represented: "The Iovance Cell Therapy Center (*i*CTC) is currently manufacturing TIL therapies for clinical trials while executing activities to support BLA review in preparation for initiating commercial supply. ***The iCTC facility currently has annual capacity to supply TIL therapies for 2,000+ patients***, with buildable shell space to ultimately supply TIL therapies for 5,000+ patients.

171. First, the above statement about pre-approval onboarding "completed" at "30 ATCs" was materially false and misleading because Defendants knew but omitted

to disclose that only a small number of these ATCs could actually treat patients with Amtagvi, and that in truth many of them lacked the training, qualification, validation, and cryo-storage facilities that were necessary prerequisites to being able to treat patients with Amtagvi. Defendants had actual knowledge that many of the centers they claimed were onboarded would not be in a position to treat patients anytime soon because Defendants closely tracked and focused on ATC metrics every day. Second, the above statement about the iCTC's current capacity was materially false and misleading because Defendants knew that the iCTC was only an empty shell with just one quarter of the existing space completed that could not accommodate volume of 2,000 patients annually, and that Iovance lacked the manufacturing technology at the iCTC to produce a supply of Amtagvi for 2,000 patients per year. Further, Defendants were aware that throughout the Class Period Iovance experienced major manufacturing instability attributable to problems maintaining sterility and lack of sufficient qualified staff at the iCTC.

172. Also on November 7, 2023, Defendants convened a conference call with investors to discuss Iovance's upcoming launch and commercialization of Amtagvi ("Q32023 Investor Call"). Defendants Vogt, Bilinsky, Bellemin and Ziegler, among others participated in the call. In prepared remarks Bilinsky stated: "the ICTC is ***currently*** built to supply products for more than 2,000 patients annually in the U.S. and our planned geographic expansion." Bilinsky turned over the call to Ziegler who issued prepared remarks concerning the status of ATCs. Ziegler stated:

> Today, I will highlight onboarding for our Authorized Treatment Centers or ATCs, payer engagement and commercial operational readiness activities. First, onboarding is a strong indication of ATC commitment and Lifileucel demand. Today's press release provided our first status update on ATC onboarding. ***Approximately 30 centers have completed preapproval onboarding steps to establish their TIL service line capabilities. These centers are educated in all aspects of the Lifileucel treatment regimen with staff and processes to begin treating patients pending the approval.***

> ***Previously, we shared our goal to onboard 40 ATCs within 90 days of the PDUFA date. Based on our onboarding progress, we now expect to onboard approximately 50 centers within 90 days of the PDUFA date.*** We are also planning a disciplined approach to organize and schedule each ATC for their first treatments with full Iovance support. We believe a positive initial experience will drive long-term success and peak revenues.

173. As to these ATCs, Defendants represented that they were "ready to go," despite knowing that many lacked the infrastructure and ability to treat patients with Amtagvi:

> Colleen Margaret Kusy, *Robert W. Baird & Co. Incorporated, Research Division*
>
> Congrats on all the progress and on the launch prep. So a clarifying question on the 30 centers who have completed the ATC preparation, theoretically, if Lifileucel were approved today, ***could those centers start preparing to dose a patient today or kind of what else needs to be done for those patients to start using Lifileucel once it's approved***, once they're through the training?
>
> Frederick G. Vogt
>
> Yes. Jim can answer this in more detail. Colleen, but ***yes, basically, these guys are ready to go***. Jim, do you want to give a little bit more detail here?
>
> James Ziegler
>
> Sure. Thanks, Colleen. Just real quickly, what we've done to date on the preapproval onboarding is***, we worked this with the centers to develop their TIL service line, which includes the clinical end-to-end education and training with [ med-on ] surgeons, cell therapy. We've operationalized the tumor journey in terms of building out workflows, SOPs, coordination and procedures on all of the logistics from OR, chain of identity, chain of custody to product handling and logistics***. And we've worked extensively on the reimbursement front. ***So when we say that these centers are ready to go, they're ready to go.***

174. The foregoing statements about the number and status of ATCs purportedly

"ready to go" were materially false and misleading because Defendants knew but omitted to disclose that only a small number of these ATCs could actually treat patients with Amtagvi, and that in truth many of them lacked the training, qualification, validation, and cryo-storage facilities that were necessary prerequisites to being able to treat patients with Amtagvi. Defendants had actual knowledge that many of the centers they claimed were onboarded would not be in a position to treat patients anytime soon because Defendants closely tracked and focused on ATC metrics every day and Iovance's internal data tracking site performance, readiness and patient flow made this crystal clear.

175. On the call, Defendant Vogt responded to an analyst's inquiry about Iovance's manufacturing capacity:

> <u>Benjamin Jay Burnett</u> *Stifel, Nicolaus & Company, Incorporated, Research Division*
>
> I wanted to go back and ask another question about just the capacity. I understand that the FDA will sort of help define the capacity at launch just in terms of the number of slots that are available for commercial use. ***But I guess can you frame for us just maybe like an upper limit of the capacity that you feel like you can handle now?***
>
> <u>Frederick G. Vogt</u>
>
> ***Yes, Ben, <u>the facility right now</u> is actually constructed to go even beyond 2,000 patients a year at our facility.*** And then on top of that, we have our CDMO, Wuxi that has considerable capacity until we haven't disclosed exactly what that is, but it's quite large. It could represent a good portion of our capacity at launch. ***So that's really the max that we've got constructed today without the need for additional capital.***
>
> <u>Benjamin Jay Burnett</u>
>
> ***And does that include like the personnel required to sort of run that type of capacity at that level?***
>
> <u>Frederick G. Vogt</u>
>
> ***Yes. The majority of that personnel is in place*** and the rest of it can be put in place very quickly.

176. The above statement about the iCTC's current capacity was materially false and misleading because Defendants knew that the iCTC was only an empty shell with just one quarter of the existing space completed that could not accommodate volume of 2,000 patients annually, and that Iovance lacked the manufacturing technology at the iCTC to produce supply of Amtagvi for 2,000 patients per year.

177. Then, on February 16, 2024, Iovance announced that the FDA approved its BLA for Amtagvi to treat advanced melanoma. Iovance held a "Special Call" with investors to discuss the launch of Amtagvi ("February 2024 Special Call"). Defendants Vogt, Ziegler, Bellemin, and Bilinsky, among others, participated in the call.

178. Ziegler represented, in prepared remarks, that the 30 ATCs purportedly onboard had all necessary elements in place to immediately begin treating patients:

> Ziegler
>
> First, onboarding is a strong indication of ATC commitment in AMTAGVI demand. ***Today, approximately 30 ATCs have established their TIL service line capabilities. These centers are educated in all aspects of the AMTAGVI treatment regimen with staffing, training and processes in place to immediately proceed towards treating initial patients.*** Additional centers are completing final onboarding in the coming weeks and we remain on track to have more than 50 ATCs within 90 days of the original PDUFA date of February 24, 2024. Many ATCs have patients already identified and we look forward to supporting them throughout the journey.

179. In response to an analyst's question about "visibility on how many patients you think could happen this year the number of patients this year," Vogt represented that there would be a lot of patients "***at each center.***":

> Michael Jonathan Yee *Jefferies LLC, Research Division*
>
> Congrats on the approval, a long-awaited approval and a great day for you guys. We had maybe 2 questions. One was thinking about the launch this year and your preparedness. Can you just comment on your expected annual price with the Proleukin, what you're thinking there? ***And then***

> ***your visibility on how many patients do you think could happen this year***? Maybe talk a little bit about that and any bullets.
>
> Frederick G. Vogt
>
> …Yes, we expect the bolus of patients coming through as we – as the product launches and we start to see the manufacturing flow, we'll be able to talk more about how we expect the launch curve to go. ***But as of right now, we're built for a very significant launch, as you know, and we're expecting a lot of patients at each center.*** And we have the -- we're planning for approximately 30 centers at the time of launch.

180. Ziegler further confirmed that the Iovance's "team" had been working with ***each*** of the 30 purportedly onboard ATCs and completed the detailed steps necessary for onboarding so that they could start treating patients immediately:

> Reni John Benjamin *JMP Securities LLC, Research Division*
>
> Got it. And maybe just a follow-up for Jim. ***You mentioned TIL service line capabilities that these 30 ATCs have already established that. What exactly is that? And is that kind of like the last step on in terms of getting on board? So -- but once they have that, they're ready to start treating patients like tomorrow if they needed to?*** Or is there something else remaining?
>
> James Ziegler
>
> No, ***that's pretty close to.*** Let me just describe it in a little bit more detail. So what our team has been doing up to this point is educating on 3 areas. ***First, clinical, really making sure that the end-to-end clinical management and the patient journey are well understood by medical oncologists, surgeon and the cell therapy teams.*** That's the essence of operationalizing a TIL service line at the ATC. ***The second component is really important because it's the operational aspects really around the tumor journey, making sure that we have all systems and processes in place, in the OR, chain of identity, chain of custody, product handling, logistics, all of the sort of critical elements of handling the life cells of each and every patient***. And then the third aspect is the administrative and reimbursement. So there's different levels of training that we do, and there's a certification process that every center and everyone that's

involved has to go through. ***That's really the last step that we're completing right now.***

181. When an analyst pressed Vogt for more detail about how many patients each of these onboarded ATCs were prepared to treat patients with Amtagvi, Vogt represented that all were ready to "handle anywhere from a few patients a month to several times that," despite knowing that some sites were in no such position.

Tyler Martin Van Buren, *TD Cowen*

Can you guys give more granularity on ***how many patients might be lined up now with the 30 centers waiting for AMTAGVI treatment?*** And also how many patients per month these centers might be able to treat in the early innings of the launch versus where that could go over time?

Vogt

So at each center, we think ***there's a backlog of a number of patients right now.*** We know that from our expanded access program that we ran up until recently, and so we have centers that could have a number of patients. I can't give you exact numbers because ***this varies from a few patients all the way up to patients that are in double digits, waiting for AMTAGVI at the sites***. ***The sites*** as you probably know, we spend a lot of time talking about this, ***can handle anywhere from a few patients a month to several times that.***

182. Ziegler added that ***each*** of these centers had patients lined up for treatment:

Ziegler

We are prepared to launch with a significant number of centers, among the highest for a cell therapy launch. ***And each one of these centers have invested a lot of time, energy and effort because they have patients waiting*** who right now don't have viable options after progression on checkpoint inhibitor.

183. Ziegler's and Vogt's above statements to analysts in the context of specific

questions about the readiness of the ATCs supposedly "onboard" were materially false and misleading when made because Defendants knew but omitted to disclose that only a small number of these ATCs could actually treat patients with Amtagvi, and that in truth many of them lacked the training, qualification, validation, and cryo-storage facilities that were necessary prerequisites to being able to treat patients with Amtagvi. Defendants had actual knowledge that many of the centers they claimed were onboarded would not be in a position to treat patients anytime soon because Defendants closely tracked and focused on ATC metrics every day and Iovance's internal data tracking site performance, readiness and patient flow made this crystal clear.

184. When an analyst asked how much manufacturing capacity Iovance had both in terms of what the FDA allowed and what Iovance could produce Bilinsky dodged the question about capacity and represented that neither posed any constraints:

> Yanan Zhu, *Wells Fargo*
>
> …But in terms of the allowed capacity by the regulator how does that compare with your expectation? And how much runway do you think that provides in terms of growing the launch?
>
> Bilinsky
>
> So there are 2 parts to that. On the one hand, ***we are in a strong position to meet U.S. demand for launch and clinical trials, between iCTC and our contract manufacturer***. And the second part is what the FDA allows. ***So the capacity demonstration submitted to the BLA is higher than the current projections we have for launch. So we actually have a lot of flexibility to increase capacity*** ***further by hiring additional staff before we need to go back to the FDA and request approval for additional capacity. And the additional expansion at iCTC is actually already underway, which will further significantly increase capacity over the next few years.***

185. Bilinksy's above statement about manufacturing capacity was materially

false and misleading because Bilinksy knew that iCTC was only an empty shell with just one quarter of the existing space completed that could not accommodate volume of 2,000 patients annually. Additionally, Bilinsky knew, because he attended the FDA meeting, that Iovance only had FDA clearance to manufacture Amtagvi for 30-32 patients per month (a maximum of 384 patients per year). Further, Bilinksy knew that Iovance experienced major manufacturing instability attributable to problems maintaining sterility, and lack of sufficient qualified staff at the iCTC.

186. On February 28, 2024, Iovance filed an 8-K with the SEC with a press release on Exhibit 99.1 highlighting Iovance's fourth quarter and full year 2023 financial results and proving an update on the commercial launch of Amtagvi since having received FDA approval two weeks prior ("February 2024 8-K") and filed its annual report on Form 10-K with the SEC for the fiscal year ended December 31, 2023 ("2023 10-K"). The February 2024 8-K stated that "***onboarding is complete*** at approximately 30 U.S. authorized treatment centers (ATCs) and approximately 50 ATCs are expected to be onboard by the end of May."

187. Also on February 28, 2024, Defendants convened a conference call with investors to discuss the Company's financial results and the commercialization and launch of Amtagvi ("FY2023 Investor Call"). Defendants Vogt, Ziegler, Bilinsky and Bellemin, among others, participated in the call.

188. In prepared remarks Defendant Ziegler again highlighted the "strong level of ATC commitment with 30 onboard today:"

> There is strong level of ATC commitment with 30 onboard today. These onboarded ATCs are engaged in various stages of the process, including patient identification, reimbursement authorization, scheduling and tumor tissue procurement and manufacturing.
>
> In the less than 2 weeks following approval, the majority of our activated ATCs have at least 1 identified patient and are in the process of establishing financial clearance for reimbursement, including prior authorizations and single-case agreements. There are at least 20 patients

> in the process, which includes 10 patients with schedule or pending manufacturing slots. The number of ATCs engaged in this process reflects the high unmet need and a sense of urgency to offer Amtagvi for their advanced melanoma patients. In addition, we continue to onboard and remain on track to have approximately 50 active ATCs in total by the end of May.

189. In response to an analyst's question about the ATCs that were purportedly onboard, Vogt represented that they were "ramping right away:"

> <u>Reni John Benjamin</u>, *JMP Securities LLC, Research Division*
>
> Yes. So I'm just trying to understand ***from the ATCs that are on board, are they, like you have the patients going through the process.*** Is each ATC pretty much putting 1 patient on and then they're kind of to wait until an infusion takes place before they bring another patient on? Or are you seeing ATCs putting 2 or 3 patients on and they've just go ahead and ramping right away?
>
> <u>Frederick G. Vogt</u>
>
> ***They're ramping right away. That's the easy question. They're ramping right away.*** They're not limited in any way by that.

190. With respect to the 50 ATCs that would be onboarded by the end of May, Ziegler represented that those were the "top centers" which would "pick up the significant portion of the treated patients in the country" in the following colloquy with an analyst:

> <u>Joseph Michael Catanzaro</u>, *Piper Sandler*
>
> I know it's still the early days, but with the 50 ATCs planned to be onboarded by the end of May, are there any plans to add ATCs beyond that? And if so, to what extent? And what's the timing around that?
>
> <u>Vogt</u>
>
> …Maybe Jim, we can talk a little bit about the plan for the 50…

…

James Ziegler

Joe, this is Jim. ***The 50 ATCs that we identified by the end of May is going to pick up the significant portion of the treated patients in the country.*** ***We will continue to monitor the need to expand from that point. But what we want to do is make sure that with these top centers, we've reinforced success. We build their service line and make sure that they're successful in the treatment***. And just a reminder, what I had mentioned before, like the CAR T market, ***there's a concentration of care at the top centers.*** ***We expect the top 40 to do about 80% of all the treatments for Amtagvi.***

191. The foregoing statements in the February 2024 8-K and Investor Conference call were materially false and misleading because Defendants knew but omitted to disclose that only a small number of these ATCs could actually treat patients with Amtagvi, and that in truth many of them lacked the training, qualification, validation, and cryo-storage facilities that were necessary prerequisites to being able to treat patients with Amtagvi. Defendants had actual knowledge that many of the centers they claimed were onboarded would not be in a position to treat patients anytime soon because Defendants closely tracked and focused on ATC metrics every day and Iovance's internal data tracking site performance, readiness and patient flow made this crystal clear. Defendants were not ensuring success and onboarding of "the top centers." Instead, they were blindly executing contracts on paper with centers that had no ability to treat patients. The ATCs "onboard" were also not "ramping right away" as many of them lacked the ability to safely treat patients with Amtagvi.

192. On the same call, Bilinksy and Vogt responded to analyst questions concerning manufacturing capacity, Iovance's manufacturing success rate, and the number of patients per ATC:

Dina Elmonshed *Jefferies LLC, Research Division*

Just wanted to say congrats again on the approval and thanks for the update today. ***Just a quick question on how we should think about the cadence of how patients would be treated in the coming months?*** I know you mentioned that you have the 20 patients, sort of in process, and those could be infused weekly. ***But how can we sort of think about the bolus and the cadence of <u>how many new patients would be identified per site</u> in the next coming months***? ***And just quickly on the slots and capacity, how many slots were actually approved by the FDA?*** And ***is the manufacturing success rate likely to be in spec of at least 80%?*** Or how should we model and assume that?

<u>Frederick G. Vogt</u>

Yes. So on the cadence of treatment, we expect essentially a large bolus to go through this. As you can see from all the banks and the analysts getting KOL calls and stuff like that, there's a lot of patients waiting for Amtagvi, so we think we're going to be really busy here for the next couple of months. And then after that, we think we're going to continue to be busy, as you can see from the same KOL interactions, ***most of the sites have several patients a month. And when you average that all out, across 30, moving to 50 ATCs, that's a very large number of patients every month for us to contend with***. So we expect the cadence to essentially be a bolus and then move to a steady state.

***On slots and capacity, we haven't actually publicly disclosed the total amount of slots that we've got*** between WuXi and our iCTC facility creates enormous and I think ***we'll be able to handle any load that comes in what we got, and we're very happy with the fact that the FDA gave us a lot of space to be on manufacture.***

***And then regarding the success rate, we don't really -- we can't really disclose at this point what the percentages and what's happening. We don't really know yet***. We're still working on that, still testing. ***We think it's going to be quite high, and we will be successful in manufacturing in vast majority of cases.*** But again, we're only 12 -- literally 12 days in the launch right now. So we still need a bit of time to figure that out.

193. Bilinsky also represented that Iovance had "ample capacity" and designed its capacity "understanding the preferences of each and every ATC."

<u>Bilinksy</u>

> So we have -- as I mentioned, we have ample capacity to support launch as well as the clinical trials. ***And the way we designed our capacity, part of that was extensive research, understanding the preferences of each and every ATC*** about the typical surgery dates and all of that accounted for in our plan. So we expect to accommodate basically be completely flexible as to what ATCs need to do and provide all the capacity they need to treat all the patients who are in the queue right now and as additional ATCs on board, we plan to do the same.

194. Vogt's and Bilinksy's above statements concerning the number and status of ATCs were materially false and misleading for the same reasons set forth in ¶191 above. Vogt's and Bilinksy's above statements concerning manufacturing capacity and the manufacturing success rate were materially false and misleading because the FDA had only granted Iovance clearance to manufacture Amtagvi for 30-32 patients per month. Nor did the iCTC have the "capacity to handle any load" because Iovance lacked the manufacturing technology to operate at a commercial scale and experienced major manufacturing instability attributable to problems maintaining sterility and lack of sufficient qualified staff at the iCTC to support large scale manufacturing. Additionally, Bilinsky and Vogt could not reasonably anticipate the manufacturing success rate to "be quite high" because the OOS rate at the time of Amtagvi's commercial launch was 50%, which was caused in part by the FDA's materially increasing (by seven times) the potency threshold for the manufacture of Amtagvi when it approved the BLA (which in turn led to higher manufacturing batch failures). This was materially out of line with the OOS rate in the clinical trial which was 15-20%.

195. On May 9, 2024, Defendants issued a press release, disclosing financial results for the first quarter ended March 31, 2024, and providing an update on the launch of Amtagvi ("1Q2024 8-K"). The press release touted "100+ Amtagvi Patients Enrolled Across More than 40 Current Authorized Treatment Centers (ATCs) with ~50

Total ATCs on Track by End of May and 70+ Total ATCs by Year-End 2024." The press release represented that another 10 ATCs had completed the onboarding process since the launch: "***Onboarding is complete at more than 40 U.S. ATCs, up from 30 initial ATCs at approval.*** Iovance remains on track to onboard approximately 50 ATCs by the end of May 2024 and expects to have more than 70 ATCs onboarded by the end of 2024."

196. Also on May 9, 2024, Defendants convened a conference call with investors to discuss Iovance's financial results and the progress of Amtagvi's commercial launch. ("1Q2024 Investor Call"). Defendants Vogt, Ziegler, Bilinsky and Bellemin, among others, participated in the call.

197. In prepared remarks Vogt touted: "As of today, more than 100 patients are already enrolled for Amtagvi therapy and most are expected to be ready for infusion across the second and early third quarters of 2024. In addition, more than 60 additional patients have been identified at ATCs and are expected to enroll soon. ***We remain on track to have 50 total ATCs by the end of this month***. *We also set a new goal of at least 70 ATCs by the end of this year, representing the largest ever number of ATCs for cell therapy launch.*"

198. Also in prepared remarks, Ziegler echoed Vogt's emphasis on the importance of ATCs in terms of driving the success of the commercial launch of Amtagvi:

> ATCs are the key driver of demand and patient enrollments for Amtagvi. ***Launching with 30 ATCs*** was a testament to the significant unmet need in advanced melanoma and each center's high level of commitment to offering Amtagvi for their patients. ***Today, there are more than 40 ATCs***, and we remain on track to meet our goal of 50 total ATCs by the end of May. Due to increasing interest by hospitals that offer Amtagvi, we are now targeting at least 70 total ATCs by the end of the year…. We are observing month-over-month growth, and we anticipate sustained growth throughout the year as the number of ATCs expand, and there is broader utilization of Amtagvi.

199. The above statements in the 1Q2024 8-K and Investor Conference Call concerning the number and status of ATCs were false and misleading and/or omitted material information necessary to make them not misleading because Defendants knew but omitted to disclose that only a small number of these ATCs could actually treat patients with Amtagvi, and that in truth many of them lacked the training, qualification, validation, and cryo-storage facilities that were necessary prerequisites to being able to treat patients with Amtagvi. Defendants had actual knowledge that many of the centers they claimed were onboarded would not be in a position to treat patients anytime soon because Defendants closely tracked and focused on ATC metrics every day and Iovance's internal data tracking site performance, readiness and patient flow made this crystal clear.

200. Also on the Investor Conference Call, Bilinsky discussed the iCTC's ample capacity to manufacture Amtagvi:

> Today, I'd like to highlight our current manufacturing capabilities…
>
> Turnaround time has been on target with initial launch expectations of approximately 34 days from receipt of tumor tissue to return shipment of Amtagvi the ATC, which is then followed by lymphodepletion and infusion. We are confident in our capacity to meet the current and projected demand of the U.S. launch in our clinical trials as well as to support Iovance's planned future growth. ***ICTC, <u>as built today</u>, has the capacity to provide TIL therapies for more than <u>2,000 patients</u> per year.*** *A competent manufacturing team is important in biotech and cell therapy in particular.* ***Right now, we are staffed appropriately for launch.***

201. Bilinsky's statement concerning the iCTC manufacturing capacity was materially false and misleading because Bilinksy knew that the iCTC was only an empty shell with just one quarter of the existing space completed that could not accommodate volume of 2,000 patients annually Further, Iovance only had FDA clearance to manufacture Amtagvi for 30-32 patients per month (a maximum of 384 patients per year). Additionally, Iovance experienced major manufacturing instability attributable to problems maintaining sterility and lack of sufficient qualified staff at the iCTC and was therefore not "staffed appropriately for launch."

202. On the call, analysts queried Defendants concerning the number of patient

dropouts and the "profile of the average patients" currently enrolled in the Amtagvi treatment process:

> Colleen Margaret Kusy, *Robert W. Baird & Co. Inc.*
>
> …And then ***can you also comment on the profile of the average patient in process right now?*** *I think you mentioned there have been patient deaths in this waiting period* ***Are you getting a lot later line patients?*** *Or are you getting some earlier line patients too?*
>
> Brian Gastman, Executive Vice President of Medical Affairs
>
> *And I would add that one thing that we've noted was our education to these authorized treatment centers has paid off.* ***The patient selection overall has been pretty good,*** if I have to say it for myself, not knowing what we would have expected. ***The actual drop-off because of progression is rather low.*** *What happens is it's rare enough that it raises an eyebrow, but it's not a very common event at all.* It's just something that happened at least once. ***But it's definitely no more, maybe even less than what we were expecting.***

203. The foregoing statement was materially false and misleading because Defendants were aware that the patient drop-off rate was close to 50%- much "higher than we were expecting" based on a comparison to the dropout rate in the clinical trial of 15-20%, and knew that many of the patients waiting for treatment were the "worst of the worst" due primarily to Defendants' insistence that patients enroll for treatment with Amtagvi regardless of their stage and whether they were considered healthy enough to be appropriate candidates for treatment. Patient selection was therefore not "pretty good."

204. On August 8, 2024, six months into the commercial launch of Amtagvi, Defendants issued a press release filed as Exhibit 99.1 to the Company's Form 8-K with the SEC announcing Iovance's financial results for the second quarter and first half of 2024 ended June 30, 2024 ("August 2024 8-K"). The August 2024 8-K highlighted the increase in ATCs Iovance onboarded, as well as strong demand for Amtagvi. Additionally, Defendants issued revenue guidance for the full year 2025

("2025 Guidance"). The same day, Iovance filed its Form 10-Q with the SEC affirming the above. ("2Q2024 10-Q").

205. The 8-K quotes Defendant Vogt: "***demand remains strong and continues to increase as authorized treatment centers (ATCs) adopt Amtagvi*** and community referral networks are mobilized to drive patients to ATCs. These demand trends, ***as well as broader utilization of Amtagvi among an expanding ATC network, are expected to accelerate quarterly growth throughout this year and next year.***"

206. The Company reported revenue of $31.1 million for the second quarter, noting that this represented the first quarter of Amtagvi sales in the U.S. with product revenue of $12.8 million.

207. The 8-K stated the following with respect to Iovance's 2025 Guidance: "Robust growth for Amtagvi continues as existing ATC demand increases and new ATCs are onboarded. ***As such, total product revenue for 2025 is anticipated to be within the range of $450 to $475 million, the first full calendar year of Amtagvi sales,*** with gross margins expected to increase to greater than 70% over the next several years."

208. As to ATC status, Defendant represented in the 8-K: "***Onboarding is complete at more than 50 U.S. ATCs*** *across 29 states and more than 90% of addressable patients are now located within 200 miles of an ATC.* ***More than 70 ATCs remain on track to be onboarded by the end of 2024.***

209. And as to manufacturing Amtagvi, Defendants represented in the 8-K: ***"The commercial manufacturing experience is consistent with prior clinical experience."***

210. <u>First</u>, the above statement in the 2Q2024 8-K concerning ATC status and the number of ATCs onboarded was materially false and misleading when made because Defendants knew but omitted to disclose that only a small number of these ATCs could actually treat patients with Amtagvi, and that in truth many of them lacked the training, qualification, validation, and cryo-storage facilities that were necessary prerequisites to being able to treat patients with Amtagvi. <u>Second</u>, the above statement

about "manufacturing experience" was false and misleading because Defendants knew that the OOS Rate was 40-50% and the patient drop out rate was 50%, which was *not* consistent with the much lower OOS and drop out rates in Iovance's pivotal clinical trial. Third, Defendants had actual knowledge that they lacked a reasonable basis to issue the 2025 Guidance because Defendants were aware that: 1) Iovance lacked FDA clearance to manufacture the volume of Amtagvi the 2025 Guidance implied; 2) Iovance lacked the practical ability to manufacture the volume of Amtagvi the 2025 Guidance implied because the iCTC did not have the operational shelf space or technology necessary, and consistently experienced inspections, shutdowns, and contamination events which slowed down manufacturing; 3) Iovance consistently experienced an out-of-specification (OOS) manufacturing rate of 50% beginning at the time of FDA approval throughout the Class Period due in part by the FDA's sevenfold increase in the threshold for the required cell number for Amtagvi to meet manufacturing standards, further undermining Iovance's ability to manufacture the volume of Amtagvi the 2025 Guidance implied; 4) the patient drop-off rate from the time Amtagvi launched throughout the Class Period was 50%, reducing the number of patients treated with Amtagvi and further undermining revenues the 2025 Guidance represented; and 5) Iovance lacked a sufficient number of onboarded ATCs that truly had requisite infrastructure and readiness to safely treat a sufficient volume of (and in some cases any) patients with Amtagvi necessary to achieve the 2025 Guidance. Any one of the above factors, even standing alone, materially undermined Defendants' Guidance, such that Defendants had no reasonable basis to issue it.

211. Also on August 8, 2024, Defendants convened a conference call with investors to discuss Iovance's quarterly financial results and 2025 Guidance, among other things. ("2Q2024 Investor Call"). Defendants Vogt, Ziegler, Bilinsky, and Bellemin participated in the call.

212. In prepared remarks Vogt set forth the factual basis for Iovance's 2025 Guidance:

> *…This guidance is **based upon our ongoing experience** and confidence in the strong uptake and significant quarter-over-quarter growth in the Amtagvi demand and corresponding Proleukin sales for the foreseeable future. **We used our visibility to the growth rate of infusions, adoption across our ATC network, manufacturing capacity and additional launch dynamics to prepare this guidance.***
>
> … For full year 2025, the first calendar year of our U.S. launch first full calendar year over U.S. launch, we expect significant year-over-year growth driven by scaleup in existing and new ATCs and robust community referral networks contributing to additional demand. ***As a result, we anticipate total product revenue will increase to $450 million to $475 million in the full year of 2025.***

213. As to the ATCs, Vogt represented:

> "…***we have a very engaged network of <u>more than 50 current ATCs</u>. These <u>ATCs are proving that they have the training, infrastructure and capabilities</u> to treat patients with Amtagvi."***

214. Concerning manufacturing Vogt stated:

> "***our commercial manufacturing capabilities are successfully delivering Amtagvi at an increasing pace***. The key takeaways, Ziegler will summarize, but that ***we are staffed to provide manufacturing slots to meet current and expected demand.*** We are scaling up manufacturing according to our growth projections. We have increased capacity and headcount each month since launch and continue ramping up to match ongoing demand growth

215. Vogt's above statements concerning the 2025 Guidance and the bases for it, the number and status of the ATCs, and Iovance's commercial manufacturing capabilities were materially false and misleading and/or Vogt omitted material information necessary to make them not misleading for the reasons stated in ¶210 above.

216. Also in prepared remarks, Ziegler represented as follows concerning ATC status:

…***Today, onboarding is complete at more than 50 U.S. ATCs. The centers who were active at approval are scaling up and many have treated multiple patients. Newer ATCs that have recently completed onboarding, including major U.S. cancer centers are beginning or preparing to treat patients.*** As we look to bring treatment closer to patients, *our goal is to have approximately 70 ATCs in total by year-end.*

217. Ziegler's statements about ATC status were materially false and misleading for the same reasons stated in ¶210 above.

218. Bilinsky, also in prepared remarks, addressed Iovance's manufacturing capacity and success rate, stating in relevant part:

… ***Turning to commercial manufacturing updates. Our experience to date has been consistent with our expectations and with prior clinical experience…. We are now running our manufacturing network at high capacity utilization while ensuring slot availability for our ATCs.***

Turning to our facility expansion efforts. They are closely aligned with our demand growth projections. ***iCTC is built today has the capacity to provide TIL therapies for more than 2,000 patients per year.***

219. Bilinsky's above statements about the iCTC and manufacturing capacity was materially false and misleading for the reasons stated in ¶210 above and because "commercial manufacturing" was not "consistent with…prior clinical experience" because the OOS rate and patient drop-off rates were materially higher than those experienced in Amtagvi's clinical trial.

220. On the call, analysts drilled down on the basis for Defendants' 2025 Guidance:

<u>Andrea R. Tan</u>, *Goldman Sachs Group, Inc., Research Division*

Fred [Vogt], *I'm curious here, just* ***given where you stand*** *in the launch and your 6-months and* <u>***what is driving your confidence*** *for full year '25 guidance,* ***given where you are now***</u>*?* And then just curious if you plan on providing metrics around demand, such as the patient enrollment or screening as you have in past quarters?

221. Vogt responded in relevant part:

<u>Frederick G. Vogt</u>

> …What's giving us confidence on that fiscal year '25 guidance, the full year '25 guidance? ***We can see the launch. We see how we're doing. We know all the dynamics. We know how many ATCs are coming on board. We know what we think they're going to do. We know our manufacturing capacity and all the details around that stuff*** *that would be very difficult, I think, for the Street to model in some cases.* ***So we're going to provide it for you. So you have clarity on what we're seeing. And we're very, very confident in that guidance*** **based on what we're seeing so far in the initial part of the launch because *we've got such a good picture of launch dynamics right now…***
>
> **
>
> …***To answer your second question first, the patient dropout rate and manufacturing success rate remained consistent with what we saw in the clinical trial experience. So we're seeing that today***. We can obviously further optimize that, and we're working on that. *Part of the reason we're giving guidance is so that you don't have to necessarily fact[or] that all in, we can see that pretty clearly and understand that.*

222. Vogt's above statements concerning ATC status, manufacturing capacity, the manufacturing success rate, and his reassurances as to the validity of the bases for the 2025 Guidance were materially false and misleading for the same reasons stated in ¶210 above.

223. On the call, in response to an analyst's question about expanding capacity from 2,000 to 5,000 patients per year, Bilinksy confirmed that Iovance currently had the capacity to manufacture Amtagvi for "a couple of thousand patients per year" in the following colloquy:

> Benjamin Jay Burnett *Stifel, Nicolaus & Company, Incorporated, Research Division*
>
> Excellent. Okay. And maybe just one follow-up. What is kind of the timeframe for expanding the manufacturing capacity to 5,000?
>
> Igor P. Bilinsky
>
> Happy to. ***So right now, the network is built to a couple of thousand patients per year capacity. And within the existing iCTC facility. As you recall, we have shelf space that we're now building out and that build-out will bring iCTC to over 5,000 patients per year capacity***. And that

build-out should be completed in a couple of years.

224. Bilinsky's above statement concerning the ability to manufacture "a couple of thousand patients per year capacity" "within the existing iCTC facility" was materially false and misleading because Bilinsky was aware that only one quarter of the space at the iCTC was actually completed, the rest was an empty shell and the existing space could not accommodate volume of 2,000 patients annually.

225. Ziegler responded to an analyst's question about the suitability of patients being enrolled for Amtagvi treatment in the following colloquy:

> <u>Reni John Benjamin</u>, *JMP Securities LLC, Research Division*
>
> *…we heard a lot of arguments this quarter.* ***patients were dying before they get the infusion****. Maybe you can talk a little bit about how -- what the patients are kind of* ***looking at now as they're being enrolled****? Is it -- has it changed any?* ***Are they healthier***, less lines of therapy?
>
> <u>James Ziegler</u>
>
> …In terms of patients dying before infusions, I guess what I would say is similar to other CAR-Ts where there's a high unmet need and the lack of available treatments. ***Yes, you do have some patients that may progress or may die before therapy. But as we are well into launch now into our fifth and sixth months, I think <u>patient selection is getting much better, and we're not seeing those same trends</u>. I would just reiterate that the demand that we're seeing at the ATCs, the operational readiness looks really, really good, and it reinforces the confidence behind our guidance.***

226. Ziegler's above statement concerning patient selection and its serving as a basis for "confidence behind our guidance" was materially false and misleading when made because Ziegler knew that the patient drop-out rate was close to 50% and personally advocated for recruiting any and all patients regardless of whether they were appropriate candidates for Amtagvi treatment, thus undermining the 2025 Guidance given that Iovance could not recognize revenues for patients that did not complete

Amtagvi infusion.

227. On November 7, 2024, Defendants issued a press release announcing Iovance's financial results for the quarter ended September 30, 2024, and an update on recent developments ("November 2024 8-K"). The press release touted the Company's progress with onboarding ATCs, and reaffirmed guidance of "$450-$475M for FY25 of Total Product Revenue." The November 2024 8-K stated: "***Onboarding is complete at 56 U.S. ATCs*** across 29 states and more than 90% of addressable patients are now located within 200 miles of an ATC. ***Approximately 70 ATCs remain on track to be onboarded by the end of 2024.*** Manufacturing turnaround time has been on target, with launch expectations of approximately 34 days from inbound to return shipment to ATCs. With efforts underway, turnaround time is expected to be reduced in the near term. ***The commercial manufacturing experience is consistent with prior clinical experience.***

228. Also on November 7, 2024, Defendants convened a conference call with investors in which Defendants reaffirmed the 2025 Guidance, and touted increasing manufacturing capacity and ATC onboarding status. ("3Q2024 Investor Call").

229. In prepared remarks Vogt stated, in relevant part:

> I would like to begin by highlighting the exceptional continued demand for Amtagvi. Our third quarter total product revenue was $58.6 million, surpassing the top end of our third quarter total product revenue guidance of $53 million to $55 million. Total product revenue in the third quarter included $41 million for Amtagvi and $16.5 million for Proleukin.
>
> As a reminder, Amtagvi revenue is recognized upon infusion to the patient.
>
> …Since the first infusion in April through today, 146 patients have been infused with Amtagvi keeping us on track towards our 2024 guidance and representing about $75 million 2024 revenue from Amtagvi alone with more to come. Infusions over time also reflects an increasing rate of adoption with 25 in the second quarter, 82 in the third quarter and 39 in the fourth quarter to date.

> …. ***With 56 current ATCs, we remain focused on our goal of onboarding approximately 70 total ATCs by year-end.***
>
> …We can meet current demand while increasing capacity and headcount each month to match ongoing growth.
>
> …***We also reiterate our full year 2025 guidance of $450 million to $475 million in total product revenue.*** We expect a significant increase in year-over-year growth as ATC's broaden utilization and new ATCs as well as community referral networks contribute to additional demands.

230. Also in prepared remarks, Bilinsky represented, in relevant part: "Our manufacturing capacity continues its steady ramp-up month-over-month to support the growing Amtagvi commercial demand …Our manufacturing network is currently running at high capacity utilization while ensuring slot availability for our ATCs.…***ICTC as built today has the capacity to provide TIL products for more than 2,000 patients annually***. Building out the existing shelf space at ICTC is expected.

231. The above statements concerning the number and status of ATCs, commercial manufacturing experience, manufacturing capacity, and the 2025 Guidance were materially false and misleading. First, as to ATC's, Defendants knew but omitted to disclose that only a small number of these ATCs could actually treat patients with Amtagvi, and that in truth many of them lacked the training, qualification, validation, and cryo-storage facilities that were necessary prerequisites to being able to treat patients with Amtagvi. Second, as to "manufacturing experience" Defendants knew that the OOS Rate was 40-50% and the patient drop out rate was 50%, which was *not* consistent with the much lower OOS and drop out rates in Iovance's pivotal clinical trial. Third, as to the iCTC's manufacturing capacity, Defendants knew the iCTC was only an empty shell with just one quarter of the existing space completed that could not accommodate volume of 2,000 patients annually. Further, Iovance experienced major manufacturing instability attributable to problems maintaining sterility and lack of

sufficient qualified staff at the iCTC. Fourth, Defendants had actual knowledge that they lacked a reasonable basis to issue the 2025 Guidance because Defendants were aware that: 1) Iovance lacked FDA clearance to manufacture the volume of Amtagvi the 2025 Guidance implied; 2) Iovance lacked the practical ability to manufacture the volume of Amtagvi the 2025 Guidance implied because the iCTC did not have the operational shelf space or technology necessary, and consistently experienced inspections, shutdowns, and contamination events which slowed down production; 3) Iovance consistently experienced an out-of-specification (OOS) manufacturing rate of 50% beginning at the time of FDA approval throughout the Class Period due in part by the FDA's sevenfold increase in the threshold for the required cell number for Amtagvi to meet manufacturing standards, further undermining Iovance's ability to manufacture the volume of Amtagvi the 2025 Guidance implied; 4) the patient drop-off rate from the time Amtagvi launched throughout the Class Period was 50%, reducing the number of patients treated with Amtagvi and further undermining revenues the 2025 Guidance represented; and 5) Iovance lacked a sufficient number of onboarded ATCs that truly had requisite infrastructure and readiness to safely treat a sufficient volume of (or any for that matter) patients with Amtagvi necessary to achieve the 2025 Guidance.

232. On the call, Vogt represented responded to an analysts' inquiries about the patient dropout rate and OOS manufacturing rate:

> Xiaochuan Dai *UBS Investment Bank*
>
> So just curious about the dropout rate. What are some of the activities you did to improve the dropout rate that you saw this quarter compared to last quarter?
>
> Frederick G. Vogt
>
> I don't think we really did anything in particular. ***We are optimizing the launch as we go. We're teaching ATCs how to get patients through better. We're teaching them how to do better quality surgical resections.*** You heard a lot of that in the script from all of us include Brian's part of

the script. But we are, I think, just seeing the benefits of the launch that's ongoing. It's only really only 2 quarters in the launch. So I think you can expect to see this improve quarter-over-quarter, and we'll eventually get up to what we think will be the manufacturing success rate that we had or at least manufacturing experience that we had during the clinical studies. ***So no, there's nothing I can really point to that we did specifically. We're just optimizing across the board.***

Asthika Sarith Goonewardene *Truist Securities, Inc., Research Division*

I wanted to double-click on to the improvement of the out-of-spec rate. *And now that you've had several centers treating a good number of patients, are you seeing that there -- any trends or factors that influence the OS? I'm particularly wondering is it just a factor of centers having more experience. Or are you now getting new centers coming online that are just getting better and are just much better outperforming the resections and producing the product right out of the gate?*

Frederick G. Vogt

Well, it's both. We're trying -- at the beginning, we had centers come along that were good and some that struggle to do resections and select patients. We help them out. They got better. ***And now we learned from that as well and are teaching the new ATCs as they come on the benefits of all that early learning so that they don't make the same mistakes. We plan out actual run charge for each ATC to see what they did. Look patient-by-patient for each ATC***, give them a scorecard as to how they're performing, and help them with our peer-to-peer team, Brian's team oversee -- Brian oversees the team, Peter Prieto's team that does that and others, ***they go out and they talk to the surgeons, and they make sure the patient selection is correct and they work with them on resection quality. And now I think -- I would just say that we're just gaining momentum and building momentum here. It's been a big rush and is stepping up and up and going faster and faster.***

***There's nothing really magical to it. It's hard work. But once it's done, they can get the experience, and I think what we're seeing is that any ATC can really get these skills to do Amtagvi therapy.***

233. Vogt's above statements concerning Iovance's relationship with the ATCs

purportedly onboard, patient selection quality, and the OOS manufacturing rate were materially false and misleading. As to the ATC's, Vogt knew that only a small number of these ATCs could actually treat patients with Amtagvi, and that in truth many of them lacked the training, qualification, validation, and cryo-storage facilities that were necessary prerequisites to being able to treat patients with Amtagvi. Vogt had actual knowledge that many of the centers would not be in a position to treat patients anytime soon because Vogt closely tracked and focused on ATC metrics every day and Iovance's internal data tracking site performance, readiness and patient flow made this crystal clear. As to the patient selection quality, Vogt was aware that weekly patient drop-off levels approached 40-50% and advocated for signing up any and all patients for Amtagvi regardless of their appropriateness for treatment. As to the OOS rate, Vogt knew that it approaches 50%. Vogt attended frequent executive meetings on the topics of high OOS and patient drop-off rates.

234. On February 27, 2025, one year into Iovance's launch of Amtagvi Iovance filed its annual report for the fiscal year ended December 31, 2024 on form 10-K with the SEC ("2024 10-K") and issued a press release announcing fourth quarter and full year 2024 financial results, reaffirming 2025 Guidance and touting the number of ATCs onboarded ("February 2025 Press Release"). The Press Release stated: *Significant Demand for Amtagvi® (Lifileucel) Continues with Total Product Revenue of $73.7M in 4Q24 and $164.1M in FY24, Achieving Upper End of FY24 Guidance Range of $160M-$165M* ***Reaffirming FY25 Total Product Revenue Guidance of $450M-$475M.***

235. With respect to ATC onboarding, the February 2025 Press Release stated: "***<u>Approximately 70 U.S. ATCs are active</u>*** *across 32 states and 95% of addressable patients live within 200 miles of an ATC. Additional U.S. ATCs will be added steadily throughout 2025, focusing on quality ATCs with a high volume of eligible patients, including large community practices ATCs.* ***Large community practices are currently onboarding,*** *creating a new and significant opportunity for more patients to receive*

*Amtagvi after frontline therapy.* Iovance's 2024 10-K reiterated the financial results set forth in Defendants' February 2025 Press Release.

236. The foregoing statements in Iovance's 2024 10-K and February 2025 Press Release concerning ATC status and reaffirming Iovance's 2025 Guidance were falsae and materially misleading for the same reasons stated in ¶¶210 and 231 above.

237. Also on February 27, 2025, Defendants convened an investor conference call. ("Q4FY2024 Investor Call"). Defendants Vogt, Bellemin and Bilinsky participated in the call. Defendant Bellemin reaffirmed "total product revenue guidance within the range of $450 million to $475 million for the full year 2025."

238. In prepared remarks, Defendant Bilinsky stated as follows concerning manufacturing:

> To support growing commercial demand for Amtagvi, we are steadily ramping up our manufacturing capacity month-over-month, while actively hiring manufacturing, quality control and support staff.
>
> ***Within our manufacturing network, the staff capacity is currently at more than 1,200 patients annually.*** Throughout 2025, we will continue growing staff capacity in alignment with demand, while operating at a high capacity utilization.
>
> *Each of our facilities is currently required to schedule a brief annual maintenance, which entails a short pause in production.* ***I'm pleased to report that iCTC successfully completed annual maintenance and resumed production promptly at full volume with no issues.***

239. Bilinsky's above statement concerning the iCTC annual maintenance was materially false and misleading because Bilinksy knew but failed to disclose that the purported "annual scheduled maintenance" was a major problem that the Company held an "All Hands" meeting to discuss, that had not been schedule to occur when it did and which caused a major disruption in operations (as Defendants would later admit) that Defendants were not prepared for.

240. On the call, Vogt responded to an analyst's question concerning

Defendants reaffirming the 2025 Guidance:

> Andrea Newkirk, *Goldman Sachs*
>
> Fred, on prior calls you've provided an update on the number of patients infused thus far in the quarter. Just wondering if you'd be willing to share where you stand as of today? *And then just remind us or help us understand* ***what gives you the confidence that the range for full year '25, which was set when you're only 1 quarter into the launch is still intact.***
>
> Vogt
>
> …We're not going to be providing the infusions right now…*with the 70 ATCs that we have right now, only 13% of infused in more than 10 patients,* ***which gives you a very good idea of the upside that we're expecting, the acceleration we're expecting in the second half and second quarter of 2025 here as we go through. So we still have confidence in those numbers because the growth curve for this type of product can accelerate quite a bit, and we see that happening across our ATC network right now. We see the potential for that in the ATCs.***

241. Vogt's above statement concerning the basis for Iovance's 2025 Guidance was false and misleading because Vogt knew that the 2025 Guidance lacked a reasonable because Vogt was aware that: 1) Iovance lacked FDA clearance to manufacture the volume of Amtagvi the 2025 Guidance implied; 2) Iovance lacked the practical ability to manufacture the volume of Amtagvi the 2025 Guidance implied because the iCTC did not have the operational shelf space or technology necessary, and consistently experienced inspections, shutdowns, and contamination events which slowed down production; 3) Iovance consistently experienced an out-of-specification (OOS) manufacturing rate of 50% beginning at the time of FDA approval throughout the Class Period due in part by the FDA's sevenfold increase in the threshold for the required cell number for Amtagvi to meet manufacturing standards, further undermining Iovance's ability to manufacture the volume of Amtagvi the 2025

Guidance implied; 4) the patient drop-off rate from the time Amtagvi launched throughout the Class Period was 50%, reducing the number of patients treated with Amtagvi and further undermining revenues the 2025 Guidance represented; and 5) Iovance lacked a sufficient number of onboarded ATCs that truly had requisite infrastructure and readiness to safely treat a sufficient volume of (or any for that matter) patients with Amtagvi necessary to achieve the 2025 Guidance. Any one of the above factors, even standing alone materially undermined Defendants' Guidance, such that Defendants had no reasonable basis to issue it.

242. And in response to an analyst's question about whether Iovance experienced any "slowdown" or "seasonality," Vogt confirmed that it had not.

> Colleen Margaret Kusy, *Baird*
>
> I understand you're not giving intra-quarter updates going forward, but since you did provide in 4Q. Can you speak, was there a slowdown in infusions in the back half of the quarter? And did you see any seasonality in 4Q?
>
> Vogt
>
> ***[N]o, we don't see any seasonality****. As Igor mentioned,* ***we did have a manufacturing maintenance period there. So we have those kind of things in cell therapy****. If you look at the launch curves for ABECMA, YESCARTA and CARVYKTI, you'll see there's little peaks and dips and valleys in those as things like that happen so --* ***but nothing in terms of a holiday seasonality. That's what you're asking.***

243. Vogt's above statement was materially false and misleading and/or Vogt omitted material information necessary to make the statement not misleading because Vogt had actual knowledge that the manufacturing maintenance was a major problem that the Company held an "All Hands" meeting to discuss that had not been schedule to occur when it did and which caused a major disruption in operations (as Defendants would later admit) that Defendants were not prepared for.

244. In response to an analyst's attempt to drill down on any barriers Iovance faced in achieving its 2025 Guidance, Vogt assured investors that there were no significant "bottlenecks" and that "a good portion of our ATCs can really fly right now."

> <u>Lin Tsai</u>, *Jeffries*
>
> *look forward to 2025*. So a quick one is, *in terms of the launch uptake, what exactly would you say is the bottleneck at this juncture? If it's not patient demand nor supply chain nor even beds at sites, <u>what is the gating factor to seeing an acceleration in sales for 2025 like you guided?</u>*
>
> <u>Vogt</u>
>
> So I think, above all, the ATCs that are starting up now have to get their feet under them and get running. *We've got some ATCs that are performing very, very well right now. And we've got a lot more that are working their way up. I think in each ATC, there's a difference -- each individual ATC has its own little bottlenecks or whatever it might be. Some of them have staffing issues, some of them have financial clearance challenges that we're helping out with.* ***But all these things are pretty easily resolvable, and we've been able to show that a good portion of our ATCs can really fly right now,*** *and we think we can get a lot more there pretty soon.*

245. Vogt's above statement concerning ATC performance and status was materially false and misleading because Vogt knew that only a small number of ATCs could actually treat patients with Amtagvi, that many ATCs Iovance signed up lacked the training, qualification, validation, and cryo-storage facilities that were necessary prerequisites to being able to treat patients with Amtagvi. Vogt had actual knowledge that things were "not easily resolvable" and that "a good portion of [the] ATCs" could not "really fly right now" because Vogt closely tracked and focused on ATC metrics every day, and Iovance's internal data tracking site performance, readiness and patient flow made this crystal clear.

### C. The Truth Emerges

246. On May 8, 2025, after the market closed, Iovance released its first quarter 2025 financial results. Total product revenue was only $49.3 million, down significantly from the prior quarter's $73.7 million. Defendants also announced the Company was revoking its 2025 Guidance: total product revenue guidance had been slashed from $450-$475 million, to $250-$300 million, a reduction of over 40% at the midpoint. The Company stated it was "revising full-year 2025 revenue guidance to reflect recent launch dynamics" of Amtagvi.

247. In Iovance's press release of that day Vogt revealed, in direct contradiction to Defendants' prior statements: "During the start of the new year, our first quarter ***revenue was impacted by a significant reduction in capacity during the annual scheduled maintenance at the Iovance Cell Therapy Center (iCTC).***" With respect to the 2025 Guidance which Defendants had based on carefully calculated metrics into which they had full visibility and had reaffirmed just less than three months prior Vogt revealed: ***"based on our experience to date, we are revising full-year 2025 revenue guidance to reflect recent launch dynamics."*** Iovance's press release elaborated that: ***"The updated forecast considers experience with ATC growth trajectories and treatment timelines for new ATCs."***

248. Also on May 8, 2025, Defendants held an investor conference call which Defendants Vogt, Bellemin and Bilinsky, among others, participated in. During the call, Vogt attributed the revenue decline and revised guidance to three factors, including "the variable pace at which ATCs began treating patients." In response to an analyst's pointed question, "***why provide guidance for 2025 back in 2024 to begin with?***" Vogt admitted that Iovance's guidance was not "in line with what we actually see at the ATCs," directly contradicting the prior statements he repeatedly made:

> … ***Back in August, we were trying to give investors our best line of sight to what we thought was going to happen***. At that point, we were very well aware of the high demand for the product, and we were ramping up our

manufacturing as fast as we could. So we built our model on the back of how many manufacturing slots we would make available, maximum ramp.

***Now, as we've gone, we've learned a lot about the launch, especially recently as we watch some of the dynamics with ATCs, we looked at our experience with growth trajectories there. We've looked at the time lines it takes for new ATCs to come on board and begin treating their first patients and how they work through their processes***. We're onboarding these large community practices, which takes some time, and we're doing the community referral process, which takes a lot of time, too.

***<u>And as we looked at that, we just decided that it was better and more accurate</u>*** for us to forecast guidance that we gave you today, to show you that we can still make this product grow very, very substantially. But now what we're going to do is we're just going to limit some of our manufacturing slots.

Will end up being essentially almost a neutral one with respect to how we use our cash, and we'll roll forwards, and ***we'll continue to succeed on the launch. But we think we'll do it on terms that are, I think, <u>a little bit more in line with what we actually see at the ATCs.</u>***

249. On the call Bilinksy admitted that iCTC maintenance had indeed disrupted operations and reduced manufacturing capacity: "…As mentioned previously, iCTC conducted and successfully completed annual scheduled maintenance. ***Given the 3-week manufacturing process for Amtagvi, the network capacity was reduced by more than 50% to approximately 1 month in December 2024, thus lowering available capacity*** for Q1 Amtagvi infusions."

250. Further, in direct contradiction to Defendants' previous statements that iCTC had the manufacturing capacity for 2,000 patients annually, Defendant Bilinsky admitted that because not all shelf space was operational, the iCTC maintenance affected the entire facility: "***Annual maintenance. So we are now completing build-out of the shelf space at iCTC.*** Once that shelf space is operational, which will not be this year, but should be later on. ***<u>Once that shelf space is operational</u>, then we don't need to -- the maintenance will only affect part of the iCTC facility, not all. So***

***that***…" Vogt completed Bilinsky's sentence stating: ***"It will have less impact."***

251. Defendant Bellemin revealed that: Cost of sales for the first quarter of 2025 was $49.7 million, "***including $15 million in period costs associated with patient drop-off and manufacturing success rates, an increase quarter-over-quarter…"***

252. On this news, the price of Iovance shares declined $1.42 per share, or 44.8%, to close at $1.75 per share on May 9, 2025, on unusually heavy trading volume.

253. In response to Defendants' about-face, analysts downgraded Iovance stock, significantly slashing their price targets. For example, UBS cut its price target of $17 down to $2 and Baird cut its price target from $20 all the way down to $3.

254. In its downgrade the Baird analyst highlighted that "[f]ollowing a big 1Q25 miss and a significant decrease in FY sales guidance, on top of a high burn rate, it's harder for us to model breakeven within a reasonable timeframe." Speaking to "this new FY25 guidance," the analyst also indicated their model was "lowering our Amtagvi sales in 2026 and beyond…which pushes out the revenue that we think will be required to reach breakeven…***we now see uncertain timing to reach a point where sales outpace expenses.*** When we add all of this to a challenging environment in the biotech capital markets, ***we think this setup represents a significant change for IOVA."***

255. Similarly, H.C. Wainright & Co. highlighted the difficulty Iovance was having with ATCs: "A recurring theme from yesterday's call was the need to work more closely with ATCs. We believe a major hurdle standing between Iovance and its commercial goals is the lagging growth of ATCs."

256. As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's common shares, Plaintiffs and the other Class members have suffered significant losses and damages.

**D. Post Class Period Events**

257. On June 10, 2025, Defendant Bellemin unexpectedly resigned as

Iovance's CFO to "pursue other opportunities."

258. On August 7, 2025, the Company announced that it would lay off 20% of its staff, after a "careful evaluation of [ ] long-term goals, operational needs, and resources." The Company noted that this would help Iovance extend its cash runway into the final quarter of 2026.

### E. Additional Scienter Allegations

Numerous additional facts are probative of Defendants' scienter.

#### 1. The Specificity of the Misstatements of Defendants Vogt, Bellemin, Bilinsky and Zeigler Supports the Inference that They Made Them With Scienter

259. As set forth in Paragraphs 170-245 *supra* each of the Individual Defendants participated in investor conference calls during the Class Period during which each of them made specific statements and responded to analysts' detailed questions demonstrating their deep knowledge of the topics about which they misled investors.

260. The specificity of the Individual Defendants' statements, the fact that they were made in response to analysts' questions, and the frequency with which the Individual Defendants spoke about the topics at issue supports the inference of scienter.

#### 2. The Company Sold Over $400 Million in Iovance Stock At Artificially Inflated Prices During the Class Period, Which Supports the Inference of Scienter

261. On February 22, 2024, just shy of one week after Iovance announced the FDA approved Amtagvi, Iovance closed an underwritten public offering of 23,014,000 shares of Iovance common stock at an offering price of $9.15 per share. Total proceeds to the Company from the offering after deducting underwriting expenses were $197.4 million (proceeds before deducting underwriting expenses were $210,578,100, reflecting the total amount investors paid for the shares).

262. Iovance also raised an additional $200 million in proceeds from investors

from the sale of its common stock during the Class Period in an at-the-market offering. For the nine months ended September 30, 2024 (the period beginning December 30, 2023, through September 30, 2024) Iovance sold 23,127,726 shares of common stock at a weighted average price per share of $8.82 in an at-the-market offering for approximately $200 million in proceeds.

263. By comparison, the price of Iovance common stock immediately following the corrective disclosure revealing Defendants' fraud was $1.75, a fraction of the artificially inflated prices at which Defendants sold Iovance common stock during the Class Period pursuant to the above offerings.

264. Accordingly, Defendants were motivated to artificially inflate the price of the Company's shares to raise funds from investors, which supports the inference of scienter.

### 3. Defendants' Desire to Sell the Company Supports the Inference of Scienter

265. According to FE1, billionaire biotechnology investor Wayne Rothbaum who is a member of Iovance's Board of Directors and its largest shareholder, aggressively pressured Defendants to commercialize Amtagvi to position the Company favorably in the hopes of a highly profitable sale.

266. Wayne Rothbaum is President of Quogue Capital, LLC which owns over 10% of Iovance's total outstanding shares. Rothbaum has been a member of Iovance's Board of Directors since 2016.[7]

267. FE1 stated that Rothbaum exerted significant influence over Iovance's commercial strategy. According to FE1, Rothbaum wanted to position Iovance to be bought out within six months of receiving FDA approval for Amtagvi.

268. FE1 stated that Defendant Vogt took orders from Rothbaum, who was a very powerful figure. FE1 also stated that Rothbaum recruited Defendant Bilinksi to

[7] Wayne Rothbaum was the largest investor in Acerta Pharmaceutical. In 2016 AstraZeneca acquired Acerta in a deal valued at over $6.5 billion.

work at Iovance and approved the structure of Iovance's team heading the commercial launch of Amtagvi which Defendant Zeigler led. Accordingly, Defendants' motivation to portray Iovance favorably so that it could be sold, as Rothbaum pressured, supports the inference of scienter.

#### 4. Zeigler's and Bellemin's Suspiciously Timed Departures Support the Inference of Scienter

269. As stated herein, Defendant Zeigler headed Iovance's commercial launch of Amtagvi. On September 11, 2024, one month after Defendants issued the 2025 Guidance, Zeigler unexpectedly left Iovance with no explanation. The timing of Zeigler's departure is suspicious given that it took place shortly after Defendants issued the unrealistic 2025 Guidance and the additional false statements of present fact concerning ATC status, production, and other aspects of Amtagvi's commercial launch. Accordingly, Zeigler's departure supports the inference of scienter.

270. On June 10, 2025, Defendant Bellemin, Iovance's CFO during the Class Period, unexpectedly resigned. Bellemin's departure is suspicious given that it took place one month after Defendants revoked the 2025 Guidance.

#### 5. Iovance Has Operated at A Loss Since Inception and Accumulated a $2.0 Billion Deficit, Which Supports the Inference of Scienter

271. As Iovance's 2023 10-K states, as of December 31, 2023, Iovance had an accumulated deficit of $2.0 billion. Until receiving FDA approval of Amtagvi the Company generated no revenues.

272. Additionally, Iovance's 2023 10-K states, "we may need additional financing to fund our operations and complete the development of our various product candidates and commercialization of our products, and if we are unable to obtain such financing, we may be unable to complete the development of our product candidates and commercialization of our products."

273. Iovance's accumulated deficit and the need to obtain additional financing to support its operations motivated Defendants to issue false and misleading statements and supports the inference of scienter.

### 6. Commercializing Amtagvi is Iovance's Core Operation, Which Supports the Inference of Scienter

274. Iovance's 2023 10-K states that "our top priority is commercialization of Amtagvi in the U.S. for the treatment of patients with post-anti-PD-1 advanced melanoma, for which we received FDA approval on February 16, 2024."

275. Iovance's 2023 10-K further states that the "four primary areas of our Amtagvi launch efforts include" *e.g.*, "*onboarding of authorized treatment centers, or ATCs*, for commercial launch" and "operational excellence in launch execution, *commercial manufacturing and delivery of therapy,*" which are the subjects of Defendants' fraudulent statements.

276. That the commercialization of Amtagvi was Iovance's core operation and indeed sole focus throughout the Class Period is an additional factor supporting the inference of scienter.

### 7. There is a Strong Inference Iovance Acted With Scienter

277. Each of the Individual Defendants was a high-ranking management-level employee. The scienter of each of the Individual Defendants and of all other management-level employees of Iovance, including each high-ranking officer or director, is imputable to the Company. The knowledge of each of these individuals should therefore be imputed to Iovance for the purposes of assessing corporate scienter.

278. The facts alleged herein raise a strong inference of corporate scienter as to Iovance as an entity. Corporate scienter may be alleged independent of the finding that any Individual Defendant had scienter where a statement is made or approved by a

corporate official sufficiently knowledgeable about the company to know the statement was false or misleading. Given the importance of debit payment processing to Visa's business, the false and misleading statements alleged in this complaint would necessarily have required the approval of a corporate officer with knowledge that they were false and misleading.

## V. CLASS ACTION ALLEGATIONS

279. Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that purchased or otherwise acquired Iovance securities between November 7, 2023, and May 8, 2025, inclusive, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity which Defendants have or had a controlling interest.

280. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the class period, Iovance's shares actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are at least hundreds or thousands of members in the proposed Class. Millions of Iovance shares were traded publicly during the Class Period on the NASDAQ. Record owners and other members of the Class may be identified from records maintained by Iovance or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

281. Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that are complained of herein.

282. Plaintiffs will fairly and adequately protect the interests of the members

of the Class and have retained counsel competent and experienced in class and securities litigation.

283. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the class are:

(a) Whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b) Whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of Iovance;

(c) Whether Defendants acted knowingly or recklessly in issuing false filings

(d) Whether the prices of the Company's securities during the Class Period were artificially inflated because of Defendants' conduct complained of herein; and

(e) To what extent the members of the Class have sustained damages and the proper measure of damages.

284. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in management of this action as a class action.

## VI. APPLICABILITY OF PRESUMPTION OF RELIANCE (FRAUD-ON-THE-MARKET DOCTRINE)

285. The market for Iovance's securities was open, well-developed and efficient at all relevant times. As a result of the materially false and/or misleading

statements and/or failures to disclose, Iovance's securities traded at artificially inflated prices during the Class Period. On February 28, 2024, the Company's share price closed at a Class Period high of $17.43 per share. Plaintiffs and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of Iovance's securities and market information relating to Iovance, and have been damaged thereby.

286. During the Class Period, the artificial inflation of Iovance's shares was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiffs and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Iovance's business, prospects, and operations. These material misstatements and/or omissions created an unrealistically positive assessment of Iovance and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company shares. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiffs and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

287. At all relevant times, the market for Iovance's securities was an efficient market for the following reasons, among others:

(a) Iovance shares met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

(b) As a regulated issuer, Iovance filed period public reports with the SEC and/or the NASDAQ;

(c) Iovance regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and

through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

(d) Iovance was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

288. As a result of the foregoing, the market for Iovance's securities promptly digested current information regarding Iovance from all publicly available sources and reflected such information in Iovance's share price. Under these circumstances, all purchasers of Iovance's securities during the Class Period suffered similar injury through their purchase of Iovance's securities at artificially inflated prices and a presumption of reliance applies.

## VII. NO SAFE HARBOR

289. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Iovance who knew that the statement was false

when made.

## FIRST CLAIM

### Violation of Section 10(b) of The Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants

290. Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth herein.

291. This Count asserted against Defendants is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

292. During the Class Period, Defendants, individually and in concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

293. During the Class Period, Defendants, individually and in concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

294. Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

a. employed devices, schemes and artifices to defraud;

b. made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

c. engaged in acts, practices and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in connection with their purchases of the Company's securities during the Class Period.

295. Each of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

296. Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Iovance's financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have

actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

297. As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Iovance's securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired Iovance's securities during the Class Period at artificially high prices and were damaged thereby.

298. At the time of said misrepresentations and/or omissions, Plaintiffs and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that Iovance was experiencing, which were not disclosed by Defendants, Plaintiffs and other members of the Class would not have purchased or otherwise acquired their Iovance securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

299. By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

300. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

## SECOND CLAIM

### Violation of Section 20(a) of The Exchange Act

### Against Defendants Vogt, Bellemin, Bilinsky and Ziegler

301. Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth herein.

302. Individual Defendants acted as controlling persons of Iovance within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the false statements filed by the Company with the SEC and disseminated to the investing public, Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings, and other statements alleged by Plaintiffs to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

303. In particular, Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

304. As set forth above, Iovance and Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and other members of the Class suffered

damages in connection with their purchases of the Company's securities during the Class Period.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief and judgement, as follows:

(a) Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b) Awarding compensatory damages in favor of Plaintiffs and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c) Awarding Plaintiffs and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d) Such other and further relief as the Court may deem just and proper.

## IX. JURY TRIAL DEMANDED

Plaintiffs hereby demand a trial by jury.

Dated: April 15, 2026

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Sara Fuks

Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Email: lrosen@rosenlegal.com

Sara Fuks (admitted *pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Email: sfuks@rosenlegal.com

*Lead Counsel for Lead Plaintiffs and the Class*

**THE SCHALL LAW FIRM**
Brian Schall (290685)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
brian@schallfirm.com

*Additional Counsel for Lead Plaintiffs and the Class*

# EXHIBIT A

Case 5:25- F

LEVI & KORSINSKY, LLP
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Counsel for Plaintiff*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT COURT**

**NORTHERN DISTRICT OF CALIFORNIACALIFORNIA**

KARTHIK TRICHUR SUNDARAM, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

IOVANCE BIOTHERAPEUTICS, INC., FREDERICK G.

Case No.

CLASS ACTION

**COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

Style Definition: Normal: Font: 12 pt, Line spacing: Exactly 12 pt, Adjust space between Latin and Asian text, Adjust space between Asian text and numbers

Style Definition: Heading 1: Font: 14 pt, Thick underline, Left, Indent: Left: 0", Space Before: 12 pt, After: 12 pt, Line spacing: single, Numbered + Level: 1 + Numbering Style: I, II, III, … + Start at: 1 + Alignment: Left + Aligned at: 0.25" + Indent at: 0.75", Widow/Orphan control, Keep with next, Keep lines together, Adjust space between Latin and Asian text, Adjust space between Asian text and numbers

Style Definition: Heading 2: Font: 14 pt, Justified, Indent: Left: 0.5", Hanging: 0.5", Don't add space between paragraphs of the same style, Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: A, B, C, … + Start at: 1 + Alignment: Left + Aligned at: 0.25" + Indent at: 0.5"

Style Definition: Body Text: Font: Indent: Left: 0", First line: 1", Space After: 12 pt, Widow/Orphan control, Adjust space between Latin and Asian text, Adjust space between Asian text and numbers

Style Definition: List Paragraph: Font: 12 pt, Indent: Left: 0.5", First line: 0", Don't add space between paragraphs of the same style, Line spacing: Exactly 12 pt, Adjust space between Latin and Asian text, Adjust space between Asian text and numbers

Style Definition: Table Paragraph

Formatted: Font: Bold, No underline, Not Raised by / Lowered by

Formatted: Court Name, Indent: Left: 0", First line: 0", Right: 0", Space Before: 24 pt, Line spacing: single, Tab stops: Not at 2.39"

Formatted: Font: Bold, No underline

Formatted: Font: Bold, No underline, Not Expanded by / Condensed by

Formatted: Font: Bold, No underline

Formatted: Font: Bold, No underline, Not Expanded by / Condensed by

Formatted: Font: Bold, No underline

Formatted: Font: Bold, No underline, Not Expanded by / Condensed by

Case 5:25- F

~~DEMAND FOR JURY TRIAL~~

~~PLAINTIFF KARTHIK TRICHUR SUNDARAM ("PLAINTIFF~~**SAN JOSE**

*In re Iovance Biotherapeutics, Inc. Securities Litigation*

**Case No.: 5:25-cv-04177-EKL**

**CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

JURY TRIAL DEMANDED

Formatted: HeaderNumbers, Line spacing: single

## TABLE OF CONTENTS

I. NATURE OF THE ACTION AND OVERVIEW .......... 10
II. JURISDICTION AND VENUE .......... 20
III. PARTIES .......... 21
IV. SUBSTANTIVE ALLEGATIONS .......... 24
A. Background .......... 24
1. The Company and FDA Approval of Amtagvi .......... 24
2. The Manufacture of Amtagvi and the Role of ATCs .......... 26
3. In Anticipation of FDA Approval of Amtagvi Defendants Tell Investors 30 ATCs Have Onboarded and Iovance Has Ample Manufacturing Capacity to Support Commercial Production .......... 27
4. The FDA Approves Amtagvi; Defendants Tout Amtagvi's Commercial Launch as Largest Cell Therapy Launch Ever With 30 ATCs Onboard "Ramping Right Away," and Ample Manufacturing Capacity .......... 28
5. Three Months into Amtagvi's Launch Defendants Announce More ATCs Onboarded, Reaffirm Manufacturing Capacity, and Tell Investors Patient Selection and Out-of-Specification Manufacturing Have Improved .......... 29
6. Six Months into Amtagvi's Commercial Launch Defendants Issue 2025 Financial Guidance Based on Success Onboarding ATCs and Iovance's Proven Manufacturing Capabilities .......... 29
7. One Year Into Iovance's Launch of Amtagvi Defendants Reaffirm 2025 Guidance, Report 70 ATCs Onboarded that can "Really Fly Right Now," and Assure Investors the iCTC "Successfully Completed Annual Maintenance" with "No Issues" .......... 31
8. Defendant Suddenly Revoke 2025 Guidance, Slashing it

Formatted: Font: 12 pt

Formatted: Pleading Summary, Line spacing: single, Tab stops: 3.5", Centered + 6.69", Right

by 40%, Admit that Revised Guidance is "More in line with What We Actually See at the ATCs" and Reveal that iCTC Maintenance Materially Affected Production and Revenues. ....32

9. Defendants Intentionally Overstated the Number and Misrepresented the Status of ATCs "Onboard"....32

10. Iovance's Undisclosed Manufacturing Problems ....37

a. Unbeknownst to Investors, the FDA Limited Iovance to Manufacturing Only 30-32 Amtagvi Treatments Per Month....37

b. Iovance's Antiquated Manufacturing Technology Was Insufficient to Support the Large Scale Commercial Launch Defendants Represented....40

c. Iovance's OOS Manufacturing Rate Was 50% at Launch, Leading to Lower Revenues and Undermining Defendants' Guidance....41

11. Unbeknownst to Investors, Patient Drop-Offs and the Volume of Low Quality Patients Skyrocketed When Iovance Launched Amtagvi and Continued Throughout the Class Period....42

12. Contrary to Defendants' Representations Iovance Lacked Adequate Manufacturing Personnel and the iCTC "Maintenance" Caused Major Disruptions....43

B. Materially False and Misleading Statements ....45

C. The Truth Emerges....84

D. Post Class Period Events ....104

E. Additional Scienter Allegations ....104

1. The Specificity of the Misstatements of Defendants Vogt, Bellemin, Bilinsky and Zeigler Supports the Inference that They Made Them With Scienter ....104

2. The Company Sold Over $400 Million in Iovance Stock

Formatted: HeaderNumbers, Line spacing: single

Formatted: Font: 12 pt

Formatted: Pleading Summary, Line spacing: single, Tab stops: 3.5", Centered + 6.69", Right

At Artificially Inflated Prices During the Class Period, Which Supports the Inference of Scienter ......................... 104

3. Defendants' Desire to Sell the Company Supports the Inference of Scienter ........................................................... 105

4. Zeigler's and Bellemin's Suspiciously Timed Departures Support the Inference of Scienter ...................................... 106

5. Iovance Has Operated at A Loss Since Inception and Accumulated a $2.0 Billion Deficit, Which Supports the Inference of Scienter ........................................................... 106

6. Commercializing Amtagvi is Iovance's Core Operation, Which Supports the Inference of Scienter ......................... 106

7. There is a Strong Inference Iovance Acted With Scienter 107

V. CLASS ACTION ALLEGATIONS ........................................................ 107

VI. APPLICABILITY OF PRESUMPTION OF RELIANCE (FRAUD-ON-THE-MARKET DOCTRINE) ................................................... 112

VII. NO SAFE HARBOR ..................................................................... 114

FIRST CLAIM ......................................................................................... 115

SECOND CLAIM ..................................................................................... 123

VIII. PRAYER FOR RELIEF ................................................................ 126

IX. JURY TRIAL DEMANDED ............................................................. 127



Formatted: HeaderNumbers, Line spacing: single

Formatted: Font: 12 pt

Formatted: Pleading Summary, Line spacing: single, Tab stops: 3.5", Centered + 6.69", Right

Court-appointed Lead Plaintiffs Lindy Merrill and Tony Djie and named plaintiffs John Fleming and Sohrab Khan ("Plaintiffs"), individually and on behalf of all ~~other~~ ~~persons~~others similarly situated, by ~~his~~Plaintiffs' undersigned attorneys, ~~alleges~~allege in this ~~Complaint for violations of the federal securities laws (the "Complaint")~~amended complaint the following ~~based~~ upon knowledge with respect to ~~his~~ their own acts, and upon facts obtained through an investigation conducted by ~~his~~their counsel, which included~~,~~ *inter alia*~~: (a)~~, review and analysis of ~~relevant filings made by Iovance Biotherapeutics, Inc. ("Iovance" or the "Company") with the United States Securities and Exchange Commission (the "SEC"); (b) review and analysis of Iovance's public documents, conference calls, press releases, and stock chart; (c) review and analysis of securities analysts' reports and advisories concerning the Company; and (d) information readily obtainable on the internet.~~

~~Plaintiff believes that further substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery. Most of the facts supporting the allegations contained herein are known only to the defendants or are exclusively within their control.~~

## ~~NATURE OF THE ACTION~~

~~1. This is a federal securities class action on behalf of all investors who purchased or otherwise acquired Iovance securities between August 8, 2024, to May 8, 2025, inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws (the "Class").~~

~~2. Defendants provided investors with material information concerning Iovance's expected revenue for the fiscal year 2025. Defendants' statements included, among other things, confidence in their continuously reaffirmed forecast to achieve product revenue of $450 to $475 million in the first full calendar year of Amtagvi sales.~~

~~3. Defendants provided these overwhelmingly positive statements to investors while, at the same time, disseminating materially false and misleading statements and/or concealing material adverse facts concerning the true state of Iovance's growth potential; notably, that it was~~

Formatted ... [1]

Formatted ... [2]

Formatted ... [3]

Formatted ... [4]

Formatted ... [5]

Case 5:25- F

not equipped to generate and drive demand or was otherwise ill equipped to capitalize upon the purported existing demand for its treatments through its network of approved treatment centers.

4. On July 25, 2024, Iovance announced its financial results for the second quarter of fiscal 2024 and reduced its revenue guidance for the full fiscal year 2024. The Company attributed its results and lowered guidance on 1) "the iCTC completed annual scheduled maintenance in December" and "capacity was reduced by more than half for about 1 month," 2) "[l]ower Proleukin sales" than the company expected, and 3) "the variable pace at which ATCs began treatment patients."

5. Investors and analysts reacted immediately to Iovance's revelation. The price of Iovance's common stock declined dramatically. From a closing market price of $3.17 per share on May 8, 2025, Iovance's stock price fell to $1.75 per share on May 9, 2025, a decline of about 44.795% in the span of just a single day.

## JURISDICTION AND VENUE

6. Plaintiff brings this action, on behalf of himself and other similarly situated

Case 5:25- F

investors, to recover losses sustained in connection with Defendants' fraud.

7. The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

8. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§1331 and 1337, and Section 27 of the Exchange Act, 15 U.S.C. §78aa.

9. Venue is proper in this District pursuant to §27 of the Exchange Act and 28 U.S.C. §1391(b), as Defendant Iovance is headquartered in this District and a significant portion of its business, actions, and the subsequent damages to Plaintiff and the Class, took place within this District.

10. In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange.

## THE PARTIES

11. Plaintiff purchased Iovance common stock at artificially inflated prices during the Class Period and was damaged upon the revelation of the Defendants' fraud. Plaintiff's certification evidencing his transaction(s) in Iovance is attached hereto.

12. : (i) Defendant Iovance Biotherapeutics, Inc. is a California corporation with its principal executive offices located at 825 Industrial Road, Suite 100, San Carlos, CA 94070. During the Class Period, the Company's common stock traded on the NASDAQ Stock Market (the "NASDAQ") under the symbol "IOVA."

13. 's ("Defendant Frederick G. Vogt ("Vogt") was, at all relevant times, the Interim CEO, President, General Counsel, Corporate Secretary, and Director of Iovance.

14. Defendant Jean-Marc Bellemin ("Bellemin") was, at all relevant times, the Chief Financial Officer, Principal Accounting Officer, and Treasurer of Iovance.

15. Defendant Igor P. Bilinsky ("Bilinsky") was, at all relevant times, the Chief



Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Case 5:25- F

Operating Officer of ," or the "Company") filings with the Securities and Exchange Commission ("SEC"); (ii) information concerning Iovance.

Formatted: Font: 14 pt, Not Expanded by / Condensed by

16. Defendant Daniel G. Kirby ("Kirby") was appointed the Chief Commercial Officer

of from the U.S. Food and Drug Administration ("FDA"); (iii) in-depth research reports by securities and financial analysts concerning Iovance on February 10, 2025 and remained as such for the remainder of the relevant class

Formatted: Font: 14 pt

period.

17. Defendants Vogt, Bellemin, Bilinsky, and Kirby are sometimes referred to herein

as the "Individual Defendants." Iovance together with the Individual Defendants are referred to

herein as the "Defendants."

18. The Individual Defendants, because of their positions with the Company, possessed

the power and authority to control the contents; (iv) transcripts of Iovance's reports to the SEC, press releases, and

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

conference calls with analysts and investors; (v) presentations to securities analysts, money and portfolio managers, and institutional investors, *i.e.*,

the market. Each Individual Defendant was provided with copies of the Company's reports and

press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the

ability and opportunity to prevent their issuance or cause them to be corrected. Because of their

positions and access to material non-public information n available to them, each of these

Individual , press releases, and media reports regarding Iovance; (vi) data concerning Iovance's stock price; (vii) interviews of former employees of Iovance; and (viii) other information readily obtainable on the Internet. Plaintiffs believe that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery. Most of the facts supporting these allegations are known only by Defendants knew that the adverse facts specified herein had not been disclosed to, and(defined below) or are exclusively within their control.[1]

Formatted: Normal, Justified, Indent: Left: 0", First line: 0.5", Right: 0.06", Line spacing: Exactly 24 pt

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

[1] Pursuant to the Court's Standing Order for Civil Cases, Section VII, A., attached hereto as Exhibit A is a redline to the previously filed complaint (Dkt. No. 1).

were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading. The Individual Defendants are liable for the false statements pleaded herein, as those statements were each "group-published" information, the result of the collective actions of the Individual Defendants.

# I. NATURE OF THE ACTION AND OVERVIEW

1. This is a federal securities class action on behalf of all persons and entities who purchased Iovance common stock between November 7, 2023 and May 8, 2025, both dates inclusive and were damaged thereby ("Class," and the period from November 7, 2023 through May 8, 2025 is the "Class Period").[2] Plaintiffs pursue claims against the Defendants under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

19. Iovance is liable for the acts of the Individual Defendants, and its employees under the doctrine of respondeat superior and common law principles of agency as all the wrongful acts complained of herein were carried out within the scope of their employment with authorization.

[2] Excluded from the Class are: (a) persons who suffered no compensable losses; and (b) Defendants; the present and former officers and directors of the Company at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which any of the Defendants, or any person excluded under this subsection (b), has or had a majority ownership interest at any time.



Formatted: Font: 14 pt

Formatted: List Paragraph, Justified, Indent: Left: 1", First line: 0.5", Right: 1", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

~~Case 5:25-~~ ~~F~~

~~20. The scienter of the Individual Defendants, and other employees and agents of the Company are similarly imputed to Iovance under respondeat superior and agency principles.~~

## ~~SUBSTANTIVE ALLEGATIONS~~

### ~~A. Company Background~~

~~21.~~ Iovance is a commercial- stage biopharmaceutical company that develops and commercializes ~~cell~~ therapies using autologous (derived from a patient's own body) tumor infiltrating lymphocyte ("TIL") cells for ~~the treatment of metastatic melanoma and other~~patients with solid ~~tumor cancers.~~

~~22.~~ tumors. The ~~company's key product is Amtagvi, an~~ Company's top priority is the commercialization of Amtagvi® (lifileucel), a tumor-derived autologous T cell immunotherapy used to

2. treat ~~adults~~adult patients with unresectable or metastatic melanoma. ~~The company also distributes Proleukin.~~

3. Prior to receiving FDA approval of Amtagvi Defendants represented the Company's readiness for commercial launch and rapid uptake of Amtagvi. Iovance would be the first company to obtain FDA approval for a TIL cell therapy product. In 2023 there were 7,650 deaths in the U.S. from melanoma. With a price tag of over $500,000 for the one-time treatment, Amtagvi represented a tremendous revenue opportunity and fulfilled an unmet medical need.

4. From a manufacturing perspective, Iovance had built its own commercial-scale manufacturing facility, the Iovance Cell Therapy Center or "iCTC" at the Philadelphia Navy Yard. Iovance represented, as of no later than November 2023, that the iCTC had capacity to supply Amtagvi for over 2,000 patients annually in the U.S. and had the "majority of the

Formatted ... [6]

Formatted ... [7]

Formatted ... [8]

Formatted ... [9]

Formatted ... [10]

**Formatted:** List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers, Tab stops: 0.89", Left + 0.89", Left + 1.39", Left

Case 5:25- F

personnel [ ]in place" to do so.

5. Unlike traditional cancer drugs, Amtagvi is a "personalized" cellular therapy manufactured using a proprietary process to collect and multiply a patient's unique T-cells from a portion of the patient's tumor. The manufacturing and treatment process thus involves both Iovance and "Authorized Treatment Centers" ("ATCs"). At an ATC, an oncologic surgeon removes a tumor tissue sample from the patient and sends it to Iovance. Iovance then manufactures the patient-specific TIL using its proprietary process. After Iovance completes manufacturing the treatment, it sends it back to the ATC for administration to the patient. Accordingly, "onboarding" ATCs who are willing and able to identify eligible patients, have the infrastructure and operational capabilities to safely store and handle human cellular products, and have the surgical and auxiliary staff and expertise to complete the tumor resection and infusion is critical to Iovance's ability to generate revenue from Amtagvi.

6. From a demand perspective, by November 2023 Defendants represented that Iovance had 30 ATCs successfully "onboarded" and ready to dose patients with Amtagvi once the FDA approved it. Defendants stated that ATCs were signing up at a rapid pace and, "ramping right away."

7. On February 16, 2024, the FDA approved Amtagvi for the treatment of patients with post-anti-PD-1 advanced melanoma. Iovance commercially launched Amtagvi on February 20, 2024.

8. On February 22, 2024, Iovance closed an underwritten public offering of 23,014,000 shares of Iovance common stock at an offering price of $9.15 per share for total proceeds of over $210 million.

9. Prior to Amtagvi's commercial launch, Iovance had no revenues, operated at a loss since inception, and had accumulated a $2.0 billion deficit.

10. Two months after the FDA approved Amatgvi, on May 9, 2024, Iovance announced that it had now onboarded 40+ ATCs and was on track to onboard a total of 70 by year end. This would be the "largest ever number of ATCs for a cell therapy launch." The manufacturing rate was also on track according to Defendants, with Iovance having successfully manufactured and delivered Amtagvi within the target turnaround time of 34

~~Case 5:25-~~ ~~F~~

days. While there were some patient deaths during the 34-day waiting period because of disease progression for more advanced stage patients, Iovance represented that "the actual drop-off because of progression is rather low…it's definitely no more, maybe even less than what we were expecting." This was all due to Iovance's "education to these authorized treatment centers [which] has paid off."

11. Six months into Iovance's commercial launch of Amtagvi, on August 8, 2024, Defendants confidently issued revenue guidance for the third quarter and full year 2024 and for the full year 2025 ("2025 Guidance"). Defendants' 2025 Guidance projected between $450 million and $475 million in total product revenue.

12. As to the progress of the ATCs, Defendant represented the now 50 ATC's onboard "*are proving they have the training infrastructure and capabilities to treat patients with Amtagvi*."

13. As to manufacturing, Iovance's "commercial manufacturing capabilities were successfully delivering Amtagvi at an increasing pace" and "scaling up manufacturing according to our growth projections. We have an increased capacity and headcount each month since launch and continue ramping up to match ongoing growth demand."

14. When an analyst queried CEO Vogt: "what is driving your confidence for full year 2025 guidance, given where you are now," Vogt responded:

> **We can see the launch.[3] We see how we're doing. *We know all the dynamics.* We know how many ATCs are coming on board. We know what we think they're going to do. *We know our manufacturing capacity and all the details around that stuff that would be very difficult, I think, for the Street to model in some cases. So we're going to provide it for you.* So you have clarity on what we're seeing. And *we're very, very confident in that guidance* based on what we're seeing so far in the initial part of the launch because *we've got such a good picture of launch dynamics right now.***

Vogt assured:

> ***This guidance is based upon our ongoing experience*** and confidence in the strong uptake and significant quarter-over-quarter growth in the Amtagvi demand

[3] All emphasis is added unless stated otherwise.

~~Case 5:25-~~ ~~F~~

and corresponding Proleukin sales for the foreseeable future. ***We used our visibility to the growth rate of infusions, adoption across our ATC network, manufacturing capacity and additional launch dynamics to prepare this guidance.***

Formatted: Font: 14 pt, Bold, Italic, Underline, Not Raised by / Lowered by

Formatted: Justified, Right: 0.5", Space Before: 0 pt, No bullets or numbering, Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers, Tab stops: 0.89", Left + 0.89", Left + 1.39", Left + Not at 0.5"

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

15. Iovance's Chief Operating Officer, Defendant Igor Bilinsky and Defendant James Ziegler, Iovance's Executive Vice President of Commercial, gave additional factual support for Iovance's 2025 Guidance. Ziegler cited Iovance's excellent progress onboarding ATC's, stating: "[t]he centers who were active at approval are scaling up and many have treated multiple patients. Newer ATCs that have recently completed onboarding, including major U.S. cancer centers are beginning or preparing to treat patients." Ziegler emphasized, Iovance "*work[s] with the ATC's [ ] almost on a daily basis,* especially the top ATCs." And, "In terms of patients dying before infusions" "*patient selection is getting much better*, [ ] we're not seeing those same trends."

16. Ziegler affirmed Vogt's confidence in Defendants' 2025 Guidance stating, "*the demand we're seeing at the ATCs, the operational readiness looks really, really good*, and it reinforces confidence behind our guidance."

17. Bilinsky cited the iCTC's ample capacity to manufacture treatment for over 2,000 patients per year, representing that: "***right now***, the network is built to a couple of thousand patients per year capacity. ***And within the existing iCTC facility***. As you recall, we have shelf space that we're now building out and that build-out will bring iCTC to over 5,000 patients per year capacity."

18. Each course of treatment with Amtagvi would bring in approximately $500,000 in revenue. Accordingly, to reach the top of Iovance's guidance for 2025 of $475 million Iovance would have to produce enough Amtagvi and have enough interest from ATCs to treat 975 patients.

19. The following quarter, during Iovance's November 7, 2024, investor conference call, Defendants reiterated Iovance's 2025 Guidance. Vogt touted that Iovance had successfully onboarded 56 ATCs. According to Vogt, Iovance was deeply familiar with each ATC, because "the medical team ***understand[s] the unique needs of each ATC and proactively provide[s] support, training and peer-to-peer conversations around patient***

Case 5:25- F

***selection and surgical resection to maximize successful outcomes with the Amtagvi treatment regimen*.”**

20. In response to an analyst's question about month-to-month growth and whether it was from "demand growth and ATC center number increase" or "improved manufacturing and logistics that makes you comfortable about forecasting" Vogt stated that both growth in demand at individual ATCs and new ATCs coming onboard were "a big factor in driving that" which "links up with the manufacturing capacity." Additionally, Iovance was "*getting better and better with the out-of-spec rate*." As to the "out-of-spec rate," which was partially a function the ATC's ability to resect a tumor appropriately, Vogt cited Iovance's close relationship with each ATC stating: "We're teaching ATCs how to get patients ***through better. We're teaching them how to do better quality surgical resections… We plan out actual run charge for each ATC to see what they did. Look patient-by-patient for each ATC, give them a scorecard as to how they're performing, and help them with our peer-to-peer team… It's been a big rush and is stepping up and up and going faster and faster.”***

21. Defendant Bilinsky assured that "our manufacturing capacity continues its steady ramp-up month-over-month to support the growing Amtagvi commercial demand… *Our manufacturing network is currently running at high capacity utilization while ensuring slot availability for our ATCs*."

22. Additionally, Defendants assured investors that the manufacturing out-of-specification rates were improving, as were the patient drop-out rates.

23. One year into the commercial launch of Amtagvi, Defendants again reiterated the 2025 Guidance on Iovance's February 27, 2025, investor conference call. Defendants announced that Iovance had reached its target of 70 ATCs at the end of 2024. Bilinsky assured that to support growing commercial demand Iovance "was steadily ramping up our manufacturing capacity month-over-month, while actively hiring manufacturing, quality control and support staff."

24. Bilinsky also noted that "Each of our facilities is currently required to schedule a brief annual maintenance, which entails a short pause in production. ***I'm pleased to report that iCTC successfully completed annual maintenance and resumed production promptly at full***

~~Case 5:25-~~ ~~F~~

***volume with no issues.***

25. When an analyst asked Vogt to provide the number of patients infused with Iovance and "*help us understand what gives you the confidence that the range for full year '25, which was set when you're only 1 quarter into the launch is still intact*," Vogt refused to provide the number of infusions but assured "***we still have confidence in those numbers because the growth curve for this type of product can accelerate quite a bit, and we see that happening across our ATC network right now.***"

26. Vogt further confirmed that the interruption in manufacturing at the iCTC had no effect and did not cause a slowdown in manufacturing: "As Igor mentioned, ***we did have a manufacturing maintenance period there. So we have those kind of things in cell therapy.*** If you look at the launch curves for ABECMA, YESCARTA and CARVYKTI, you'll see there's little peaks and dips and valleys in those as things like that happen so **-- *but nothing in terms of a holiday seasonality. [If] [t]hat's what you're asking."***

27. Vogt also stated that were no "bottlenecks" in terms of the launch uptake. Nor were there any barriers to the ATCs being able to rapidly accelerate: "in each ATC, there's a difference -- each individual ATC has its own little bottlenecks or whatever it might be. Some of them have staffing issues, some of them have financial clearance challenges that we're helping out with. ***But all these things are pretty easily resolvable, and we've been able to show that a good portion of our ATCs can really fly right now,*** and we think we can get a lot more there pretty soon."

28. Then, on May 8, 2025, Iovance suddenly announced that it was slashing its 2025 Guidance by 40%, from $450-$475 to $250-$300 million. Iovance announced lower revenue in the first quarter, "driven by three key contributors." First, in direct contradiction to their statements just three months prior concerning the impact of annual maintenance at the iCTC, Iovance admitted that "our internal manufacturing facility, the iCTC completed annual scheduled maintenance in December of last year, as we previously discussed on last quarter's call. ***As a result of limited production starts for multi-week Amtagvi manufacturing across our network, capacity was reduced by more than half for about 1 month*"**. Defendants also admitted that the iCTC had not previously had the capacity to treat 2,000 patients annually.



Formatted: Font: 14 pt, Bold, Italic
Formatted: Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Bold, Italic
Formatted: Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Bold, Italic
Formatted: Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Bold, Italic
Formatted: Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Bold, Italic
Formatted: Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Bold, Italic
Formatted: Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Bold, Italic
Formatted: Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Bold, Italic
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by

~~Case 5:25-~~ ~~F~~

Bilinksy stated, "Annual maintenance. ***So we are now completing build-out of the shelf space at iCTC*. *Once that shelf space is operational, which will not be this year***, *but should be later on.* Once that shelf space is operational, then we don't need to -- *the maintenance will only affect part of the iCTC facility, not all.*

29. Also in direct contradiction to their prior statements about ATC's "really being able to fly" and Defendants' close monitoring and familiarity with the dynamics of each ATC onboarded, Defendants admitted that many of the ATCs did not have the necessary infrastructure to treat patients with Amtagvi: "***the larger centers that got off to a quicker start, those are the ones with the infrastructure from various cell therapy launches that were ready for Amtagvi to enter in.*** The other ones are ramping up to speed. They're doing this with other cell therapies as well, but infrastructure such as billing mechanisms, cell therapy lab, et cetera, are coming online with that. So we are seeing them increase their ramp a lot quicker ***once they get that infrastructure in place.***"

30. Vogt essentially admitted that Defendants lacked a reasonable factual basis for the 2025 Guidance. When an analyst asked Vogt, "I'm kind of curious as to –I get being conservative now, ***why provide guidance for 2025 way back in 2024 to begin with,***?" Vogt stated, … Back in August, we were trying to give investors our best line of sight to what we thought was going to happen. At that point, we were very well aware of the high demand for the product, and we were ramping up our manufacturing as fast as we could. So we built our model on the back of how many manufacturing slots we would make available, maximum ramp…. We've looked at the time lines it takes for new ATCs to come on board and begin treating their first patients and how they work through their processes…. we'll continue to succeed on the launch. ***But we think we'll do it on terms that are, I think, a little bit more in line with what we actually see at the ATCs.***

31. Defendants also admitted that the rate of patient drop-off and out of specification (OOS) manufacturing rate had increased.

32. When the truth was revealed, the price of Iovance shares declined $1.42 per share, or 44.8%, to close at $1.75 per share on May 9, 2025, on unusually heavy trading volume.

33. Then, in August, 2025 Iovance announced a "strategic restructuring" in which it

Case 5:25- F

would layoff approximately 20% of its workforce.

34. In truth, Defendant knew all along the 2025 Guidance lacked a factual basis and that their statements concerning Iovance's: (1) production capacity, (2) ATC onboarding, (3) out-of-spec manufacturing rate, and (4) patient-drop off rates were false and misleading. Indeed, Defendants were acutely aware of facts contradicting their statements in each of these areas. Defendants omitted to disclose these facts, which were necessary to make their existing statements not misleading.

35. First, Iovance lacked the FDA authorization and manufacturing capacity to support its carefully calculated financial projections. According to Iovance's former Senior Vice President of Technical Operations who reported directly to Iovance's CFO, Defendant Bellemin and attended all FDA meetings concerning Amtagvi's approval and launch (FE1), Iovance only had FDA approval for 30-32 manufacturing slots per month at the time of the launch. This meant that under perfect conditions Iovance was capped at manufacturing Amtagvi for 360 patients annually (32 patients x 12 months). At a rate of $500,000 in revenue per patient, Iovance's maximum revenue for 2025 (360 patients x $500,000 revenue per patient) was $180 million, a far cry from the $450-$475 million Defendants told investors they anticipated for 2025.

36. Second, Defendants' claims about the number of ATC's onboard and "ready to go," did not reflect operational reality. According to FE1, while the centers were "'lined up' on paper" the number of centers that were fully trained, qualified, and capable of treating patients was far smaller. Onboarding was a slow resource-intensive process, where each ATC required four months of training, qualification, and validation before it could safely process tumor material without contamination. Internally, Defendants well understood that the training timeline was long, contamination risk was high, and the operational burden on each ATC was substantial.

37. Many ATCs were not in a position to treat patients any time soon. FE1 described this as a gap between "counting" ATCs for Wall Street and the far smaller number of centers that were actually treatment ready. This was crystal clear to Defendants based on Iovance's internal data tracking site performance, readiness, and patient flow. Indeed, according to

~~Case 5:25-~~ ~~F~~

Iovance's former Executive Director of Field Medical Affairs (FE2), Iovance's C-suite executives participated in weekly meetings focused on site numbers, activation status, and barriers to onboarding.

38. Third, while Defendants represented to investors that the out-of-specification rate for Amtagvi ("OOS rate") was improving the opposite was true. The OOS rate worsened after FDA approval of Amtagvi and was a whopping 50%. This was caused by manufacturing problems, and selecting patients were too sick to be appropriate candidates for Amtagvi treatment, in addition to the FDA's increase for the threshold number of cells it mandated for Amtagvi to be considered compliant.

39. Fourth, patient drop-off levels also increased and were not consistent with experience in Iovance's clinical trial. According to FE2, Defendant Ziegler and Iovance's commercial team wanted to bring in "any and all" eligible patients to drive volume. Weekly patient drop-off levels consistently approached 40-50% during the Class Period. The Individual Defendants focused on OOS and patient drop-off rates in meetings FE2 attended. They viewed OOS and patient drop-off rates as central problems in Amtagvi's commercial launch. Defendants were aware that the OOS rate, manufacturing instability, and poor patient selection undermined Iovance's ability to meet the 2025 Guidance.

40. As a result of Defendants' knowing and/or reckless false and misleading statements and omissions, the value and price of Iovance's stock was artificially inflated during the Class Period. When the truth was revealed, Iovance's share price declined, and Plaintiffs and other Class members have suffered significant losses and damages.

## II. JURISDICTION AND VENUE

41. Counts One and Two arise under §§ 10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder by the SEC, 17 C.F.R. §240.10b-5 ("Rule 10b-5").

42. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and § 27 of the Exchange Act because this is a civil action arising under U.S. laws.

43. Venue is proper in this Judicial District pursuant to § 27 of the Exchange Act and 28 U.S.C. § 1391(b)-(d). Specifically, Iovance is headquartered in this Judicial District,

Defendants conduct business in this Judicial District, and a significant portion of Defendants' activities took place within this Judicial District.

44. In connection with the acts, transactions, and conduct alleged herein, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the U.S. mail, interstate telephone and other electronic communications, and the facilities of the NASDAQ, a national securities exchange.

## III. PARTIES

45. Lead Plaintiff Tony Djie purchased Iovance securities during the Class Period as evidenced by his certification (Dkt. No. 25-3) and was economically damaged thereby. By order dated December 15, 2025, the Court appointed Tony Djie as Lead Plaintiff for the putative class.

46. Lead Plaintiff Lindy Merrill purchased Iovance securities during the Class Period as evidenced by his certification (Dkt. No. 25-2) and was economically damaged thereby. By order dated December 15, 2025, the Court appointed Lindy Merrill as Lead Plaintiff for the putative class.

47. Named Plaintiff John Fleming purchased Iovance securities during the Class Period and was economically damaged thereby. A copy of Mr. Flemings PSLRA certification is attached hereto as Exhibit B.

48. Named Plaintiff Sohrab Khan purchased Iovance securities during the Class Period and was economically damaged thereby. A copy of Mr. Khan's PSLRA certification is attached hereto as Exhibit C.

49. Defendant Iovance is incorporated under the laws of Delaware with its principal executive offices located in San Carlos, California. Iovance's common stock trades on the NASDAQ exchange under the symbol "IOVA."

50. Defendant Frederick G. Vogt ("Vogt") joined Iovance in 2016 and has served it Interim Chief Executive Officer ("CEO") and President since May 2021. According to Iovance's SEC filings the CEO is also "Chief Operating Decision Maker ('CODM') who uses net loss as a measurement of segment loss and monitors results against the budget to evaluate and assess performance of the Company and resource allocation within the Company." Given

Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by

Case 5:25- F

Vogt's role as CODM he was both in charge of and closely monitored the Company's revenues.

51. Defendant Jean-Marc Bellemin ("Bellemin") served as Iovance's Chief Financial Officer ("CFO") beginning in November 2020 and submitted his resignation approximately one month after the Class Period, on June 10, 2025.

52. Defendant Igor P. Bilinsky ("Bilinsky") joined Iovance in March 2021 and served as Iovance's Chief Operating Officer during the Class Period.

53. Defendant James Ziegler ("Ziegler") served as Iovance's Executive Vice President of Commercial from 2020 until September 2024, when he resigned unexpectedly.

54. Defendants Vogt, Bellemin, Bilinsky, and Ziegler are collectively referred to herein as the "Individual Defendants" and, with Iovance, are collectively referred to herein as "Defendants."

55. Each of the Individual Defendants:

a. directly participated in the management of the Company;

b. was directly involved in the day-to-day operations of the Company at the highest levels;

c. was privy to confidential proprietary information concerning the Company and its business and operations;

d. was directly or indirectly involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein;

e. was directly or indirectly involved in the oversight or implementation of the Company's internal controls;

f. was aware of or recklessly disregarded the fact that the false and misleading statements were being issued concerning the Company; and/or

g. approved or ratified these statements in violation of the federal securities laws.

56. During the Class Period, pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, 18 U.S.C. §1350, for each periodic report the Company filed with the SEC, Defendants



Formatted: Font: 14 pt
Formatted: List Paragraph, Justified, Indent: Left: 0", Line spacing: Exactly 24 pt, Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers, Tab stops: 0.89", Left + 0.89", Left + 1.39", Left
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt

Vogt and Bellemin certified that "to his knowledge: (1)The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and (2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company."

57. During the Class Period pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, 18 U.S.C. §1350, for each periodic report the Company filed with the SEC, Defendants Vogt and Bellemin certified that "to his knowledge: (1)The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and (2) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company."

58. In addition, during the Class Period, pursuant to Exchange Act Rules 13a-14(a) or 15d-14a, Defendants Vogt and Bellemin certified that:

> 1. I have reviewed this annual report on Form 10-K of Iovance Biopharmaceuticals, Inc.;
>
> 2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;
>
> 3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;
>
> 4. The registrant's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:
>
> (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;
>
> (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;
>
> (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Iovance is liable for the acts of the Individual Defendants16

an interleukin-2 product used in Amtagvi's treatment regimen.

17

59. and its employees under the doctrine of *respondeat superior* and common law principles of agency because all of the wrongful acts complained of herein were carried out within the scope of their employment.

60. The scienter of the Individual Defendants and other employees and agents of the Company is similarly imputed to the Company under *respondeat superior* and agency principles.

## IV. SUBSTANTIVE ALLEGATIONS

### A. Background

#### 1. The Company and FDA Approval of Amtagvi

61. Iovance is a commercial-stage biopharmaceutical company that focuses on developing and commercializing cancer therapies using its autologous tumor-infiltrating lymphocyte ("TIL") cell therapies for patients with solid tumor cancers. TILs are white blood cells that have left the bloodstream and migrated into the tumor to fight cancer. TIL therapy is an immunotherapy that extracts the TILs from the patient, multiplies them in the lab, and



Formatted: Font: 14 pt
Formatted: List Paragraph, Justified, Indent: Left: 1", First line: 0.5", Right: 1", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt

then infuses them back in to the patient to attack solid tumors.

62. Amtagvi (lifleucel) is Iovance's the first product within its autologous TIL cell therapy platform. Amtagvi is a tumor-derived autologous (derived from the patient's own body) T-cell immunotherapy.

63. In March 2023 Iovance submitted its Biologics License Application ("BLA") to the FDA seeking approval for Amtagvi to treat a certain type of advanced melanoma. The FDA accepted the BLA in May 2023. The FDA granted priority review to the BLA for Amtagvi based on the unmet need for treatment of post-anti-PD-1 melanoma.

64. Also in May 2023, Iovance completed the acquisition of Proleukin (aldesleukin), an interleukin-2 or IL-2 product used in the Amtagvi treatment regimen and in other applications. Proleukin sales from other applications (not Amtagvi) provided Iovance with only modest revenues. Iovance's revenues from Proleukin were only $0.5 million for the third quarter of 2023 after its acquisition.

65. Before that, Iovance had no revenues, and had operated at a loss since its inception. As of December 31, 2023, Iovance had accumulated a deficit of $2.0 billion.

66. Prior to and throughout the Class Period, the Company's top priority has been the commercialization of Amtagvi in the U.S. for the treatment of patients with post-anti-PD-1 advanced melanoma.

67. On February 16, 2024, the FDA approved Iovance's BLA for Amtagvi to treat advanced melanoma. Amtagvi is the first and only one-time "individualized" T cell therapy to receive FDA approval for a solid tumor cancer.

68. The FDA approved Iovance's BLA for Amtagvi under the accelerated approval pathway based on the overall response rate (ORR) Iovance was able to show in the clinical trial supporting the BLA for Amtagvi. However, under the FDA's accelerated approval pathway, continued approval may be contingent on the company's verification and description of the treatment's clinical benefit in future confirmatory trials.

69. 8,000 patients in the United States die each year from melanoma and there are 15,000 new cases of advanced melanoma in the United States every year.[4] Given the $515,000

[4] Ex. 99.1 to Iovance's January 8, 2024, Form 8-K filed with the SEC.

per patient wholesale acquisition cost for one treatment of Amtagvi, commercialization of Amtagvi provided Iovance with a multibillion-dollar revenue potential.

**2. The Manufacture of Amtagvi and the Role of ATCs**

70. Iovance manufactures Amtagvi using a proprietary process to collect and multiply a patient's unique T cells from a portion of their tumor. Amtagvi then returns billions of the patient's T cells back into the patient's body to fight cancer.

71. Iovance manufactures Amtagvi for commercial use and clinical trials at its own manufacturing facility, the Iovance Cell Therapy Center or "iCTC." According to Iovance's SEC filings, the iCTC is the first centralized and scalable facility dedicated to producing TIL. The iCTC is located in Philadelphia, Pennsylvania, at the Philadelphia Navy Yard, and is 136,000 square feet in size.

72. According to Iovance's SEC filings, owning its own manufacturing facility allows the Company to control manufacturing capacity and product quality, among other advantages.

73. However, unlike the manufacturing process for traditional drugs, the manufacturing of personalized cellular therapies like Amtagvi involves a close collaborative process between the manufacturer and the clinical team that collects the patient's own cells.

74. There are three key steps in the Amtagvi treatment process. First, at an Authorized Treatment Center ("ATC") a surgeon removes a tumor tissue sample from the patient's tumor during a surgical resection and ships it to Iovance's centralized manufacturing facility. The surgeon must remove a large enough portion of the tumor- at least 1.5 cm in diameter- to ensure that enough tumor material exists to allow for sufficient cell multiplication which is necessary to adequately manufacture Amtagvi according to its FDA approved specifications.

75. Second, Iovance manufactures the patient specific TIL using its commercial "Gen 2" manufacturing process. Iovance's proprietary manufacturing process takes at least 22 days and entails multiplying the patient's cells into the billions so that they can be returned to the patient to fight cancer. When Iovance completes this process it must quality test the specific product to ensure it meets the required manufacturing criteria. Iovance then cryopreserves the final product and sends it back to the ATC for administration to the patient.

76. The third and final step is the actual treatment regimen, which takes place at the

~~Case 5:25-~~ ~~F~~

ATC. At the ATC the patient undergoes a preparation process called lymphodepletion. Then, the patient is treated at the ATC with Amtagvi, immediately followed by a short course of up to six doses of Proleukin to promote T cell activity in the patient.

77. ATCs play a critical role in the commercial success of Amtagvi. ATCs are the sole means for patients to receive treatment with Amtagvi. The ATC first obtains and identifies the patient from the broader community. The ATC then registers the patient and schedules them for a manufacturing "slot." The ATC then performs the tumor resection and ships the tumor tissue to Iovance's manufacturing facility. It is critical that the surgeon remove enough tumor tissue to enable the cells to multiply to the required number. After the manufacturing process, Iovance ships Amtagvi back to the ATC where the ATC infuses it in the patient followed by a course of Proleukin. However, the ATC must have sufficient cryopreservation facilities, verify patient specific labeling, and manage the chain of custody. It is critical that the ATC have a specialized oncology infrastructure and trained staff for cell therapy.

78. "Onboarding" an ATC is an extensive process. FE1- Iovance's former Senior Vice President of Technical Operations- described the process as involving significant training, technical preparation, and coordinated process reviews between the ATC and Iovance. FE1 stated that an ATC must have the appropriate technical equipment and a specialized infrastructure to manage TIL therapy and maintain cryopreservation facilities. Each ATC requires validated cryogenic storage, liquid nitrogen handling capability, staff trained to manage thawing and reinfusion procedures, as well as validated procedures for product release and proper chain-of-custody controls. These significant operational and quality requirements were prerequisites for a center to safely treat a patient with Amtagvi.

### 3. In Anticipation of FDA Approval of Amtagvi Defendants Tell Investors 30 ATCs Have Onboarded and Iovance Has Ample Manufacturing Capacity to Support Commercial Production

79. On November 7, 2023, Iovance filed an 8-K with the SEC and held an investor conference call providing an update on Iovance's anticipated commercial launch of Amtagvi, which, assuming approval, would take place in February. In the press release and during the investor call Defendants stated that onboarding steps "***have been completed at approximately***

~~Case 5:25-~~ ~~F~~

***30 ATCs***" and that "***the ICTC is currently built to supply products for more than 2,000 patients annually***." In response to an analyst's question, about "what else needs to be done" at those ATCs, Defendant Vogt stated, "***basically these guys are ready to go***." Zeigler described the detailed work Iovance did with each ATC in terms of SOPs, coordination, and logistics, to make the point that "***when we say that these centers are ready to go, they're ready to go***." About manufacturing Vogt stated that the iCTC "***right now* is actually constructed to go even beyond 2,000 patients a year" with "the majority of [necessary manufacturing] personnel [ ] in place."**

80. The full language of these statements and explanations why each one was false and misleading are below in Paragraphs 170-76.

#### 4. The FDA Approves Amtagvi; Defendants Tout Amtagvi's Commercial Launch as Largest Cell Therapy Launch Ever With 30 ATCs Onboard "Ramping Right Away," and Ample Manufacturing Capacity

81. On February 16, 2024, Defendants announced that the FDA granted approval for Amtagvi to treat advanced melanoma and convened an investor conference call to discuss Amtagvi's commercial launch.

82. Defendant Vogt stated that each of the 30 ATCs onboarded have the "staffing, training and processes in place" to immediately start treating patients with Amtagvi and that there would be a large number of patients "at each center."

83. On February 28, 2024, Iovance filed an 8-K with the SEC highlighting Iovance's full year 2023 and fourth quarter financial results and providing an update on FDA approval. Defendants also convened an investor conference call the same day. On the call, Vogt stated that the 30 onboarded ATCs were "ramping right away." Zeigler stated that by May 50 ATCs would be onboarded and that they would consist of the "top centers," who would "pick up a significant portion of the treated patients in the country." As to the manufacturing success rate, Zeigler offered "we think it's going to be quite high, and we will be successful in manufacturing in the vast majority of cases." Defendant Bilinksy stated, about manufacturing capacity, that Iovance had "ample capacity" which Iovance designed "understanding the

~~Case 5:25-~~ ~~F~~

preferences of each and every ATC."

84. The full language of these statements and explanations why each one was false and misleading are below in Paragraphs 177-94.

**5. Three Months into Amtagvi's Launch Defendants Announce More ATCs Onboarded, Reaffirm Manufacturing Capacity, and Tell Investors Patient Selection and Out-of-Specification Manufacturing Have Improved**

85. On May 9, 2024, Defendants issued a press release disclosing financial results for the first quarter ended March 31, 2024, provided an update on Amtagvi, and also participated in an investor conference call. Defendants stated that "***Onboarding is complete at more than 40 U.S. ATCs, up from 30 initial ATCs at approval.***" 50 ATCs would be onboarded by the end of the month with 70 expected by the end of 2024.

86. Defendant Bilinsky affirmed Iovance's manufacturing capacity and stated that "***ICTC, as built today****, has the capacity to provide TIL therapies for* ***more than 2,000 patients per year****. A competent manufacturing team is important in biotech and cell therapy in particular.* ***Right now, we are staffed appropriately for launch.*** In response to an analyst's question about the "profile of the average patient in [the treatment] process right now" and whether they were "getting a lot later line patients" Iovance's Vice President of Medical Affairs stated "***the patient selection overall has been pretty good,***" with patient drop-off because of progression "rather low" and "definitely no more, ***maybe even less than we were expecting***."

87. The full language of these statements and explanations why each one was false and misleading are below in Paragraphs 195-203.

**6. Six Months into Amtagvi's Commercial Launch Defendants Issue 2025 Financial Guidance Based on Success Onboarding ATCs and Iovance's Proven Manufacturing Capabilities**

88. On August 8, 2024, Defendants issued a press release filed with the SEC on Form 8-K, filed Iovance's second quarter 10-Q announcing Iovance's financial results for the second quarter and first half of 2024, and issued revenue guidance for the full year 2025. Defendants also participated in an investor conference call the same day. Defendants stated that

~~Case 5:25-~~ ~~F~~

"***onboarding is complete at more than 50 U.S. ATCs…More than 70 ATCs remain on track to be onboarded by the end of 2024***." As to manufacturing, Defendants stated "***the commercial manufacturing experience is consistent with clinical experience.***

89. Due to "robust growth" and "ATC demand increases and new ATCs [ ] onboarded Defendants stated that "***total product revenue for 2025 is anticipated to be within the range of $450 to $475 million, the first full calendar year of Amtagvi sales.***" On the investor call, Defendant Vogt stated that Defendants based the 2025 Guidance on their "visibility to the growth rate of infusions, adoption across our ATC network, manufacturing capacity and additional launch dynamics." When an analyst pressed Vogt, "what is driving our confidence [in the 2025 Guidance] given where you are now?" Vogt responded: "***We can see the launch. We see how we're doing. We know all the dynamics. We know how many ATCs are coming on board***. *We know what we think they're going to do.* ***We know our manufacturing capacity and all the details around that stuff that would be very difficult, I think, for the Street to model in some cases. So we're going to provide it for you***. *So you have clarity on what we're seeing.* ***And we're very, very confident in that guidance based on what we're seeing so far*** *in the initial part of the launch because* ***we've got such a good picture of launch dynamics right now…"***

90. About the ATCs Defendant Vogt stated, "more than 50 current ATCs" "are proving that they have the training, infrastructure and capabilities to treat patients with Amtagvi."

91. About manufacturing Defendant Vogt stated, "our commercial manufacturing capabilities ***are successfully delivering Amtagvi at an increasing speed***" and "are staffed to provide manufacturing slots to meet current and expected demand." Bilinsky added that commercial manufacturing has been "consistent with our expectations and with ***prior clinical experience***" and reaffirmed that the iCTC "***is built today has the capacity to provide TIL therapies for more than 2,000 patients per year***."

92. In response to an analyst's question concerning patient drop-out rates and OOS rates Defendant Zeigler stated, "patient selection is much better." Defendants were not seeing "those same trends" of patients dying before treatment now that "we are well into the launch,

~~Case 5:25-~~ ~~F~~

now into our fifth and sixth months."

93. Then, on September 11, 2024, Iovance announced that Defendant Zeigler, Iovance's most senior commercial officer who was responsible for leading the commercial launch of Amtagvi, resigned. During a Baird Equity Research "fireside chat" with Defendants Bellemin, Bilinsky, and EVP of Medical Affairs Brian Gastman, Baird asked for "more color" on Ziegler's departure. In response, Defendants "highlighted that they wish Mr. Ziegler the best" and "maintained [Iovance's] revenue guidance despite the management transition."

94. The following quarter, Defendants again reaffirmed the 2025 Guidance in an 8-K filed with the SEC on November 7, 2024, and in an investor conference call Defendants participated in the same day. In the 8-K and on the investor call Defendants announced that 56 ATCs had now been successfully onboarded and reiterated the iCTC's manufacturing capacity.

95. The full language of these statements and explanations why each one was false and misleading are below in Paragraphs 227-33.

**7. One Year Into Iovance's Launch of Amtagvi Defendants Reaffirm 2025 Guidance, Report 70 ATCs Onboarded that can "Really Fly Right Now," and Assure Investors the iCTC "Successfully Completed Annual Maintenance" with "No Issues"**

96. On February 27, 2025, Iovance filed its annual report for the fiscal year ended December 31, 2024, on Form 10-K, issued a press release on Form 8-K, and Defendants participated in an investor conference call reaffirming 2025 Guidance and discussing Amtagvi's status, among other things. In addition to reaffirming the 2025 Guidance Defendants reported that "***approximately 70 U.S. ATCs are active***." Defendant Bilinsky also reported that "***the iCTC successfully completed annual maintenance and resumed production promptly at full volume with no issues***." In response to an analyst's question about the iCTC maintenance and whether the Company experienced any "slowdown" or "seasonality in 4Q" Vogt stated "***no, we don't see any seasonality***."

97. Responding to an analyst's attempt to drill down on any barriers Iovance faced in achieving its 2025 Guidance, any "gating factors" or "bottlenecks," Defendant Vogt stated, "each individual ATC has its own little bottlenecks or whatever it might be…***But all these***

~~Case 5:25-~~ ~~F~~

***things are pretty easily resolvable, and we've been able to show that a good portion of our ATCs can really fly right now.***"

98. The full language of these statements and explanations why each one was false and misleading are below in Paragraphs 234-245.

**8. Defendant Suddenly Revoke 2025 Guidance, Slashing it by 40%, Admit that Revised Guidance is "More in line with What We Actually See at the ATCs" and Reveal that iCTC Maintenance Materially Affected Production and Revenues.**

99. On May 8, 2025, Iovance released its first quarter 2025 financial results reporting quarterly revenue down significantly, from $73.7 million the prior quarter to $49.3 million. Defendants also retracted their 2025 Guidance, revising it downwards by a whopping 40%, from $450-$475 million down to $250-$300 million. On a conference call that day Defendants admitted that the revised guidance was "***a little bit more in line with what we actually see at the ATCs***." Defendants also revealed Iovance had incurred $15 million in costs associated with an "***increase in patient drop-off and manufacturing success rates***." As to the maintenance at the iCTC, which had supposedly caused "no issue," Defendants admitted that it had reduced production capacity by more than 50% in December thus causing a material decrease in revenues. And, in contradiction to previous statements that the iCTC "currently" had capacity to manufacture treatment for 2,000 patients annually, Defendants revealed that "***we are now completing build-out*** of the shelf space at the iCTC…Once that shelf space is operational, then [ ]the maintenance will only affect part of the iCTC facility, not all."

100. The full language of Defendants' admissions are below in Paragraphs 246-251.

**9. Defendants Intentionally Overstated the Number and Misrepresented the Status of ATCs "Onboard"**

101. FE 2 served as the Executive Director-Field Medical Affairs at Iovance from January 2023 to August 2025 and previously served at the Director-Medical Affairs from December 2019 to March 2023. FE2 reported Susan Brousseau, VP Medical Affairs from 2019 through 2023, then to Peter Prieto, SVP Medical Affairs and Brian Gastman, Executive VP Medical Affairs. FE2 oversaw scientific communications and publications, interacted with

medical professionals, and maintained compliance and operations across all medical activities, all as part of Iovance's medical strategy to form and maintain key relationships with clinicians and physicians. FE2 had numerous meetings with Iovance's Chief Medical Officer (CMO) Friedrich Graf Finckenstein, who in turn reported directly to Vogt.

102. FE2 stated that Defendant Vogt and other senior executives knew that new ATCs faced delays in starting Amtagvi treatment and knew that when Iovance launched Amtagvi it did not have the number of fully functional ATCs "onboard" that Defendants represented to investors. FE2 confirmed that Defendant Zeigler led Iovance's commercial launch of Amtagvi.

103. FE2 further stated that Iovance's senior executives had weekly discussions focused on site[5] numbers, activation status, and barriers to onboarding. FE2 confirmed that while not in attendance at meetings directly with C-Suite members, FE2 knew that Defendant Vogt and other senior executives were well aware of this information because ATC readiness was a key priority for Iovance which FE2's own management circle frequently discussed.

104. FE2 stated that an ATC being "Iovance ready" did not mean that it was truly operational, and that management's statements about ATC readiness did not reflect the ATC's true operational status.

105. FE2 stated that when Iovance launched Amtagvi it did not have the number of fully functional ATCs Defendants represented. FE2 explained that management focused on sheer numbers, prioritizing increasing the number of ATCs rather than optimizing existing ATCs in order to cosmetically meet numerical targets, despite that Iovance's terminology contradicted operational reality.

106. FE2 explained that this created significant tension between Iovance's Commercial team, which Ziegler led, and the Medical Affairs and Quality teams. A specialized Quality team under Medical Affairs was responsible for qualifying sites. Defendant Ziegler and the Commercial team pushed to accelerate onboarding while the Quality team adhered to strict criteria. This tension between Commercial's push deeming sites as "authorized" and Quality's desire to adhere to the criteria for whether a site should be authorized based on its operational

[5] "Site" or "center" as used herein is synonymous with ATC.

~~Case 5:25-~~ ~~F~~

reality and ability to accept and treat patients prompted Iovance to reorganize the Quality function.

107. Evidencing that Defendants misrepresented the number and status of ATCs "onboard", FE2 stated that some patients sought treatment at ATC locations Iovance listed on its website, only to find that these sites were not prepared to see them. This required the patients to restart the process at another ATC, causing the patients significant delays. FE2 recalled a patient who was referred by the Stanford ATC to the UC San Diego ATC- which Iovance listed as active on its website- only to find that the UC San Diego ATC was not open. FE2 described this as a major problem, noting that Iovance should not have identified certain ATCs as operational.

108. FE2 noted that these were significant issues which management was well aware of and which prompted frequent meetings concerning site status. FE2 stated that Iovance consistently maintained these meeting minutes which VP Cell Account Therapy Steven Camiolo circulated, along with "action items." FE2 added that Defendant Ziegler often led these meetings.

109. FE2 received emails recommending that Iovance remove ATCs that were not truly active. However, FE2 stated that despite these recommendations, Iovance continued to "balance investor expectations" on the one hand with the operational realities of patient access and site readiness on the other.

110. FE2 stated that while Defendant Vogt claimed that there was strong demand for Amtagvi based on the increasing number of ATCs and Iovance's patient outreach, in truth robust demand was limited to just five or six high volume ATCs, *i.e.*, MD Anderson, Stanford, Moffit Cancer Center, Memorial Sloan Kettering and Massachusetts General Hospital. Most other ATCs in the U.S. that Iovance claimed to have onboarded, experienced extremely low patient demand. FE2 added that Iovance's top leadership placed significant pressure on Regional Account Directors to increase volume and identify at least one new patient a week, and that top management tracked these metrics "every day."

111. FE2 stated that Iovance's approach was broad rather than selective and management emphasized adding sites without regard to whether they could treat a meaningful

~~Case 5:25-~~ ~~F~~

volume of patients.

112. According to FE2, the C-Suite became aware of ATC-readiness issues early and consistently. FE2 recalled that there were weekly executive-level discussions focused on site numbers, activation status, and barriers to onboarding. FE2 participated in large commercial calls where management shared topline ATC updates, followed by more targeted updates to Brian Gastman and Peter Pietro.

113. FE2 stated that based on conversations FE2 had and first-hand knowledge of the developments at the ATCs, Defendant Vogt had "over-promised" from the outset and that maintaining Vogt's inflated expectations created ongoing pressure to update projections. Further, FE2 noted that internally employees understood that Iovance had "over-promised" from the outset and that Defendants' projections defied operational reality.

114. Additionally, contrary to Defendants' representations that the ATCs "could really fly," FE2 stated that many of the active ATCs were slow to become operational, cautious in adopting the therapy, or unable to move patients through the process efficiently. FE2 explained that because a large portion of referred patients were late-stage "last chance" cases who often deteriorated before treatment, this caused drop-offs and poor outcomes.

115. Further, and in contrast to Defendants' claims that Iovance dedicated substantial attention and resources to each individual ATC, FE2 stated that Iovance's Quality team was responsible for evaluating and conducting follow-up visits after ATCs were launched, but the ATCs did not receive significant resources from the field medical team after the centers signed up.

116. FE1 likewise stated that Iovance's true state of affairs when it launched Amtagvi was inconsistent with Defendants' claims concerning the number of ATCs.

117. FE1 served as Iovance's Senior Vice President of Technical Operations from May 2019 through February 2024. FE1 reported directly to Defendant Bilinsky when Bilinsky joined Iovance in March 2021. FE1 actively participated in and attended C-Suite and leadership meetings, discussions, and decisions concerning facility readiness, supply chain management, and logistics, including cryopreservation. FE1 also participated in meetings with the FDA concerning Amtagvi and Iovance's U.S. launch of Amtagvi along with the other C-

Suite executives, including the Individual Defendants.[6] FE1 and several members of Iovance's regulatory group worked together as a "tag-team" to align with the FDA and move the BLA for Amtagvi forward.

118. FE1 stated that the Individual Defendants regularly discussed ATC onboarding timelines, patient throughput, and manufacturing capacity in meetings FE1 attended. FE1 added that while FE1 was not present for every conversation, FE1's position as a senior leader allowed FE1 access to operational data, participation in critical conversations, and continuous exposure to the reports that reveal the true facts.

119. FE1 explained that the true number of ATCs that were fully trained, qualified, and capable of treating patients was much smaller than the number of ATCs that were "lined up" on paper.

120. FE1 described onboarding an ATC as a slow, resource-intensive process. Each site required four months of training, qualification, and validation before it could safely process tumor material without contamination. FE1 emphasized that many of the sites purportedly "onboard" never reached this level or readiness.

121. The onboarding pathway, far from being a simple process, FE1 explained, is an entire "food chain" from initial enrollment to insurance approval, to scheduling, to ensuring that a site could handle the 22-day manufacturing cycle and complex inpatient regimen.

122. FE1 explained that each treatment center must have specialized infrastructure to manage TIL therapy and maintain cryopreservation facilities. Centers required validated cryogenic storage, liquid-nitrogen handling capability, and staff trained to manage thawing and reinfusion procedures. FE1 noted that if a center lacks proper cryo-storage capability, "it doesn't matter"—they cannot treat patients regardless of whether they are listed as onboarded.

123. That certain sites lacked proper cryo-storage capability was well-known among executive leadership, including to Defendant Bilinsky who was deeply involved and had daily

[6] Iovance's FDA file for its BLA for Amtagvi, published by FDA on open.fda.gov in redacted form, confirms that Defendants Vogt and Bilinsky (among others, including FE1) attended Iovance's meetings with the FDA. For example, the December 20, 2023 late cycle meeting memorandum summarizing Iovance's November 20, 2023 Late Cycle Meeting concerning its BLA for Amtagvi with the FDA's Center for Biologics Evaluation and Research ("CBER") lists all individuals from Iovance attending the meeting, including Vogt and Bilinksy.

~~Case 5:25-~~ ~~F~~

meetings with the clinical operations team concerning site status.

124. FE1 stated that top management well understood these realities, *i.e.*, that the training timeline was long, contamination risk was high, and the operational burden on each site was substantial. Accordingly, FE1 stated, the ATC numbers Defendants publicly represented to investors overstated the true commercial readiness of the ATCs Iovance purportedly onboarded and did not reflect the constraints FE1 witnessed daily in meetings, reports, and operational reviews.

125. FE1 stated that many ATCs experienced readiness issues such as quality-related requirements, regulatory components and site-specific operational hurdles. FE1 stated that although contracts or onboarding agreements might have been executed, numerous centers were not in a position to treat patients anytime soon. FE1 bluntly described this as a gap between "counting" ATCs for Wall Street and the far smaller number of centers that were actually treatment ready.

126. FE1 stated that Iovance's internal data tracking site performance, readiness, and patient flow made this crystal clear. FE1 confirmed that the Company's public ATC counts overstated the number of sites truly capable of treating patients, and that there was a disconnect between Iovance's claims to investors and Iovance's operational reality, stating that Iovance "did a lot of fluff to make Wall Street happy."

**10. Iovance's Undisclosed Manufacturing Problems**

***a. Unbeknownst to Investors The FDA Limited Iovance to Manufacturing Only 30-32 Amtagvi Treatments, ~~are~~ Per Month***

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

127. As stated above, FE1 was responsible for overseeing Amtagvi's complete manufacturing and delivery system. FE1 defined this as the complete end-to-end infrastructure required to reliably produce, test, release, and deliver autologous cell therapy at a commercial scale. FE1 elaborated that this encompasses: 1) process and analytical development including the scientific work needed to modernize the 40-year old manufacturing process, 2) quality control and quality assurance, 3) internal manufacturing, including the iCTC, and 4) the logistics chain including scheduling, product movement, and coordination with clinical sites.

128. While Defendants represented that the iCTC had the capacity to support

~~Case 5:25-~~ ~~F~~

manufacturing enough Amtagvi for over 2,000 patients per year, FE1 stated that the initial build-out was only an empty shell, with just one quarter of the existing space completed. FE1 stated that when Iovance received FDA approval of Amtagvi the iCTC could not accommodate the stated 2,000 patient volume.

129. More importantly, FE1 explained that the FDA would not approve commercial operations of that scale without evidence of consistent, reproducible performance, which Iovance lacked. Instead, In order to obtain the FDA's approval to manufacture Amtagvi for 2,000 patients per year, Iovance needed to successfully demonstrate full-scale manufacturing runs, show end-to-end process control, and provide proof of no cross-contamination, defined procedures, and batch-to-batch salability.

130. FE1 participated in Iovance's meetings with the FDA concerning Amtagvi and addressed issues like supply shortages and assay failures. FE1 stated that in the month leading up to the February 2024 FDA approval and launch of Amtagvi, Iovance held multiple strategy meetings per week focused on defining how the iCTC would operate logistically at a commercial scale. FE1 stated that Defendant Vogt nominally managed the preparation for Iovance's commercial launch of Amtagvi but that Iovance gave Defendant Ziegler most of the responsibility.

131. FE1 explained that Iovance had "validated" 32 manufacturing slots per month. This meant, FE1 stated, that Iovance had demonstrated to the FDA during clinical trials of Amtagvi that Iovance could, *at maximum*, manufacture enough Amtagvi for 30 to 32 patients per month. And even achieving this number required tight control and constant oversight.

132. According to FE1, the FDA expected Iovance to operate at the manufacturing pace it had already demonstrated in clinical trials, *not* at the hypothetical future capacity Defendants disclosed to investors.

133. In other words, FE1 explained, the FDA required proof that Iovance could run reliably at that pace, under control, before granting Iovance approval for a higher throughput. FE1 stated that Iovance's executive leadership fully understood that Iovance's demonstrated capacity throughput of 30-32 slots per month was the ceiling on what it would be allowed to manufacture. According to FE1, while Defendants publicly represented that Iovance had

Case 5:25- F

capacity to support large-scale commercial operations of 2,000 slots per year, those claims were "disingenuous" because Iovance lacked the practical ability to do so. FE1 stated that while Defendants spoke in terms of theoretical capacity, the ***actual regulatory-controlled capacity was far lower and firmly dictated by what the FDA had approved based on Iovance's demonstrated performance.***

134. The FDA would not grant Iovance permission to manufacture more than 32 slots per month "out of the gate," FE1 explained, simply because Iovance claimed it could scale. FE1 emphasized that regulators required evidence, not projections, and Iovance's ability to reliably demonstrate only 30-32 manufacturing slots per month set a cap on what the FDA would authorize Iovance to manufacture.

135. FE1 explained that Iovance's manufacturing throughput was in turn dictated by the number of processing rooms and the fixed 22-day manufacturing process. Once tumor material entered the facility on "Day 0," the entire schedule was locked and each "batch" occupied a full slot for the 22-day duration.

136. FE1 emphasized that the number of FDA-licensed slots was firm and that Iovance's leadership understood that the only way to increase capacity was to present additional evidence to the FDA demonstrating proof of validated manufacturing runs and reproducible performance and data demonstrating the facility could reliably operate at a higher pace. Iovance's commercial manufacturing capacity was capped by the number of slots the FDA had approved, not aspirational planning models, according to FE1.

137. Additionally, FE1 explained that because of the slot limitations and treatment timelines, planning manufacturing capacity was extremely delicate, "like running a hotel" because only a fixed number of patients could be processed at once. Additionally, certain of these manufacturing slots were dedicated to patients in Iovance's confirmatory clinical trials, and Iovance had to constantly rebalance clinical and commercial manufacturing slots.

138. FE1 stated that Defendant Vogt was fully aware of these performance constraints and capacity limitations and participated in the above-referenced strategic meetings and received regular updates. FE1 personally attended numerous meetings with Defendants Vogt and Ziegler to determine how fast the commercial launch could realistically ramp.

~~Case 5:25-~~ ~~F~~

139. FE1 stated Defendants Bilinsky and Ziegler also received weekly briefings as Iovance prepared to commercially launch Amtagvi. Further, FE1 explained that if members of the leadership team did not attend the physical meetings they received meeting minutes and capacity reports. FE1 confirmed that all VP-level leaders- including those in charge of regulatory and quality, were aware of the FDA's expectations regarding capacity and reliability.

140. Further, FE1 reported that the 135,000 foot iCTC was never fully utilized and that Iovance lacked the time, resources, and cash flow to develop the systems necessary to run a facility of that size. FE1 explained that Iovance never invested enough to fully prepare the plant for operation. The initial build out of the iCTC was just an empty shell, with only one-quarter of the space completed. FE1 described this as "awkward" because Iovance's top leadership knew they would never launch at maximum capacity yet continued to speak as though that level of throughput was achievable.

141. FE1's own knowledge and insights, FE1 explained, are based on FE1's position as a senior leader at Iovance which provided FE1 with access to operational data, participation in key conversations with management, responsibility for Amtagvi's commercial launch, and continuous exposure to the personnel, reports, and performance metrics reflecting Iovance's true underlying operational reality.

142. FE1 stated that Iovance maintained several sophisticated databases tracking performance, financial assumptions, manufacturing success rates, and technical challenges.

143. FE1 stated that when FE1 reviewed Iovance's 2025 Guidance, FE1 "shook his head" because achieving the 2025 Guidance would have required a dramatic and unprecedented step-change in both manufacturing capacity and ATC and patient enrollment.

### ***b. Iovance's Antiquated Manufacturing Technology Was Insufficient to Support the Large Scale Commercial Launch Defendants Represented***

144. FE1 stated that prior to and at the time of Amtagvi's launch, Defendants had ongoing concerns about Iovance's ability to manufacture Amtagvi. FE1 stated that the Company's manufacturing process was fundamentally manual, highly scheduled, and not designed to propagate cells at a true commercial scale. Iovance's labor-intensive process could

~~Case 5:25-~~ ~~F~~

not be scaled up to meet the expectations of a major pharmaceutical manufacturer, or the manufacturing capacity Defendants represented to investors. Iovance built the cost structure associated with manufacturing Amtagvi on a 40-year-old antiquated process from 1985 research and development lab methods which Iovance did not modernize, FE1 explained. FE1 stated that Iovance refused to invest in updated technology.

145. One of Iovance's most persistent operational challenges, according to FE1, was the constant battle to keep Iovance's manufacturing operation running without major shutdowns, contamination events, or clean-room failures. FE1 stated the facility required "extreme measures" to maintain sterility, and even minor deviations could trigger inspections, shutdowns, or batch loss. The clean rooms were difficult to keep in control and the risk of contamination was ever-present. FE1 elaborated that the largest vulnerability came from tumor tissue, which can naturally carry bacteria and other contaminants, entering the manufacturing plant. The team routinely discussed this risk, particularly given the 30-40 year-old technology underlying the manufacturing process. FE1 described maintaining sterility as requiring constant close vigilance.

#### *c. Iovance's OOS Manufacturing Rate Was 50% at Launch, Leading to Lower Revenues and Undermining Defendants' Guidance*

146. During the commercial manufacturing process Amtagvi can become out-of-specification (OOS), meaning the product falls outside commercial specifications and cannot be used for treatment. Iovance treats OOS product as a research and development expense.

147. While Defendants represented to investors that OOS rates were improving, the opposite was true. Higher OOS rates of course meant lower revenues. When product is out-of-specification it is unusable and not billable.

148. FE1 explained that the OOS rate worsened after the FDA approved Amtagvi, because the FDA required the Company to redefine potency expectations. FE1 stated that after reviewing the data in the clinical trial, the FDA raised the threshold for the acceptable cell range from 1-billion cells for a positive clinical outcome to 7-billion cells, a significantly higher hurdle. Accordingly, FE1 explained, the FDA's requirement of a higher potency threshold increased the number of batches that failed to meet clinical manufacturing

Case 5:25- F

specifications.

149. FE2 corroborates FE1. FE2 stated that Iovance experienced numerous OOS problems with Amtagvi in the commercial manufacturing setting which affected revenue. FE2 stated that when Iovance launched Amtagvi in February 2024 the OOS rate was a whopping 50%. FE2 explained that the high OOS rate reduced both patient volume and revenue. The high OOS rate was driven by manufacturing and patient-selection issues, including disease progression. Indeed, FE1 confirmed that Iovance's older manufacturing system simply expanded a patient's T-cells to whatever the patient's own biology allowed and was not designed to reliably hit a specific number.

150. FE2 recalled that Iovance formed a committee to address OOS failures and that the combination of manufacturing instability and late-stage patients meant many individuals never received Amtagvi. FE2 stated that these factors undermined demand, revenue, and Iovance's ability to meet Defendants' publicly stated projections. FE2 noted that a 40-50% OOS rate is not financially sustainable for Iovance. Further, FE2 noted that many ATCs grew frustrated, as OOS failures prevented patients from receiving treatment, which reduced enthusiasm and slowed momentum.

### 11. Unbeknownst to Investors, Patient Drop-Offs and the Volume of Low Quality Patients Skyrocketed When Iovance Launched Amtagvi and Continued Throughout the Class Period

151. According to FE2, many of the patients that were signed up to receive Amtagvi treatment were poor therapeutic candidates, often the "worst of the worst" cases in terms of having advanced melanoma. If patients are too sick they are unable to safely tolerate treatment and may not remain stable long enough to complete the treatment process. This inappropriate pipeline of patients contributed to higher patient drop-off rates.

152. FE2 explained that the patient selection process became a major point of contention. The Commercial team, (which Ziegler ran) wanted to bring in "any and all" eligible patients to drive volume, whereas the Medical Affairs team pushed for more disciplined patient selection to avoid poor outcomes in late-stage, high risk patients.

153. FE2 stated that weekly patient drop-off levels approached 40-50%. FE2 explained

Case 5:25- F

that a combination of the clinical condition of the patients and manufacturing constraints (OOS product) drove this high rate.

154. FE2 confirmed that the high rate of patient drop-offs was a significant concern which Defendants openly recognized internally as one of the central problems facing Iovance's commercial launch of Amtagvi. Fixing the problems of high patient drop-off rates and OOS product was a constant, daily focus, FE2 added. Iovance's leadership held frequent meetings dedicated to identifying solutions, which contribution to high turnover at the Company, FE2 stated. FE2's direct supervisors, who were surgeons, were heavily involved in efforts to address these problems and held meetings with Iovance's executive leadership, including Defendant Vogt, providing them with details of these issues as they developed.

155. Based on FE2's position and knowledge as well as conversations FE2 had with leadership, FE2 stated that it was apparent that demand trends were not reaching the level Defendants expected. Growth in demand fell below internal targets and the volume of Amtagvi orders consistently fell short of expectations. FE2 stated that as more ATCs came online, demand improved only modestly. FE2 recalled that top management continued to apply pressure to "find patients" despite knowing that underlying demand did not match their projections.

156. FE2 stated that the OOS rate, manufacturing instability, and poor patient selection collectively undermined Iovance's ability to meet the financial guidance Defendants issued. FE2 characterized these as "major, major problems" which Defendants were aware of at all times.

### 12. Contrary to Defendants Representations, Iovance Lacked Adequate Manufacturing Personnel and the iCTC "Maintenance" Caused Major Disruptions

23.157. FE3 served as a Quality Operations specialist for Iovance from January 2025 until August 2025. FE3 worked at the iCTC. As a Quality Operations Specialist, FE3 reviewed batch records, conducted at authorized treatment centers ("ATCs") in the Unitedsoft inspections on the manufacturing floor to ensure clean rooms, and monitored project completion.

158. FE3 expressed concerns regarding the integrity of Iovance's operations at the iCTC

**Formatted:** Justified, Indent: Left: 0", First line: 0.5", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers, Tab stops: 0.89", Left + 0.89", Left + 1.39", Left + Not at 1.5"

**Formatted:** Font: 14 pt

**Formatted:** Font: 14 pt, Not Expanded by / Condensed by

**Formatted:** Font: 14 pt

~~Case 5:25-~~ ~~F~~

and stated that colleagues had similar reservations. For example, despite the controlled and precise nature of the work at issue, FE3 stated that Iovance had no employee onboarding process. According to FE3, quality control staff lacked experience, and manufacturing employees were unqualified. FE3 noted that several manufacturing employees at the iCTC struggled with basic math.

159. Further, FE3 reviewed batch records and found issues with rounding and procedural steps for product approval. FE3 reported that records were often poor, requiring FE3 to enter manufacturing areas to review them later and conduct thorough desk reviews once the batch work had finished.

160. FE3 stated that production batches often did not align with quality expectations. Timing issues arose regarding the receipt and delivery of tumors, and training new personnel took considerable time due to staff shortages and turnover.

161. FE3 stated that the quality of batches produced suffered because many staff members were inexperienced, having joined straight from school and then immediately encountering work under strict aseptic conditions.

162. Further, FE3 noted that employees often lacked sufficient industry experience causing tension with seasoned staff and frustration from qualified personnel who did adhere to FDA, ISO (*e.g.*, quality management and cleanroom standards) and ICH (harmonized global rules for drug approval and manufacturing) standards. FE3 stated that the iCTC had few staff from medical affairs.

163. FE3 attended a town hall meeting during the first two weeks of working at Iovance, which took place during the first quarter of 2025. Discussion at the meeting focused on expanding the business at the iCTC and potentially hiring up to 150 additional employees. FE3 recalled that during talks regarding expanding the iCTC the team considered projections for the number of clean rooms on site and evaluated how many could be operational within a short timeframe.

164. FE3 stated that there were too few functional clean rooms for Iovance to meet its targets, and that while the office space and executive suites were completed, the wing with clean rooms remained under construction. FE3 added that to build on the other side of the

~~Case 5:25-~~ ~~F~~

iCTC building, which would enable completion of the clean rooms and increase production, Iovance needed to schedule a maintenance shutdown.

165. FE3 also noted numerous problems at the iCTC including poor documentation, inadequate patient privacy, compromised storage security due to pests, substandard sterile environment layout, labeling deficiencies, and unresolved infrastructure issues such as leaks and power outages.

166. FE1 confirmed that Iovance lacked a fully built-out quality control team, further hindering its ability to execute the large-scale commercial launch it represented to investors.

167. These on-the-ground quality and staffing problems at the facility responsible for manufacturing Amtagvi only exacerbated and served to further contribute to the OOS levels FE1 and FE2 described above.

168. Relatedly, FE2 stated that the reduction in capacity at the iCTC which Defendants characterized as "annual scheduled maintenance" was a major issue that the Individual Defendants were aware of. FE2 stated that annual scheduled maintenance does not typically occur in the first quarter, and typically only takes one week. FE1 likewise stated that maintenance typically occurs at year-end and should not take two weeks because it involves simple tasks like cleaning rooms. FE1 further stated that annual maintenance does not require the facility to be shut down entirely.

169. FE2 stated that patients were sitting in queue waiting for treatment and unexpectedly had to be rescheduled due to iCTC maintenance. FE2 added that patients are usually "surged" before maintenance to ensure production, with another surge occurring when maintenance concluded. FE2 stated that Iovance held All Hands meetings to discuss the Company's lack of preparation and the disruption that the maintenance was causing.

**B. Materially False and Misleading Statements**

170. On November 7, 2023, Iovance filed an 8-K with the SEC with a press release on Exhibit 99.1 highlighting Iovance's third quarter 2023 financial results and providing an update on the upcoming anticipated FDA approval of Amtagvi and Iovance's commercial launch of the product ("November 2023 8-K"). The 8-K noted Iovance's anticipated FDA approval of Amtagvi in February 2024. As to onboarding ATC's the 8-K represented: "Pre-

~~Case 5:25-~~ ~~F~~

approval onboarding steps to treat melanoma patients with lifileucel upon approval ***have been completed at approximately 30 ATCs.*** Approximately 50 ATCs are expected to be onboard within 90 days of the PDUFA date…" As to Iovance's ability to manufacture Amtagvi the 8-K represented: "The Iovance Cell Therapy Center (*i*CTC) is currently manufacturing TIL therapies for clinical trials while executing activities to support BLA review in preparation for initiating commercial supply. ***The iCTC facility currently has annual capacity to supply TIL therapies for 2,000+ patients***, with buildable shell space to ultimately supply TIL therapies for 5,000+ patients.

171. First, the above statement about pre-approval onboarding "completed" at "30 ATCs" was materially false and misleading because Defendants knew but omitted to disclose that only a small number of these ATCs could actually treat patients with Amtagvi, and that in truth many of them lacked the training, qualification, validation, and cryo-storage facilities that were necessary prerequisites to being able to treat patients with Amtagvi. Defendants had actual knowledge that many of the centers they claimed were onboarded would not be in a position to treat patients anytime soon because Defendants closely tracked and focused on ATC metrics every day. Second, the above statement about the iCTC's current capacity was materially false and misleading because Defendants knew that the iCTC was only an empty shell with just one quarter of the existing space completed that could not accommodate volume of 2,000 patients annually, and that Iovance lacked the manufacturing technology at the iCTC to produce a supply of Amtagvi for 2,000 patients per year. Further, Defendants were aware that throughout the Class Period Iovance experienced major manufacturing instability attributable to problems maintaining sterility and lack of sufficient qualified staff at the iCTC.

172. Also on November 7, 2023, Defendants convened a conference call with investors to discuss Iovance's upcoming launch and commercialization of Amtagvi ("Q32023 Investor Call"). Defendants Vogt, Bilinsky, Bellemin and Ziegler, among others participated in the call. In prepared remarks Bilinsky stated: "the ICTC is ***currently*** built to supply products for more than 2,000 patients annually in the U.S. and our planned geographic expansion." Bilinsky turned over the call to Ziegler who issued prepared remarks concerning the status of ATCs. Ziegler stated:

~~Case 5:25-~~ ~~F~~

Today, I will highlight onboarding for our Authorized Treatment Centers or ATCs, payer engagement and commercial operational readiness activities. First, onboarding is a strong indication of ATC commitment and Lifileucel demand. Today's press release provided our first status update on ATC onboarding. ***Approximately 30 centers have completed preapproval onboarding steps to establish their TIL service line capabilities. These centers are educated in all aspects of the Lifileucel treatment regimen with staff and processes to begin treating patients pending the approval.***

***Previously, we shared our goal to onboard 40 ATCs within 90 days of the PDUFA date. Based on our onboarding progress, we now expect to onboard approximately 50 centers within 90 days of the PDUFA date.*** We are also planning a disciplined approach to organize and schedule each ATC for their first treatments with full Iovance support. We believe a positive initial experience will drive long-term success and peak revenues.

173. As to these ATCs, Defendants represented that they were "ready to go," despite knowing that many lacked the infrastructure and ability to treat patients with Amtagvi:

Colleen Margaret Kusy, *Robert W. Baird & Co. Incorporated, Research Division*

Congrats on all the progress and on the launch prep. So a clarifying question on the 30 centers who have completed the ATC preparation, theoretically, if Lifileucel were approved today, ***could those centers start preparing to dose a patient today or kind of what else needs to be done for those patients to start using Lifileucel once it's approved***, once they're through the training?

Frederick G. Vogt

Yes. Jim can answer this in more detail. Colleen, but ***yes, basically, these guys are ready to go***. Jim, do you want to give a little bit more detail here?

James Ziegler

Sure. Thanks, Colleen. Just real quickly, what we've done to date on the preapproval onboarding is, ***we worked this with the centers to develop their TIL service line, which includes the clinical end-to-end education and training with [ med-on ] surgeons, cell therapy. We've operationalized the tumor journey in terms of building out workflows, SOPs, coordination and procedures on all of the logistics from OR, chain of identity, chain of custody to product handling and logistics***. And we've worked extensively on the reimbursement front. ***So when we say that these centers are ready to go, they're ready to go.***



**Formatted:** Font: 14 pt, Underline
**Formatted:** Font: 14 pt, Underline, Not Expanded by / Condensed by
**Formatted:** Font: 14 pt, Underline
**Formatted:** Font: 14 pt, Underline, Not Expanded by / Condensed by
**Formatted:** Font: 14 pt

Case 5:25- F

174. The foregoing statements about the number and status of ATCs purportedly "ready to go" were materially false and misleading because Defendants knew but omitted to disclose that only a small number of these ATCs could actually treat patients with Amtagvi, and that in truth many of them lacked the training, qualification, validation, and cryo-storage facilities that were necessary prerequisites to being able to treat patients with Amtagvi. Defendants had actual knowledge that many of the centers they claimed were onboarded would not be in a position to treat patients anytime soon because Defendants closely tracked and focused on ATC metrics every day and Iovance's internal data tracking site performance, readiness and patient flow made this crystal clear.

175. On the call, Defendant Vogt responded to an analyst's inquiry about Iovance's manufacturing capacity:

> Benjamin Jay Burnett *Stifel, Nicolaus & Company, Incorporated, Research Division*
>
> I wanted to go back and ask another question about just the capacity. I understand that the FDA will sort of help define the capacity at launch just in terms of the number of slots that are available for commercial use. ***But I guess can you frame for us just maybe like an upper limit of the capacity that you feel like you can handle now?***
>
> Frederick G. Vogt
>
> ***Yes, Ben, the facility right now is actually constructed to go even beyond 2,000 patients a year at our facility.*** And then on top of that, we have our CDMO, Wuxi that has considerable capacity until we haven't disclosed exactly what that is, but it's quite large. It could represent a good portion of our capacity at launch. ***So that's really the max that we've got constructed today without the need for additional capital.***
>
> Benjamin Jay Burnett
>
> ***And does that include like the personnel required to sort of run that type of capacity at that level?***
>
> Frederick G. Vogt
>
> ***Yes. The majority of that personnel is in place*** and the rest of it can be put in place very quickly.

176. The above statement about the iCTC's current capacity was materially false and misleading because Defendants knew that the iCTC was only an empty shell with just one



Formatted: Font: 14 pt, Underline
Formatted: Font: 14 pt, Underline, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Underline
Formatted: Font: 14 pt, Underline, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Underline
Formatted: Font: 14 pt, Underline, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Underline
Formatted: Font: 14 pt, Underline, Not Expanded by / Condensed by

~~Case 5:25-~~ ~~F~~

quarter of the existing space completed that could not accommodate volume of 2,000 patients annually, and that Iovance lacked the manufacturing technology at the iCTC to produce supply of Amtagvi for 2,000 patients per year.

177. Then, on February 16, 2024, Iovance announced that the FDA approved its BLA for Amtagvi to treat advanced melanoma. Iovance held a "Special Call" with investors to discuss the launch of Amtagvi ("February 2024 Special Call"). Defendants Vogt, Ziegler, Bellemin, and Bilinsky, among others, participated in the call.

178. Ziegler represented, in prepared remarks, that the 30 ATCs purportedly onboard had all necessary elements in place to immediately begin treating patients:

Ziegler

> First, onboarding is a strong indication of ATC commitment in AMTAGVI demand. ***Today, approximately 30 ATCs have established their TIL service line capabilities. These centers are educated in all aspects of the AMTAGVI treatment regimen with staffing, training and processes in place to immediately proceed towards treating initial patients.*** Additional centers are completing final onboarding in the coming weeks and we remain on track to have more than 50 ATCs within 90 days of the original PDUFA date of February 24, 2024. Many ATCs have patients already identified and we look forward to supporting them throughout the journey.

179. In response to an analyst's question about "visibility on how many patients you think could happen this year the number of patients this year," Vogt represented that there would be a lot of patients "***at each center.***":

Michael Jonathan Yee *Jefferies LLC, Research Division*

> Congrats on the approval, a long-awaited approval and a great day for you guys. We had maybe 2 questions. One was thinking about the launch this year and your preparedness. Can you just comment on your expected annual price with the Proleukin, what you're thinking there? ***And then your visibility on how many patients do you think could happen this year***? Maybe talk a little bit about that and any bullets.

Frederick G. Vogt

> …Yes, we expect the bolus of patients coming through as we – as the product launches and we start to see the manufacturing flow, we'll be able to talk more

**Formatted:** Font: 14 pt, Underline

**Formatted:** Font: 14 pt, Underline, Not Expanded by / Condensed by

**Formatted:** Font: 14 pt, Underline

**Formatted:** Font: 14 pt, Underline, Not Expanded by / Condensed by

~~Case 5:25-~~ ~~F~~

about how we expect the launch curve to go. ***But as of right now, we're built for a very significant launch, as you know, and we're expecting a lot of patients at each center.*** And we have the -- we're planning for approximately 30 centers at the time of launch.

180. Ziegler further confirmed that the Iovance's "team" had been working with ***each*** of the 30 purportedly onboard ATCs and completed the detailed steps necessary for onboarding so that they could start treating patients immediately:

Reni John Benjamin *JMP Securities LLC, Research Division*

Got it. And maybe just a follow-up for Jim. ***You mentioned TIL service line capabilities that these 30 ATCs have already established that. What exactly is that? And is that kind of like the last step on in terms of getting on board? So -- but once they have that, they're ready to start treating patients like tomorrow if they needed to?*** Or is there something else remaining?

James Ziegler

No, ***that's pretty close to.*** Let me just describe it in a little bit more detail. So what our team has been doing up to this point is educating on 3 areas. ***First, clinical, really making sure that the end-to-end clinical management and the patient journey are well understood by medical oncologists, surgeon and the cell therapy teams.*** That's the essence of operationalizing a TIL service line at the ATC. ***The second component is really important because it's the operational aspects really around the tumor journey, making sure that we have all systems and processes in place, in the OR, chain of identity, chain of custody, product handling, logistics, all of the sort of critical elements of handling the life cells of each and every patient***. And then the third aspect is the administrative and reimbursement. So there's different levels of training that we do, and there's a certification process that every center and everyone that's involved has to go through. ***That's really the last step that we're completing right now.***

181. When an analyst pressed Vogt for more detail about how many patients each of these onboarded ATCs were prepared to treat patients with Amtagvi, Vogt represented that all were ready to "handle anywhere from a few patients a month to several times that," despite knowing that some sites were in no such position.

Tyler Martin Van Buren, *TD Cowen*

Can you guys give more granularity on ***how many patients might be lined up***

~~Case 5:25-~~ ~~F~~

***now with the 30 centers waiting for AMTAGVI treatment?*** And also how many patients per month these centers might be able to treat in the early innings of the launch versus where that could go over time?

Vogt

So at each center, we think ***there's a backlog of a number of patients right now.*** We know that from our expanded access program that we ran up until recently, and so we have centers that could have a number of patients. I can't give you exact numbers because ***this varies from a few patients all the way up to patients that are in double digits, waiting for AMTAGVI at the sites***. ***The sites*** as you probably know, we spend a lot of time talking about this, ***can handle anywhere from a few patients a month to several times that.***

182. Ziegler added that ***each*** of these centers had patients lined up for treatment:

Ziegler

We are prepared to launch with a significant number of centers, among the highest for a cell therapy launch. ***And each one of these centers have invested a lot of time, energy and effort because they have patients waiting*** who right now don't have viable options after progression on checkpoint inhibitor.

183. Ziegler's and Vogt's above statements to analysts in the context of specific questions about the readiness of the ATCs supposedly "onboard" were materially false and misleading when made because Defendants knew but omitted to disclose that only a small number of these ATCs could actually treat patients with Amtagvi, and that in truth many of them lacked the training, qualification, validation, and cryo-storage facilities that were necessary prerequisites to being able to treat patients with Amtagvi. Defendants had actual knowledge that many of the centers they claimed were onboarded would not be in a position to treat patients anytime soon because Defendants closely tracked and focused on ATC metrics every day and Iovance's internal data tracking site performance, readiness and patient flow made this crystal clear.

184. When an analyst asked how much manufacturing capacity Iovance had both in terms of what the FDA allowed and what Iovance could produce Bilinsky dodged the question about capacity and represented that neither posed any constraints:

~~Case 5:25-~~ ~~F~~

Yanan Zhu, *Wells Fargo*

…But in terms of the allowed capacity by the regulator how does that compare with your expectation? And how much runway do you think that provides in terms of growing the launch?

Bilinsky

So there are 2 parts to that. On the one hand, ***we are in a strong position to meet U.S. demand for launch and clinical trials, between iCTC and our contract manufacturer***. And the second part is what the FDA allows. ***So the capacity demonstration submitted to the BLA is higher than the current projections we have for launch. So we actually have a lot of flexibility to increase capacity further by hiring additional staff before we need to go back to the FDA and request approval for additional capacity. And the additional expansion at iCTC is actually already underway, which will further significantly increase capacity over the next few years.***

185. Bilinksy's above statement about manufacturing capacity was materially false and misleading because Bilinksy knew that iCTC was only an empty shell with just one quarter of the existing space completed that could not accommodate volume of 2,000 patients annually. Additionally, Bilinsky knew, because he attended the FDA meeting, that Iovance only had FDA clearance to manufacture Amtagvi for 30-32 patients per month (a maximum of 384 patients per year). Further, Bilinksy knew that Iovance experienced major manufacturing instability attributable to problems maintaining sterility, and lack of sufficient qualified staff at the iCTC.

186. On February 28, 2024, Iovance filed an 8-K with the SEC with a press release on Exhibit 99.1 highlighting Iovance's fourth quarter and full year 2023 financial results and proving an update on the commercial launch of Amtagvi since having received FDA approval two weeks prior ("February 2024 8-K") and filed its annual report on Form 10-K with the SEC for the fiscal year ended December 31, 2023 ("2023 10-K"). The February 2024 8-K stated that "***onboarding is complete*** at approximately 30 U.S. authorized treatment centers (ATCs) and approximately 50 ATCs are expected to be onboard by the end of May."

187. Also on February 28, 2024, Defendants convened a conference call with investors

Case 5:25- F

to discuss the Company's financial results and the commercialization and launch of Amtagvi ("FY2023 Investor Call"). Defendants Vogt, Ziegler, Bilinsky and Bellemin, among others, participated in the call.

188. In prepared remarks Defendant Ziegler again highlighted the "strong level of ATC commitment with 30 onboard today:"

> There is strong level of ATC commitment with 30 onboard today. These onboarded ATCs are engaged in various stages of the process, including patient identification, reimbursement authorization, scheduling and tumor tissue procurement and manufacturing.
>
> In the less than 2 weeks following approval, the majority of our activated ATCs have at least 1 identified patient and are in the process of establishing financial clearance for reimbursement, including prior authorizations and single-case agreements. There are at least 20 patients in the process, which includes 10 patients with schedule or pending manufacturing slots. The number of ATCs engaged in this process reflects the high unmet need and a sense of urgency to offer Amtagvi for their advanced melanoma patients. In addition, we continue to onboard and remain on track to have approximately 50 active ATCs in total by the end of May.

189. In response to an analyst's question about the ATCs that were purportedly onboard, Vogt represented that they were "ramping right away:"

> Reni John Benjamin, *JMP Securities LLC, Research Division*
>
> Yes. So I'm just trying to understand ***from the ATCs that are on board, are they, like you have the patients going through the process.*** Is each ATC pretty much putting 1 patient on and then they're kind of to wait until an infusion takes place before they bring another patient on? Or are you seeing ATCs putting 2 or 3 patients on and they've just go ahead and ramping right away?
>
> Frederick G. Vogt
>
> ***They're ramping right away. That's the easy question. They're ramping right away.*** They're not limited in any way by that.

190. With respect to the 50 ATCs that would be onboarded by the end of May, Ziegler represented that those were the "top centers" which would "pick up the significant portion of



**Formatted:** Font: 14 pt, Underline
**Formatted:** Font: 14 pt, Underline, Not Expanded by / Condensed by
**Formatted:** Font: 14 pt, Underline
**Formatted:** Font: 14 pt, Underline, Not Expanded by / Condensed by

~~Case 5:25-~~ ~~F~~

the treated patients in the country" in the following colloquy with an analyst:

> Joseph Michael Catanzaro, *Piper Sandler*
>
> I know it's still the early days, but with the 50 ATCs planned to be onboarded by the end of May, are there any plans to add ATCs beyond that? And if so, to what extent? And what's the timing around that?
>
> Vogt
>
> …Maybe Jim, we can talk a little bit about the plan for the 50…
> …
>
> James Ziegler
>
> Joe, this is Jim. ***The 50 ATCs that we identified by the end of May is going to pick up the significant portion of the treated patients in the country. We will continue to monitor the need to expand from that point. But what we want to do is make sure that with these top centers, we've reinforced success. We build their service line and make sure that they're successful in the treatment***. And just a reminder, what I had mentioned before, like the CAR T market, ***there's a concentration of care at the top centers. We expect the top 40 to do about 80% of all the treatments for Amtagvi.***

191. The foregoing statements in the February 2024 8-K and Investor Conference call were materially false and misleading because Defendants knew but omitted to disclose that only a small number of these ATCs could actually treat patients with Amtagvi, and that in truth many of them lacked the training, qualification, validation, and cryo-storage facilities that were necessary prerequisites to being able to treat patients with Amtagvi. Defendants had actual knowledge that many of the centers they claimed were onboarded would not be in a position to treat patients anytime soon because Defendants closely tracked and focused on ATC metrics every day and Iovance's internal data tracking site performance, readiness and patient flow made this crystal clear. Defendants were not ensuring success and onboarding of "the top centers." Instead, they were blindly executing contracts on paper with centers that had no ability to treat patients. The ATCs "onboard" were also not "ramping right away" as many of them lacked the ability to safely treat patients with Amtagvi.

Case 5:25- F

192. On the same call, Bilinksy and Vogt responded to analyst questions concerning manufacturing capacity, Iovance's manufacturing success rate, and the number of patients per ATC:

Dina Elmonshed *Jefferies LLC, Research Division*

Just wanted to say congrats again on the approval and thanks for the update today. ***Just a quick question on how we should think about the cadence of how patients would be treated in the coming months?*** I know you mentioned that you have the 20 patients, sort of in process, and those could be infused weekly. ***But how can we sort of think about the bolus and the cadence of how many new patients would be identified per site in the next coming months***? ***And just quickly on the slots and capacity, how many slots were actually approved by the FDA?*** And ***is the manufacturing success rate likely to be in spec of at least 80%?*** Or how should we model and assume that?

Frederick G. Vogt

Formatted: Font: 14 pt, Underline
Formatted: Font: 14 pt, Underline, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Underline
Formatted: Font: 14 pt, Underline, Not Expanded by / Condensed by

Yes. So on the cadence of treatment, we expect essentially a large bolus to go through this. As you can see from all the banks and the analysts getting KOL calls and stuff like that, there's a lot of patients waiting for Amtagvi, so we think we're going to be really busy here for the next couple of months. And then after that, we think we're going to continue to be busy, as you can see from the same KOL interactions, ***most of the sites have several patients a month. And when you average that all out, across 30, moving to 50 ATCs, that's a very large number of patients every month for us to contend with***. So we expect the cadence to essentially be a bolus and then move to a steady state.

***On slots and capacity, we haven't actually publicly disclosed the total amount of slots that we've got*** between WuXi and our iCTC facility creates enormous and I think ***we'll be able to handle any load that comes in what we got, and we're very happy with the fact that the FDA gave us a lot of space to be on manufacture.***

***And then regarding the success rate, we don't really -- we can't really disclose at this point what the percentages and what's happening. We don't really know yet***. We're still working on that, still testing. ***We think it's going to be quite high, and we will be successful in manufacturing in vast majority of cases.*** But again, we're only 12 -- literally 12 days in the launch right now. So we still need a bit of time to figure that out.

193. Bilinsky also represented that Iovance had "ample capacity" and designed its

~~Case 5:25-~~ ~~F~~

capacity "understanding the preferences of each and every ATC."

Bilinksy

So we have -- as I mentioned, we have ample capacity to support launch as well as the clinical trials. ***And the way we designed our capacity, part of that was extensive research, understanding the preferences of each and every ATC*** about the typical surgery dates and all of that accounted for in our plan. So we expect to accommodate basically be completely flexible as to what ATCs need to do and provide all the capacity they need to treat all the patients who are in the queue right now and as additional ATCs on board, we plan to do the same.

194. Vogt's and Bilinksy's above statements concerning the number and status of ATCs were materially false and misleading for the same reasons set forth in ¶191 above. Vogt's and Bilinksy's above statements concerning manufacturing capacity and the manufacturing success rate were materially false and misleading because the FDA had only granted Iovance clearance to manufacture Amtagvi for 30-32 patients per month. Nor did the iCTC have the "capacity to handle any load" because Iovance lacked the manufacturing technology to operate at a commercial scale and experienced major manufacturing instability attributable to problems maintaining sterility and lack of sufficient qualified staff at the iCTC to support large scale manufacturing. Additionally, Bilinsky and Vogt could not reasonably anticipate the manufacturing success rate to "be quite high" because the OOS rate at the time of Amtagvi's commercial launch was 50%, which was caused in part by the FDA's materially increasing (by seven times) the potency threshold for the manufacture of Amtagvi when it approved the BLA (which in turn led to higher manufacturing batch failures). This was materially out of line with the OOS rate in the clinical trial which was 15-20%.

195. On May 9, 2024, Defendants issued a press release, disclosing financial results for the first quarter ended March 31, 2024, and providing an update on the launch of Amtagvi ("1Q2024 8-K"). The press release touted "100+ Amtagvi Patients Enrolled Across More than 40 Current Authorized Treatment Centers (ATCs) with ~50 Total ATCs on Track by End of May and 70+ Total ATCs by Year-End 2024." The press release represented that another 10 ATCs had completed the onboarding process since the launch: "***Onboarding is complete at more than 40 U.S. ATCs, up from 30 initial ATCs at approval.*** Iovance remains on track to

Case 5:25- F

onboard approximately 50 ATCs by the end of May 2024 and expects to have more than 70 ATCs onboarded by the end of 2024."

196. Also on May 9, 2024, Defendants convened a conference call with investors to discuss Iovance's financial results and the progress of Amtagvi's commercial launch. ("1Q2024 Investor Call"). Defendants Vogt, Ziegler, Bilinsky and Bellemin, among others, participated in the call.

197. In prepared remarks Vogt touted: "As of today, more than 100 patients are already enrolled for Amtagvi therapy and most are expected to be ready for infusion across the second and early third quarters of 2024. In addition, more than 60 additional patients have been identified at ATCs and are expected to enroll soon. ***We remain on track to have 50 total ATCs by the end of this month***. *We also set a new goal of at least 70 ATCs by the end of this year, representing the largest ever number of ATCs for cell therapy launch.*"

198. Also in prepared remarks, Ziegler echoed Vogt's emphasis on the importance of ATCs in terms of driving the success of the commercial launch of Amtagvi:

> ATCs are the key driver of demand and patient enrollments for Amtagvi. ***Launching with 30 ATCs*** was a testament to the significant unmet need in advanced melanoma and each center's high level of commitment to offering Amtagvi for their patients. ***Today, there are more than 40 ATCs***, and we remain on track to meet our goal of 50 total ATCs by the end of May. Due to increasing interest by hospitals that offer Amtagvi, we are now targeting at least 70 total ATCs by the end of the year…. We are observing month-over-month growth, and we anticipate sustained growth throughout the year as the number of ATCs expand, and there is broader utilization of Amtagvi.

199. The above statements in the 1Q2024 8-K and Investor Conference Call concerning the number and status of ATCs were false and misleading and/or omitted material information necessary to make them not misleading because Defendants knew but omitted to disclose that only a small number of these ATCs could actually treat patients with Amtagvi, and that in truth many of them lacked the training, qualification, validation, and cryo-storage facilities that were necessary prerequisites to being able to treat patients with Amtagvi. Defendants had actual knowledge that many of the centers they claimed were onboarded would not be in a position to treat patients anytime soon because Defendants closely tracked and focused on

Case 5:25- F

ATC metrics every day and Iovance's internal data tracking site performance, readiness and patient flow made this crystal clear.

200. Also on the Investor Conference Call, Bilinsky discussed the iCTC's ample capacity to manufacture Amtagvi:

> Today, I'd like to highlight our current manufacturing capabilities…
>
> Turnaround time has been on target with initial launch expectations of approximately 34 days from receipt of tumor tissue to return shipment of Amtagvi the ATC, which is then followed by lymphodepletion and infusion. We are confident in our capacity to meet the current and projected demand of the U.S. launch in our clinical trials as well as to support Iovance's planned future growth. ***ICTC, as built today, has the capacity to provide TIL therapies for more than 2,000 patients per year.*** *A competent manufacturing team is important in biotech and cell therapy in particular.* ***Right now, we are staffed appropriately for launch.***

201. Bilinsky's statement concerning the iCTC manufacturing capacity was materially false and misleading because Bilinksy knew that the iCTC was only an empty shell with just one quarter of the existing space completed that could not accommodate volume of 2,000 patients annually Further, Iovance only had FDA clearance to manufacture Amtagvi for 30-32 patients per month (a maximum of 384 patients per year). Additionally, Iovance experienced major manufacturing instability attributable to problems maintaining sterility and lack of sufficient qualified staff at the iCTC and was therefore not "staffed appropriately for launch."

202. On the call, analysts queried Defendants concerning the number of patient dropouts and the "profile of the average patients" currently enrolled in the Amtagvi treatment process:

> Colleen Margaret Kusy, *Robert W. Baird & Co. Inc.* 18

Formatted: Font: 14 pt, Italic

States, with regulatory approvals anticipated in both the United Kingdom and Canada in 2025.

19

**B. The Defendants Materially Misled Investors Concerning Iovance's Revenue**

20

**Outlook for Fiscal Year 2025**

21

22 *August 8, 2024*

Case 5:25- F

24. On August 8, 2024, Defendants issued a press release announcing second quarter fiscal 2024 results and pertinently issuing fiscal 2025 guidance as follows:

- FY24 and FY25 Total Product Revenue Guidance: Iovance expects significant quarter-over-quarter growth in product revenue to continue throughout 2024, 2025, and beyond as the adoption curve for Amtagvi steepens. More than 55 patients have been infused with Amtagvi since the first commercial infusion in April 2024, which includes 25 patients infused in the second quarter and over 30 patients infused since the start of the third quarter.

. . .

Revenue Guidance in FY25:

…And then ***can you also comment on the profile of the average patient in process right now?*** *I think you mentioned there have been patient deaths in this waiting period* ***Are you getting a lot later line patients?*** *Or are you getting some earlier line patients too?*

Brian Gastman, Executive Vice President of Medical Affairs

*And I would add that one thing that we've noted was our education to these authorized treatment centers has paid off.* ***The patient selection overall has been pretty good,*** if I have to say it for myself, not knowing what we would have expected. ***The actual drop-off because of progression is rather low.*** *What happens is it's rare enough that it raises an eyebrow, but it's not a very common event at all.* It's just something that happened at least once. ***But it's definitely no more, maybe even less than what we were expecting.***

203. The foregoing statement was materially false and misleading because Defendants were aware that the patient drop-off rate was close to 50%- much "higher than we were expecting" based on a comparison to the dropout rate in the clinical trial of 15-20%, and knew that many of the patients waiting for treatment were the "worst of the worst" due primarily to Defendants' insistence that patients enroll for treatment with Amtagvi regardless of their stage and whether they were considered healthy enough to be appropriate candidates for treatment. Patient selection was therefore not "pretty good."

204. On August 8, 2024, six months into the commercial launch of Amtagvi, Defendants issued a press release filed as Exhibit 99.1 to the

~~Case 5:25-~~ ~~F~~

Company's Form 8-K with the SEC announcing Iovance's financial results for the second quarter and first half of 2024 ended June 30, 2024 ("August 2024 8-K"). The August 2024 8-K highlighted the increase in ATCs Iovance onboarded, as well as strong

demand for Amtagvi. Additionally, Defendants issued revenue guidance for the full year 2025 ("2025 Guidance"). The same day, Iovance filed its Form 10-Q with the SEC affirming the above. ("2Q2024 10-Q").

205. The 8-K quotes Defendant Vogt: "***demand remains strong and continues to increase as authorized treatment centers (ATCs) adopt Amtagvi*** and community referral networks are mobilized to drive patients to ATCs. These demand trends, ***as well as broader utilization of Amtagvi among an expanding ATC network, are expected to accelerate quarterly growth throughout this year and next year.***"

206. The Company reported revenue of $31.1 million for the second quarter, noting that this represented the first quarter of Amtagvi sales in the U.S. with product revenue of $12.8 million.

~~o~~ The 8-K stated the following with respect to Iovance's 2025 Guidance: "Robust growth for Amtagvi continues as existing ATC demand increases and new ATCs are onboarded. ***As such, total product revenue for 2025 is anticipated to be within the range of***

207. ***$450 to $475 million, the first full calendar year of Amtagvi sales,*** with gross margins expected to increase to greater than 70% over the next several years~~. In line with Amtagvi demand, Proleukin revenue is expected to significantly increase in 2025.~~."

~~7 (Emphasis added).~~

208. ~~25. During the same day earnings call, interim CEO,~~ As to ATC status, Defendant represented in the 8-K: "***Onboarding is complete at more than 50 U.S. ATCs*** *across 29 states and more than 90% of addressable patients are now located within 200 miles of an ATC.* ***More than 70 ATCs remain on track to be onboarded by the end of 2024.***

209. And as to manufacturing Amtagvi, Defendants represented in the 8-K: "***The commercial manufacturing experience is consistent with prior clinical experience.***"

210. First, the above statement in the 2Q2024 8-K concerning ATC status and the number of ATCs onboarded was materially false and misleading when made because Defendants knew but omitted to disclose that only a small number of these ATCs could



**Formatted:** Font: 14 pt
**Formatted:** Font: 14 pt, Bold, Italic
**Formatted:** Font: 14 pt
**Formatted:** Font: 14 pt, Not Expanded by / Condensed by
**Formatted:** Font: 14 pt
**Formatted:** Font: 14 pt, Not Expanded by / Condensed by
**Formatted:** Font: 14 pt
**Formatted:** Font: 14 pt, Not Expanded by / Condensed by
**Formatted:** Font: 14 pt
**Formatted:** Font: 14 pt, Not Expanded by / Condensed by
**Formatted:** Font: 14 pt
**Formatted:** Font: 14 pt, Not Expanded by / Condensed by
**Formatted:** Font: 14 pt
**Formatted:** Font: 14 pt, Not Expanded by / Condensed by
**Formatted:** Font: 14 pt
**Formatted:** Font: 14 pt, Not Expanded by / Condensed by
**Formatted:** Font: 14 pt
**Formatted:** Font: 14 pt, Not Expanded by / Condensed by
**Formatted:** Font: 14 pt
**Formatted:** Font: 14 pt, Not Expanded by / Condensed by
**Formatted:** Font: 14 pt
**Formatted:** Font: 14 pt, Not Expanded by / Condensed by
**Formatted:** Font: 14 pt
**Formatted:** Font: 14 pt, Not Expanded by / Condensed by
**Formatted:** Font: 14 pt
**Formatted:** Font: 14 pt, Not Expanded by / Condensed by
**Formatted:** Font: 14 pt
**Formatted:** Font: 14 pt
**Formatted:** List Paragraph, Indent: Left: 0", First line: 0.5", Right: 0", Space Before: 0 pt, After: 12 pt, Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers, Tab stops: 0.89", Left + 0.89", Left + 1.39", Left
**Formatted:** Font: 14 pt, Not Bold, Not Italic
**Formatted:** Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by
**Formatted:** Font: 14 pt, Not Bold, Not Italic
**Formatted:** Font: 14 pt

actually treat patients with Amtagvi, and that in truth many of them lacked the training, qualification, validation, and cryo-storage facilities that were necessary prerequisites to being able to treat patients with Amtagvi. Second, the above statement about "manufacturing experience" was false and misleading because Defendants knew that the OOS Rate was 40-50% and the patient drop out rate was 50%, which was *not* consistent with the much lower OOS and drop out rates in Iovance's pivotal clinical trial. Third, Defendants had actual knowledge that they lacked a reasonable basis to issue the 2025 Guidance because Defendants were aware that: 1) Iovance lacked FDA clearance to manufacture the volume of Amtagvi the 2025 Guidance implied; 2) Iovance lacked the practical ability to manufacture the volume of Amtagvi the 2025 Guidance implied because the iCTC did not have the operational shelf space or technology necessary, and consistently experienced inspections, shutdowns, and contamination events which slowed down manufacturing; 3) Iovance consistently experienced an out-of-specification (OOS) manufacturing rate of 50% beginning at the time of FDA approval throughout the Class Period due in part by the FDA's sevenfold increase in the threshold for the required cell number for Amtagvi to meet manufacturing standards, further undermining Iovance's ability to manufacture the volume of Amtagvi the 2025 Guidance implied; 4) the patient drop-off rate from the time Amtagvi launched throughout the Class Period was 50%, reducing the number of patients treated with Amtagvi and further undermining revenues the 2025 Guidance represented; and 5) Iovance lacked a sufficient number of onboarded ATCs that truly had requisite infrastructure and readiness to safely treat a sufficient volume of (and in some cases any) patients with Amtagvi necessary to achieve the 2025 Guidance. Any one of the above factors, even standing alone, materially undermined Defendants' Guidance, such that Defendants had no reasonable basis to issue it.

211. Also on August 8, 2024, Defendants convened a conference call with investors to discuss Iovance's quarterly financial results and 2025 Guidance, among other things. ("2Q2024 Investor Call"). Defendants Vogt, Ziegler, Bilinsky, and Bellemin participated in the call.

212. In prepared remarks Vogt set forth the factual basis for Iovance's 2025 Guidance:

Case 5:25- F

…Frederick G. Vogt, reiterated the company's fiscal 2025 guidance, stating, in pertinent part:

Turning back to launch momentum. This afternoon's press release. We also introduced revenue guidance for the third quarter of full year 2024 and for 2025. *This guidance is **based upon our ongoing experience** and confidence in the strong uptake and significant quarter-over-quarter growth in the Amtagvi demand and corresponding Proleukin sales for the foreseeable future.* ***We used our visibility to the growth rate of infusions, adoption across our ATC network, manufacturing capacity and additional launch dynamics to prepare this guidance.***

14

. . .

… For full year 2025, the first calendar year of our U.S. launch first full calendar year over U.S. launch, we expect significant year-over-year growth driven by scale up scaleup in existing and new ATCs and robust community referral networks contributing to additional demand. ***As a result, we anticipate total product revenue will increase to $450 million to $475 million in the full year of 2025.***

$450 million

213. As to $475 million in the ATCs, Vogt represented:

***"…we have a very engaged network of more than 50 current ATCs. These ATCs are proving that they have the training, infrastructure and capabilities to treat patients with Amtagvi."***

214. Concerning manufacturing Vogt stated:

"***our commercial manufacturing capabilities are successfully delivering Amtagvi at an increasing pace***. The key takeaways, Ziegler will summarize, but that ***we are staffed to provide manufacturing slots to meet current and expected demand.*** We are scaling up manufacturing according to our growth projections. We have increased capacity and headcount each month since launch and continue ramping up to match ongoing demand growth

215. Vogt's above statements concerning the 2025 Guidance and the bases for it, the number and status of the ATCs, and Iovance's commercial manufacturing capabilities were materially false and misleading and/or Vogt omitted material information necessary to make them not misleading for the reasons stated in ¶210 above.



Formatted ... [11]

Formatted ... [12]

Formatted ... [13]

Formatted ... [14]

**Formatted:** Normal, Justified, Indent: Left: 0.5", Right: 0.5", Space Before: 0 pt, Line spacing: single, No bullets or numbering, Tab stops: Not at 1"

Formatted ... [15]

Formatted ... [16]

**Formatted:** Normal, Justified, Indent: Left: 0.5", Right: 0.5", Space Before: 0 pt, Line spacing: single, No bullets or numbering, Tab stops: Not at 1"

Formatted ... [17]

216. Also in prepared remarks, Ziegler represented as follows concerning ATC status:

> …***Today, onboarding is complete at more than 50 U.S. ATCs. The centers who were active at approval are scaling up and many have treated multiple patients. Newer ATCs that have recently completed onboarding, including major U.S. cancer centers are beginning or preparing to treat patients.*** As we look to bring treatment closer to patients, *our goal is to have approximately 70 ATCs in total by year-end.*

217. Ziegler's statements about ATC status were materially false and misleading for the same reasons stated in ¶210 above.

218. Bilinsky, also in prepared remarks, addressed Iovance's manufacturing capacity and success rate, stating in relevant part:

> … ***Turning to commercial manufacturing updates. Our experience to date has been consistent with our expectations and with prior clinical experience…. We are now running our manufacturing network at high capacity utilization while ensuring slot availability for our ATCs.***
>
> Turning to our facility expansion efforts. They are closely aligned with our demand growth projections. ***iCTC is built today has the capacity to provide TIL therapies for more than 2,000 patients per year.***

219. Bilinsky's above statements about the iCTC and manufacturing capacity was materially false and misleading for the reasons stated in ¶210 above and because "commercial manufacturing" was not "consistent with…prior clinical experience" because the OOS rate and patient drop-off rates were materially higher than those experienced in Amtagvi's clinical trial.

220. On the call, analysts drilled down on the basis for Defendants' 2025 Guidance:

Andrea R. Tan, *Goldman Sachs Group, Inc., Research Division*

> Fred [Vogt], *I'm curious here, just* ***given where you stand*** *in the launch and your 6-months and* ***what is driving your confidence*** *for full year* ~~of 2025.~~ *'25 guidance,* ***given where you are now****?* And then just curious if you plan on providing metrics around demand, such as the patient enrollment or screening as you have in past quarters?

~~In 2026 and beyond, Amtagvi and Proleukin are expected to continue to drive significant additional revenue growth. These products represent more than $1 billion peak opportunity in the U.S. market in the currently approved indication alone. Future revenue growth drivers also include a wider geographic footprint for Amtagvi in previously treated advanced melanoma as well as U.S. and global label~~

**Formatted:** Normal, Justified, Indent: Left: 0.5", Right: 0.5", Line spacing: single, No bullets or numbering, Tab stops: Not at 1"

**Formatted:** Font: 14 pt, Italic, Underline

**Formatted:** Font: 14 pt, Italic, Underline, Not Expanded by / Condensed by

**Formatted:** Font: 14 pt, Italic, Underline

**Formatted:** Font: 14 pt, Italic, Underline, Not Expanded by / Condensed by

**Formatted:** Font: 14 pt, Not Raised by / Lowered by

Case 5:25- F

expansions to the front line advanced melanoma, non-small cell lung cancer and other indications as we'll discuss later in the call.

(Emphasis added).

Case 5:25- F

*November 7, 2024*

26. On November 7, 2024, Defendants issued a press release announcing Iovance's

221. Vogt responded in relevant part:

Frederick G. Vogt

…What's giving us confidence on that fiscal year '25 guidance, the full year '25 guidance? ***We can see the launch. We see how we're doing. We know all the dynamics. We know how many ATCs are coming on board. We know what we think they're going to do. We know our manufacturing capacity and all the details around that stuff*** *that would be very difficult, I think, for the Street to model in some cases.* ***So we're going to provide it for you. So you have clarity on what we're seeing.*** **And** ***we're very, very confident in that guidance*** **based on what we're seeing so far in the initial part of the launch because** ***we've got such a good picture of launch dynamics right now…***

**

***…To answer your second question first, the patient dropout rate and manufacturing success rate remained consistent with what we saw in the clinical trial experience. So we're seeing that today***. We can obviously further optimize that, and we're working on that. *Part of the reason we're giving guidance is so that you don't have to necessarily fact[or] that all in, we can see that pretty clearly and understand that.*

222. Vogt's above statements concerning ATC status, manufacturing capacity, the manufacturing success rate, and his reassurances as to the validity of the bases for the 2025 Guidance were materially false and misleading for the same reasons stated in ¶210 above.

223. On the call, in response to an analyst's question about expanding capacity from 2,000 to 5,000 patients per year, Bilinksy confirmed that Iovance currently had the capacity to manufacture Amtagvi for "a couple of thousand patients per year" in the following colloquy:

Benjamin Jay Burnett *Stifel, Nicolaus & Company, Incorporated, Research Division*

Excellent. Okay. And maybe just one follow-up. What is kind of the timeframe for expanding the manufacturing capacity to 5,000?

Igor P. Bilinsky

Happy to. ***So right now, the network is built to a couple of thousand patients per year capacity. And within the existing iCTC facility. As you recall, we have shelf space that we're now building out and that build-out will bring iCTC to over 5,000 patients per year capacity***. And that build-out should be completed in a couple of years.

224. Bilinsky's above statement concerning the ability to manufacture "a couple of thousand patients per year capacity" "within the existing iCTC facility" was materially false and misleading because Bilinsky was aware that only one quarter of the space at the iCTC was actually completed, the rest was an empty shell and the existing space could not accommodate volume of 2,000 patients annually.

225. Ziegler responded to an analyst's question about the suitability of patients being enrolled for Amtagvi treatment in the following colloquy:

Reni John Benjamin*, JMP Securities LLC, Research Division*

*…we heard a lot of arguments this quarter.* ***patients were dying before they get the infusion****. Maybe you can talk a little bit about how -- what the patients are kind of* ***looking at now as they're being enrolled****? Is it -- has it changed any?* ***Are they healthier***, less lines of therapy?

James Ziegler

…In terms of patients dying before infusions, I guess what I would say is similar to other CAR-Ts where there's a high unmet need and the lack of available treatments. ***Yes, you do have some patients that may progress or may die before therapy. But as we are well into launch now into our fifth and sixth months, I think patient selection is getting much better, and we're not seeing those same trends. I would just reiterate that the demand that we're seeing at the ATCs, the operational readiness looks really, really good, and it reinforces the confidence behind our guidance.***

226. Ziegler's above statement concerning patient selection and its serving as a basis for "confidence behind our guidance" was materially false and misleading when made because Ziegler knew that the patient drop-out rate was close to 50% and personally advocated for recruiting any and all patients regardless of whether they were appropriate candidates for

Case 5:25- F

Amtagvi treatment, thus undermining the 2025 Guidance given that Iovance could not recognize revenues for patients that did not complete Amtagvi infusion.

227. On November 7, 2024, Defendants issued a press release announcing Iovance's financial results for the quarter ended September 30, 2024, and an update on recent developments ("November 2024 8-K"). The press release touted the Company's progress with onboarding ATCs, and reaffirmed guidance of "$450-$475M for FY25 of Total Product Revenue." The November 2024 8-K stated: "***Onboarding is complete at 56 U.S. ATCs*** across 29 states and more than 90% of addressable patients are now located within 200 miles of an ATC. ***Approximately 70 ATCs remain on track to be onboarded by the end of 2024.*** Manufacturing turnaround time has been on target, with launch expectations of approximately 34 days from inbound to return shipment to ATCs. With efforts underway, turnaround time is expected to be reduced in the near term. ***The commercial manufacturing experience is consistent with prior clinical experience.***

228. Also on November 7, 2024, Defendants convened a conference call with investors in which Defendants reaffirmed the 2025 Guidance, and touted increasing manufacturing capacity and ATC onboarding status. ("3Q2024 Investor Call").

229. In prepared remarks Vogt stated, in relevant part:

I would like to begin by highlighting the exceptional continued demand for Amtagvi. Our third quarter fiscal 2024 results and reiterating the company's fiscal 2025 guidance, in pertinent

3

part:

4

• **3Q24 Total Product Revenue:** Iovance recognized total product revenue ofwas $58.6

5 million from sales of Amtagvi and Proleukin during, surpassing the top end of our third quarter ended

6 September 30, 2024.

○ **Amtagvi Revenue**: Producttotal product revenue was $42.1guidance of $53 million from U.S. Amtagvi

7 sales into $55 million. Total product revenue in the third quarter of 2024, reflecting increasing strong demand and adoption. The Amtagvi launch, with revenue recognized upon patientincluded $41 million for Amtagvi and $16.5 million for



Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Normal, Justified, Indent: Left: 0.5", Right: 0.5", Space Before: 0 pt, Line spacing: single, No bullets or numbering, Tab stops: Not at 1.5"

~~Case 5:25-~~ ~~F~~

Proleukin.

~~infusion, began during the second quarter of 2024.~~

~~o **Proleukin Revenue**: Product revenue also included $16.5 million of Proleukin sales in the third quarter of 2024. Proleukin is used in the~~

As a reminder, Amtagvi ~~treatment regimen and other commercial and clinical settings. Proleukin~~ revenue is recognized upon ~~delivery~~infusion to ~~distributors and ATCs and~~the patient. ~~purchased several months in advance of anticipated infusions and Amtagvi revenue recognition.~~

- ~~**Year to Date Total Product Revenue and Infusions**: Through the end of the third quarter of 2024, $90.4 million in total product revenue has been recognized following the U.S. launch of Amtagvi on February 20, 2024.~~

~~**Amtagvi Infusions**: A total of~~

~~o~~ …Since the first infusion in April through today, 146 patients have been infused with Amtagvi ~~since the first commercial infusion in April 2024, including 25 patients infused~~ keeping us on track towards our 2024 guidance and representing about $75 million 2024 revenue from Amtagvi alone with more to come. Infusions over time also reflects an increasing rate of adoption with 25 in the second quarter, 82 ~~patients infused~~ in the third quarter~~,~~ and 39 ~~patients infused since the start of~~ in the fourth quarter to date.

~~o **Amtagvi and Proleukin Revenue**: Amtagvi and Proleukin revenue is $54.9 million and $35.5 million year to date, respectively.~~

~~. . .~~

~~o **Revenue Guidance in FY25**: Total product revenue remains on track to be within the range of $450 to $475 million in 2025, the first full calendar year of Amtagvi sales. Gross margins are increasing as the launch advances and are expected to surpass 70% over the next several years. In line with anticipated growth in Amtagvi demand, Proleukin revenue is also expected to increase significantly in 2025 and beyond.~~

~~27. During the earnings call accompanying Iovance's third quarter fiscal 2024 results, Defendant Vogt elaborated on their anticipations for fiscal 2025, stating, in pertinent part:~~

***…. With 56 current ATCs, we remain focused on our goal of onboarding approximately 70 total ATCs by year-end.***



**Formatted:** Font: 14 pt, Not Raised by / Lowered by

**Formatted:** Font: 14 pt, Not Expanded by / Condensed by

**Formatted** ... [18]

**Formatted:** Normal, Justified, Indent: Left: 0.5", Right: 0.5", Space Before: 0 pt, Line spacing: single, No bullets or numbering, Tab stops: Not at 1.5"

**Formatted** ... [19]

**Formatted** ... [20]

**Formatted** ... [21]

**Formatted:** Normal, Justified, Indent: Left: 0.5", Right: 0.5", Line spacing: single, No bullets or numbering, Tab stops: Not at 1.5"

…We can meet current demand while increasing capacity and headcount each month to match ongoing growth.

…***We also reiterate our full year 2025 guidance of $450 million to $475 million in total product revenue.*** We expect a significant increase in year-over-year growth as ATC's broaden utilization and new ATCs as well as community referral networks contribute to additional demands.

Formatted ... [22]

Formatted ... [23]

Formatted ... [24]

**Formatted:** Normal, Justified, Indent: Left: 0.5", Right: 0.5", Space Before: 0 pt, Line spacing: single, No bullets or numbering, Tab stops: Not at 1"

Case 5:25- F

. . .

With a fully integrated infrastructure and growing interest in Amtagvi outside the U.S., Iovance is well positioned to continue scaling globally. Our ex-U.S. teams are being built and regulatory dossiers are under review, submitted our plans across multiple international markets with potential for our first ex-U.S. approval in the first half of 2025. European Medicines Agency validated and accepted our marketing authorization application, or MAA, for a review for all EU member states with potential approval in the second half of 2025. The Medicines and Healthcare Products Regulatory Agency in the United Kingdom is reviewing a separate MAA submission for potential approval in the first half of 2025.

Our new drug submission is also underway for near-term submission in Canada and will include a prioritized review process for potential approval in mid-2025. Additional regulatory dossiers remain on track for submission in Australia and Switzerland in 2025, and we'll target additional markets with highly concentrated populations of advanced melanoma patients in the future.

(Emphasis added).

*February 27, 2025*

28. On

230. Also in prepared remarks, Bilinsky represented, in relevant part: "Our manufacturing capacity continues its steady ramp-up month-over-month to support the growing Amtagvi commercial demand …Our manufacturing network is currently running at high capacity utilization while ensuring slot availability for our ATCs.…***ICTC as built today has the capacity to provide TIL products for more than 2,000 patients annually***. Building out the existing shelf space at ICTC is expected.

231. The above statements concerning the number and status of ATCs, commercial manufacturing experience, manufacturing capacity, and the 2025 Guidance were materially false and misleading. First, as to ATC's, Defendants knew but omitted to disclose that only a small number of these ATCs could actually treat patients with Amtagvi, and that in truth many of them lacked the training, qualification, validation, and cryo-storage facilities that were necessary prerequisites to being able to treat patients with Amtagvi. Second, as to "manufacturing experience" Defendants knew that the OOS Rate was 40-50% and the patient drop out rate was 50%, which was *not* consistent with the much lower OOS and drop out rates

~~Case 5:25-~~ ~~F~~

in Iovance's pivotal clinical trial. Third, as to the iCTC's manufacturing capacity, Defendants knew the iCTC was only an empty shell with just one quarter of the existing space completed that could not accommodate volume of 2,000 patients annually. Further, Iovance experienced major manufacturing instability attributable to problems maintaining sterility and lack of sufficient qualified staff at the iCTC. Fourth, Defendants had actual knowledge that they lacked a reasonable basis to issue the 2025 Guidance because Defendants were aware that: 1) Iovance lacked FDA clearance to manufacture the volume of Amtagvi the 2025 Guidance implied; 2) Iovance lacked the practical ability to manufacture the volume of Amtagvi the 2025 Guidance implied because the iCTC did not have the operational shelf space or technology necessary, and consistently experienced inspections, shutdowns, and contamination events which slowed down production; 3) Iovance consistently experienced an out-of-specification (OOS) manufacturing rate of 50% beginning at the time of FDA approval throughout the Class Period due in part by the FDA's sevenfold increase in the threshold for the required cell number for Amtagvi to meet manufacturing standards, further undermining Iovance's ability to manufacture the volume of Amtagvi the 2025 Guidance implied; 4) the patient drop-off rate from the time Amtagvi launched throughout the Class Period was 50%, reducing the number of patients treated with Amtagvi and further undermining revenues the 2025 Guidance represented; and 5) Iovance lacked a sufficient number of onboarded ATCs that truly had requisite infrastructure and readiness to safely treat a sufficient volume of (or any for that matter) patients with Amtagvi necessary to achieve the 2025 Guidance.

232. On the call, Vogt represented responded to an analysts' inquiries about the patient dropout rate and OOS manufacturing rate:

> Xiaochuan Dai *UBS Investment Bank*
>
> So just curious about the dropout rate. What are some of the activities you did to improve the dropout rate that you saw this quarter compared to last quarter?
>
> Frederick G. Vogt
>
> I don't think we really did anything in particular. ***We are optimizing the launch as we go. We're teaching ATCs how to get patients through better. We're teaching them how to do better quality surgical resections.*** You heard a lot of that in the script from all of us include Brian's part of the script. But we are, I

~~Case 5:25-~~ ~~F~~

think, just seeing the benefits of the launch that's ongoing. It's only really only 2 quarters in the launch. So I think you can expect to see this improve quarter-over-quarter, and we'll eventually get up to what we think will be the manufacturing success rate that we had or at least manufacturing experience that we had during the clinical studies. ***So no, there's nothing I can really point to that we did specifically. We're just optimizing across the board.***

Asthika Sarith Goonewardene *Truist Securities, Inc., Research Division*

I wanted to double-click on to the improvement of the out-of-spec rate. *And now that you've had several centers treating a good number of patients, are you seeing that there -- any trends or factors that influence the OS? I'm particularly wondering is it just a factor of centers having more experience. Or are you now getting new centers coming online that are just getting better and are just much better outperforming the resections and producing the product right out of the gate?*

Frederick G. Vogt

Well, it's both. We're trying -- at the beginning, we had centers come along that were good and some that struggle to do resections and select patients. We help them out. They got better. ***And now we learned from that as well and are teaching the new ATCs as they come on the benefits of all that early learning so that they don't make the same mistakes. We plan out actual run charge for each ATC to see what they did. Look patient-by-patient for each ATC***, give them a scorecard as to how they're performing, and help them with our peer-to-peer team, Brian's team oversee -- Brian oversees the team, Peter Prieto's team that does that and others, ***they go out and they talk to the surgeons, and they make sure the patient selection is correct and they work with them on resection quality. And now I think -- I would just say that we're just gaining momentum and building momentum here. It's been a big rush and is stepping up and up and going faster and faster.***

***There's nothing really magical to it. It's hard work. But once it's done, they can get the experience, and I think what we're seeing is that any ATC can really get these skills to do Amtagvi therapy.***

233. Vogt's above statements concerning Iovance's relationship with the ATCs purportedly onboard, patient selection quality, and the OOS manufacturing rate were materially false and misleading. As to the ATC's, Vogt knew that only a small number of these ATCs could actually treat patients with Amtagvi, and that in truth many of them lacked

~~Case 5:25-~~ ~~F~~

the training, qualification, validation, and cryo-storage facilities that were necessary prerequisites to being able to treat patients with Amtagvi. Vogt had actual knowledge that many of the centers would not be in a position to treat patients anytime soon because Vogt closely tracked and focused on ATC metrics every day and Iovance's internal data tracking site performance, readiness and patient flow made this crystal clear. As to the patient selection quality, Vogt was aware that weekly patient drop-off levels approached 40-50% and advocated for signing up any and all patients for Amtagvi regardless of their appropriateness for treatment. As to the OOS rate, Vogt knew that it approaches 50%. Vogt attended frequent executive meetings on the topics of high OOS and patient drop-off rates.

234. On February 27, 2025, one year into Iovance's launch of Amtagvi Iovance filed its annual report for the fiscal year ended December 31, 2024 on form 10-K with the SEC ("2024 10-K") and issued a press release announcing fourth quarter and full year 2024 financial results, reaffirming 2025 Guidance and touting the number of ATCs onboarded ("February 2025 Press Release"). The Press Release stated: *Significant Demand for Amtagvi® (Lifileucel) Continues with Total Product Revenue of $73.7M in 4Q24 and $164.1M in FY24, Achieving Upper End of FY24 Guidance Range of $160M-$165M* ***Reaffirming FY25 Total Product Revenue Guidance of $450M-$475M.***

235. With respect to ATC onboarding, the February 2025 Press Release stated: "***Approximately 70 U.S. ATCs are active*** *across 32 states and 95% of addressable patients live within 200 miles of an ATC. Additional U.S. ATCs will be added steadily throughout 2025, focusing on quality ATCs with a high volume of eligible patients, including large community practices ATCs.* ***Large community practices are currently onboarding,*** *creating a new and significant opportunity for more patients to receive Amtagvi after frontline therapy.* Iovance's 2024 10-K reiterated the financial results set forth in Defendants' February 2025 Press Release.

236. The foregoing statements in Iovance's 2024 10-K and February 2025 Press Release concerning ATC status and reaffirming Iovance's 2025 Guidance were falsae and materially misleading for the same reasons stated in ¶¶210 and 231 above.

Also on February 27, 2025, Defendants ~~published their fourth quarter and full year fiscal 2024 results, and again~~ convened an investor conference call. ("Q4FY2024 Investor

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Call"). Defendants Vogt, Bellemin and Bilinsky participated in the call. Defendant Bellemin, reaffirmed their fiscal 2025 guidance, stating, in pertinent part:

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

- **Fourth Quarter 2024 Total Product Revenue**: Iovance recognized total revenue of $73.7 million from sales of Amtagvi and Proleukin during the fourth quarter ended December 31, 2024.
  - **Amtagvi Revenue**: Product revenue was $48.7 million from U.S. Amtagvi sales in the fourth quarter of 2024, reflecting strong adoption with increasing demand. Amtagvi revenue is recognized upon patient infusion.
  - **Proleukin Revenue**: Product revenue also included $25.0 million in Proleukin sales in the fourth quarter of 2024. Proleukin is used in the Amtagvi treatment regimen and other commercial, clinical, manufacturing, and research settings, which provide additional revenue. Proleukin revenue is generally recognized upon delivery to distributors and ATCs.

- **Full Year 2024 Total Product Revenue**: ***Total product revenue was $164.1 million and achieved the high end of the company's guidance range of $160 to $165 million for the full year 2024. Full year product revenue included the first three quarters of sales following the U.S. launch of Amtagvi on February 20, 2024***. The full year 2024 product revenue for Amtagvi and Proleukin was $103.6 million and $60.5 million, respectively.

- Significant Amtagvi Growth Potential at Approximately 70 ATCs in 2025: Amongst current ATCs, 76% completed tumor resections, 64% infused one or more patients, and 13% infused more than 10 patients, highlighting significant growth potential at existing ATCs.

Case 5:25- F

• **Full Year 2025 Total Product Revenue Guidance**: Iovance is ***reaffirming***

237. "total product revenue guidance within the range of $450 million to $475 million for ***2025,*** the first full calendar year of Amtagvi sales. Amtagvi adoption is on track2025." to continue accelerating throughout 2025 with broader utilization, higher demand, and growth in community referrals. Iovance also expects significant growth in total product revenue for full year 2026, and beyond.

○ Gross margins are expected to increase over time and remain on track to surpass 70% over the next several years. In line with anticipated growth in Amtagvi demand, Proleukin revenue is also expected to increase significantly in 2025 and beyond

(Emphasis added).

29. An earnings call was conducted the same day, during whichprepared remarks, Defendant Vogt spoke to the company's projections, stating in pertinent part:

Today, I'm pleased to highlight continued growth in total product revenue for both Amtagvi and Proleukin. Total product revenue was $73.7 million in the fourth quarter and $164.1 million in the full year 2024. Importantly, our full year revenue achieved the upper end of our 2024 guidance range of $160 million to $165 million, and we finished above the full year Street consensus. Total revenue consisted of $48.7 million for Amtagvi and $25.0 million for Proleukin in the fourth quarter with $103.6 million for Amtagvi and $60.5 million for Proleukin in the full year period.

Our full year product revenue reflects more than 200 patients already treated with Amtagvi in the partial first year of launch. We are pleased with the robust initial uptake and increasing strong demand for AmtagviBilinsky stated as well as continuing momentum in global Proleukin sales. ***Our team's successful execution as well as the unmet need in advanced melanoma, high awareness, broad patient access and a motivated expanding network of authorized treatment centers or ATCs continue to drive increasing demand for Amtagvi and Proleukin.***

238. Ourfollows concerning manufacturing network is well prepared to supply the current and anticipated:



Formatted: Font: 14 pt, Not Bold, Not Italic
Formatted: Font: 14 pt, Not Bold, Not Italic
Formatted: Justified, Indent: Left: 0", First line: 0.5", Right: 0", Space Before: 0 pt, After: 12 pt, Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers, Tab stops: 0.89", Left + 0.89", Left + 1.39", Left + Not at 1.25"
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Not Raised by / Lowered by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by
Formatted: Font: 14 pt, Not Raised by / Lowered by
Formatted: Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: 0", Space After: 12 pt, Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers, Tab stops: 0.89", Left + 0.89", Left + 1.39", Left
Formatted: Font: 14 pt

Case 5:25- F

To support growing commercial demand for Amtagvi. Today, we have staffedare steadily ramping up our manufacturing capacity to supplymonth-over-month, while actively hiring manufacturing, quality control and support staff.

***Within our manufacturing network, the staff capacity is currently at more than 1,200 patients*** per year and***annually.*** Throughout 2025, we will continue to scale up for additional U.S. and global launch growth. In the back half of last year, we augmented our investmentgrowing staff capacity in focused community referral initiatives. ***These efforts in the field are targeted at driving additional***alignment with demand ***in our ATCs, as they scale up to treat more patients.***

***Looking ahead, we are reiterating our full year 2025 guidance of $450 million to $475 million in total product revenue. We expect*** , while operating at a ***significant increase in year-over-year growth in both Amtagvi and Proleukin, as ATCs broaden***high capacity utilization., ***while new ATCs as well as community referral networks are expected to contribute increasing demand through the year***

(Emphasis added).

Formatted: Font: 14 pt

Formatted: Font: 14 pt

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Bold, Italic

Formatted: Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt, Not Bold, Not Italic

Formatted: Font: 14 pt, Not Bold, Not Italic

Formatted: Normal, Justified, Indent: Left: 0.5", Right: 0.5", No bullets or numbering, Tab stops: Not at 1"

Formatted: Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by

Formatted: Font: 14 pt, Not Raised by / Lowered by

30. Defendant Kirby then detailed Iovance's expectations for the ATC network's growth in 2025, pertinently providing the following:

> ***Throughout 2024, we scaled up our ATC network to meet the growing patient demand and fulfill significant interest among health care providers to offer Amtagvi to their patients.*** After launching with an unprecedented ***30 ATCs on day 1***, we reached our target of approximately ***70 ATCs at the end of 2024***. Our ATC network now spans 32 states and nearly all treated melanoma patients live within a 2-hour drive of the closest center.
>
> ***We treated more than 200 patients with commercial Amtagvi within the first 3 quarters of launch, and Amtagvi is positioned for significant growth across our ATC network in 2025 and beyond.***
>
> Amongst the 70 current ATCs, 76% completed tumor resections, 64% infused Amtagvi, 53% infused 2 or more patients and 13% infused more than 10 patients. These metrics demonstrate significant growth potential, as our ATCs scale up to accommodate growing patient demand.
>
> New ATCs are preparing to treat initial patients. ***Our more experienced ATCs are steadily growing or plan to increase utilization throughout 2025, and we expect new ATCs will follow similar trends, as we add steadily throughout 2025***. These additional ATCs will be selected for high quality and volume of eligible patients, including large community practices.
>
> ***To further drive adoption, earlier patient identification and higher referral volume into our ATC network, Iovance field teams are actively engaging top community oncologists and large community practices with a focus on high-volume markets***. Additionally, we are aligned with leadership at key community organizations on their preferred ATCs for patient referrals. As more patients embark on their treatment journey, we are making steady progress to speed up the time to intact the infusion.

(Emphasis added).

31. Defendant Bellemin further highlighted that the company was reaffirming its fiscal 2025 guide, adding, in pertinent part, that Defendants "continue to reiterate our prior total product revenue guidance within the range of $450 million to $475 million for the full year 2025."

32. Defendant Bilinsky spoke to the company's current and pending maintenance requirements, stating pertinently that:

~~Case 5:25-~~ ~~F~~ ~~F~~

*Each of our facilities is currently required to schedule a brief annual maintenance, which entails a short pause in production.* ~~I'm~~ ***I'm pleased to report that iCTC***

Formatted: Font: 14 pt, Italic
Formatted: Font: 14 pt, Italic, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Italic
Formatted ... [25]
Formatted: Font: 14 pt, Italic
Formatted ... [26]
Formatted: Font: 14 pt, Italic
Formatted ... [27]
Formatted: Font: 14 pt, Italic
Formatted ... [28]
Formatted: Font: 14 pt, Italic
Formatted ... [29]
Formatted: Font: 14 pt, Italic
Formatted ... [30]
Formatted: Font: 14 pt, Italic
Formatted ... [31]
Formatted: Font: 14 pt, Italic
Formatted ... [32]
Formatted: Font: 14 pt, Italic
Formatted ... [33]
Formatted: Font: 14 pt, Italic
Formatted ... [34]
Formatted: Font: 14 pt, Italic
Formatted ... [35]
Formatted: Font: 14 pt, Italic
Formatted ... [36]
Formatted: Font: 14 pt, Italic
Formatted ... [37]
Formatted: Font: 14 pt, Italic
Formatted ... [38]
Formatted: Font: 14 pt, Italic
Formatted ... [39]
Formatted: Font: 14 pt, Italic
Formatted ... [40]
Formatted: Font: 14 pt, Italic
Formatted ... [41]
Formatted: Font: 14 pt, Italic
Formatted ... [42]
Formatted ... [43]
Formatted: Font: 14 pt, Bold, Italic
Formatted ... [44]
Formatted: Font: 14 pt, Bold, Italic
Formatted ... [45]
Formatted: Font: 14 pt, Bold, Italic
Formatted ... [46]
Formatted: Font: 14 pt, Bold, Italic
Formatted ... [47]

***successfully completed annual maintenance and resumed production promptly at full volume with no issues.*** We expect the same positive outcome following the upcoming scheduled maintenance at our contract manufacturer.

33. During the question and answer segment of the earnings call, Defendants elaborated on the company's current growth trends and outlook for 2025 during the following pertinent exchanges:

<Q:

239. Bilinsky's above statement concerning the iCTC annual maintenance was materially false and misleading because Bilinksy knew but failed to disclose that the purported "annual scheduled maintenance" was a major problem that the Company held an "All Hands" meeting to discuss, that had not been schedule to occur when it did and which caused a major disruption in operations (as Defendants would later admit) that Defendants were not prepared for.

240. On the call, Vogt responded to an analyst's question concerning Defendants reaffirming the 2025 Guidance:

Andrea R. Newkirk—, *Goldman Sachs* Group, Inc. – Research Analyst>

Fred, on prior calls you've provided an update on the number of patients infused thus far in the quarter. Just wondering if you'd be willing to share where you stand as of today? *And then just remind us or help us understand* ***what gives you the confidence that the range for full year '25, which was set when you're only 1 quarter into the launch is still intact.***

<A: Vogt

~~Case 5:25-~~ ~~F~~ ~~F~~

…We're ~~Frederick G. Vogt> Yes, sure, Andrea. We're not -- from -- in the press release and on the call, *we're*~~ not going to be providing the infusions right now~~. We're not sure how useful that metric was to long investors. And as some of you know, *it's prone to overinterpretation*. We provide some different metrics this time around, including the potential for growth at the ATCs. *And that actually is a part of the answer to your second question, if you look at our press release and heard Dan's commentary, within*~~ *…with the 70 ATCs that we have right now, only 13% of infused in more than 10 patients,* ***which gives you a very good idea of the upside that we're expecting, the acceleration we're expecting in the second half and second quarter of 2025 here as we go through. So we still have confidence in those numbers because the growth curve for this type of product can accelerate quite a bit, and we see that happening across our ATC network right now. We see the potential for that in the ATCs.***

~~***because the growth curve for this type of product can accelerate quite a bit, and we see that happening across our ATC network right now. We see the potential for that in the ATCs.***~~

. . .

~~<Q:~~

241. Vogt's above statement concerning the basis for Iovance's 2025 Guidance was false and misleading because Vogt knew that the 2025 Guidance lacked a reasonable because Vogt was aware that: 1) Iovance lacked FDA clearance to manufacture the volume of Amtagvi the 2025 Guidance implied; 2) Iovance lacked the practical ability to manufacture the volume of Amtagvi the 2025 Guidance implied because the iCTC did not have the operational shelf space or technology necessary, and consistently experienced inspections, shutdowns, and contamination events which slowed down production; 3) Iovance consistently experienced an out-of-specification (OOS) manufacturing rate of 50% beginning at the time of FDA approval throughout the Class Period due in part by the FDA's sevenfold increase in the threshold for the required cell number for Amtagvi to meet manufacturing standards, further undermining Iovance's ability to manufacture the volume of Amtagvi the 2025 Guidance implied; 4) the patient drop-off rate from the time Amtagvi launched throughout the Class Period was 50%, reducing the number of patients treated with Amtagvi and further undermining revenues the 2025 Guidance represented; and 5) Iovance lacked a sufficient number of onboarded ATCs that truly had requisite infrastructure and readiness to safely treat a sufficient volume of (or

Formatted ... [54]

Formatted ... [55]

Formatted ... [56]

Formatted ... [57]

**Formatted:** Normal, Justified, Indent: Left: 0.5", Right: 0.5", Space Before: 0 pt, Line spacing: single, No bullets or numbering, Tab stops: Not at 1"

any for that matter) patients with Amtagvi necessary to achieve the 2025 Guidance. Any one of the above factors, even standing alone materially undermined Defendants' Guidance, such that Defendants had no reasonable basis to issue it.

242. And in response to an analyst's question about whether Iovance experienced any "slowdown" or "seasonality," Vogt confirmed that it had not.

Colleen Margaret Kusy — Robert W. *Baird* & Co. *Inc.* — Senior Research Analyst>

I understand you're not giving intra-quarter updates going forward, but since you did provide in 4Q. Can you speak, was there a slowdown in infusions in the back half of the quarter? And did you see any seasonality in 4Q?

<A: Vogt

***[N]o*** Frederick G. Vogt> Colleen, no, ***we don't see any seasonality.*** *As Igor mentioned,* ***we did have a manufacturing maintenance period there.*** ***So we have those kind of things in cell therapy. So we have those kind of things in cell therapy.*** *If you look at the launch curves for ABECMA, YESCARTA and CARVYKTI, you'll see there's little peaks and dips and valleys in those as things like that happen so --* ***but nothing in terms of a holiday seasonality. That's what you're asking.***

. . .

Formatted: Font: 14 pt, Underline

Formatted ... [58]

Formatted: Normal, Justified, Indent: Left: 0.5", Right: 0.5", Space Before: 0 pt, Line spacing: single

Formatted ... [59]

Formatted ... [60]

Formatted: Normal, Justified, Indent: Left: 0.5", Right: 0.5", Space Before: 0 pt, Line spacing: single, No bullets or numbering, Tab stops: Not at 1"

Formatted ... [61]

Formatted ... [62]

Formatted ... [63]

Formatted ... [64]

Formatted ... [65]

Formatted: Normal, Justified, Indent: Left: 0.5", Right: 0.5", Line spacing: single, No bullets or numbering, Tab stops: Not at 1"

~~Case 5:25-~~ F F

~~<Q: Nicholas Lorusso – TD Cowen – Associate> This is Nick on for Tyler.~~

~~Thinking about guidance – 2025 guidance, is the potential price increase currently included in that guidance? And also, how should we think about the global ex-U.S.~~

~~expansion having a potential impact on guidance?~~

~~<A:~~

243. Vogt's above statement was materially false and misleading and/or Vogt omitted material information necessary to make the statement not misleading because Vogt had actual knowledge that the manufacturing maintenance was a major problem that the Company held an "All Hands" meeting to discuss that had not been schedule to occur when it did and which caused a major disruption in operations (as Defendants would later admit) that Defendants were not prepared for.

244. In response to an analyst's attempt to drill down on any barriers Iovance faced in achieving its 2025 Guidance, Vogt assured investors that there were no significant "bottlenecks" and that "a good portion of our ATCs can really fly right now."

~~Frederick G.~~ ~~Vogt> Yes. The price increase that's coming in April has been~~

~~factored into that guidance for both Proleukin and Amtagvi. And right now, the guidance doesn't include any contribution from ex-U.S.~~

. . .

~~<Q:~~ Lin Tsai ~~– Jefferies LLC – Equity Analyst> Appreciate the updates,~~ , *Jeffries*

*look forward to 2025.* So a quick one is, *in terms of the launch uptake, what exactly would you say is the bottleneck at this juncture? If it's not patient demand nor supply chain nor even beds at sites,* what is the gating factor to seeing an *acceleration in sales for 2025 like you guided?*

~~***acceleration in sales for 2025 like you guided***~~?

~~<A:~~

~~Frederick G.~~ Vogt~~>~~

~~11~~

Formatted ... [66]

Formatted ... [67]

Formatted ... [68]

Formatted ... [69]

**Formatted:** Normal, Justified, Indent: Left: 0.5", Right: 0.5", Space Before: 0 pt, Line spacing: single, No bullets or numbering, Tab stops: Not at 1"

Formatted ... [70]

So I think, above all, the ATCs that are starting up now have to get their feet under them and get running. *We've got some ATCs that are performing very, very well right now. And we've got a lot more that are working their way up. I think in each ATC, there's a difference -- each individual ATC has its own little bottlenecks or whatever it might be. Some of them have staffing issues, some of them have financial clearance challenges that we're helping out with.* ***But all these things are pretty easily resolvable, and we've been able to show that a good portion of our ATCs can really fly right now,*** *and we think we can get a lot more there pretty soon.* Dan, go ahead.

Formatted ... [71]
Formatted ... [72]
Formatted ... [73]
Formatted ... [74]
Formatted ... [75]
Formatted ... [76]
**Formatted:** Normal, Justified, Indent: Left: 0.5", Right: 0.5", Space Before: 0 pt, After: 12 pt, No bullets or numbering, Tab stops: Not at 1"

245. <A: Daniel G. Kirby> Vogt's above statement concerning ATC performance and status was materially false and misleading because Vogt knew that only a small number of ATCs could actually treat patients with Amtagvi, that many ATCs Iovance signed up lacked the training, qualification, validation, and cryo-storage facilities that were necessary prerequisites to being able to treat patients with Amtagvi. Vogt had actual knowledge that things were "not easily resolvable" and that "a good portion of [the] ATCs" could not "really fly right now" because Vogt closely tracked and focused on ATC metrics every day, and Iovance's internal data tracking site performance, readiness and patient flow made this crystal clear.

## C. The Truth Emerges

246. On May 8, 2025, after the market closed, Iovance released its first quarter 2025 financial results. Total product revenue was only $49.3 million, down significantly from the prior quarter's $73.7 million. Defendants also announced the Company was revoking its 2025 Guidance: total product revenue guidance had been slashed from $450-$475 million, to $250-$300 million, a reduction of over 40% at the midpoint. The Company stated it was "revising full-year 2025 revenue guidance to reflect recent launch dynamics" of Amtagvi.

In Iovance's press release of that day Vogt revealed, in direct contradictionSure. And Andrew, I think one thing to add on top of what Fred said regarding not really a bottleneck, but there's a process they go through. They have to make sure they operationally can do it again. We're the first TIL in the market. So there's a learning curve there. As you see, we said 13% have hit 10% or more, that number continues to grow. ***So once they hit that wave where they understand how to use the product with it, then the lever really is*** to ***pull the***

**Formatted:** Font: 14 pt
Formatted ... [77]

Case 5:25- F F

***referrals and drive more patients in there. And that's where we're working with the community, not only at the clinic level, but also*** Defendants' prior statements: "During the start of the ***leadership level and the community to make sure that those centers are getting to see the most patients.***

Formatted: Font: 14 pt, Not Bold, Not Italic

Formatted: Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by

(Emphasis added).

*March 13, 2025*

34. On March 13, 2025, Defendants presented at Barclays 27th Annual Global Healthcare Conference 2025, during which Defendant Kirby discussed their fiscal 2025 guidance, in pertinent part, as follows:

<Q: Peter Richard Lawson – Barclays Bank PLC – Research Analyst> … you've mentioned the product and the launch, just how should we think about the factors

Case 5:25- F F

influencing guidance, what brings you to the top and bottom end of those ranges and what are the moving parts?

<A: Daniel G. Kirby> Sure. So the factors for the guidance really arenew year, our existing ATCs. We have 70 ATCs that are stood up right now. And of those, over 3/4 have done a tumor tissue procurement. Over 2/3 have done an actual infusion to a patient and over half of them have infused multiple patients, 13% are at that expert level of 10 plus. Our guidance really is about maximizing for this year their progress through that spectrum to keep treating more and more patients and to maximize the potential inside of those accounts.

We also simultaneously this year with the upper end, we have other initiatives that are getting into the referral patterns with the community and looking at where they're sending patients, sending those to the expert accounts and standing up new ATCs where we know patients are flowing in. So that's the perspective on the guidance with it. We can do it with our existing ATCs, but we're also being opportunistic to see if we can get more volume of patients by increasing the referral patterns into them.

11

. . .

12

<Q: Peter Richard Lawson> … are things positioned where 1Q could show an acceleration of growth? Or is it more back-end loaded? How should we be thinking about it?

<A: Daniel G. Kirby> It's a great question. We don't want to talk about first quarter right now until we have the earnings call. But what I would say is if you look at our initiatives with the accounts that are ramping up, we're having more enter into that expert level of 10-plus infusions. And then the other ones are ramping along and progressing with it. We're expecting ***revenue was impacted by a significant*** half of this year with it, but we do feel that it will be more of a yearly look than a quarterly look.

(Emphasis added).

35. The above statements in Paragraphs 24 to 34 were false and/or materially misleading. Defendants created the false impression that they possessed reliable information pertaining to the Company's projected revenue outlook and anticipated growth while also



Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Bold, Italic

Case 5:25- F F

minimizing risk from seasonality and macroeconomic fluctuations. In truth, Iovance's optimistic reports of growth, an unmet need for its treatment, demand for the same, and the company's ability to grow and increase utilization of ATCs fell short of reality as they relied far too heavily on the

Iovance's ability to scale ATCs to treat patients as fast as treatment could be manufacturer.

Iovance 27

Formatted: Justified, Right: 0.5", Space Before: 0 pt, No bullets or numbering, Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers, Tab stops: 0.89", Left + 0.89", Left + 1.39", Left + Not at 0.5"

Formatted: Font: 14 pt, Bold, Italic, Underline, Not Raised by / Lowered by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

was simply not equipped to accurately forecast the demand for their product or otherwise was ill equipped to capitalize on that growth due to the ramping speed of its ATCs.

C. The Truth Emerges during Iovance's First Quarter Earnings Report

*May 8, 2025*

36. On May 8, 2025, Defendants released their Q1FY25 results below expectations and significantly lowered FY25 projections:

- **First Quarter 2025 Total Product Revenue:** Iovance recognized total revenue of $49.3 million from sales of Amtagvi and Proleukin during the first quarter ended March 31, 2025.
  - **1Q25 Amtagvi Revenue:** Product revenue from U.S. Amtagvi sales was $43.6 million, impacted by a ***reduction in capacity during the annual scheduled maintenance at the*** iCTC. Production has resumed enabling full capacity for infusions in the second quarter 2025. Iovance currently anticipates infusing between 100 and 110 commercial patients in the second quarter.
  - **1Q25 Proleukin Revenue:** Product revenue also included $5.7 million in Proleukin sales, primarily reflecting clinical and manufacturing use after stocking at major U.S. wholesalers in 2024. Significant orders are expected in the current quarter. Proleukin is used in the Amtagvi treatment regimen and other commercial, clinical, manufacturing, and research settings, which provide additional revenue.
- **Amtagvi Growth Potential at U.S. ATCs in 2025:** As of today, Iovance's treatment network of more than 80 ATCs includes an initial wave of 70 ATCs and more than 10 ATCs in process to become a second wave. Fifty-six ATCs completed tumor resections, 48 infused one or more patients, and 11 infused more than 10 patients. These trends highlight growing adoption and significant growth potential. Several new ATCs are expected to treat their first patients in the remaining weeks of the second quarter of 2025.
- **Full Year 2025 Total Product Revenue Guidance:** Iovance is revising total product revenue guidance within the ***range of $250 to $300 million in the first full calendar year of Amtagvi sales.*** ***Iovance Cell Therapy Center (iCTC).***"

247. With respect to the 2025 Guidance which Defendants had based on carefully calculated metrics into which they had full visibility and had reaffirmed just less than three months prior Vogt



Formatted: Font: 14 pt, Bold, Italic, Not Raised by / Lowered by
Formatted: Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by , Not Raised by / Lowered by
Formatted: Font: 14 pt, Bold, Italic, Not Raised by / Lowered by
Formatted: Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by , Not Raised by / Lowered by
Formatted: Font: 14 pt, Bold, Italic, Not Raised by / Lowered by
Formatted: Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by , Not Raised by / Lowered by
Formatted: Font: 14 pt, Bold, Italic, Not Raised by / Lowered by
Formatted: Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by , Not Raised by / Lowered by
Formatted: Font: 14 pt, Bold, Italic, Not Raised by / Lowered by
Formatted: Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by , Not Raised by / Lowered by
Formatted: Font: 14 pt, Bold, Italic, Not Raised by / Lowered by
Formatted: Font: 14 pt, Bold, Italic
Formatted: Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Bold, Italic
Formatted: Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Bold, Italic
Formatted: Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by
Formatted: Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Space Before: 0 pt, Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers, Tab stops: Not at 1.25"

Case 5:25- F F

revealed: ***"based on our experience to date, we are revising full-year 2025 revenue guidance to reflect recent launch dynamics."*** Iovance's press release elaborated that: ***"The updated forecast considers experience with ATC growth trajectories and treatment timelines for new ATCs***. Beyond.***"***

ATCs, large community practices are expected to expand market opportunity. Amtagvi adoption will accelerate in 2025 with broader utilization and higher demand. Proleukin sales are also expected to accelerate throughout the remainder of 2025 with restocking to U.S. distributors and sales growth to manufacturers and for other clinical and manufacturing uses. Iovance expects significant growth in total product revenue for full year 2026 and beyond. Gross margins are expected to increase over time and remain on track to surpass 70% over the next several years.

. . .



Formatted: Font: 14 pt, Bold, Italic
Formatted: Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Bold, Italic
Formatted: Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Bold, Italic
Formatted: Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Bold, Italic
Formatted: Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Bold, Italic, Not Raised by / Lowered by

- **Macroeconomic and Geopolitical Trends**: Iovance is well positioned to operate in the current macroeconomic and geopolitical environment. Amtagvi manufacturing and intellectual property are fully located in the U.S., providing a strategic advantage within the biopharma industry. All of Iovance's investigational TIL products are manufactured in the U.S.

(Emphasis added).

37. During the associated earnings call Defendant Vogt elaborated on the quarter's underperformance and the cut guidance, stating, in pertinent part:

> First, our internal manufacturing facility, ***the iCTC completed annual scheduled maintenance in December*** of last year, as we previously discussed on last quarter's call.
>
> As a result of limited production starts for multi week Amtagvi manufacturing across our network, ***capacity was reduced by more than half for about 1 month***. In addition, volume was impacted by higher rates of patient drop-off and lower manufacturing success rates, but has since rebounded. Today, we are seeing healthy demand with a record number of production starts in the second quarter.
>
> ***Lower Proleukin sales were the second factor*** contributing to lower first quarter revenue. We expect 2 of the 3 largest U.S. [ ship ] wholesalers to start replenishing Proleukin in line with growing Amtagvi demand in the second quarter.

We're also growing the other components of our franchiseAlso on May 8, 2025, Defendants held an investor conference call which Defendants Vogt, Bellemin and Bilinsky, among others, participated in. During the call, Vogt attributed the revenue decline and revised guidance to three factors, including sales of Proleukin to third parties for use with manufacturing and clinical research.

***The third contributor to first quarter revenue was*** "the variable pace at which ATCs began treating patients ***and this differs from center to center***. For context, 16% of ATCs have treated more than 10 patients. Our ATCs have ample room to grow, and we anticipate near-term contributions from ATCs that came online in the latter half of 2024 into 2025.

. . .

We revised our guidance to between $250 million and $300 million in total product revenue for the full year 2025.



Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Not Bold, Not Italic
Formatted: Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Not Bold, Not Italic
Formatted: Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Not Bold, Not Italic
Formatted: Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Not Bold, Not Italic
Formatted: Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Not Bold, Not Italic

Case 5:25- F P

We consider our experience with growth trajectory with the ATCs, time lines for new ATCs to begin treating their first patients and expectations for large community practices and community referrals to drive momentum in the second half of 2025. These demand trends are consistent with the trajectory of other cell therapy launches moving from year 1 to year 2.

After aligning our manufacturing slot plans with our new demand forecast, we are maintaining our prior cash runway guidance into the second half of 2026.

Case 5:25- F F

(Emphasis added).

38. A question-and-answer segment followed the company's prepared remarks, during which Defendant Vogt elaborated further on management's decision to cut the fiscal 2025 guidance during the following pertinent exchange:

<Q: Reni John Benjamin – Citizens JMP Securities, LLC – MD & Equity Research Analyst> . . . it's a revised guidance. I guess we were all kind of surprised to begin with on last year, you provided guidance for this year. I'm kind of curious as to -- I

248. get being conservative now, .” In response to an analyst's pointed question, “*why provide guidance for 2025* way back in 2024 to begin with?***back in 2024 to begin with?”*** Vogt admitted that Iovance's guidance was not “in line with what we actually see at the ATCs,” directly contradicting the prior statements he repeatedly made:

. . .

<A:

. . . Frederick G. Vogt> ***Back in August, we were trying to give investors our best line of sight to what we thought was going to happen.*** At that point, we were very well aware of the high demand for the product, and we were ramping up our manufacturing as fast as we could. So we built our model on the back of how many manufacturing slots we would make available, maximum ramp.

***Now, as we've gone, we've learned a lot about the launch, especially recently as we watch some of the dynamics with ATCs, we looked at our experience with growth trajectories there. We've looked at the time lines it takes for new ATCs to come on board and begin treating their first patients and how they work through their processes.*** We're onboarding these large community practices, which takes some time, and we're doing the community referral process, which takes a lot of time, too.

***board and begin treating their first patients and how they work through their processes. We're onboarding these large community practices, which takes some time, and we're doing the community referral process, which takes a lot of time,***



Formatted ... [78]
Formatted: Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers, Tab stops: Not at 1"
Formatted ... [79]
Formatted ... [80]
Formatted ... [81]
Formatted: Normal, Justified, Indent: Left: 0.5", Right: 0.5", Line spacing: single, No bullets or numbering, Tab stops: Not at 1"
Formatted ... [82]
Formatted ... [83]
Formatted: Normal, Justified, Indent: Left: 0.5", Right: 0.5", Space Before: 0 pt, Line spacing: single, No bullets or numbering, Tab stops: Not at 1"

Case 5:25- F F

*too.*

***And as we looked at that, we just decided that it was better and more accurate*** for us to forecast guidance that we gave you today, to show you that we can still make this product grow very, very substantially. But now what we're going to do is we're just going to limit some of our manufacturing slots.

***this product grow very, very substantially***. But now what we're going to do is ***we're just going to limit some of our manufacturing slots.***

Will end up being essentially almost a neutral one with respect to how we use our cash, and we'll roll forwards, and ***we'll continue to succeed on the launch.*** But we***But we think we'll do it on terms that are, I think, a little bit more in line with what we actually see at the ATCs.***

think we'll do it on terms that are, I think, a little bit more in line with what we actually see at the ATCs.

(Emphasis added).

39. The aforementioned press releases and statements made by the Individual Defendants are in direct contrast to statements they made during the August 8, 2024, November 7, 2024, February 27, 2025, and March 13, 2025, earnings and shareholder calls. On those calls, Defendants continually praised their alleged growth, the unmet need and significant awareness for

Formatted: Font: 14 pt, Bold, Italic, Underline, Not Raised by / Lowered by

Formatted: Normal, Justified, Indent: Left: 0.5", Right: 0.5", No bullets or numbering, Tab stops: Not at 1"

Formatted ... [84]

Formatted ... [85]

Formatted: Normal, Justified, Indent: Left: 0.5", Right: 0.5", Space Before: 0 pt, Line spacing: single, No bullets or numbering, Tab stops: Not at 1"

Case 5:25- F F

their treatment, the rapid expansion of the Iovance's ATCs for Amtagvi and Proleukin, and the ability of those ATCs to drive demand for the company's infusions, while continually failing to account for the potential of a demand plateu or the ability of the ATCs to scale at the rapid pace assured by management.

249. Investors and analysts reacted immediately to Iovance's revelation. The On the call Bilinksy admitted that iCTC maintenance had indeed disrupted operations and reduced manufacturing capacity: "…As mentioned previously, iCTC conducted and successfully completed annual scheduled maintenance. ***Given the 3-week manufacturing process for Amtagvi, the network capacity was reduced by more than 50% to approximately 1 month in December 2024, thus lowering available capacity*** for Q1 Amtagvi infusions."

250. Further, in direct contradiction to Defendants' previous statements that iCTC had the manufacturing capacity for 2,000 patients annually, Defendant Bilinsky admitted that because not all shelf space was operational, the iCTC maintenance affected the entire facility: "***Annual maintenance. So we are now completing build-out of the shelf space at iCTC.*** Once that shelf space is operational, which will not be this year, but should be later on. ***Once that shelf space is operational, then we don't need to -- the maintenance will only affect part of the iCTC facility, not all. So that…***" Vogt completed Bilinsky's sentence stating: ***"It will have less impact."***

251. Defendant Bellemin revealed that: Cost of sales for the first quarter of 2025 was $49.7 million, "***including $15 million in period costs associated with patient drop-off and manufacturing success rates, an increase quarter-over-quarter…"***

~~Case 5:25-~~ ~~F~~ ~~F~~

~~40.~~ On this news, the price of ~~Iovance's common stock~~ Iovance shares declined ~~dramatically. From a closing market price of $3.17~~ $1.42 per share ~~on~~

252. ~~May~~ , or 44.8~~, 2025, Iovance's stock price fell~~%, to close at $1.75 per share on May 9, 2025, ~~a decline of about~~on unusually heavy trading volume.

~~44.795% in the span of just a single day.~~

~~41. A number of well-known analysts who had been following Iovance lowered their price targets in~~In response to ~~Iovance's disclosures. For example, Baird, while downgrading to a~~

253. ~~neutral rating and~~Defendants' about-face, analysts downgraded Iovance stock, significantly slashing their price targets. For example, UBS cut its price target ~~by 85%,~~ of $17 down to $2 and Baird cut its price target from $20 all the way down to $3.

In its downgrade the Baird analyst highlighted that "[f]ollowing a big 1Q25 miss and a significant decrease in ~~FY25~~FY sales guidance, on top of a high burn rate, it's harder for us to model breakeven within a reasonable timeframe."

~~42.~~ Speaking to "this new FY25 guidance," the analyst also indicated their model was "lowering our Amtagvi sales in 2026 and beyond ~~—~~ . . . which pushes out the revenue that we think will be required to reach breakeven ~~—~~ . . . ***we now see uncertain timing to reach a point where sales***

Formatted ... [86]

Formatted ... [87]

Formatted ... [88]

**Formatted:** List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: 1.5 lines, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted ... [89]

Formatted ... [90]

Formatted ... [91]

Formatted ... [92]

Formatted ... [93]

Formatted ... [94]

Formatted ... [95]

Formatted ... [96]

Case 5:25- F F

***outpace expenses.*** When we add all of this to a challenging environment in the biotech capital

254. markets, ***we think this setup represents a significant change for IOVA***" (emphasis added). "

43. Similarly, H.C. Wainwright and Wainright & Co. highlighted the difficulty Iovance was having with its ATCs: "A recurring theme from yesterday's call was the need to work more closely with ATCs. We believe a major hurdle standing between Iovance and its commercial goals is the

255. lagging growth of ATCs."

44. The fact that these analysts, and others, discussed Iovance's shortfall and below expectation projections suggests the public placed significant weight on Iovance's prior revenue and sales estimates. The frequent, in-depth discussion of Iovance's guidance confirms that Defendants' statements during the Class Period were material.

Formatted ... [97]

Formatted ... [98]

**Formatted:** List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: 1.5 lines, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted ... [99]

Formatted ... [100]

Formatted ... [101]

Formatted ... [102]

**Formatted:** List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: 1.5 lines, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Case 5:25- F F

**D. Loss Causation and Economic Loss**

45. During the Class Period, as detailed herein, Defendants made materially false and misleading statements and engaged in a scheme to deceive the market and a course of conduct that artificially inflated the price of Iovance's common stock and operated as a fraud or deceit on Class Period purchasers of Iovance's common stock by materially misleading the investing public. Later, Defendants' prior misrepresentations and fraudulent conduct became apparent to the market, the price of Iovance's common stock materially declined, as the prior artificial inflation came out of the price over time. As a result of their purchases of Iovance's common stock during the Class Period, Plaintiff and other members of the Class suffered economic loss, *i.e.*, damages under federal securities laws.

46. Iovance's stock price fell in response to the corrective event on May 8, 2025, as alleged *supra*. On May 8, 2025, Defendants disclosed information that was directly related to their

prior misrepresentations and material omissions concerning Iovance's forecasting processes and growth guidance.

47. In particular, on May 8, 2025, Iovance announced results for the first quarter of fiscal year 2025 that fell well short of expectations and, resultantly, slashed their prior guidance for the full fiscal year 2025 by more than 40%.

**E. Presumption of Reliance; Fraud-On-The-Market**

48. At all relevant times, the market for Iovance's common stock was an efficient market for the following reasons, among others:

(a) Iovance's common stock met the requirements for listing and was listed and actively traded on the NASDAQ during the Class Period, a highly efficient and automated market;

(b) Iovance communicated with public investors via established market communication mechanisms, including disseminations of press releases on the national circuits of major newswire services and other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services;

(c) Iovance was followed by several securities analysts employed by major brokerage

Case 5:25- F F

firms who wrote reports that were distributed to the sales force and certain customers of their

respective brokerage firms during the Class Period. Each of these reports was publicly available and entered the public marketplace; and

(d) Unexpected material news about Iovance was reflected in and incorporated into the Company's stock price during the Class Period.

49. As a result of the foregoing, the market for Iovance's common stock promptly digested current information regarding the Company from all publicly available sources and reflected such information in Iovance's stock price. Under these circumstances, all purchasers of Iovance's common stock during the Class Period suffered similar injury through their purchase of Iovance's common stock at artificially inflated prices, and a presumption of reliance applies.

50. Alternatively, reliance need not be proven in this action because the action involves omissions and deficient disclosures. Positive proof of reliance is not a prerequisite to recovery pursuant to ruling of the United States Supreme Court in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972). All that is necessary is that the facts withheld be material in the sense

that a reasonable investor might have considered the omitted information important in deciding whether to buy or sell the subject security.

**F. No Safe Harbor; Inapplicability of Bespeaks Caution Doctrine**

51. The statutory safe harbor provided for forward looking statements under certain circumstances does not apply to any of the material misrepresentations and omissions alleged in this Complaint. As alleged above, Defendants' liability stems from the fact that they provided investors with revenue projections while at the same time failing to maintain adequate forecasting processes. Defendants provided the public with forecasts that failed to account for this decline in sales and/or adequately disclose the fact that the Company at the current time did not have adequate forecasting processes.

52. To the extent certain of the statements alleged to be misleading or inaccurate may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that

Case 5:25- F F

could cause actual results to differ materially from those in the purportedly forward looking statements.

~~53. Defendants are also liable for any false or misleading "forward-looking statements" pleaded because, at the time each "forward-looking statement" was made, the speaker knew the "forward-looking statement" was false or misleading and the "forward-looking statement" was authorized and/or approved by an executive officer of Iovance who knew that the "forward looking statement" was false. Alternatively, none of the historic or present-tense statements made by Defendants were assumptions underlying or relating to any plan, projection, or statement of future economic performance, as they were not stated to be such assumptions underlying or relating to any projection or statement of future economic performance when made, nor were any of the projections or forecasts made by the defendants expressly related to or stated to be dependent on those historic or present-tense statements when made.~~

256. As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's common shares, Plaintiffs and the other Class members have suffered significant losses and damages.

Case 5:25- F F

**D. Post Class Period Events**

257. On June 10, 2025, Defendant Bellemin unexpectedly resigned as Iovance's CFO to "pursue other opportunities."

258. On August 7, 2025, the Company announced that it would lay off 20% of its staff, after a "careful evaluation of [ ] long-term goals, operational needs, and resources." The Company noted that this would help Iovance extend its cash runway into the final quarter of 2026.

**E. Additional Scienter Allegations**

Numerous additional facts are probative of Defendants' scienter.

**1. The Specificity of the Misstatements of Defendants Vogt, Bellemin, Bilinsky and Zeigler Supports the Inference that They Made Them With Scienter**

259. As set forth in Paragraphs 170-245 *supra* each of the Individual Defendants participated in investor conference calls during the Class Period during which each of them made specific statements and responded to analysts' detailed questions demonstrating their deep knowledge of the topics about which they misled investors.

260. The specificity of the Individual Defendants' statements, the fact that they were made in response to analysts' questions, and the frequency with which the Individual Defendants spoke about the topics at issue supports the inference of scienter.

**2. The Company Sold Over $400 Million in Iovance Stock At Artificially Inflated Prices During the Class Period, Which Supports the Inference of Scienter**

261. On February 22, 2024, just shy of one week after Iovance announced the FDA approved Amtagvi, Iovance closed an underwritten public offering of 23,014,000 shares of Iovance common stock at an offering price of $9.15 per share. Total proceeds to the Company from the offering after deducting underwriting expenses were $197.4 million (proceeds before deducting underwriting expenses were $210,578,100, reflecting the total amount investors paid for the shares).

262. Iovance also raised an additional $200 million in proceeds from investors from the sale of its common stock during the Class Period in an at-the-market offering. For the nine

Case 5:25- F F

months ended September 30, 2024 (the period beginning December 30, 2023, through September 30, 2024) Iovance sold 23,127,726 shares of common stock at a weighted average price per share of $8.82 in an at-the-market offering for approximately $200 million in proceeds.

263. By comparison, the price of Iovance common stock immediately following the corrective disclosure revealing Defendants' fraud was $1.75, a fraction of the artificially inflated prices at which Defendants sold Iovance common stock during the Class Period pursuant to the above offerings.

264. Accordingly, Defendants were motivated to artificially inflate the price of the Company's shares to raise funds from investors, which supports the inference of scienter.

**3. Defendants' Desire to Sell the Company Supports the Inference of Scienter**

265. According to FE1, billionaire biotechnology investor Wayne Rothbaum who is a member of Iovance's Board of Directors and its largest shareholder, aggressively pressured Defendants to commercialize Amtagvi to position the Company favorably in the hopes of a highly profitable sale.

266. Wayne Rothbaum is President of Quogue Capital, LLC which owns over 10% of Iovance's total outstanding shares. Rothbaum has been a member of Iovance's Board of Directors since 2016.[7]

267. FE1 stated that Rothbaum exerted significant influence over Iovance's commercial strategy. According to FE1, Rothbaum wanted to position Iovance to be bought out within six months of receiving FDA approval for Amtagvi.

268. FE1 stated that Defendant Vogt took orders from Rothbaum, who was a very powerful figure. FE1 also stated that Rothbaum recruited Defendant Bilinksi to work at Iovance and approved the structure of Iovance's team heading the commercial launch of Amtagvi which Defendant Zeigler led. Accordingly, Defendants' motivation to portray Iovance favorably so that it could be sold, as Rothbaum pressured, supports the inference of scienter.

[7] Wayne Rothbaum was the largest investor in Acerta Pharmaceutical. In 2016 AstraZeneca acquired Acerta in a deal valued at over $6.5 billion.

### 4. Zeigler's and Bellemin's Suspiciously Timed Departures Support the Inference of Scienter

269. As stated herein, Defendant Zeigler headed Iovance's commercial launch of Amtagvi. On September 11, 2024, one month after Defendants issued the 2025 Guidance, Zeigler unexpectedly left Iovance with no explanation. The timing of Zeigler's departure is suspicious given that it took place shortly after Defendants issued the unrealistic 2025 Guidance and the additional false statements of present fact concerning ATC status, production, and other aspects of Amtagvi's commercial launch. Accordingly, Zeigler's departure supports the inference of scienter.

270. On June 10, 2025, Defendant Bellemin, Iovance's CFO during the Class Period, unexpectedly resigned. Bellemin's departure is suspicious given that it took place one month after Defendants revoked the 2025 Guidance.

### 5. Iovance Has Operated at A Loss Since Inception and Accumulated a $2.0 Billion Deficit, Which Supports the Inference of Scienter

271. As Iovance's 2023 10-K states, as of December 31, 2023, Iovance had an accumulated deficit of $2.0 billion. Until receiving FDA approval of Amtagvi the Company generated no revenues.

272. Additionally, Iovance's 2023 10-K states, "we may need additional financing to fund our operations and complete the development of our various product candidates and commercialization of our products, and if we are unable to obtain such financing, we may be unable to complete the development of our product candidates and commercialization of our products."

273. Iovance's accumulated deficit and the need to obtain additional financing to support its operations motivated Defendants to issue false and misleading statements and supports the inference of scienter.

### 6. Commercializing Amtagvi is Iovance's Core Operation, Which Supports the Inference of Scienter

274. Iovance's 2023 10-K states that "our top priority is commercialization of Amtagvi

~~Case 5:25-~~ ~~F~~ ~~F~~

in the U.S. for the treatment of patients with post-anti-PD-1 advanced melanoma, for which we received FDA approval on February 16, 2024."

275. Iovance's 2023 10-K further states that the "four primary areas of our Amtagvi launch efforts include" *e.g.*, "*onboarding of authorized treatment centers, or ATCs*, for commercial launch" and "operational excellence in launch execution, *commercial manufacturing and delivery of therapy*," which are the subjects of Defendants' fraudulent statements.

276. That the commercialization of Amtagvi was Iovance's core operation and indeed sole focus throughout the Class Period is an additional factor supporting the inference of scienter.

### 7. There is a Strong Inference Iovance Acted With Scienter

277. Each of the Individual Defendants was a high-ranking management-level employee. The scienter of each of the Individual Defendants and of all other management-level employees of Iovance, including each high-ranking officer or director, is imputable to the Company. The knowledge of each of these individuals should therefore be imputed to Iovance for the purposes of assessing corporate scienter.

278. The facts alleged herein raise a strong inference of corporate scienter as to Iovance as an entity. Corporate scienter may be alleged independent of the finding that any Individual Defendant had scienter where a statement is made or approved by a corporate official sufficiently knowledgeable about the company to know the statement was false or misleading. Given the importance of debit payment processing to Visa's business, the false and misleading statements alleged in this complaint would necessarily have required the approval of a corporate officer with knowledge that they were false and misleading.

## V. CLASS ACTION ALLEGATIONS

~~54.~~ ~~Plaintiff brings~~Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a ~~Class~~class, consisting of all ~~those who~~ persons and entities that purchased or otherwise



Formatted ... [103]
Formatted ... [104]
Formatted ... [105]
Formatted ... [106]
Formatted ... [107]
Formatted ... [108]
Formatted ... [109]
Formatted ... [110]
Formatted ... [111]
Formatted ... [112]
Formatted ... [113]
Formatted ... [114]
Formatted ... [115]
Formatted ... [116]
Formatted ... [117]
Formatted ... [118]
Formatted ... [119]
Formatted ... [120]
Formatted ... [121]
Formatted ... [122]
Formatted ... [123]
Formatted ... [124]
Formatted ... [125]
Formatted ... [126]
Formatted ... [127]
Formatted ... [128]
Formatted ... [129]
Formatted ... [130]
Formatted ... [131]
Formatted ... [132]
Formatted ... [133]
Formatted ... [134]
Formatted ... [135]
Formatted ... [136]
Formatted ... [137]
Formatted ... [138]
Formatted ... [139]
Formatted ... [140]
Formatted ... [141]
Formatted ... [142]
Formatted ... [143]
Formatted ... [144]
Formatted ... [145]
Formatted ... [146]
Formatted ... [147]
Formatted ... [148]
Formatted ... [149]
Formatted ... [150]
Formatted ... [151]
Formatted ... [152]
Formatted ... [153]
Formatted ... [154]
Formatted ... [155]

~~Case 5:25-~~ F F

acquired ~~Iovance's common stock during the Class Period (the "Class"); and~~ Iovance securities between November 7, 2023, and May 8, 2025, inclusive, and who were damaged ~~upon the revelation of the alleged corrective disclosure.~~ thereby (the "Class"). Excluded from the Class are ~~defendants herein,~~ Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity ~~in~~ which

279. ~~defendants~~ Defendants have or had a controlling interest.

~~55.~~ The members of the Class are so numerous that joinder of all members is impracticable. Throughout the ~~Class Period~~class period, Iovance's ~~common stock were~~shares actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained ~~only~~ through appropriate discovery, Plaintiff believes that there are at least hundreds or thousands of members in the proposed Class. Millions of Iovance shares were traded publicly during the Class Period on the NASDAQ. Record owners and other members of the Class may be identified from records maintained by Iovance or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in

Formatted ... [156]

Formatted ... [157]

Formatted ... [158]

Formatted ... [159]

Formatted ... [160]

**Formatted:** List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted ... [161]

Formatted ... [162]

Formatted ... [163]

Formatted ... [164]

Formatted ... [165]

Formatted ... [166]

Formatted ... [167]

Case 5:25- F F

280. securities class actions. As of February 21, 2025, there were 327.877 million shares of the Company's common stock outstanding. Upon information and belief, these shares are held by

Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers
Formatted: Font: 14 pt

~~Case 5:25-~~ ~~F~~ ~~F~~

~~thousands, if not millions, of individuals located throughout the country and possibly the world.~~

~~Joinder would be highly impracticable.~~

~~56.~~ ~~Plaintiff's~~Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of

281. federal law that ~~is~~are complained of herein.

~~57.~~ ~~Plaintiff~~Plaintiffs will fairly and adequately protect the interests of the members of the Class

282. and ~~has~~have retained counsel competent and experienced in class and securities litigation. ~~Plaintiff has~~

~~no interests antagonistic to or in conflict with those of the Class.~~

~~58.~~ Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the

283. questions of law and fact common to the ~~Class~~class are:

(a) ~~whether~~Whether the federal securities laws were violated by Defendants' acts as alleged herein;



Formatted ... [168]

Formatted ... [169]

Formatted ... [170]

**Formatted:** List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted ... [171]

Formatted ... [172]

**Formatted:** List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted ... [173]

Formatted ... [174]

Formatted ... [175]

**Formatted:** List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted ... [176]

**Formatted:** Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: a, b, c, … + Start at: 1 + Alignment: Left + Aligned at: 1" + Indent at: 1.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers, Tab stops: Not at 1.5"

Case 5:25- F F

herein;

(b) whether Whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations and management of Iovance;

(c)(b) whether the Individual Defendants caused Iovance to issue false, and misleading prospects of Iovance; financial statements during the Class Period;

(d)(c) whether Whether Defendants acted knowingly or recklessly in issuing false and misleading filings financial statements;

(e) whether Whether the prices of Iovance's common stock the Company's securities during the Class Period were

(d) artificially inflated because of the Defendants' conduct complained of herein; and

(f) whether To what extent the members of the Class have sustained damages and, if so, what is the

(e) proper measure of damages.

59. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the

Formatted ... [177]

Formatted ... [178]

Formatted ... [179]

Formatted: Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: a, b, c, … + Start at: 1 + Alignment: Left + Aligned at: 1" + Indent at: 1.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers, Tab stops: Not at 1.5"

Formatted ... [180]

Formatted: Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: a, b, c, … + Start at: 1 + Alignment: Left + Aligned at: 1" + Indent at: 1.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers, Tab stops: Not at 1.5"

Formatted ... [181]

Formatted ... [182]

Formatted: List Paragraph, Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: a, b, c, … + Start at: 1 + Alignment: Left + Aligned at: 1" + Indent at: 1.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted ... [183]

Formatted ... [184]

Formatted: List Paragraph, Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: a, b, c, … + Start at: 1 + Alignment: Left + Aligned at: 1" + Indent at: 1.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted ... [185]

Formatted ... [186]

Case 5:25- F F

damages suffered by individual Class members may be relatively small, the expense and burden

284. of individual litigation makemakes it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in management of this action as a class action.

wrongs done to them. There will be no difficulty in the management of this action as a class action.

Formatted ... [187]

Formatted ... [188]

**Formatted:** List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

COUNT I

1

## VI. APPLICABILITY OF PRESUMPTION OF RELIANCE (FRAUD-ON-THE-MARKET DOCTRINE)

285. The market for Iovance's securities was open, well-developed and efficient at all relevant times. As a result of the materially false and/or misleading statements and/or failures to disclose, Iovance's securities traded at artificially inflated prices during the Class Period. On February 28, 2024, the Company's share price closed at a Class Period high of $17.43 per share. Plaintiffs and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of Iovance's securities and market information relating to Iovance, and have been damaged thereby.

286. During the Class Period, the artificial inflation of Iovance's shares was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiffs and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Iovance's business, prospects, and operations. These material misstatements and/or omissions created an unrealistically positive assessment of Iovance and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company shares. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiffs and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

287. At all relevant times, the market for Iovance's securities was an efficient market for the following reasons, among others:

(a) Iovance shares met the requirements for listing, and was listed and actively

traded on the NASDAQ, a highly efficient and automated market;

(b) As a regulated issuer, Iovance filed period public reports with the SEC and/or the NASDAQ;

(c) Iovance regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

(d) Iovance was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

288. As a result of the foregoing, the market for Iovance's securities promptly digested current information regarding Iovance from all publicly available sources and reflected such information in Iovance's share price. Under these circumstances, all purchasers of Iovance's securities during the Class Period suffered similar injury through their purchase of Iovance's securities at artificially inflated prices and a presumption of reliance applies.

## VII. NO SAFE HARBOR

289. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements

Case 5:25- F F

was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Iovance who knew that the statement was false when made.

**FIRST CLAIM**

**Violation of Against All Defendants *for Violations of***

**Section 10(b) of The Exchange Act and**

**Rule 10b-5 Promulgated Thereunder**

**Against All Defendants**3

Plaintiff repeats

60.290. Plaintiffs repeat and reallegesre-allege each and every allegation contained above as if fully set forth herein.

set forth herein.

61. This Count is asserted against defendants and Defendants is based upon Section 10(b) of the

291. Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

62. During the Class Period, Defendants engaged, individually and in a plan, scheme, conspiracy and

course of conduct, pursuant to which they knowinglyconcert, directly or recklessly engaged in acts, transactions,

practices and courses of business which operated as a fraud and deceit upon. Plaintiff and indirectly, disseminated or approved the other

292. members of the Class; made various untruefalse statements ofspecified above, which they knew or deliberately disregarded were misleading in that they contained



Formatted ... [189]
Formatted ... [190]
Formatted: Font: 14 pt, Not Italic, No underline
Formatted ... [191]
Formatted: Centered, Indent: Left: 0", Right: 0.01", Line spacing: Exactly 24 pt, Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers
Formatted ... [192]
Formatted ... [193]
Formatted: Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers, Tab stops: Not at 1.5"
Formatted ... [194]
Formatted ... [195]
Formatted: List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers
Formatted ... [196]
Formatted ... [197]
Formatted ... [198]
Formatted ... [199]
Formatted: List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Case 5:25-

misrepresentations and failed to disclose material facts and omitted necessary in order to state make the statements made, in light of the circumstances under which they were made, not misleading.

293. material During the Class Period, Defendants, individually and in concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

294. which they were made, not misleading; and Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

a. employed devices, schemes and artifices to defraud in;

b. made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

engaged in acts, practices and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in connection with their purchases of the purchase and sale of Company's securities. Such scheme was intended to, and, throughout

c. during the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members,.

as alleged herein; (ii) artificially inflate and maintain the market price of Iovance common stock;

and (iii) cause Plaintiff and other members of the Class to purchase or otherwise acquire Iovance's

securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of



Formatted ... [200]

Formatted: List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted ... [201]

Formatted: Font: 14 pt

Formatted ... [202]

Formatted: Normal, Justified, Indent: Hanging: 0.5", Space Before: 12 pt, Don't add space between paragraphs of the same style, Line spacing: 1.5 lines, Numbered + Level: 2 + Numbering Style: a, b, c, … + Start at: 1 + Alignment: Left + Aligned at: 1.25" + Indent at: 1.5", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted ... [203]

Formatted ... [204]

Formatted: Normal, Justified, Indent: Hanging: 0.5", Space Before: 12 pt, Don't add space between paragraphs of the same style, Line spacing: 1.5 lines, Numbered + Level: 2 + Numbering Style: a, b, c, … + Start at: 1 + Alignment: Left + Aligned at: 1.25" + Indent at: 1.5", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Case 5:25- F F

conduct, Defendants, and each of them, took the actions set forth herein.

63. Pursuant to the above plan, scheme, conspiracy and course of conduct, each of the defendants participated directly or indirectly in the preparation and/or issuance of the quarterly and annual reports, SEC filings, press releases and other statements and documents described above, including statements made to securities analysts and the media that were designed to influence the market for Iovance's securities. Such reports, filings, releases and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about the Company.

64. By virtue of their positions at the Company, Defendants had actual knowledge of the materially false and misleading statements and material omissions alleged herein and intended

~~thereby to deceive Plaintiff and the other members of the Class, or, in the alternative, Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially false and misleading nature of the statements made, although such facts were readily available to Defendants. Said acts and omissions of defendants were committed willfully or with reckless disregard for the truth. In addition, each defendant knew or recklessly disregarded that material facts were being misrepresented or omitted as described above.~~

~~65. Information showing that Defendants acted knowingly or with reckless disregard for the truth is peculiarly within defendants' knowledge and control. As the senior managers and/or directors of the Company, the Individual Defendants had knowledge of the details of Iovance's internal affairs.~~

~~66. The Individual Defendants are liable both directly and indirectly for the wrongs~~

Case 5:25- F F

complained of herein. Because of their positions of control and authority, the Individual Defendants were able to and did, directly or indirectly, control the content of the statements of the Company. As officers and/or directors of a publicly-held company, the Individual Defendants had a duty to disseminate timely, accurate, and truthful information with respect to Iovance's businesses, operations, future financial condition and future prospects. As a result of the dissemination of the aforementioned false and misleading reports, releases and public statements, the market price of Iovance's common stock was artificially inflated throughout the Class Period.

In ignorance of the adverse facts concerning the Company which were concealed by Defendants,

295. Plaintiff and theEach of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant

Case 5:25- F F

times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

296. Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Iovance's financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

297. As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Iovance's securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired Iovance's securities during the Class Period at artificially high prices and were damaged thereby.

At the time of said misrepresentations and/or omissions, Plaintiffs and other members of the Class purchased or otherwise acquired Iovance's common

21

stock at artificially inflated prices and relied upon the price of the common stock, the integrity of

22

the market for the common stock and/or upon statements disseminated by Defendants, and were

22

Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by

Case 5:25- F F

damaged thereby.

67. During the Class Period, Iovance's common stock was traded on an active and efficient market. were ignorant of their falsity, and believed them to be true. Had Plaintiff and the other members of the Class, relying on and the materially false and misleading statements described herein, which marketplace known the defendants made, issued or caused to be disseminated, or relying upon truth regarding the integrity of the market, purchased or otherwise acquired shares

Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt, Not Expanded by / Condensed by
Formatted: Font: 14 pt
Formatted: Font: 14 pt, Not Expanded by / Condensed by

Case 5:25- F F

of Iovance's common stock at prices artificially inflatedproblems that Iovance was experiencing, which were not disclosed by defendants' wrongful conduct. Had

Formatted ... [205]

PlaintiffDefendants, Plaintiffs and the other members of the Class known the truth, they would not have purchased or

Formatted ... [206]

298. otherwise acquired said common stock, or would not have purchased or otherwise acquired themtheir Iovance securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

Formatted ... [207]

Formatted: List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

at the inflated prices that were paid. At the timeBy virtue of the purchases and/or acquisitions by Plaintiff

Formatted ... [208]

and the Class, the true value of Iovance's common stock was substantially lower than the prices

paid by Plaintiff and the other members of the Class. The market price of Iovance's common stock

declined sharply upon public disclosure of the facts alleged herein to the injury of Plaintiff and

Class members.

68. By reason of the conduct alleged hereinforegoing, Defendants knowingly or recklessly,

Formatted ... [209]

directly or indirectly, have violated Section 10(b) of the Exchange Act and Rule 10b-5

Formatted ... [210]

Formatted ... [211]

Formatted: List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

299. promulgated thereunder.

Case 5:25- F F

69. As a direct and proximate result of defendants' Defendants' wrongful conduct, Plaintiff and the

300. other members of the Class suffered damages in connection with their respective purchases, and sales of the Company's securities during the Class Period.

acquisitions and sales of the Company's common stock during the Class Period, upon the disclosure that the Company had been disseminating misrepresented financial statements to the investing public.

COUNT II

*Against the Individual Defendants*

*for Violations*

SECOND CLAIM

**Violation of Section 20(a) of the The Exchange Act**

Plaintiff repeats **Against Defendants Vogt, Bellemin, Bilinsky and Ziegler**

70. Plaintiffs repeat and realleges re-allege each and every allegation contained in the foregoing

301. paragraphs above as if fully set forth herein.

71. During the Class Period, the Individual Defendants participated in the operation acted as controlling persons of Iovance within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions and management their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the false statements filed by the Company, and conducted and participated with the SEC and

23

Formatted ... [212]

Formatted ... [213]

Formatted: List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted ... [214]

Formatted: List Paragraph, Centered, Indent: Left: 0", Right: 0.01", Line spacing: Exactly 24 pt, Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted ... [215]

Formatted ... [216]

Formatted: List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted ... [217]

Formatted ... [218]

Case 5:25- F F

disseminated to the investing public, Individual Defendants had the power to influence and control and did influence and control, directly andor indirectly, in the

conduct decision-making of the Company's business affairs. Because of their senior positions, they knewCompany, including the

adverse non-public information about Iovance's misstatements.

72. As officers content and/or directors of a publicly owned company, dissemination of the Individual

Defendants had a duty to disseminate accurate and truthful information, and to correct promptly

any publicvarious statements issued by Iovance which had become materiallyPlaintiff contends are false orand misleading.

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt, Character scale: 100%, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Character scale: 100%, Not Expanded by / Condensed by

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt

Formatted: Font: 14 pt, Not Expanded by / Condensed by

Formatted: Font: 14 pt, Not Expanded by / Condensed by

73. Because of their positions of control and authority as senior officers, the Individual Defendants were ableprovided with or had unlimited access to, and did, control the contents copies of the variousCompany's reports, press releases and , public filings which Iovance disseminated in the marketplace during the Class Period concerning , and other statements alleged by Plaintiffs to be misleading prior to and/or shortly after these statements were issued and had the misrepresentations. Throughoutability to prevent the Class Period, issuance of the Individual Defendants exercised their

302. power and authority to statements or cause Iovance to engage in the wrongful acts complained of herein. Thestatements to be corrected.

Individual Defendants therefore, were "controlling persons" of the Company within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Iovance's common stock.

In particular, 74. Each of the Individual Defendants, therefore, acted as a controlling person of the Company. By reason of their senior management positions and/or being directors of the Company, each of the Individual Defendants had the power to direct the actions of, and exercised the same



Formatted ... [219]
Formatted ... [220]
Formatted ... [221]
Formatted ... [222]
Formatted ... [223]
Formatted ... [224]
Formatted ... [225]
Formatted ... [226]
Formatted ... [227]
Formatted ... [228]
Formatted ... [229]
Formatted ... [230]
Formatted ... [231]
Formatted ... [232]
Formatted ... [233]
Formatted ... [234]
Formatted ... [235]
Formatted ... [236]
Formatted ... [237]
Formatted ... [238]
Formatted ... [239]
Formatted ... [240]
Formatted ... [241]
Formatted ... [242]
Formatted ... [243]
Formatted ... [244]
Formatted ... [245]
Formatted ... [246]
Formatted ... [248]
Formatted ... [249]
Formatted ... [250]
Formatted ... [251]
Formatted ... [247]
Formatted ... [252]
Formatted ... [254]
Formatted ... [253]
Formatted ... [255]
Formatted ... [256]
Formatted ... [257]
Formatted ... [258]
Formatted ... [259]
Formatted ... [260]
Formatted ... [261]
Formatted ... [262]
Formatted ... [263]
Formatted ... [264]
Formatted ... [265]
Formatted ... [266]
Formatted ... [267]
Formatted ... [268]
Formatted ... [269]
Formatted ... [270]
Formatted ... [271]

Case 5:25- F F

to cause Iovance to engage in the unlawful acts and conduct complained of herein. Each of the

Individual Defendants exercised control over the generalsupervisory involvement in the day-to-day operations of the Company and possessed

303. the power, therefore, had the power to control or influence the particular transactions giving rise to control the specific activities which comprise the primarythe securities violations about whichas alleged herein, and exercised the same.

Plaintiff and the other members of the Class complain.

75. By reason of the As set forth above conduct, the , Iovance and Individual Defendants each violated Section 10(b) and/or Iovance Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, Individual Defendants are liable

304. pursuant to Section 20(a) of the Exchange Act for the violations committed by the Company. As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff demand judgment against defendantsPlaintiffs pray for relief and judgement, as follows:

A. Determining that the instantthis action may be maintained as ais a proper class action under Rule

23(a) 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as the Class representatives;

Formatted ... [272]

Formatted ... [273]

Formatted: List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted ... [274]

Formatted ... [275]

Formatted ... [276]

Formatted: List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted ... [277]

Formatted: Font: 14 pt, Not Bold

Formatted ... [278]

Formatted: Normal, Indent: Left: 0", First line: 0.5", Line spacing: Exactly 24 pt, Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted ... [279]

Formatted ... [280]

Formatted: Left, Indent: Left: 0", First line: 0.5", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: a, b, c, … + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Indent at: 0.75", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers, Tab stops: Not at 0.71"

Case 5:25- F F

B. Requiring Defendants to pay damages sustained by Plaintiff and the Class by reason of the acts and transactions alleged herein;

C. Awarding Plaintiffcompensatory damages in favor of Plaintiffs and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of the Class pre-judgment and post-

(b) judgmentDefendants' wrongdoing, in an amount to be proven at trial, including interest, as well as thereon;

(c) Awarding Plaintiffs and the Class their reasonable attorneys' costs and expenses incurred in this action, including counsel fees, and expert fees and other costs; and

D.(d) Awarding such Such other and further relief as thisthe Court may deem just and proper.

## IX. DEMAND FORJURY TRIAL BY JURYDEMANDED

Plaintiff Plaintiffs hereby demandsdemand a trial by jury.

Formatted ... [281]

Formatted ... [282]

Formatted ... [283]

**Formatted:** List Paragraph, Indent: Left: 0", First line: 0.5", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: a, b, c, … + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Indent at: 0.75", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Formatted ... [284]

**Formatted:** Indent: Left: 0", First line: 0.5", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: a, b, c, … + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Indent at: 0.75", Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers, Tab stops: Not at 1.5"

Formatted ... [285]

Formatted ... [286]

**Formatted:** Normal, Indent: Left: 0", Line spacing: Exactly 24 pt, Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers

Case 5:25- F F

Formatted: Left: 1.2", Right: 0.6", Top: -0.94", Bottom: -0.81", Header distance from edge: 0.4", Footer distance from edge: 0.25"

Dated: May 15, 2025 Respectfully submitted,

**LEVI & KORSINSKY LLP**

/s/ Adam Apton

Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Counsel for Plaintiff*

Formatted: Pleading Summary, Line spacing: single, Tab stops: 3.5", Centered + 6.69", Right

Case 5:25- F F

Dated: April 15, 2026

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Sara Fuks*

Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Email: lrosen@rosenlegal.com

Sara Fuks (admitted *pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Email: sfuks@rosenlegal.com

*Lead Counsel for Lead Plaintiffs and the Class*

**THE SCHALL LAW FIRM**
Brian Schall (290685)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
brian@schallfirm.com

Formatted: Pleading Summary, Line spacing: single, Tab stops: 3.5", Centered + 6.69", Right

~~Case 5:25-~~ F F

*Additional Counsel for Lead Plaintiffs and the Class*

Formatted: Font: 14 pt

Formatted: Single Spacing, Space Before: 0 pt

Formatted: Pleading Summary, Line spacing: single, Tab stops: 3.5", Centered + 6.69", Right

| Page 4: [1] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [1] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [1] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [1] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [1] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [1] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [1] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [1] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [1] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [1] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [1] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [1] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [1] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [1] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [2] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [2] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [2] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [2] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [2] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [2] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [2] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [2] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [2] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [2] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [2] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [2] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [2] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [2] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [2] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [2] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [2] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [3] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [3] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [3] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [3] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [3] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [3] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [3] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [3] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [3] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [3] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [3] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [3] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [3] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [4] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 4: [5] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [5] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [5] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [5] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [5] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [5] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [5] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [5] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [5] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [5] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [5] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [5] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 4: [5] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Raised by / Lowered by

| Page 12: [6] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [6] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [6] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [6] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [6] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [6] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [6] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [6] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [6] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [6] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [6] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [6] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [6] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [6] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [6] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [6] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [6] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [7] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [7] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [7] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [7] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [7] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [7] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [7] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [7] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [7] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [7] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [7] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [7] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [7] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [7] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [7] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [7] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [8] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 12: [8] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 12: [8] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 12: [9] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [9] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [9] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [9] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [9] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [9] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [9] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [9] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [9] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [9] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [9] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [10] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [10] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [10] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [10] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [10] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [10] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [10] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [10] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [10] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [10] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [10] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [10] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 12: [10] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [11] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 63: [11] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 63: [11] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 63: [11] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [12] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [13] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [13] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [13] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [13] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [13] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [13] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [13] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [13] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [13] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [13] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [13] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [13] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [13] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [13] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [13] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [13] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [13] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [13] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [13] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [13] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [14] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [15] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 63: [16] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 63: [17] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 63: [17] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 63: [17] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 63: [17] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 63: [17] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [18] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 69: [18] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 69: [18] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 69: [18] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 69: [18] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 69: [18] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 69: [18] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 69: [18] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 69: [18] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 69: [18] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 69: [18] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 69: [18] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 69: [19] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [19] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [19] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [19] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [19] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [19] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [19] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [19] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [19] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [19] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [19] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [19] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [19] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [20] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [20] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [20] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [20] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [20] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [20] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [20] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [20] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [20] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [20] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [20] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [20] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [20] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [20] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [20] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [20] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [20] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [20] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [20] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 69: [21] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 69: [21] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 69: [21] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 69: [21] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 69: [21] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 69: [21] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 69: [21] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 69: [21] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [22] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [23] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 70: [24] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 70: [24] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 79: [25] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic, Not Expanded by / Condensed by

| Page 79: [26] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic, Not Expanded by / Condensed by

| Page 79: [27] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic, Not Expanded by / Condensed by

| Page 79: [28] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic, Not Expanded by / Condensed by

| Page 79: [29] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic, Not Expanded by / Condensed by

| Page 79: [30] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic, Not Expanded by / Condensed by

| Page 79: [31] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic, Not Expanded by / Condensed by

| Page 79: [32] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic, Not Expanded by / Condensed by

| Page 79: [33] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic, Not Expanded by / Condensed by

| Page 79: [34] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic, Not Expanded by / Condensed by

| Page 79: [35] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic, Not Expanded by / Condensed by

| Page 79: [36] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic, Not Expanded by / Condensed by

| Page 79: [37] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic, Not Expanded by / Condensed by

| Page 79: [38] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic, Not Expanded by / Condensed by

| Page 79: [39] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic, Not Expanded by / Condensed by

| Page 79: [40] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic, Not Expanded by / Condensed by

| Page 79: [41] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic, Not Expanded by / Condensed by

| Page 79: [42] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic, Not Expanded by / Condensed by

| Page 79: [43] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 79: [44] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 79: [45] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 79: [46] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 79: [47] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 80: [48] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 80: [48] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 80: [48] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 80: [48] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 80: [48] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 80: [48] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 80: [48] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 80: [48] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 80: [48] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 80: [48] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 80: [48] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 80: [48] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 80: [48] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 80: [48] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 80: [48] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 80: [48] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 80: [49] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Underline

| Page 80: [49] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Underline

| Page 80: [49] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Underline

| Page 80: [49] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Underline

| Page 80: [49] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Underline

| Page 80: [49] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Underline

| Page 80: [49] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Underline

| Page 80: [49] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Underline

| Page 80: [49] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Underline

| Page 80: [49] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Underline

| Page 80: [49] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Underline

| Page 80: [50] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 80: [50] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 80: [50] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 80: [50] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 80: [50] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 80: [50] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 80: [50] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [51] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

**Page 80: [51] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 80: [51] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 80: [51] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 80: [51] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 80: [51] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 80: [51] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 80: [51] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 80: [51] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 80: [51] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 80: [51] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 80: [51] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 80: [51] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 80: [51] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 80: [51] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 80: [52] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [52] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 80: [53] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 80: [53] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 81: [54] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 81: [54] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 81: [54] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 81: [54] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 81: [55] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by

| Page 81: [55] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by

| Page 81: [55] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by

| Page 81: [55] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by

| Page 81: [55] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by

| Page 81: [55] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by

| Page 81: [55] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by

| Page 81: [55] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by

| Page 81: [55] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by

| Page 81: [55] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by

| Page 81: [55] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by

| Page 81: [55] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by

| Page 81: [55] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by

| Page 81: [55] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by

| Page 81: [55] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by

| Page 81: [55] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by

| Page 81: [55] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [56] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Expanded by / Condensed by

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 81: [57] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [58] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline, Not Expanded by / Condensed by

| Page 82: [58] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline, Not Expanded by / Condensed by

| Page 82: [58] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline, Not Expanded by / Condensed by

| Page 82: [58] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline, Not Expanded by / Condensed by

| Page 82: [58] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline, Not Expanded by / Condensed by

| Page 82: [58] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline, Not Expanded by / Condensed by

| Page 82: [58] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline, Not Expanded by / Condensed by

| Page 82: [58] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline, Not Expanded by / Condensed by

| Page 82: [59] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [59] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [59] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [59] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [59] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [59] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [59] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [59] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [59] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [59] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [59] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [59] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [59] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [59] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [59] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [59] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [59] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [59] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [60] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 82: [61] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 82: [61] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 82: [61] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 82: [61] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 82: [61] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 82: [61] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 82: [61] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 82: [61] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 82: [61] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 82: [61] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 82: [61] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 82: [61] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 82: [61] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 82: [61] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 82: [61] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 82: [61] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 82: [61] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 82: [61] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 82: [61] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 82: [62] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [62] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [63] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic, Not Expanded by / Condensed by

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Italic

| Page 82: [64] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 82: [65] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [66] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 83: [66] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 83: [66] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 83: [66] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 83: [67] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 83: [67] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 83: [67] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [68] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [69] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 83: [70] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 83: [70] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 83: [70] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 83: [70] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 83: [70] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [71] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [72] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [73] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Italic

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [74] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [75] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [76] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [76] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [76] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [76] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [76] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [76] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [76] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [76] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [76] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [76] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [76] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold

| Page 84: [77] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 84: [77] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 84: [77] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic, Not Expanded by / Condensed by , Not Raised by / Lowered by

| Page 92: [78] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [78] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [79] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [80] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 92: [81] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 92: [81] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 92: [81] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 92: [81] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 92: [81] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 92: [81] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 92: [81] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 92: [81] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 92: [81] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 92: [81] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 92: [81] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 92: [81] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 92: [81] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 92: [81] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 92: [81] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 92: [81] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 92: [81] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 92: [81] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Bold, Not Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Bold, Italic

| Page 92: [82] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 92: [83] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Bold, Italic

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [84] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Underline

| Page 93: [85] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 93: [85] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 93: [85] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [86] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [86] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [87] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 95: [87] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 95: [87] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 95: [87] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 95: [87] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 95: [87] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 95: [88] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [88] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [88] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [88] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [88] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [88] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [88] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [88] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [88] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [88] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [88] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [88] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [88] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [88] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [88] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [88] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [88] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [88] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [88] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [89] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 95: [89] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 95: [89] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 95: [89] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 95: [89] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 95: [90] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 95: [90] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 95: [90] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 95: [90] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 95: [90] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 95: [90] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 95: [90] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 95: [90] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 95: [90] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 95: [91] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [91] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [91] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [91] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [91] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [91] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [91] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [91] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [91] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [91] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [91] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [91] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [92] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [93] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [93] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [93] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [93] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [93] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [93] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [93] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [93] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [93] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [93] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [94] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [95] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 95: [96] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [97] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [98] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [99] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [99] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [99] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [99] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [99] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [99] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [99] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [99] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [99] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [99] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [99] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [99] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [100] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [101] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [102] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [102] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 96: [102] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 107: [103] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Not Expanded by / Condensed by

| Page 107: [104] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Not Expanded by / Condensed by

| Page 107: [105] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [106] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 107: [107] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [108] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 107: [109] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [110] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 107: [111] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [112] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 107: [113] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [114] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 107: [115] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [116] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 107: [117] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [118] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 107: [119] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [120] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 107: [121] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [122] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 107: [123] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [124] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 107: [125] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [126] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 107: [127] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [128] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 107: [129] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [130] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 107: [131] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [132] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 107: [133] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [134] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 107: [135] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [136] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 107: [137] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [138] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 107: [139] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [140] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 107: [141] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [142] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 107: [143] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [144] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 107: [145] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [146] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 107: [147] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [148] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 107: [149] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [150] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 107: [151] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [152] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 107: [153] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 107: [154] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 107: [155] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 108: [156] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [156] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [156] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [156] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [156] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [156] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [157] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 108: [157] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 108: [157] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 108: [157] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 108: [157] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 108: [157] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 108: [157] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 108: [157] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 108: [157] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 108: [157] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 108: [157] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [158] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [159] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [160] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [160] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [160] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [160] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [160] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [161] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [162] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [162] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [162] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [162] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [162] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [162] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [162] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [162] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [162] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [163] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [164] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [165] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [166] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [166] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [166] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

**Page 108: [166] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 108: [166] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 108: [166] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 108: [166] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 108: [166] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 108: [166] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 108: [166] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 108: [166] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 108: [166] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 108: [166] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 108: [166] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 108: [166] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 108: [166] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 108: [166] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 108: [166] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

| Page 108: [166] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 108: [166] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 108: [166] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 108: [166] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 108: [166] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 108: [166] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 108: [166] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 108: [166] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 108: [166] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 108: [166] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 108: [166] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 108: [166] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 108: [166] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 108: [166] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 108: [167] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [168] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [169] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [170] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [170] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [170] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [170] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [170] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [170] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [170] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [170] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [170] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [170] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [170] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [170] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [171] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [171] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [171] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [171] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [171] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [171] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [171] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [171] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [171] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [171] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [171] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [171] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [171] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [171] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [171] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| **Page 110: [171] Formatted** | **Sara Fuks** | **4/15/2026 6:58:00 PM** |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| **Page 110: [171] Formatted** | **Sara Fuks** | **4/15/2026 6:58:00 PM** |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| **Page 110: [171] Formatted** | **Sara Fuks** | **4/15/2026 6:58:00 PM** |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| **Page 110: [171] Formatted** | **Sara Fuks** | **4/15/2026 6:58:00 PM** |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| **Page 110: [171] Formatted** | **Sara Fuks** | **4/15/2026 6:58:00 PM** |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| **Page 110: [171] Formatted** | **Sara Fuks** | **4/15/2026 6:58:00 PM** |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| **Page 110: [171] Formatted** | **Sara Fuks** | **4/15/2026 6:58:00 PM** |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| **Page 110: [171] Formatted** | **Sara Fuks** | **4/15/2026 6:58:00 PM** |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| **Page 110: [171] Formatted** | **Sara Fuks** | **4/15/2026 6:58:00 PM** |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| **Page 110: [171] Formatted** | **Sara Fuks** | **4/15/2026 6:58:00 PM** |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| **Page 110: [172] Formatted** | **Sara Fuks** | **4/15/2026 6:58:00 PM** |
|---|---|---|

Font: 14 pt

| **Page 110: [172] Formatted** | **Sara Fuks** | **4/15/2026 6:58:00 PM** |
|---|---|---|

Font: 14 pt

| **Page 110: [172] Formatted** | **Sara Fuks** | **4/15/2026 6:58:00 PM** |
|---|---|---|

Font: 14 pt

| **Page 110: [172] Formatted** | **Sara Fuks** | **4/15/2026 6:58:00 PM** |
|---|---|---|

Font: 14 pt

| **Page 110: [172] Formatted** | **Sara Fuks** | **4/15/2026 6:58:00 PM** |
|---|---|---|

Font: 14 pt

| Page 110: [172] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [172] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [172] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [172] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [172] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [172] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [172] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [172] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [172] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [172] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [172] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [172] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [172] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [172] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [172] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [172] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [172] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [172] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [173] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [174] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [175] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [175] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [175] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [175] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [175] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [175] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [175] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [175] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [175] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [175] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [175] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [175] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [175] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [175] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [175] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [175] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [175] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [175] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 110: [176] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [177] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [178] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [178] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [178] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [178] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [178] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [178] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [178] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [178] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [178] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [178] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [178] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [178] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [178] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [178] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [178] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [179] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [179] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [179] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [179] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [180] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [180] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [180] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [180] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [180] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [180] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [180] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [180] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [180] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [180] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [180] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [180] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [180] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [180] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [180] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [180] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [181] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [181] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [181] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [181] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [181] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [181] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [181] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [181] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [181] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [181] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [181] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [181] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [181] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [181] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [181] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [181] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [182] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [182] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [182] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [182] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [182] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [182] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [182] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [182] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [182] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [182] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [182] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [182] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [182] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [182] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [182] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [182] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [182] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [182] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [182] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [183] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [183] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [183] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [183] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [183] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [183] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [183] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [183] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [183] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [183] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [183] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [183] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [183] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [183] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [183] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [183] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [183] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [183] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [183] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 111: [184] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [184] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [184] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [185] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 111: [186] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [187] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 112: [188] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [189] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, Underline

| Page 115: [189] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, Underline

| Page 115: [189] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, Underline

| Page 115: [189] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, Underline

| Page 115: [189] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, Underline

| Page 115: [190] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline

| Page 115: [190] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline

| Page 115: [190] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline

| Page 115: [190] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline

| Page 115: [190] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline

| Page 115: [191] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline, Not Expanded by / Condensed by

| Page 115: [191] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline, Not Expanded by / Condensed by

| Page 115: [191] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline, Not Expanded by / Condensed by

| Page 115: [191] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline, Not Expanded by / Condensed by

| Page 115: [191] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline, Not Expanded by / Condensed by

| Page 115: [191] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline, Not Expanded by / Condensed by

| Page 115: [192] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, Underline

| Page 115: [192] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, Underline

| Page 115: [192] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, Underline

| Page 115: [192] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, Underline

| Page 115: [192] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, Underline

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [193] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [194] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [194] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [194] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [194] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [194] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [194] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [194] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [194] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [194] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [194] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [194] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [194] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [194] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [194] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [194] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [194] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [194] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [194] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [194] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [194] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [195] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [195] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [195] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [195] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [195] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [196] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [196] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [196] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [196] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [196] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [196] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [196] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [196] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [196] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [196] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [196] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [196] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [197] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [197] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [197] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [198] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [198] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 115: [199] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [199] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 115: [199] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [200] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [200] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [200] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [200] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [200] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [200] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [200] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [200] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [200] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [201] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [202] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [202] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [202] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [202] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [202] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [202] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [202] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [202] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [202] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [202] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [202] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [202] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [202] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 116: [203] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [203] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [203] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [203] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [203] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [203] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [203] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [204] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [204] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [204] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [204] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [204] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 116: [204] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 122: [205] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [205] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [205] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [206] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [206] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [206] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [206] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [206] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [206] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [206] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [206] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [206] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [206] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [206] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [206] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [206] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [207] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 122: [207] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 122: [207] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 122: [207] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 122: [207] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 122: [208] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [208] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [208] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [208] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [208] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 122: [209] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 122: [209] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 122: [209] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 122: [209] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 122: [210] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 122: [210] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 122: [210] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 122: [210] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 122: [210] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 122: [210] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 122: [210] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 122: [210] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 122: [210] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 122: [210] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 122: [210] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 122: [210] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 122: [210] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 122: [210] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 122: [210] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 122: [210] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 122: [210] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 122: [210] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 122: [210] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 122: [210] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 122: [211] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 122: [211] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 122: [211] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [212] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [213] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [214] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline, Not Expanded by / Condensed by

| Page 123: [214] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline, Not Expanded by / Condensed by

| Page 123: [214] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline, Not Expanded by / Condensed by

| Page 123: [214] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline, Not Expanded by / Condensed by

| Page 123: [214] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline, Not Expanded by / Condensed by

| Page 123: [214] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline, Not Expanded by / Condensed by

| Page 123: [214] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline, Not Expanded by / Condensed by

| Page 123: [214] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline, Not Expanded by / Condensed by

| Page 123: [214] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline, Not Expanded by / Condensed by

| Page 123: [214] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline, Not Expanded by / Condensed by

| Page 123: [214] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline, Not Expanded by / Condensed by

| Page 123: [214] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline, Not Expanded by / Condensed by

| Page 123: [214] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Italic, No underline, Not Expanded by / Condensed by

| Page 123: [215] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [215] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [215] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [215] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [215] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [215] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [215] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [215] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [215] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [215] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [215] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [215] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [215] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [215] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [216] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [216] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [216] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [216] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [216] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [216] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [216] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [216] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [216] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [216] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [216] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [216] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 123: [217] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [217] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [217] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [217] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 123: [218] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

**Page 123: [218] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**
Font: 14 pt

**Page 123: [218] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**
Font: 14 pt

**Page 123: [218] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**
Font: 14 pt

**Page 123: [218] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**
Font: 14 pt

**Page 123: [218] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**
Font: 14 pt

**Page 123: [218] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**
Font: 14 pt

**Page 123: [218] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**
Font: 14 pt

**Page 125: [219] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**
Font: 14 pt, Not Expanded by / Condensed by

**Page 125: [220] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**
Font: 14 pt

**Page 125: [221] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**
Font: 14 pt, Not Expanded by / Condensed by

**Page 125: [222] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**
Font: 14 pt

**Page 125: [223] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**
Font: 14 pt, Not Expanded by / Condensed by

**Page 125: [224] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**
Font: 14 pt, Not Expanded by / Condensed by

**Page 125: [225] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**
Font: 14 pt

**Page 125: [226] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**
Font: 14 pt, Not Expanded by / Condensed by

**Page 125: [227] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

| Page 125: [228] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 125: [229] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 125: [230] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 125: [231] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 125: [232] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 125: [233] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 125: [234] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 125: [235] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 125: [236] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 125: [237] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 125: [238] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 125: [239] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 125: [240] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 125: [241] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 125: [242] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

**Page 125: [243] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 125: [244] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt, Not Expanded by / Condensed by

**Page 125: [245] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 125: [246] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt, Not Expanded by / Condensed by

**Page 125: [247] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

List Paragraph, Justified, Indent: Left: 0", First line: 0.5", Right: 0.01", Line spacing: Exactly 24 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 4" + Indent at: 4.25", Don't adjust space betwe

**Page 125: [248] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 125: [249] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt, Not Expanded by / Condensed by

**Page 125: [250] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 125: [251] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt, Not Expanded by / Condensed by

**Page 125: [252] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 125: [253] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

List Paragraph, Justified, Indent: Left: 0", Line spacing: Exactly 24 pt, Don't adjust space between Latin and Asian text, Don't adjust space between Asian text and numbers, Tab stops: 0.89", Left + 0.89", Left + 1.39", Left

**Page 125: [254] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 125: [255] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt, Not Expanded by / Condensed by

**Page 125: [256] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt

**Page 125: [257] Formatted** **Sara Fuks** **4/15/2026 6:58:00 PM**

Font: 14 pt, Not Expanded by / Condensed by

| Page 125: [258] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 125: [259] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 125: [260] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 125: [261] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 125: [262] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 125: [263] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 125: [264] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 125: [265] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 125: [266] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 125: [267] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 125: [268] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 125: [269] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 125: [270] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 125: [271] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [272] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [272] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [273] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [273] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [273] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [273] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [273] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [273] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [273] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [273] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [273] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [273] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [274] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [274] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [274] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [274] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [274] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [274] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [274] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [275] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [275] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [275] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [275] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 126: [276] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [276] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [276] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [276] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [276] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [276] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [276] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [276] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [276] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [276] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [276] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [276] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [276] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [277] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Not Expanded by / Condensed by

| Page 126: [277] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Not Expanded by / Condensed by

| Page 126: [278] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [278] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [278] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [278] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [278] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [278] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [279] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [279] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [279] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [279] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [279] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [279] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [279] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [279] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [279] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [279] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [279] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [279] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [279] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [279] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [280] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [280] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [280] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [280] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [280] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [280] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [280] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [280] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [280] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [280] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [280] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [280] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [280] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [280] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 126: [280] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [281] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [281] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [281] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [281] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [281] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [281] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [281] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [281] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [281] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [281] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [281] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [281] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [281] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [282] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 127: [282] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 127: [283] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [283] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [283] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [283] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [283] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [283] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [283] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [283] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [283] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [283] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [283] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [283] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [283] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [284] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [284] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [284] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [284] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [284] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [284] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [284] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [284] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [284] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [284] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt

| Page 127: [284] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 127: [284] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 127: [284] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 127: [284] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 127: [284] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 127: [284] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 127: [284] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 127: [284] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 127: [284] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 127: [284] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt

| Page 127: [285] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Not Expanded by / Condensed by

| Page 127: [285] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Not Expanded by / Condensed by

| Page 127: [286] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 127: [286] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 127: [286] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 127: [286] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
| --- | --- | --- |

Font: 14 pt, Not Expanded by / Condensed by

| Page 127: [286] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 127: [286] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 127: [286] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 127: [286] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 127: [286] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 127: [286] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

| Page 127: [286] Formatted | Sara Fuks | 4/15/2026 6:58:00 PM |
|---|---|---|

Font: 14 pt, Not Expanded by / Condensed by

# EXHIBIT B

## CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the firm to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Iovance Biotherapeutics, Inc. (NASDAQ: IOVA), and their current and former officers, and others in connection with the purchase and sale of securities issued by Iovance Biotherapeutics, Inc.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint against Iovance Biotherapeutics, Inc. and certain of their officers and directors and I authorize the firm to file a lead plaintiff motion on my behalf.

2. I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3. I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4. The following is a list of all of the purchases and sales I have made in Iovance Biotherapeutics, Inc. securities during the Class Period set forth in the complaint. I have made no transactions during the class period in the securities that are the subject of this lawsuit except those set forth below.

   See Schedule A

5. I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except for the following company(ies):

6. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day 4/9/2026.

Signature: DocuSigned by: John Fleming CE85031B86D54AE...

Name: John Fleming

## SCHEDULE A

**John Fleming**

CLASS PERIOD TRANSACTIONS

**PURCHASES**

| DATE | SHARES | PRICE |
|---|---|---|
| 5/6/2024 | 360 | ($13.80) |
| 5/10/2024 | 100 | ($10.93) |
| 5/13/2024 | 240 | ($11.20) |
| 5/13/2024 | 12 | ($10.89) |
| 5/16/2024 | 114 | ($10.60) |
| 6/4/2024 | 47 | ($8.05) |
| 6/10/2024 | 100 | ($8.08) |
| 6/18/2024 | 35 | ($7.99) |
| 6/18/2024 | 68 | ($8.00) |
| 6/20/2024 | 6 | ($8.00) |
| 9/12/2024 | 54 | ($9.30) |
| 10/18/2024 | 205 | ($10.47) |
| 11/18/2024 | 238 | ($8.40) |
| 3/25/2025 | 590 | ($3.58) |

# EXHIBIT C

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Iovance Biotherapeutics, Inc. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis not to exceed one-third of the recovery and will advance all costs and expenses. All payments of fees and expenses shall be made only after Court review and approval. The Iovance Biotherapeutics, Inc. Retention Agreement provided to the Plaintiff is incorporated by reference herein and is effective, upon execution and delivery by The Rosen Law Firm P.A.

| | |
|---|---|
| **First Name:** | Sohrab |
| **Middle Initial:** | |
| **Last Name:** | Khan |
| **Mailing Address:** | [redacted] |
| **City:** | [redacted] |
| **State:** | GA |
| **Zip Code:** | 30269 |
| **Country:** | United States |
| **Phone:** | [redacted] |
| **Email Address:** | [redacted] |

Plaintiff certifies that:

1. Plaintiff has reviewed a complaint and authorized its filing or the filing of an amended complaint.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

**Purchases:**

| Type of Security | Buy Date | no of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 07/31/2024 | 1200 | $8.82 |

**Type of Security**

| Type of Security | Buy Date | no of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 09/24/2024 | 1000 | $9.50 |

| Type of Security | Buy Date | no of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 11/19/2024 | 1500 | $8.19 |

**Sales:**

| **Type of Security** | **Sale Date** | **no of Shares** | **Price per Share** |
|---|---|---|---|
| Common Stock | | | |

**I have not sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, except if set forth below.**
Not applicable

I declare and certify under penalty of perjury, under the laws of the United States of America, that the foregoing information is true and correct. **YES**

By Signing below and submitting this certification form electronically, I intend to sign and execute this certification pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act and retain the Rosen Law Firm, P.A. to proceed on Plaintiff's behalf, on a contingent fee basis. **YES**

Date of signing: 10/29/2025 03:43:17 at Eastern Standard Time, USA

